```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION

 3            CASE NO. 1:17-cv-24223-WILLIAMS-TORRES

 4

 5   A.T.O. GOLDEN CONSTRUCTION CORP.,
     a Florida corporation,
 6

 7                   Plaintiff/Counterclaim Defendant,

 8   vs.

 9   ALLIED WORLD INSURANCE COMPANY, a
     foreign insurance company,
10

11                   Defendant.

12   vs.

13   PETE VICARI GENERAL CONTRACTOR, LLC,
     a foreign profit company,
14

15                   Defendant/Counterclaimant.
     _____/
16

17   DEPOSITION OF CORPORATE REP OF PETE VICARI GENERAL

18                     CONTRACTOR, LLC

19

20               Wednesday, July 25, 2018

21               10:17 a.m. - 5:10 p.m.

22          201 Alhambra Circle   Suite 801
                 Coral Gables, FL  33134
23

24   Stenographically Reported By:  Marianne Tertan, FPR
                                     Shorthand Reporter
25
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          2

1                    A-P-P-E-A-R-A-N-C-E-S

2

   On Behalf of the Plaintiff:
3
   TAYLOR ESPINO VEGA & TOURON, P.A.
4  201 Alhambra Circle  Suite 801
   Coral Gables, FL  33134
5  ttaylor@tevtlaw.com
   BY:  TIMOTHY S. TAYLOR, ESQ.
6

7  On Behalf of the Defendant:

8  JONATHAN P. COHEN, P.A.
   500 E. Broward Blvd.  Suite 1710
9  Fort Lauderdale, FL  33394
   jcohen@jcohenpa.com
10 BY:  JONATHAN P. COHEN, ESQ.

11
   On Behalf of Defendant/Counterclaimant:
12
   CLARK PARTINGTON
13 106 East College Avenue    Suite 600
   Tallahassee, FL  32301
14 Kbell@Clarkpartington.com
   BY:  KEITH L. BELL, JR.
15
   ALSO PRESENT:  PJ Vicari
16                 Peter Vicari

17
                   INDEX OF PROCEEDINGS
18

19 Deposition of JOEY BAUDOIN           PAGE
   Direct Examination by Mr. Taylor         4
20
   Deposition of PJ VICARI
21 Direct Examination by Mr. Taylor        63

22 Deposition of PETER G. VICARI
   Direct Examination by Mr. Taylor       134
23

24 Certificate of Oath                    185
   Certificate of Reporter                186
25

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    3

```
 1                    PLAINTIFF'S EXHIBITS
          (Exhibits Retained by Plaintiff's Counsel)
 2

 3      NUMBER            DESCRIPTION              PAGE

 4      112               Depo Notice               23

 5      113               Pay App #7                44

 6      114               Pay App #11               50

 7      115               Pay App #7                50

 8      116               Pay App                   50

 9      117               E-Mail                    60

10      118               Change Orders             75

11      119               Change Orders             75

12      120               10/12/17 Letter          103

13      121               10/13/17 E-Mail          105

14      122               10/17/17 Letter          108

15      123               Answer                   109

16      124               Complaint                109

17      125               Subcontract              147

18      126               Subcontract              147

19      127               Irma Claims              177

20      128               Back Charge Summary      177

21      129               Prime Contract           182

22      130               Prime Contract           182

23

24

25
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    4

```
 1        Deposition taken before Marianne Tertan,

 2    Florida Professional Reporter and Notary Public in

 3    and for the State of Florida at Large in the above

 4    cause.

 5                    - - - - - - - -

 6            THE COURT REPORTER:  Do you swear or

 7        affirm the testimony you are about to give in

 8        this cause will be the truth, the whole truth

 9        and nothing but the truth?

10            THE WITNESS:  Yes, I do.

11    Thereupon--

12                    JOEY BAUDOIN

13    having been first duly sworn was examined and

14    testified as follows:

15                    - - - - -

16                    DIRECT EXAMINATION

17    BY MR. TAYLOR:

18        Q.    Can you please state your name for the

19    record?

20        A.    Joey Baudoin.

21        Q.    Ms. Baudoin, I believe we've met before.

22    Just so the record is clear, my name is Tim Taylor.

23    I represent A.T.O. Golden Construction Corp.

24            Today I have noticed the corporate

25    representative of Pete Vicari Golden Contractor,
```

```
 1   LLC in the lawsuit of A.T.O. Golden Construction
 2   Corp. vs. Pete Vicari General Contractor and Allied
 3   World Insurance Company.
 4             Are you aware of the litigation?
 5        A.   Yes.
 6        Q.   Have you ever had your deposition taken
 7   before?
 8        A.   No.
 9        Q.   I know you may have sat in on a couple
10   of prior depositions but I want to make sure that
11   the record is clear.  Today I'll be asking you a
12   series of questions related to the litigation.  All
13   that I ask that if you don't understand any of my
14   questions that you ask me to restate the question
15   or rephrase the question so you do understand the
16   question.
17             Can you do that for me, please?
18        A.   Yes.
19        Q.   Also, if you answer any of my questions
20   I'm going to assume your answers are responsive to
21   my questions and that you understood the question.
22   Do you understand?
23        A.   Yes.
24        Q.   Please answer all questions audibly with
25   words instead of uh-hmms and uh-huhs or hand
```

1    gestures, and that's just so the court reporter can

2    take down everything you are saying.

3              Do you understand?

4        A.   Yes.

5        Q.   I'm not sure how long this deposition is

6    going to go today but any time you need to take a

7    break, please feel free to do so.  All that I ask

8    is if a question is pending you answer the question

9    before we take the break.  Can you do that for me?

10       A.   Yes.

11             (Plaintiff's Exhibit 112 was marked for

12        identification.)

13   BY MR. TAYLOR:

14       Q.   Ms. Baudoin, I have marked as Exhibit

15   112 to this deposition A.T.O. Golden's notice of

16   taking deposition duces tecum of the corporate

17   representative of Pete Vicari General Contractor,

18   LLC.  Can you please take a moment to review

19   Exhibit 112?

20       A.   Yes.

21       Q.   Have you had an opportunity to

22   familiarize yourself with the exhibit?

23       A.   I believe so.

24       Q.   Please take a look starting on page two

25   the notice request that Pete Vicari general

1   contractor produce a corporate representative with

2   the most knowledge to testify on various areas of

3   inquiry and they are identified as 1 through 21.

4   Do you see those areas of inquiry?

5        A.   Yes.

6        Q.   Ms. Baudoin, are you here today to

7   testify as the corporate representative on any of

8   those areas of testimony?

9        A.   Some of them, yes.

10       Q.   Can you please state for the record the

11  areas of inquiry you have been presented as the

12  corporate representative for Pete Vicari General

13  Contractor?

14       A.   The pay applications, how they were put

15  together.

16       Q.   That's No. 5?

17       A.   Yes.

18       Q.   Any on the areas of inquiry?

19       A.   Six.

20       Q.   Those are the payment applications

21  submitted by Pete Vicari General Contractor to the

22  owner of Civic Tower and Senior Civic Tower

23  project?

24       A.   Yes.

25       Q.   Any other areas of inquiry?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                               8

1          A.    Seven.

2          Q.    The payments received from Pete Vicari

3    General Contractor from the owner of the project

4    for all of Pete Vicari General Contractor payment

5    applications?

6          A.    Yes.

7          Q.    Any other areas of inquiry?

8          A.    Twelve.

9          Q.    Twelve is the unsigned A.T.O payment

10   application No. 7 prepared by Pete Vicari General

11   Contractor after A.T.O. terminated the subcontracts

12   that decreased the quantities and subcontract

13   values?

14         A.    Yes.

15         Q.    Any other areas of inquiry?

16         A.    Fifteen.

17         Q.    Fifteen would be Pete Vicari General

18   Contractor payment applications to the owner

19   submitted in July, 2018 on Civic Tower and Senior

20   Civic Tower?

21         A.    Yes.

22         Q.    Any other areas of inquiry?

23         A.    I think that is it.  Let me review

24   again.  Did I say 5?

25         Q.    You did.

1          A.    Okay.  I think that's where I have the

2     most knowledge.

3          Q.    One other thing, Ms. Baudoin.  This is a

4     duces tecum notice for deposition.  On the last

5     page there's a request for documents that may not

6     have been previously produced in this case.  And in

7     particular, it was seeking Pete Vicari General

8     Contractor payment applications submitted to the

9     owner on the Civic Senior Tower and Civic Tower

10    that have not been previously produced.  And also

11    seeking Pete Vicari payment applications and/or

12    change orders submitted to the owner regarding the

13    Hurricane Irma insurance claim that has not

14    previously produced.

15          Ms. Baudoin, have you brought with you

16    today any documents that may be responsive to this

17    request?

18          A.    No.

19          Q.    Do you know if any of these documents

20    exist?

21          A.    I don't remember how many were produced

22    when we produced them.

23          Q.    I'll represent to you that I don't have

24    the July payment applications that may have been

25    drafted and submitted to the owner this year, that

1   Ms. Bialski says does exist.

2          Do you know whether --

3      A.   The July pay applications that we

4   submitted to the owner?  That was produced.

5      Q.   July, 2018, that would be this month.

6      A.   Oh, this month?  No, no.  I didn't do

7   that one yet.

8      Q.   The final payment application has not

9   been prepared on behalf of Pete Vicari General

10  Contractor to the owner for Civic Senior Tower?

11     A.   No.  The last one that was provided to

12  them was for June.  I'm in the process of doing

13  July right now.

14     Q.   Has Pete Vicari General Contractor been

15  submitting a pay application to the owner on this

16  project every month this year?

17     A.   Yes.

18     Q.   So to the extent that -- strike that.

19          MR. BELL:  Do you need those documents?

20          MR. TAYLOR:  Well, I'm going to need

21     those documents.  I was hoping to have them

22     today.

23          MR. BELL:  I didn't realize you needed

24     them post-A.T.O.

25          He wants January through June.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          11

```
 1              MR. TAYLOR:  Right.  I think I have
 2         December and January but I don't have
 3         anything after that.  They may be relevant
 4         based on what is billed as quantities, as you
 5         might imagine.
 6              MR. BELL:  I'm happy to produce that.  I
 7         would have gotten them to you.  My fault.
 8    BY MR. TAYLOR:
 9         Q.   If you could.
10         A.   Everything that we have billed the owner
11    for A.T.O.'s work was produced.
12         Q.   I think you'll eventually see where I'm
13    going by the end of our deposition.
14              All right, Ms. Baudoin.
15              MR. BELL:  Just make a note to get all
16         payment applications January 1 through
17         present date.
18         Q.   Ms. Baudoin, are you currently employed
19    at Pete Vicari General Contractor?
20         A.   Yes.
21         Q.   What is your position?
22         A.   The accounting secretary.
23         Q.   How long have you had that position?
24         A.   Since January, 2004.
25         Q.   And what are your duties and
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                            12

1    responsibilities as the accounting secretary?

2         A.    Accounts payable, accounts receivable.

3         Q.    What were your duties and

4    responsibilities as they pertain to the Senior

5    Civic and Civic Towers project?

6         A.    I did the -- I prepared the pay

7    applications.  I collected the subcontractors' pay

8    applications and put all of them together into our

9    pay applications, which was submitted to the owner

10   along with material invoices.

11              I also paid the subcontractors once we

12   received payment from the owner, collected all the

13   necessary documents from the subcontractors that we

14   needed to submit.

15        Q.    Anything else?

16        A.    Not that I can think of at the moment.

17        Q.    In the performance of your duties as you

18   just described, would you perform those duties in

19   the home office located in Louisiana?

20        A.    Yeah.

21        Q.    In the performance of your duties is it

22   necessary for you to go to the project site?

23        A.    I've been to the project site two times.

24   The first time was at the very beginning of the

25   project to meet the superintendents and help them

1    get their office situated.  The second time was to

2    meet with Monica.  This was shortly after Robert

3    Mick left.  I met with her so she could understand

4    how I did my pay applications.

5         Q.   When you say shortly after Robert Mick

6    left the employment of PVGC -- and by the way, Pete

7    Vicari General Contractor is a mouthful.

8         A.   PVGC, I got it.

9         Q.   Can we both agree when I say PVGC that

10   I'm referring to Pete Vicari General Contractor?

11        A.   Right.

12        Q.   So how long after Mr. Mick left the

13   employ of PVGC was it that you came out to the

14   project site here in Miami to meet with Monica

15   Bialski of CBRE?

16        A.   I don't recall how long after; one or

17   two months.

18        Q.   Can you describe the meeting with Ms.

19   Bialski for me?  When I say describe, how long the

20   meeting lasted, what did you discuss, was anybody

21   else present?

22        A.   It was in the job trailer, PVGC's job

23   trailer.  Monica brought someone else with her, I

24   don't remember his name.  George was there.  I

25   don't remember exactly what we discussed.  She

1    asked some questions which George answered for her.

2    She wanted to know my process of getting pay

3    applications from the subs, putting them on a pay

4    app, sending the pay apps to George, and that's

5    pretty much the gist of it.

6         Q.    Did Ms. Bialski request this meeting of

7    you?

8         A.    She requested that someone be there that

9    knew how the pay apps were prepared.

10        Q.    And had she -- strike that.

11              Given the timeframe that this was after

12   Robert Mick's departure from PVGC, you would agree

13   with me there was probably a minimum of six payment

14   applications submitted to the owner prior to this

15   meeting?

16        A.    Probably around that amount.

17        Q.    Had you prepared the payment

18   applications any differently previously that would

19   warrant this meeting?

20        A.    No.

21        Q.    Had Monica Bialski ever contacted PVGC

22   previously to discuss problems with her

23   interpretation of the payment applications?

24        A.    She didn't contact me, no.

25        Q.    Do you know if she contacted anyone from

1    PVGC?

2         A.    She may have spoken to the project

3    manager on site and Pete, who was on site.

4         Q.    Do you know -- strike that.

5              Did Ms. Bialski have any complaints at

6    that time regarding PVGC's payment applications?

7         A.    I believe she wanted someone who was

8    aware of how they were prepared.

9         Q.    What was the issue she was having with

10   how the payment applications were prepared?

11        A.    I don't know.  Pete called me and said,

12   Can you go to Miami?  Monica wants to meet with

13   someone who is familiar with the pay applications.

14        Q.    And Ms. Bialski didn't tell you why

15   specifically she needed to discuss the pay

16   applications with you?

17        A.    Not specifically, not that I'm aware of,

18   not that I can recall.

19        Q.    Other than those two times that you went

20   to the project site that you just described on the

21   record, have you been to the project site at any

22   other time?

23        A.    No.

24        Q.    Would it be accurate to say, then, that

25   your understanding of the progress of the work and

```
 1   any issues related to construction come from what
 2   you have been informed by others who were on site?
 3         A.   Yes.
 4         Q.   You don't have any really firsthand
 5   knowledge of the actual physical construction or
 6   progress of the work?
 7         A.   No.
 8         Q.   You are limited in your capacity as to a
 9   billing accountant for financial purposes, correct?
10         A.   Correct.
11         Q.   Ms. Baudoin, I have handed you a binder
12   of Pete Vicari General Contractor payment
13   applications to the owner on the Civic Tower Senior
14   project or the Tower and Senior Tower.  Now, if you
15   could open up to the first tab, this appears to be
16   the first payment application 1A submitted by PVGC
17   to the owners on the Senior Tower.
18             Can you verify that for me?
19         A.   Correct.
20         Q.   Now, did you prepare this payment
21   application?
22         A.   Yes.
23         Q.   Tell me how it is that you would go
24   about preparing this payment application.
25         A.   The subcontractors submit me their pay
```

1    applications.  I collect those.  I send them out to

2    the job site project manager, if they haven't

3    already be sent to them, for them to review.  I

4    take the subcontractor pay applications and any

5    invoices that we received for that month and I add

6    them to the line items within this pay application.

7         Q.   And when you say you add them to the

8    line items within this pay application, are you

9    referring to the Pete Vicari payment application to

10   the owner and add them into the line items on the

11   continuation sheet which is also known as the

12   schedule of values?

13        A.   Yes, I put them in the line item in

14   which they belong.  I send this pay application

15   along with all of the invoices and AIA forms from

16   the subs along with a lot of other spread sheets

17   and documents, waivers to the owner.

18        Q.   Now, before this payment application

19   goes to the owner, there are a couple of signatures

20   on the front page.  Do you see those?

21        A.   Right.

22        Q.   One is Barbara Vicari.  Do you see that?

23        A.   Yes.

24        Q.   In this process that you undertake in

25   preparing this document, when does Barbara Vicari

1    certify the payment applications?

2        A.    She's in our office.  Once I complete it

3    she signs it.

4        Q.    At the time Ms. Vicari signed this

5    payment application, has the architect's

6    certificate of payment below her signature been

7    signed yet?

8        A.    No.  I never see the signed architect's

9    signature on the pay application.  It is never

10   returned to me with a signature.

11       Q.    So at the time that you are sending this

12   payment application to the owner, you have

13   completed gathering the subcontractor payment

14   applications, you have input their billing into

15   Pete Vicari General Contractor's schedule of

16   values.  I assume you then prepare the

17   reconciliation on the front page as far as what is

18   owed; is that correct?

19       A.    Correct.

20       Q.    So, for example, on this payment

21   application you fill out the reconciliation on the

22   left and you have a current payment due of

23   $280,663.97; is that accurate?

24       A.    Right.

25       Q.    At that point in time Ms. Barbara Vicari

1    certifies the payment application and at that point

2    she's certifying that the work contained within

3    this application has been completed in accordance

4    with the contract documents.  Have you ever read

5    that certification?

6         A.   I'm sure at some point I did.

7         Q.   So at this point you have a signed

8    certified payment application by PVGC with all the

9    subcontractor backup and then you send this

10   application to who on behalf of the owner?

11        A.   I send this to Nick, who is the owner

12   representative or -- Nick Boehm, B-O-E-H-M.  I'm

13   not sure of that spelling.  I send it to him.  I

14   also send it to the project manager for them to

15   review and print for Monica when she arrives.

16        Q.   And when you say send to the project

17   manager, you are talking about the project manager

18   for PVGC?

19        A.   Yes, who was Robert Mick and now is

20   George.

21        Q.   And when they receive the certified

22   payment application from the home office it is

23   their job to print it so Ms. Bialski of CBRE can

24   have a copy for her inspection to verify?

25        A.   Yes.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              20

```
 1          Q.    Do you know what Mr. Boehm's position is
 2   on behalf of the owner?
 3          A.    I don't know what his title is.
 4          Q.    Now, is Pete Vicari General Contractor
 5   paid by the owner for payment application No. 1 in
 6   full?
 7          A.    Yes.
 8          Q.    The process that you just described for
 9   payment application 1, was that the same for all of
10   the payment applications?
11          A.    I believe so.
12          Q.    You stated that you would collect the
13   subcontractor payment applications as part of the
14   process of preparing the PVGC payment application
15   to the owner.  Do you recall that?
16          A.    Yes.
17          Q.    When you would receive the subcontractor
18   payment applications what role, if any, did you
19   have to review the work being billed under those
20   subcontractor payment applications?
21          A.    I sent it to the project manager to
22   review whether the work was complete or not.  My
23   job was to check the totals, the numbers, made sure
24   they matched with their contract, make sure that
25   everything that they were billing for as far as the
```

1   contract goes was accurate with what they had a

2   contract for.

3        Q.   Can you elaborate on that a little bit?

4        A.   If they sent me a billing which included

5   two change orders, one their pay application, I

6   verified that their contract with us had two change

7   orders and that that total matched with what they

8   were billing.  So their final revised contract

9   amount had to match what we had for their final

10  contract amount.  If it did not then I corresponded

11  with them to figure out why it was different,

12  revise or what not.

13       Q.   Can you turn to Tab Seven, please?  Tab

14  Seven is PVGC's payment application No. 7 to the

15  owner of the Civic Tower Senior project.

16            Do you see that?

17       A.   Yes.

18       Q.   And in payment application 7 is PVGC

19  billing the owner for $261m,522.92?

20       A.   Yes.

21       Q.   And is that for the pay period through

22  August 24, 2017?

23       A.   Yes.

24       Q.   And in fact, did Pete Vicari General

25  Contractor get paid the full amount $261,522.92?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    22

1          A.    Yes.

2          Q.    And were those funds transferred on

3    November 26, 2017?

4          A.    No, 9/26/17.

5          Q.    I'm sorry, September 26, 2017?

6          A.    Yes.

7          Q.    So the owner transferred payment under

8    payment application No. 7 to PVGC in the amount of

9    $261,522.92 on September 26, 2017?

10         A.    Correct.

11         Q.    The backup that is attached to payment

12   application 17 includes among other things A.T.O.

13   Golden's payment application No. 6.

14         A.    Correct.

15         Q.    And did you receive A.T.O. Golden's

16   payment application No. 6 and therefore make it

17   part of PVGC's backup to payment application No. 7

18   to the owner?

19         A.    It is, yes.

20         Q.    And did you include the line items

21   billed by A.T.O. Golden in their payment

22   application No. 6 into the schedule of values for

23   PVGC under payment application No. 7 to the owner?

24         A.    Yes.

25         Q.    And the value of A.T.O. Golden

```
 1   Construction's payment application 6 was

 2   $79,303.61, correct?

 3         A.   Yes.

 4         Q.   Now, this was PVGC payment application

 5   No. 7.  Just so the record is clear, I want to make

 6   sure that PVGC was not only paid for their first

 7   payment application as you previously testified but

 8   they were also paid for prior applications No. 3,

 9   No. 4 and No. 5 and No. 6?

10         A.   Correct.

11         Q.   So the owner had paid PVGC up-to-date

12   through payment application No. 7; is that correct?

13         A.   Right.

14         MR. TAYLOR:  I'm going to mark the PVGC

15         payment application No. 7 with backup and

16         proof of wire transfer from the owner as

17         Exhibit 113.

18         (Plaintiff's Exhibit 113 was marked for

19         identification.)

20   BY MR. TAYLOR:

21         Q.   Ms. Baudoin, it appears that Pete Vicari

22   General Contractor did not include any further

23   A.T.O. payment applications prepared for and signed

24   by A.T.O. and any subsequent PVGC payment

25   applications to the owner; is that accurate?
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          24

 1          A.    No, none that A.T.O. provided, no.

 2          Q.    The only other application for payment

 3     that bears the name A.T.O. Golden subsequent to

 4     PVGC's payment application No. 7 would be contained

 5     within --

 6          A.    PVGC payment 11.

 7          Q.    Correct.  So if you could, please, turn

 8     to PVGC's payment application No. 11 to the owner

 9     on the Civic Tower Senior project.  Are you there?

10          A.    Yeah.

11          Q.    Did you also prepare payment application

12     No. 11 on behalf of PVGC to the owner for Civic

13     Tower Senior?

14          A.    Yes.

15          Q.    The backup to payment application No. 11

16     has an A.T.O. Golden payment application that is

17     not signed by A.T.O. Golden, nor anyone for that

18     matter.  Do you see that?

19          A.    Yes.

20          Q.    Do you know who prepared this payment

21     application?

22          A.    I did.

23          Q.    Can you tell me why you prepared this

24     payment application?

25          A.    Because it was determined out in the

1    field that A.T.O. had overbilled for a lot of work.

2    George went and did a spread sheet on exactly what

3    work was completed by them.  I took that spread

4    sheet that George did and I incorporated the

5    percentages for each of those items into a pay

6    application, whatever they were previously paid

7    versus what the current standing of what their work

8    had been completed.  It came up to either a deduct

9    or an add on this pay application.  If they had

10   billed us for work previously and George's spread

11   sheet shows that no work was done, then there was a

12   credit for that line item.

13        Q.   Who is George that you are referring to?

14        A.   Our current project manager, PVGC's

15   project manager.

16        Q.   And George's full name is what?

17        A.   George Ayala, A-Y-A-L-A.  I believe

18   that's how it is spelled.

19        Q.   So based upon George Ayala's

20   determination and preparation of a spread sheet you

21   created the A.T.O. Golden unsigned payment

22   application and PVGC's payment application to the

23   owner No. 11?

24        A.   Yes, because A.T.O. -- we collected more

25   money for work that had not been completed, so we

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          26

1   had to return the money back to the owner.

2         Q.    Right now I'm just trying to get on the

3   record how the document was prepared.  So based

4   upon Mr. Ayala's analysis and determination you

5   prepared the A.T.O. payment application, correct?

6         A.    Yes, I did.

7         Q.    But you have no independent knowledge

8   whether Mr. Ayala was correct in his analysis of

9   A.T.O.'s overbilling, correct?

10        A.    As far as the work that was done, no, I

11  don't know.

12        Q.    Because you didn't go to the project

13  site, you never inspected A.T.O.'s work, you can't

14  verify whether Mr. Ayala's determination was

15  accurate, correct?

16        A.    No.

17        Q.    No, that's not correct?

18        A.    No, I cannot verify whether the work was

19  done or not, other than George's spread sheet that

20  he determined.

21        Q.    Looking at the A.T.O. payment

22  application that was prepared, if you could go to

23  the front -- strike that.

24              Go to the first page, the

25  reconciliation.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                            27

1          A.   Right.

2          Q.   It has the original contract sum of

3     $463,659.11.  Do you see that?

4          A.   Yes.

5          Q.   Below it it has net change by change

6     orders and it is a deducted $20,983.37.  Do you see

7     that?

8          A.   Right.

9          Q.   What happened to all of the approved

10    change orders that were signed by Pete Vicari

11    General Contractor and A.T.O. Golden and performed

12    that were previously identified on the prior A.T.O.

13    payment applications?

14         A.   In that total you'll see on the

15    continuation page, the very last item is back

16    charges for work not complete.  This is work that

17    they were contracted to do, that they had either a

18    contract or change order to do.  They left the job

19    site and did not complete the work.  We did a

20    change order, a deductive change order for the

21    balance of the work they did not complete.  That

22    $655,438.74 deduct is taken out of that change

23    order amount.  It is in here as a change order.

24         Q.   So where there is a change order summary

25    on the front page of the A.T.O. payment application

1    that you prepared, are you telling me that there

2    should be a deductive change order itemized in the

3    change order summary for $655,438.74?

4           A.    The deductive change order is for the

5    work they did not complete.

6           Q.    That's not my question.  Just going back

7    to the front page, there's a change order summary

8    box that's underneath the reconciliation.  You

9    would agree with me --

10          A.    Oh, yes, I see.

11          Q.    So you would agree with me --

12          A.    Ordinarily it should be in there.  That

13   was my neglect to put it in that box below.

14          Q.    Okay.  One more rule, and I hate to even

15   call it a rule, it is just a guideline.  I know you

16   are going to anticipate my question before I finish

17   it and you are going to want to respond, but the

18   court reporter is going to come over here and start

19   kicking me under the table if we don't go one at a

20   time because it is going to drive her crazy.

21          A.    Okay.

22          Q.    So was it based upon some document you

23   received from Mr. Ayala that you created a line

24   item back charge of $655,438.74?

25          A.    No.  That was the balance of their

1   contract that was left to complete when they walked

2   off the job site.

3        Q.   If that was the case why do we have a

4   deduct of $20,983.34?

5        A.   Because if you take the actual change

6   orders that they received less the back charges,

7   that gives you a balance of negative $20,983.37.

8        Q.   That's what I'm getting at.  Can you

9   identify for me the amount of back charges to

10  A.T.O.'s work versus the amount of uncompleted

11  work?

12       A.   Uncompleted work from when they left the

13  project?

14       Q.   Yes.  I assume there are a couple of

15  components to this analysis.  I believe there is a

16  component that they have, let's say, a million

17  dollars in approved change orders and they have

18  only performed a certain amount of change orders to

19  date so you wanted to back out the remainder?

20       A.   Correct.

21       Q.   If that was the case it would just zero

22  out to the contract sum, correct?

23       A.   I don't understand what you are asking.

24  Let me tell you this.

25       Q.   Yeah, help me out.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    30

```
1        A.    Let me tell you.  When I took George's

2    spread sheet, this is 7.  I took A.T.O.'s pay app 6

3    and -- I'm sorry, I believe it was pay app 5.  I

4    took their previous pay application and I put what

5    they had been paid from previous pay applications.

6    I took George's spread sheet, took his percentages

7    and put the percentage in the column that says

8    percentage complete.  When I did that it calculated

9    whether it was a deduction because they overbilled

10   or if it was an add because they would do the work.

11   You'll see where it says this period, there's a lot

12   of deducts because they overbilled on a lot of

13   items based on what they were paid.

14             Once that was done there was a balance

15   to finish, which they were not going to finish

16   because they left the job so that balance was

17   reduced -- reduced their contract.  So overall this

18   total complete and stored to date in line four on

19   the G-702 is $442,675.74.  That's the total of work

20   that they completed when they left the job site.

21   So their contract was ultimately reduced to what

22   they actually did on the job.  They weren't coming

23   back to finish the job so there was no more work to

24   be done, so their contract had to be reduced to

25   what they actually completed.
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              31

```
 1          Q.   If you look at the reconciliation, I'm
 2   trying to follow you, it has current payment due
 3   minus $94,297.08.
 4               Do you see that?
 5          A.   Yes.
 6          Q.   How did you arrive at that figure?
 7          A.   That is, if you look at the very last
 8   page, that is Column B, this period of work which
 9   is minus $104,771.45 less retainage, which gives
10   you $94,297.08.  Or let me do it another way.  The
11   total complete and stored to date is $442,675.74
12   minus the retainage of $44,267.57 minus the amount
13   they previously have been paid, $492,705.25, that
14   gives you a negative $94,297.08.
15          Q.   You are already holding retainage in the
16   amount of $54,745.03 according to payment
17   application 6?
18          A.   On A.T.O.'s pay application 6?
19          Q.   Correct.
20          A.   Let me find that one.  Well, that's
21   because it is 10 percent of the work complete.  The
22   retainage is calculated as 10 percent off the total
23   complete and stored to date.
24          Q.   Looking at your numbers on the
25   reconciliation, you have line item No. 7, less
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                         32

```
1    previous certificates for payment of $492,705.25,

2    do you see that?

3         A.   Yes.

4         Q.   Where did that number come from?  Did

5    that come from A.T.O.'s --

6         A.   Pay application 6 on the reconciliation

7    sheet, line six, which is total earned less

8    retainage $492,705.25.

9         Q.   But that was never paid to A.T.O.,

10   correct?  Let's clear the record right now.  We can

11   agree that A.T.O.'s payment application No. 6 was

12   never paid to A.T.O., correct?

13        A.   Correct.

14        Q.   So for you to use the number as total

15   earned less retainage in your analysis, you would

16   have to assume that's what A.T.O. was paid if you

17   were going to use that number in your overbilling

18   analysis?

19        A.   That was based off of what they billed.

20        Q.   Right, but you didn't pay it?

21        A.   No.

22        Q.   So if you didn't pay it, how can you

23   charge them in your analysis with having received

24   the money and therefore calling them out for saying

25   they owe $94,297.08?
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                            33

```
 1        A.    I thought I used the previous one.
 2        Q.    So really, what they have really only
 3   been paid, if you look at A.T.O.'s payment
 4   application, at least when you go back to current
 5   payment due paying forward is 400 -- no, actually,
 6   strike that.  I don't even know that they received
 7   that amount of money.
 8        A.    There's a recap somewhere that was
 9   produced which shows even if this total on this --
10   I had to pick up from where we left off.  When we
11   billed the owner I had to pick up from pay
12   application 6.
13        Q.    Assuming arguendo you paid it, correct?
14        A.    Assuming we paid it, correct.
15        Q.    But you did not pay it?
16        A.    No.
17        Q.    So you can't obviously perform an
18   analysis and treat the reconciliation as if A.T.O.
19   Golden had received that money as being overpaid
20   because they didn't receive it.
21        A.    No, they didn't receive it but that
22   doesn't mean that they didn't get paid for it.
23        Q.    They clearly didn't get paid for it and
24   I don't think it is an issue in the case anymore,
25   that they didn't get paid for pay application 6.
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                         34

1          A.    Right, they didn't get paid for pay

2     application 6.

3          Q.    But you are charging them in your

4     analysis as if they billed for and were paid

5     $492,705.25.

6          A.    That's what they billed for previously.

7          Q.    Correct.  But if you are not paying them

8     that money.  You can't use that number as a number

9     upon which you are going to offset for overbilling

10    because they never received the money.  You are

11    saying they owe $94,000, yet they never received

12    the money you are charging them with, $492,705.25.

13         A.    Okay, so that's correct.  On the

14    previous I did take the previous totals from pay

15    application 6.

16         Q.    Right, and assuming that those totals

17    were paid to A.T.O., which they were not, correct?

18         A.    They were not.

19         Q.    But in your analysis you are assuming

20    they were for purposes of generating a number,

21    balance due back to PVGC of $94,297.08, right?

22         A.    Right.

23         Q.    I think we can both agree that that is

24    wrong, correct?

25              MR. BELL:  Objection to form.

```
 1            THE WITNESS:  Not necessarily.
 2   BY MR. TAYLOR:
 3        Q.    Well, you are not giving credit to
 4   A.T.O. for the work that they billed on payment
 5   application 6 which you got paid for, yet you are
 6   charging them as if they got paid for it and you
 7   passed it along.
 8        A.    But their overall payment, if you take
 9   their overall amount due which is $442,675.74 and
10   minus what their actual payments are --
11        Q.    What's their actual payments?
12        A.    I don't have that number offhand.
13        Q.    Right, that's the critical component
14   that you are using from payment application 6 which
15   they billed but didn't get paid.  Shouldn't you use
16   actual payments received instead of what they
17   billed for in payment application 6 before you
18   charge them with receiving that money?
19        A.    No, not for the purposes of this
20   billing.  There is a recap that was submitted to
21   you which shows the payments that are still due to
22   A.T.O.
23        Q.    Let's go back to that $94,297.08 that
24   you have on your payment application for A.T.O.
25   Tell me what numbers you used to derive that figure
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          36

1    and as usually you'll agree with me based upon

2    numbers in the contractor's reconciliation on the

3    front page.

4         A.   What numbers I used?  I just told you

5    what numbers I used.  I took the total from pay

6    application 6.

7         Q.   Point them out and say the numbers aloud

8    on the record so we can follow because this is

9    where we're having a discrepancy.

10        A.   Previous pay application on the G-702

11   form, Column D totals $547,447.19.  Those totals

12   came from pay application 6, Column G, the total is

13   $547,447.19.

14        Q.   If I look at your payment application

15   No. 7 and the reconciliation, the way you got the

16   $94,297.08 is that you took your new contract value

17   of $442,675.74, you then subtracted that from the

18   total bill by A.T.O. through payment application

19   No. 6, $492,705.25 and you got a delta, and then

20   you added the retainage of 10 percent of

21   $442,675.74, which is $44,267.57, and that's how

22   you got to the $94,297.08.

23        A.   Right.  I mean --

24        Q.   You are using the $492,705.25 as plain

25   as it says in your reconciliation from payment

1    application 6 and to use that number you have to

2    assume that A.T.O. was paid that money in order to

3    come up with a number A.T.O. would owe PVGC as

4    being overbilled and overpaid, correct?

5         A.    Repeat that again.

6         Q.    If you are going to use $492,705.25,

7    that's line No. 7 on your reconciliation, you are

8    using that number as a number upon which A.T.O.

9    Golden was paid for their work on the job, correct?

10        A.    No.   That's what they billed.

11        Q.    I understand that's what they billed,

12   but --

13        A.    That's what we billed the owner.   That's

14   what they billed us.   I had to give back the

15   difference to the owner of what we had billed for,

16   which is the result of pay app 7.

17        Q.    But you never paid it to A.T.O.   So if

18   you didn't pay it to A.T.O. and you give the owner

19   back their money, why does A.T.O. have to pay you

20   for money you just gave back to the owner?   It was

21   never in A.T.O.'s possession.

22             Do you understand what I'm saying?

23             MR. BELL:   Object to the form.

24        Q.    Because I'm now speaking plain language.

25   If I give you $5 and you don't give that money to

1   Keith Bell and then you give me the $5 back, why

2   would you charge Keith Bell for the $5 if he didn't

3   take it from me?  You just gave me back my own

4   money for work that was never done.  It is a wash.

5          A.    I didn't give them that money back.

6                MR. BELL:  Object to form.

7                THE WITNESS:  I gave them that money

8          back for the work that was not done.

9          Q.    Correct.  But you never had to pay for

10  that work, so why are you charging A.T.O. Golden

11  money for work that was never paid for?

12               If you had paid A.T.O. Golden and you

13  had to give money back to the owner, I agree,

14  A.T.O. Golden would owe you money.  But if you

15  don't pay A.T.O. Golden and you just give money

16  back to the owner, A.T.O. Golden doesn't owe you

17  for the money you gave back to the owner.

18         A.    Because in pay application 6, $79,000

19  was due.  There is now -- okay.  That's left as

20  open.  $79,000 is left open.  Now there's a credit

21  back for $94,000.  The difference is, whatever the

22  math is, 20 or so thousand dollars is still

23  overbilled.

24         Q.    Whether it is overbilled or not --

25         A.    We're not telling them that.

1      Q.   You are saying that A.T.O. Golden
2    according to your reconciliation owes you
3    $94,297.08.
4      A.   No.  I'm saying that that was the
5    overbilling.  $94,000 was overbilled.  A.T.O. was
6    owed the $79,000.  This pay app was left as an open
7    billing item.  It had not been paid.  Then pay app
8    7 is a credit for $94,000 for work they didn't do.
9    You do the math between those two and the balance
10   is 20 some thousand dollars that A.T.O. is still
11   overpaid.
12     Q.   So this payment requisition is in no way
13   supposed to identify any damages incurred by Pete
14   Vicari General Contractor?
15         MR. BELL:  Object to the form.
16     Q.   That's not money owed to Pete Vicari
17   General Contractor, is it?
18     A.   The $94,000, no, because we didn't pay
19   them the pay app 6, so it offset the negative
20   $94,000.
21     Q.   We're not speaking the same language.
22   This document does not reflect monies that you are
23   claiming that A.T.O. owed Pete Vicari, correct?
24     A.   I don't think I said that A.T.O. owed
25   Pete Vicari money.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                      40

1          Q.    I'm just trying to clarify the record.

2                I want to make sure that we're clear

3     that your payment application No. 7 you prepared

4     was not prepared as a means to illustrate that

5     A.T.O. owes Pete Vicari $94,297.08.

6          A.    No.  The purpose of pay application 7

7     was to return the money back to the owner that was

8     received for work that was not done.

9          Q.    This pay application isn't between PVGC

10    and the owner.  It is between A.T.O. and PVGC from

11    your perspective.  Where is the credit back of

12    $94,297.08 to the owner?

13         A.    On their pay application 11.

14         Q.    Show it to me.

15         A.    It was issued back to them as a credit

16    on each particular line item.  You'll have to look

17    at, there is a list, several spread sheets that go

18    along with this.  One says an invoice list, you'll

19    see A.T.O. there's a credit of $104,000.  It is

20    reference Civic Tower, 005757 at the bottom.

21         Q.    That's not the schedule of values.

22    That's a separate document that you are referring

23    to, after the pay app to the owner?

24         A.    It goes along with the pay application

25    and it references what is included in the pay

1    application.  This is what it looks like.

2          Q.   Right.  So you have in this breakdown

3    $104,771.45, correct?

4          A.   Right.

5          Q.   That's not the $94,000?

6          A.   No, because this is prior to retainage.

7          Q.   You are aware of Serinca Construction?

8          A.   Yes.

9          Q.   And was Serinca Construction performing

10   work that was to be performed under the A.T.O.

11   subcontract and change orders?

12         A.   They are now after A.T.O. left.

13         Q.   Well, this is after A.T.O. left, too,

14   correct?

15         A.   Yes.

16         Q.   Serinca Construction, you have bills

17   here from them totaling $84,375 and zero cents and

18   $167,790 and zero cents.  Do you see that?

19         A.   Yes.

20         Q.   So on one hand you are giving a credit

21   of $104,000 and on the other hand you are charging

22   the owner $250,000?

23         A.   Yes, because somebody had to complete

24   the work that A.T.O. didn't do.

25         Q.   So the work is actually completed at

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    42

1    this point in time by Serinca because you are

2    billing for it?

3          A.    Some of the work, yes.

4          Q.    You are telling the owner, Let me give

5    you a credit for $104,000 but you are still going

6    to bill all the work through Serinca Construction,

7    same quantity, same work, correct?

8          A.    I don't believe it is the same quantity

9    whatever he was billing for.

10          Q.    Appears to be a little bit more?

11          A.    Serinca did a lot of things on the site.

12    I don't know if every single aspect was the same

13    work that A.T.O.  There might have been some things

14    that A.T.O. was doing or not doing.  A.T.O. didn't

15    complete the work that we billed the owner for

16    based off of A.T.O.'s pay app.  So once it was

17    determined that A.T.O. didn't do the work -- for

18    example, there were cabinets.  The cabinets, they

19    billed for, I don't know offhand but it was

20    something like around 40 percent per cabinet in the

21    studio units.  Once George reviewed one of their

22    pay applications when he first started reviewing,

23    he said, Wait, wait, they are billing for stuff

24    they didn't do.

25          Q.    And Ms. Baudoin, I'm not suggesting that

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    43

```
 1    you have done anything wrong.  I'm merely pointing
 2    out the fact that on the one hand you are reducing
 3    quantities to the owner and claiming a gift back
 4    because A.T.O. didn't do the work, and then on the
 5    other hand charging the owner for the quantities?
 6         A.   For the work that was now completed,
 7    right.
 8         Q.   By Serinca?
 9         A.   What's wrong with that?
10         MR. BELL:  Objection.  He'll ask the
11    questions.
12         Q.   The point is, you don't know whether the
13    work was actually done or not and whether this is
14    just fuzzy accounting because you are not out
15    there, you don't know whether A.T.O. did the work.
16         MR. BELL:  Object to the form.
17         THE WITNESS:  It is not fuzzy accounting
18    because the accounting --
19    BY MR. TAYLOR:
20         Q.   It is based on stuff given to you, I
21    agree with you.
22         A.   Right.
23         Q.   My point is you don't know whether
24    George Ayala in the field falsified the documents
25    that he gave you and said A.T.O. overbilled, and
```

1    then at the same time submitted charges by Serinca

2    for the same work to bill the owner, do you?

3          A.   I'm 100 percent confident that George

4    did not falsify any documents.

5          Q.   You don't have any personal knowledge

6    one way or the other, do you?

7          A.   I don't have any proof or otherwise.

8          Q.   You don't have any personal knowledge,

9    not proof, do you?

10         A.   No.

11              MR. TAYLOR:  Let me mark as the next

12         Exhibit 114 payment application No. 11 with

13         proof of wire payment from the owner and

14         backup on the Civic Tower Senior project.

15              Before I go to the next tower let's take

16         a break.

17              (Plaintiff's Exhibit 114 was marked for

18         identification.)

19              (A brief recess was taken, after which

20         the following proceedings were had:)

21   BY MR. TAYLOR:

22         Q.   Ms. Baudoin, I have a couple of followup

23   questions on Exhibit 114.  Attached to the backup

24   of Pete Vicari General Contractor payment

25   application 11 are two Serinca payment

1    applications, payment application 2 and payment

2    application 3.

3         A.   Right.

4         Q.   If you look at Serinca's payment

5    application No. 2, that has line items for E&F

6    demolition, as well as interior demolition,

7    correct?

8         A.   Yes, I would assume so.  It has boring

9    and baseboards, so that would be interior, yeah.

10         Q.   And if we look at payment application

11    No. 3 from Serinca, go to their schedule of values.

12    You'll agree with me that this payment application

13    also has E&F demolition, as well as interior

14    demolition?

15         A.   Right.

16         Q.   Going back to the A.T.O. reconciliation

17    payment application that is part of Exhibit 114

18    that you created, isn't it accurate to say that

19    your A.T.O. reconciliation does not consider any

20    work performed by A.T.O. Golden in the months of

21    September and October?

22         A.   The reconciliation that I prepared for

23    A.T.O. does not include work for when?

24         Q.   September and October.

25         A.   I don't recall when I got, when George's

1    spread sheet was determined.

2         Q.   You used A.T.O.'s payment application

3    No. 6 which was through the month of August,

4    correct?

5         A.   Yes.

6         Q.   So you didn't reference any of their

7    payment applications for work performed in the

8    month of September or October that would have also

9    included proposed change order requests, correct?

10        A.   If we had a signed, executed change

11   order it was included on this pay application.

12        Q.   Right.  We know that PVGC wouldn't sign

13   any of A.T.O.'s proposed change orders after

14   August, 2017, correct?

15        A.   A.T.O. didn't provide us the information

16   we requested from them in order to complete the

17   change order.

18        Q.   And that's not my question.  My question

19   is PVGC did not sign any of A.T.O.'s change order

20   requests for the months September and October of

21   2017, correct?

22        A.   I don't know what change order requests

23   were signed after -- I don't know what ones were

24   completed after that.

25        Q.   So in your analysis you don't know what

1   change orders you considered?

2          A.    Through change order 4 is what was

3   approved.

4          Q.    And anything -- any work not included in

5   change order No. 4 but was not approved and signed

6   by Pete Vicari General Contractor you did not

7   consider, correct?

8          A.    If I did not have an approved change

9   order, then no, it was not included.

10         Q.    One last question as to payment

11  application Exhibit 114.  Can you verify for me

12  first, when did PVGC certified payment application

13  to the owner for payment application No. 11?

14         A.    It would have been January 19.

15         Q.    2018, correct?

16         A.    That's what it says.

17         Q.    Whose signature is that?

18         A.    That would be Peter Vicari.

19         Q.    Also known as PJ?

20         A.    No.   That's Peter G. Vicari.

21         Q.    And if you look at the owner wire

22  transfer information on the front page of the

23  exhibit, did the owner pay this payment application

24  No. 11 on February 16, 2018?

25         A.    Yes.

```
 1        Q.   Now, I've just placed in front of you a
 2   binder of the PVGC payment applications on Civic
 3   Towers.
 4        A.   Correct.
 5        Q.   Now, can we agree that the owner has
 6   paid PVGC for its payment applications 1 through 6
 7   in full?
 8        A.   Yes.
 9        Q.   So now we can skip the payment
10   application No. 6 -- strike that.
11             We're going to go to payment application
12   No. 7 on the Civic Towers project.  Now, is payment
13   application No. 7 for the pay period through
14   August 25, 2017.
15        A.   Yes.
16        Q.   And did Barbara Vicari certify the
17   payment application that the work performed under
18   payment application No. 7 was completed in
19   accordance with the contract documents?
20        A.   Yes.
21        Q.   And the amount being requested under
22   payment application No. 7 by PVGC was $498,277.67,
23   correct?
24        A.   Yes.
25        Q.   And was that paid by the owner on
```

1   September 26, 2017 as evidenced by the wire

2   transfer sheet?

3        A.   Yes.

4        Q.   Does payment application No. 7 by PVGC

5   to the owner contain A.T.O. Golden Construction

6   Corp.'s payment application No. 6?

7        A.   Yes.

8        Q.   And was A.T.O. Golden's work under

9   payment application No. 6 in the amount of

10  $96,134.42 incorporated in the Pete Vicari General

11  Contractor's schedule of values to the owner?

12       A.   Yes.

13       Q.   So would it be accurate to say that Pete

14  Vicari General Contractor was paid for the work

15  billed by A.T.O. Golden under payment application

16  No. 6?

17       A.   Yes.

18       Q.   Was A.T.O. Golden payment application

19  No. 6, the Civic Towers, the last payment

20  application submitted by PVGC to the owner on

21  behalf of A.T.O. Golden that was actually signed

22  and certified by A.T.O. Golden?

23       A.   Yes.

24       Q.   Did you once again prepare your own

25  reconciliation at some point in time of the A.T.O.

1    payment application for Civic Towers?

2         A.   Yes.

3         Q.   Once again, would that be on the --

4    would that be the payment application No. 11 for

5    Pete Vicari General Contractor for Civic Tower?

6         A.   It would be, yes.

7         Q.   And just so I don't get too far ahead

8    I'm going to mark the last payment application you

9    just testified to, Pete Vicari payment application

10   No. 7 to the owner with wire transfer receipt as

11   Exhibit 115.

12             (Plaintiff's Exhibit 115 was marked for

13        identification.)

14             MR. TAYLOR:  Moving back to payment

15        application No. 11 with wire transfer

16        transmittal sheet, we'll mark that as Exhibit

17        116.

18             (Plaintiff's Exhibit 116 was marked for

19        identification.)

20   BY MR. TAYLOR:

21        Q.   Now, payment application No. 11 from

22   PVGC to the owner of Civic Tower that for the pay

23   period through December 31st, 2017?

24        A.   Yes.

25        Q.   And according to the cover page, on what

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              51

1    day did PVGC certify the payment application to the

2    owner?

3           A.    1/19.

4           Q.    January 19, 2018?

5           A.    Yes.

6           Q.    And whose signature is that?

7           A.    Peter Vicari, Peter G. Vicari.

8           Q.    And this payment application is in the

9    amount of $298,440.72?

10          A.    Yes.

11          Q.    The owner paid this payment application.

12   It got cut off but it is usually the following

13   month in February, correct?

14          A.    Looks like it might be 2/16/18.

15          Q.    And the owner paid the payment

16   application in full, correct?

17          A.    They did, yes.

18          Q.    Now, going to your attached A.T.O.

19   Golden payment application that you prepared, was

20   this document prepared in a similar fashion to the

21   A.T.O. Golden payment application that you prepared

22   for Civic Tower Senior Tower?

23          A.    Yes.

24          Q.    So the record is clear, how was it that

25   you derived at the figure of a deductive change to

1    this contract amount of 134,750.16?

2          A.    The same fashion that I did the other

3    one.  I used George's completion report, applied

4    the percentage complete in the previous pay

5    applications, and that gave me the balance of this

6    pay application, which was, which came up to the

7    minus $130,004.17.

8          Q.    And you are using A.T.O.'s prior payment

9    application No. 6 for billings through August of

10   2017, correct?

11         A.    Correct.

12         Q.    Now, it is your position that under the

13   Pete Vicari General Contractor payment application

14   No. 11 the owner was credited back $144,449.08 to

15   A.T.O. Golden?

16         A.    The owner was credited back, what?  Yes,

17   that was before retainage was applied.

18         Q.    I'm looking at the summary sheet.  Would

19   I also be correct in that Pete Vicari General

20   Contractor billed the owner for Serinca

21   Construction work on Serinca's payment applications

22   1 and 2 in the amount of $27,000 and a further

23   amount of $152,800?

24         A.    Correct.

25         Q.    And are Serinca's payment applications

1    attached as well to Pete Vicari General Contractor

2    payment application No. 11?

3          A.    Yes.

4          Q.    One last thing as to the A.T.O. Golden

5    payment application that you prepared.  Once again,

6    would it be accurate in my assumption that you did

7    not consider any A.T.O. Golden change order

8    requests that were prepared and submitted to Pete

9    Vicari General Contractor for the work in the month

10   of September and October that Pete Vicari did not

11   accept and sign?

12         A.    I did not include any change orders that

13   I did not have complete approval on, no.

14         Q.    Ms. Baudoin, why was it that A.T.O.'s

15   payment application No. 7 on both the Senior Tower

16   and the Civic Tower were not accepted by Pete

17   Vicari General Contractor and submitted to the

18   owner for payment?

19         A.    They were incorrect.

20         Q.    How were they incorrect?

21         A.    They had numerous mathematical errors.

22   They were including change orders that we had not

23   received approval on, that we asked for

24   documentation in order to approve them.  They

25   weren't sent.  They were late consistently.  I send

1    out a deadline e-mailed to all the subs several

2    weeks before pay apps are due reminding them of the

3    date I need the pay app.  This is the deadline.  I

4    need the pay apps.  I need them to be correct.  I

5    need all the lien waivers that go along with them.

6    That e-mail also says that if there are any change

7    orders that you do not have a change order from us

8    for, they are not approved.  Please do not put them

9    on your pay application until they are approved and

10   executed.

11        Q.   So before you receive a payment

12   application and change orders, the payment

13   application and change orders have to be approved

14   by who from Pete Vicari General Contractor?

15        A.   The project manager is approving the

16   work completed on the pay application.  The change

17   orders, PJ is finalizing change orders.  He's the

18   one that ultimately approves the cost for the

19   change orders.  Bridgette in our office just types

20   them up.  She does, you know, types up the change

21   orders, gets them to the subs for them to execute

22   them.  When that's completed she sends me a copy of

23   the executed change order.  I put it with the sub's

24   file to show that their contract was increased for

25   that amount.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                        55

1          Q.   So the project manager is approving the

2     work on the payment application as far as

3     quantities, correct?

4          A.   As far as what's been completed,

5     correct.

6          Q.   PJ is approving the cost totals on the

7     change order request that would ultimately to into

8     a change order, correct?

9          A.   PJ is approving any extra cost to the

10    project, correct.

11         Q.   And I believe you were in a deposition

12    previously where it was revealed through some

13    documents that the superintendent on the project

14    approves the quantities and the change order work,

15    correct?

16         A.   I believe the project manager was having

17    the superintendents approve for their building and

18    bring the information to the project manager.  The

19    project manager ultimately approved the work being

20    billed on the pay application.  I don't believe

21    that the superintendent received the sub's actual

22    pay application.

23         Q.   So before A.T.O. can submit its payment

24    application to get paid, it is going to have to

25    have the approval of the project manager, which was

1    George Ayala, correct?

2          A.    Right.

3          Q.    As well as approval from PJ as to the

4    cost of the change orders, correct?

5          A.    Actually, Robert Mick was the project

6    manager on site when A.T.O. was there.  George came

7    in at the very tailend prior to them leaving.  I

8    believe it was the month that they left that George

9    was there.

10         Q.    So I'm going to focus on the September

11   payment application, as well as the work done in

12   October of 2017.  You will agree with me during

13   that time period George Ayala was the project

14   manager on the job, correct?

15         A.    Correct.

16         Q.    So before Pete Vicari General Contractor

17   would consider paying A.T.O.'s September pay

18   application and any work in October, George Ayala

19   had to approve the work, correct?

20         A.    Correct.

21         Q.    And also before Pete Vicari General

22   Contractor paid A.T.O. for any of the additional

23   change order work that might have been incurred

24   during that time period, PJ Vicari had to sign the

25   change order, correct?

1        A.    Correct.

2        Q.    So if that did not occur A.T.O. was not

3   going to get paid, correct?

4        A.    They were not going to get paid on that

5   pay application.  They still had plenty enough time

6   to submit what we asked them to submit in order for

7   us to put it on the next pay application.  The

8   subs -- between the subs' deadline to turn their

9   pay app to me and my deadline to turn the pay app

10  to the owner was usually about a week.  So within

11  that week if there was anything that needed to be

12  corrected, for example, if George said something

13  wasn't done, they still had the opportunity to

14  revise their pay app and submit it according to

15  what was approved.  They didn't do that.

16            First of all, their math was completely

17  off.  And I believe when we told her that the

18  change orders were not approved yet, PJ had set up

19  a meeting to meet with Amalia to go over the change

20  orders and Amalia didn't show up.  I don't know for

21  what reason but I was told Amalia didn't show up

22  when PJ had set aside time to go over the change

23  orders.  I told her to take the change orders off

24  and they would still have to be reviewed.  We were

25  still requesting backup information on the change

```
 1  orders, which we needed to provide to the owner
 2  because they requested it, and they were refusing
 3  to provide us that information.  So because of that
 4  those change orders were not getting approved at
 5  that time.  I told her to take it off the pay app
 6  so it doesn't hold everything up.  She refused in
 7  an e-mail, there's an e-mail that says, I insist
 8  you put these on the pay app.  I can't put it on
 9  the pay app if I have nowhere to bill it.
10       Q.   I'm just about done with my line of
11  questioning with you, Ms. Baudoin, and I appreciate
12  your time.  It has come to my attention through a
13  review of documents that you are involved with
14  accepting corporate information so that PVGC can
15  set up billing on the project.  Would that be
16  accurate, such as W-9s, insurance, et cetera?
17       A.   Bridgette actually obtains those from
18  the subs.  I do help in obtaining that information
19  if we don't have it.
20       Q.   And Bridgette Saddler is who you are
21  referring to, correct?
22       A.   Yes.
23       Q.   And what is Ms. Saddler's position at
24  PVGC?
25       A.   She's a secretary.
```

1        Q.    You are aware of a company called

2   Zpacez, correct?

3        A.    I am now.

4        Q.    When you say you are now, what does that

5   mean?

6        A.    We've recently been told that they were

7   providing labor for A.T.O.

8        Q.    Did you not know they were providing

9   labor on the project before there was a contract

10  with A.T.O. Golden?

11       A.    At that time, no.

12       Q.    So you had no involvement with making a

13  direct payment from PVGC to Zpacez for their work

14  on the project?

15       A.    A direct payment from A.T.O to Zpacez?

16       Q.    No, from PVGC to Zpacez for work on the

17  project.

18       A.    No.

19       Q.    Do you recall when there was discussion

20  between Ms. Saddler, yourself, Mr. Vicari and PJ

21  Vicari and Mr. Mick regarding replacing A.T.O.

22  Golden for Zpacez on the job?

23       A.    No.  That company -- originally there

24  was, Mick had a company called Level Z which is who

25  we referred to as Level Z.  Once the documents were

1   obtained showing Mick was, I believe an owner of

2   that company, I think that's when Pete told him he

3   had to find a new company.

4              (Plaintiff's Exhibit 117 was marked for

5        identification.)

6   BY MR. TAYLOR:

7        Q.   Exhibit 117 is an e-mail chain beginning

8   with Ms. Saddler to Mr. Mick and PJ Vicari and Pete

9   Vicari and ultimately you get brought in to this

10  e-mail chain and it is titled Civic Towers, Civic

11  Towers Senior replacement company for Zpacez A.T.O.

12  Golden Construction.  Do you see that?

13       A.   Yes.

14       Q.   This is dated March 10, 2017.  Do you

15  recall at this point in time that A.T.O. Golden was

16  providing corporate information from Robert Mick to

17  Pete Vicari General Contractor as a new company

18  that he had owned at that time to replace Zpacez?

19       A.   Not that Mick owned.

20       Q.   Well, it says -- this is from Ms.

21  Saddler to you.  It says, FYI, we should have

22  something in the works for Mick's company come

23  Monday.  New name below, I already printed the W-9.

24  You didn't know that when she said this was Mick's

25  company that Mick --

1        A.   This was a company that Mick was

2    obtaining.  Mick knew of a new company that they

3    could provide this work for Level Z, which it was

4    Level Z d/b/a Zpacez.  We always referred to them

5    as Level Z.  At some point when Pete found out that

6    Mick owned the company, he was told you need -- we

7    need to find another company.  You can't be

8    involved.  It is a conflict of interest.  From what

9    my understanding was, Mick knew of another company

10   that he could obtain to do the work that he was not

11   a part of.  That was A.T.O.

12        Q.   Were you involved in any of these

13   conversations other than being linked on an e-mail

14   such as this which describes A.T.O. Golden as a

15   replacement company for Zpacez?

16        A.   Not in direct conversations about --

17   Pete had the conversations with Mick over who was

18   doing the work.  I just got the tailend of it when

19   stuff like this would come to me.

20        Q.   So when it says, We should have

21   something in the works for Mick's company come

22   Monday --

23        A.   I assumed she meant the company that

24   Mick was getting for us to do that work, not that

25   he was involved.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              62

```
 1          Q.   Not that it was actually Mick's company?
 2          A.   No, because the whole reason for him
 3   having to get a new company was that he wasn't
 4   involved, he wasn't an owner of a company.  He
 5   owned Level Z and that was a conflict of interest
 6   on our contract.  The entire premise of him having
 7   to go get a new company is because we had to find
 8   somebody he was not involved with.  He wasn't a
 9   part of.  A.T.O. he claimed was someone he knew, a
10   company he knew that he could obtain that he was
11   not part of an ownership with.  That was the whole
12   reason for them changing companies.
13          Q.   Do you know of any documentation from
14   Pete Vicari General Contractor to Zpacez or Robert
15   Mick stating that Zpacez can no longer work on the
16   job and that Mr. Mick needs to find a new company
17   to do the work?
18          A.   Is there an e-mail?
19          Q.   Yes.
20          A.   Not that I can recall.
21          Q.   So would it be accurate to say the sum
22   total of your knowledge regarding your
23   understanding of the situation comes from oral
24   conversations you had with individuals at Pete
25   Vicari General Contractor?
```

```
1        A.   Yes.

2        Q.   And those conversations that you had

3   with either Pete or PJ Vicari, that was secondhand,

4   meaning you weren't present at any conversations

5   they had with Robert Mick regarding this?

6        A.   No, I was not.

7            MR. TAYLOR:  Ms. Baudoin, thank you for

8        your time today.

9            (A lunch recess was taken, after which

10        the following proceedings were had:)

11   Thereupon--

12                    PJ VICARI

13   was duly administered the following oath:  Do you

14   swear or affirm that the testimony you are about to

15   give in this cause will be the truth, the whole

16   truth and nothing but the truth?

17            THE WITNESS:  Yes, ma'am, I do.

18                 DIRECT EXAMINATION

19   BY MR. TAYLOR:

20        Q.   Can you please state your name for the

21   record?

22        A.   Peter John Vicari.

23        Q.   Mr. Vicari, are you currently employed

24   with Pete Vicari General Contractor?

25        A.   Yes.
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          64

```
 1          Q.   What is your position?
 2          A.   Senior estimator, senior project
 3     manager.
 4          Q.   Have you ever had your deposition taken
 5     before?
 6          A.   No, I have not.
 7          Q.   I know you've been sitting in on some of
 8     the depositions.  The rules and guidelines are the
 9     same for all depositions.  Please let me know if
10     you do not understand any of my questions, please
11     ask me to rephrase or restate the question so you
12     understand it, if you are confused about the
13     question.  Will you do that for me?
14          A.   Yes, sir.
15          Q.   Also, if you answer any questions I'm
16     going to assume you understood the question and
17     your answer is responsive to the question.
18               Do you understand?
19          A.   Yes.
20          Q.   Also, please answer all questions with
21     words instead of hand gestures so the court
22     reporter can take down everything you are saying.
23          A.   Got it.
24          Q.   Also, please feel free to take as many
25     breaks as necessary.  All I ask is if there is a
```

1   question pending you answer the question before we

2   break.  Also, I know you may anticipate the full

3   line of my questioning and want to respond before I

4   finish my question.  For the court reporter's sake

5   let's try not to talk over each other and I'll try

6   to let you finish your answer before I give a

7   followup question.

8          A.   Got it.

9          Q.   Do you have Exhibit 112 in front of you?

10         A.   Yes.

11         Q.   All right.  This is a continuation

12  deposition of the corporate representative of Pete

13  Vicari General Contractor.  The notice is marked as

14  Exhibit 112.  Starting on page two there are areas

15  of inquiry upon which I would like to depose a

16  corporate rep with the most knowledge.  I have

17  deposed Ms. Baudoin on areas 5, 6, 7, 12 and 15.

18  Looking at the areas of inquiry what areas are you

19  being presented as the corporate representative

20  with the most knowledge from Pete Vicari General

21  Contractor?

22         A.   Number 1, No. 2, No. 3, in parts not

23  all, No. 4, Joey was 5, she was 6, she was 7.  No.

24  8, I mean, depends to what extent.  I just know

25  little odds and ends about it.  I'm not 100 percent

1   involved in the hurricane insurance owner side so

2   I'm not going to know everything about it.  Not No.

3   9 -- well, depends, a little bit of 9 but not

4   insurance wise, payments, maybe the work in the

5   beginning.  I wasn't part of 10, don't know what

6   happened.  No. 11 I know, No. 12 was Joey, 13 I was

7   not there for but I know about it.  14 is not, I

8   mean, that's not the case but you can still ask

9   about it, I guess, and 15 was Joey.  16, I know

10  some stuff about it but there's a lot of experts

11  involved in that so anything in particular I'm not

12  going to be able to answer about those particular

13  items.  17, it kind of coincides with the

14  completion work, I know a little bit about it.  I

15  know 18.  I know about 19, I guess I can answer.

16  20, I can answer I guess.  21 I guess I was a part

17  of.

18       Q.   Thank you.  Right after 21 there's also

19  a request for documents.  Have you brought any

20  documents with you today responsive to the request?

21       A.   No, not for these.  I'm not part of the

22  pay app or change orders so I wouldn't have brought

23  that anyway.

24       Q.   Mr. Vicari, let's start with where your

25  office is located.

1          A.    The address?  1900 Destrehan Avenue in

2    Harvey, Louisiana.

3          Q.    That's where you go to work on a regular

4    basis?

5          A.    Correct.

6          Q.    And as a senior estimator, senior

7    project manager, what are your duties and

8    responsibilities?

9          A.    Do all the estimating for the jobs,

10   anything that requires estimates, of course, that's

11   what I do; oversee the jobs that have project

12   managers and/or superintendents, just oversee them.

13   I'm not physically on the job to do any work or

14   directing subs.  That's the superintendents and

15   project managers' responsibilities.  I'm just

16   overseeing them to make sure they are doing their

17   job.

18         Q.    Anything else?

19         A.    That's the gist.  I have other interests

20   that I do besides construction.

21         Q.    We'll keep it to this lawsuit because

22   I'm sure we could be here a while, but you say you

23   oversee jobs and I understand that you are not on

24   the project site day to day as you just sort of

25   referenced and you oversee your project managers

1    and superintendents actually on the job.  So

2    explain that process to me.  How do you oversee

3    these employees below you?

4         A.   Checking in with them daily, or checking

5    the daily reports, making sure they are filling out

6    paperwork correctly or maintain the schedules, make

7    sure that the owner is getting what he asked for,

8    making sure the job is moving.

9         Q.   How long have you held the position of

10   senior estimator and senior project manager for

11   PVGC?

12        A.   This is a family run company since 1946.

13   I'm third generation.  I pretty much came in when I

14   was a kid, I'm 33 now.  Graduated high school in

15   '03 but previous to '03 I was a laborer working in

16   the field.  I worked my way up through the ranks.

17   I've done everything from digging a hole to

18   cleaning toilets to punching out rooms to turning

19   buildings over to moving into the office, project

20   manager for the office and learning the estimating

21   side with a senior estimator that was with us years

22   ago before he retired.  So project manager, it is

23   hard to say.  I learned everything just through the

24   years working my way through it all.  I would say

25   when Katrina hit, I think that was '05 when Katrina

```
 1   hit New Orleans is when I went into the office and

 2   took a hands-on approach to things.  Prior to '05 I

 3   was mainly in the field.  13 years of really

 4   hands-on in the office.

 5        Q.   Do you know when it was that you

 6   acquired the title senior project manager, senior

 7   estimator?

 8        A.   I don't know the exact year.  It was

 9   whenever the senior estimator retired and that was

10   about six, seven years ago, roundabout.  I'm kind

11   of guessing because, like I said, being it is a

12   family run business I don't keep track of that like

13   a normal person would.

14        Q.   You said you graduated high school 2003.

15   Did you go to any colleges, university after high

16   school?

17        A.   I went through Holy Cross College for

18   about a year in New Orleans, and then I was

19   transferred to Pensacola when Hurricane Ivan hit,

20   whatever year that was, we had a bunch of work in

21   Pensacola so I transferred to Pensacola Junior

22   College and I did about a year of construction

23   management.  We were just so busy I stopped college

24   and learned everything in the field.

25        Q.   Do you hold any degrees?
```

```
 1        A.   Not college degrees but I went to a lot
 2   of seminars.  I went to the Construction Estimating
 3   Institute in Sarasota, Florida for two weeks, got a
 4   certificate to learn about estimating.  And I
 5   attended a lot of project management courses
 6   offered through Norman and a lot of those companies
 7   out there that offer different certifications, and
 8   I'm certified through Wal-Mart for the supervisory
 9   project management position, plus I am Swift
10   certified for the storm water prevention to do
11   Wal-Mart work when we did a few things for Wal-Mart
12   but we haven't since done anything since so I let
13   it go.  It expired.
14        Q.   Do you hold any professional licenses?
15        A.   Just general GC license, Louisiana and
16   Florida.
17        Q.   What year did you obtain the general
18   contractor's license in Louisiana?
19        A.   Goodness, I just saw it filed, too.
20   That was a couple of years back, a while back
21   really.  I don't know exactly when.  After Katrina
22   is when I got it.
23        Q.   Does Louisiana have varying levels of
24   general contractor license?
25        A.   No.  You are either a general contractor
```

```
 1   or -- there are tiers of commercial and residential
 2   license.  You have either a commercial license or
 3   residential license.  That's pretty much it.
 4        Q.   What license do you hold?
 5        A.   The commercial.
 6        Q.   And in Florida, is that a CGC license?
 7        A.   Certified general contractor.
 8        Q.   And what year did you obtain the Florida
 9   CGC license?
10        A.   Would have been, 2016?
11        Q.   As to your Florida CGC license has that
12   ever been the subject of any complaints or
13   disciplinary proceedings?
14        A.   There was a complaint made against my
15   license but ultimately there was no probable cause
16   found and it was dismissed.
17        Q.   Was that complaint made from Coastal?
18        A.   Correct.
19        Q.   When was the complaint dismissed?
20        A.   Had to have been end of '17, roundabout.
21   They left in June of '17, toward the end of '17,
22   beginning of '18 when it was dismissed.  It took
23   them forever to do whatever they do.
24        Q.   This next question is a standard
25   question, although you may not have heard it before
```

1    but I think you have when I was deposing Mr. Brown

2    and Mr. Ayala.  Have you ever been convicted of a

3    crime?

4         A.    No.

5         Q.    Let's talk about the project.  When I

6    say the project I'm going to refer to both towers,

7    the Civic and Civic Senior Tower that's the subject

8    of this litigation.

9         A.    Correct.

10        Q.    How often would you go to the project

11   site?

12        A.    When the project first started, it was

13   February of '17, I was there I would say right when

14   it started, I was there maybe once every other

15   week.  I was there for about a month or two, maybe

16   a month, and then once I seen the guys had it and I

17   didn't need to be there once a week I was more in

18   the office and didn't have to be there every week.

19        Q.    And when you say you saw the guys had

20   it, which guys are you referring to?

21        A.    Robert Mick, Chris Little and Ted Brown.

22        Q.    Were those the three PVGC employees on

23   site daily?

24        A.    Correct.

25        Q.    Who would you communicate with directly

1  regarding issues at the site that worked for PVGC?

2       A.   Robert Mick was my main contact.  If I

3  had any questions or issues I would call him and

4  let him deal with it.

5       Q.   And Robert Mick would oversee Chris

6  Little and Ted Brown?

7       A.   Correct.

8       Q.   Who would be your contact from the

9  owner?

10      A.   There were only two really back when the

11 project first started.  Nick Boehm and Ryan Fusel.

12      Q.   What was Nick Boehm's role in the

13 project?

14      A.   He never told me, they never really put

15 a title to him, I guess.  It is a fairly newer

16 company so there was nobody else there so he took

17 the reigns of day-to-day operation of this project

18 is all I can figure.  From what I gather they have

19 other projects and things going on in the country,

20 but mainly my contact with Nick was day-to-day

21 issues.  Ryan was the owner that would oversee

22 Nick, is how I gather it.

23      Q.   Would I be correct in saying that Pete

24 Vicari, your father, would be the corporate

25 representative who I should be speaking with

1    regarding the interpretation of the subcontract

2    with A.T.O. Golden and the prime contracts between

3    PVGC and the owner?

4          A.    Yes.  As it relates to the articles and

5    really in-depth contract language, that's his

6    department, what gets put in there and what gets

7    taken out.

8          Q.    You have identified yourself as a

9    corporate representative from PVGC for the

10   negotiation, approval of change orders and change

11   order requests by and between A.T.O. and PVGC; is

12   that accurate?

13         A.    Correct.

14         Q.    Tell me about that process.

15         A.    It is No. 4?

16         Q.    Yes.

17         A.    The way the change orders worked with

18   A.T.O. it was a moving target with them.  They were

19   performing change orders without prior approval and

20   when they would submit change orders with their pay

21   app at the end of every month it was a frantic of,

22   We must pay them or else.  But ultimately when the

23   change orders would come in they were sent to

24   Robert Mick for approval, if the work was actually

25   done or not and sent back to me and I would

1    determine that costs were in line.  If not, then go

2    from there.  If it was it was sent on to Bridgette

3    for final change order.  If it wasn't it was sent

4    back to A.T.O. for questioning.

5            Q.   And you would be the individual on

6    behalf of PVGC that would sign the change orders

7    requests and change orders for approval, correct?

8            A.   For the most part, yeah.  If for some

9    reason I wasn't there I wouldn't sign it.

10               (Plaintiff's Exhibits 118 and 119 were

11          marked for identification.)

12   BY MR. TAYLOR:

13           Q.   Mr. Vicari, I'm going to hand you

14   Composite Exhibits 118 and 119.  For the record,

15   Exhibit 118 are the five executed change orders

16   with backup change order requests between A.T.O.

17   Golden and PVGC on Civic Tower Senior.  Composite

18   Exhibit 119 are the four executed change orders

19   between A.T.O. Golden and PVGC on Civic Tower with

20   change order request backup.

21               Do you agree with that, Mr. Vicari?

22           A.   Correct.

23           Q.    If we look at first Exhibit 118, the

24   change orders on Civic Tower Senior, tell me how

25   the process worked.  Does A.T.O. Golden first

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          76

1    prepare a change order request identifying scope of

2    work and pricing under the change order and then

3    send that to PVGC for approval, and then ultimately

4    if approved that goes to a formal PVGC change order

5    to the A.T.O. Golden subcontract?

6         A.    That's correct.

7         Q.    Who signed change order No. 1 on behalf

8    of PVGC?

9         A.    My dad.

10        Q.    And that was signed on?

11        A.    Five, I guess 12.

12        Q.    May 12, 2017?

13        A.    Correct.

14        Q.    And was change order No. 1 a lump sum

15   change order?

16        A.    At the time of this, yes.

17        Q.    If you look at change order No. 2 under

18   Exhibit 118, who signed the PVGC change order?

19        A.    Me.

20        Q.    And you signed that on August 21st,

21   2017?

22        A.    Correct.

23        Q.    And that was in the amount of

24   $413,174.52?

25        A.    Correct.

1        Q.   And behind the PVGC cover page for the

2   change order is Exhibit A with, appears to be a

3   breakdown of all the different units and work to be

4   performed in the units and behind that are change

5   order requests.  Do you see that?

6        A.   Correct.

7        Q.   This is a lump sum change order, as

8   well, correct?

9        A.   This one in particular is.

10       Q.   Now the change order request behind

11  change order No. 2 is voluminous and it appears

12  there is handwriting on just about each one with

13  initialing and notations.  Is that your

14  handwriting?

15       A.   Yes.

16       Q.   So when you are going through these

17  change order requests, is it for the purpose of

18  verifying the pricing for each change order

19  request?

20       A.   This was trying to figure out with the

21  writing and scratching out what they were actually

22  proposing at the time.  Some of it didn't make

23  sense on why they were giving me pricing for the

24  whole building at the time.  I told them give me a

25  price for certain units and Mick was under the

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                        78

1    impression to tell A.T.O the whole building, so I

2    had to come back and figure out and say, No, you

3    are not getting certain ones.  We may not do the

4    whole building on certain change orders.

5         Q.   So if we review all of these and your

6    notations, you are looking at whether the scope is

7    accurate, whether the price is accurate.  Anything

8    else?

9         A.   Mainly scope and quantity that they are

10   putting in and looking at price but I haven't said

11   back when I first started that price was it

12   because, like I said, some of these I wouldn't

13   approve on full value.

14        Q.   You would make those notations on these

15   change order requests what you believed was

16   appropriate and approved by PVGC, correct?

17        A.   Yes.

18        Q.   And you would gather all these change

19   order requests, create an exhibit which would

20   identify what PVGC agreed to pay and then

21   incorporate that into a massive change order that

22   encompasses all the change order requests?

23        A.   Correct.

24        Q.   Change order No. 3, who signed on behalf

25   of PVGC?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          79

```
 1          A.    My dad.
 2          Q.    And did he sign that on August 28, 2017,
 3    correct?
 4          A.    Correct.
 5          Q.    And that was in the amount of
 6    $197,455.97, and when you flip over the cover page
 7    you see Exhibit A?
 8          A.    Correct.
 9          Q.    And it has various units with
10    description of work and a lump sum pricing; is that
11    accurate?
12          A.    On this, yes.
13          Q.    And once again, there's backup change
14    order requests.  Are those your notations that you
15    made in handwriting on the change order requests?
16          A.    No.
17          Q.    Who did the notations and review of
18    A.T.O.'s change order request?
19          A.    The handwriting, the one I'm on says
20    line 255.  That just references what line item is
21    on the pay app.  That way it is easy to reference.
22    Either Joey or Bridgette, I don't know whose
23    handwriting that is.
24          Q.    For example, change order 154 under
25    change order 3?
```

```
 1         A.    Okay.

 2         Q.    The change order total was $42, now it

 3   is scratched out and says $3,528.  Is that your

 4   handwriting?

 5         A.    No, it is not.  Why it was changed to

 6   that, I don't remember.

 7         Q.    Ultimately it was approved by Pete

 8   Vicari General Contractor at that price, correct?

 9         A.    It appears.

10         Q.    Change order No. 4, whose signature is

11   on the PVGC change order form in the amount of

12   $12,098 and zero cents?

13         A.    My dad.

14         Q.    And did he execute that on August 28,

15   2017?

16         A.    Correct.

17         Q.    Once again, this was another lump sum

18   change order?

19         A.    At the time, yes.  This was ultimately

20   contended.

21         Q.    Contended or contested?

22         A.    Contended, contested, I mean...

23         Q.    What are you contending?

24         A.    Obviously this work was being done prior

25   to approval and the thing is to not stop the
```

```
 1    progress of the job, it was sent through to let
 2    them get paid but ultimately we needed verification
 3    on a lot of these costs because the owner was
 4    questioning certain things and we wanted for our
 5    benefit to make sure we were in line with our
 6    contract and to make sure they were providing
 7    everything.  And per the contract with A.T.O. there
 8    was a change order section that requests certain
 9    items be met with change orders and if they didn't
10    we need to request it and get backup for it.
11         Q.   You are not the guy, the corporate rep
12    from PVGC that is going to be interpreting the
13    change order contract provisions between PVGC and
14    the owner and the change order subcontractor
15    provisions between PVGC and A.T.O.?
16         A.   I'm not saying I don't know them.  Per
17    the contract there's a section in there that states
18    for all change orders there's a labor material
19    breakdown required for any change order required on
20    the project.  I know some language out of this
21    contract.  I don't know it verbatim or the whole
22    thing word for word but I know there are certain
23    paragraphs with certain things that we have to
24    follow.  There are a few things I do know, but I
25    don't have the ability to change them.
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              82

1        Q.    When PVGC signed these change orders

2    with A.T.O, you will agree with me they were bound

3    to pay the lump sum pricing for the work contained

4    in the change orders, correct?

5        A.    Not necessarily.  We have the right per

6    contract to go back on anything in the project and

7    contest an issue that we found that came up.  It is

8    not that once you sign something that that owner

9    and you get the change order.  If we find an error

10   we can approach that sub and ask for backup on

11   certain things in that change order and if he don't

12   do that, that's a breach.

13       Q.    What gives PVGC the right to

14   unilaterally fail to comply with its payment

15   obligations under the change orders?

16            MR. BELL:  Object to the form.

17            THE WITNESS:  Rephrase that now.

18   BY MR. TAYLOR:

19       Q.    What is your understanding of a change

20   order?

21       A.    What is my understanding of a change

22   order from a sub or contract term-wise?

23       Q.    What is a change order?

24       A.    Be specific.

25       Q.    Change order to any contract, what is

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              83

1    it?
2              A.    A change in scope or price.
3              Q.    Would you agree with me it is a
4    modification to the contract?
5              A.    I guess, yeah.
6              Q.    It is a modification that is in this
7    case in writing signed by both parties, correct?
8              A.    Okay.  But it don't meet the contract
9    terms of the subcontract agreement.
10             Q.    Are you aware of the provision in the
11   subcontract agreement that says if there's a
12   conflict in the subcontract with a provision in the
13   prime contract, that the subcontract controls?
14             A.    I don't think so.
15             Q.    Okay.  If it was there you would agree
16   to be bound by it, correct?
17             A.    If it is in our contract with A.T.O. I
18   would have to agree with what the contract states.
19             Q.    The contract meaning the subcontract?
20             A.    Yes, the subcontract with A.T.O.
21             Q.    Change order No. 5, this is a change
22   order in the amount of $9,340.88.  There doesn't
23   appear to be a signature on the front page.  Would
24   you agree with that?
25             A.    Yes.

```
 1        Q.   On the subsequent pages, the change
 2   order request, there is handwriting on the change
 3   order request.  The original change order request
 4   was for $14,170.88, and that's crossed through and
 5   there's a handwritten notation of $9,340.88 with
 6   some form of, I believe an initial.  Do you know
 7   who wrote that?
 8        A.   No, I don't.  I don't know who that
 9   initial is.
10        Q.   The page behind the change order request
11   is additional writing on A.T.O. Golden's invoice.
12   Do you know whose handwriting that is?
13        A.   Looks like Bridgette's.  Bridgette was
14   requesting further breakdown from A.T.O.
15        Q.   Once again, there appears to be this
16   initialing.  Do you know if --
17        A.   No, that's not Bridgette's initial.  I
18   don't know whose initial is on there.  It is nobody
19   that I remember seeing initials by.
20        Q.   What role did Ms. Saddler have in
21   reviewing change orders?
22        A.   She would process change orders that I
23   said to do and then she would cross-check them with
24   the contracts to make sure everything was in the
25   change order that needs to be required.  She was
```

1    the project secretary to make sure any loose ends

2    that were out there, she would make sure they were

3    caught.

4         Q.   Let's look at Composite Exhibit 119,

5    change orders for the Civic Towers.  Change order

6    No. 1 between A.T.O. Golden and PVGC is in the

7    amount of $696,510.50.  Whose signature is on this

8    document on behalf of Pete Vicari General

9    Contractor?

10        A.   That's mine.

11        Q.   And you signed this document on

12   August 21st, 2017?

13        A.   Yes.

14        Q.   Behind it appears to be an Exhibit A

15   with a breakdown of scope work on all the units, as

16   well as once again we have all these change order

17   requests with notations handwritten on them.

18        A.   Right.

19        Q.   First question, are those your

20   handwritten notations initialing on the change

21   order requests?

22        A.   Like 102 is my initial, 104 is my

23   initial, 105 is my initial.

24        Q.   Prior to you executing the cover page

25   change order between Pete Vicari General Contractor

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                           86

1    and A.T.O. you reviewed all the change order

2    requests, correct?

3         A.    Right.

4         Q.    So you would review those change order

5    requests and you agreed to the sum and executed the

6    change order.  Is that accurate?

7         A.    At the time, yes.

8         Q.    This is another lump sum change order,

9    correct?

10        A.    If that's what you want to call it at

11   the time.  We contested later on that we needed

12   backup on all these change orders.

13        Q.    Do you know the difference between a

14   lump sum contract and cost plus contract?

15        A.    Yes, I do.

16        Q.    What is your understanding of a lump sum

17   contract?

18        A.    Lump sum contract is a lump sum

19   contract, the value that you get is the price for

20   the job.  Cost plus, which is what change orders

21   end up being, per the contract, you have to

22   complete a labor and material breakdown, which is

23   not cost plus.  Cost plus is cost plus markup.

24        Q.    Correct.  So a cost plus contract would

25   have the actual costs incurred for performing the

1   work plus your profit and markup at a set specific

2   rate?

3          A.    Right.

4          Q.    And a lump sum would be an estimated

5   amount that the party believes they can complete

6   the work for and whether they are able to complete

7   the work for that price or not the risk lies on the

8   contractor performing the work?

9          A.    Correct.

10         Q.    These change orders that you executed

11  with A.T.O. you expected them to complete the work

12  for the price that's in the change order, correct?

13         A.    At the time on those change orders I

14  agreed to it.

15         Q.    So if A.T.O. wound up spending more

16  money performing the work that's actually in the

17  change order that you signed and negotiated with

18  them, that was a risk that A.T.O. was going to take

19  a loss on, correct?

20         A.    Correct.

21         Q.    And if they could do it cheaper and

22  actually make a profit on the change order work

23  that would be their profit to keep, correct?

24         A.    Yes.  But the change order when it was

25  brought up that they didn't follow the contract,

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    88

1    that they had to do a breakdown.  We never said the

2    work wasn't done, nor were we saying we weren't

3    paying them that cost.  Provide the backup for that

4    cost.  And when they ultimately started providing

5    backup is where the problems came in and we noticed

6    issues about how they were doing it.

7          Q.    Weren't you asking for backup on the

8    percentage of profit they were making on the scope

9    of work they were performing?

10         A.    Say it again now.

11         Q.    Weren't you asking for their backup on

12   what their profit was on the work they were

13   performing under the change order?

14         A.    Under the change order requires a

15   breakdown, labor and material plus 14 percent.

16         Q.    Well, this is a lump sum.  What you just

17   described is a cost plus.

18         A.    Change orders are different.

19         Q.    But you signed this based upon a lump

20   sum, correct?

21         A.    At the time the work was already

22   completed and I'm trying to keep the job moving and

23   not stop everything.  But when Bridgette was

24   following up on things is when it came to light she

25   needed backup for this.  It was not that we're

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          89

1    saying we're taking it back, you're not getting it.

2    It was, Just provide the backup for these change

3    orders.

4         Q.   Well, if A.T.O. provided you backup

5    showing they were not making 14 percent profit and

6    in fact they were making less than that, would you

7    have paid them more money to do the change order

8    work?

9         A.   The contract states the percentage they

10   can make.  If they put less they can change it to

11   the 14.  They just need to back up that cost per

12   the contract.

13        Q.   And the 14 percent per contract that you

14   are referring to is in the prime contract between

15   the general contractor and the owner, correct?

16        A.   There's a provision in the subcontract

17   that refers it.  I don't know verbatim which one

18   does what.  There's a change order provision in the

19   subcontract that states what is included in the

20   change order and it references to the owner.  I'm

21   speculating because I read all these things so many

22   times, but it does reference back to 14 percent

23   overhead and profit on a change order.

24        Q.   Change order No. 2 is for $147,122.01

25   and it is signed by who on behalf of Pete Vicari

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    90

1    General Contractor?

2            A.    Me.

3            Q.    And you signed that August 21st, 2017?

4            A.    Yes.

5            Q.    And this, again, is a lump sum change

6    order, correct?

7            A.    At the time, that's what it appears to

8    be.

9            Q.    And this change order follows form of

10   the prior change orders where it has an Exhibit A

11   identifying lump sum quantities and all the backup

12   that also has handwritten notations.

13           A.    All these change orders were created

14   improperly not following the contract documents to

15   begin with.

16           Q.    So you reviewed these change order

17   requests prior to signing the change order between

18   Pete Vicari General Contractor and A.T.O. Golden,

19   correct?

20           A.    Correct.

21           Q.    So therefore you accepted them, correct?

22           A.    At the time.

23           Q.    Change order No. 3, this is another

24   change order between Pete Vicari General Contractor

25   and A.T.O. Golden.  It appears to be in the amount

1   of $32,370.96.  Who is the Mr. Vicari who signed

2   this change order?

3           A.    My dad.

4           Q.    And he signed it on August 28, 2017?

5           A.    Correct.

6           Q.    And this is, again, another lump sum

7   change order, correct?

8           A.    That's what you keep calling it.

9           Q.    Do you see a cost plus change order

10  here?

11          A.    Well, when you get further into these

12  you'll start seeing whatever breakdown provided

13  showing labor hours and they were starting to

14  comply with the contract documents because they

15  obviously knew they had to.

16          Q.    I'm just referring to change order 3.

17          A.    At the time of that one, okay.

18          Q.    At the time of this one it was a lump

19  sum contract?

20          A.    If that's what you want to keep calling

21  it.

22          Q.    Change order No. 4, this is another

23  change order between Pete Vicari and A.T.O. Golden

24  in the amount of $9,340.80.  This does not appear

25  to be signed by PVGC, correct?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    92

```
 1           A.   Correct.
 2           Q.   Once again there is backup to this
 3   document in the form of a change order request and
 4   invoice, more initialing.  Do you know whose
 5   initial that is?
 6           A.   No, I don't.
 7           Q.   Is Pete Vicari General Contractor taking
 8   the position that the work performed under change
 9   order No. 4 that it is describing was not
10   performed?
11           A.   No.
12           Q.   We can agree that the work was performed
13   but just that this change order was not signed?
14           A.   Correct, insufficient backup with
15   document and labor hours.
16           Q.   And that would be the same question for
17   the final change order in Composite Exhibit 118,
18   change order No. 5 that wasn't executed.  It
19   appears to be for the trash chute and elevator.
20           A.   It just states here it requires further
21   breakdown for review before it can be considered.
22           Q.   Again, my question is Pete Vicari is not
23   disputing that the work was performed, correct?
24           A.   Correct.
25                (Off-the-record discussion.)
```

```
 1   BY MR. TAYLOR:
 2        Q.   Mr. Vicari, you stated during your
 3   deposition that you were corporate representative
 4   with knowledge of No. 11, which is the alleged
 5   performance and payment for work by Serinca
 6   Construction for work under the A.T.O. subcontract.
 7   In that regard, when did PVGC hire Serinca
 8   Construction to perform work under the A.T.O.
 9   subcontract and A.T.O. change orders?
10        A.   The exact date I don't remember.  I
11   mean, it was after the hurricane, well after the
12   hurricane.  We were shut down for a month or two,
13   and then technically we didn't do much work under
14   the A.T.O. subcontract because we gutted the
15   building.  But when I gave it to Serinca I don't
16   remember offhand what date.
17        Q.   You say you gutted the building.  When
18   did you gut the building?
19        A.   In January, when we got the approval to
20   do Senior.
21        Q.   Serinca performed well over $100,000
22   worth of work on the interior of both towers after
23   A.T.O.'s termination of the subcontract agreement
24   and prior to January, February timeframe that you
25   are talking about.
```

1         A.    They did some interior demo, the

2    completion of the interior demo.

3         Q.    Were they demoing the entire interior at

4    that time?

5         A.    Who is they?

6         Q.    Serinca.

7         A.    They were completing A.T.O.'s scope

8    where they left off, cleaning out the units, the

9    cabinets, floors.

10         Q.    Did the project get condemned after

11    Hurricane Irma?

12         A.    For a short time.

13         Q.    And ultimately the entire interior of

14    those towers was completely demoed, correct?

15         A.    Had the sheetrock removed.

16         Q.    Meaning all the flooring was removed,

17    all the sheetrock, all the cabinets, tubs,

18    everything other than the studs?

19         A.    There was base contract work that was

20    already in our contract before the hurricane was

21    performed.  When we went back to work after the

22    hurricane and were not finished up we waited until

23    we got the approval for the sheetrock removal,

24    which was not in the original contract.

25         Q.    If the building was damaged by water and

1    mold, why was there any continued work, demolition

2    or otherwise, until the hurricane insurance claim

3    was adjusted?

4          A.   We were told by the owner to do what we

5    could on our base contract until we had no work to

6    do.  He wanted the buildings still to work until we

7    couldn't go no further, which was just doing the

8    interior demos.

9          Q.   How much of the interior demo became

10   part of the hurricane plan?

11         A.   Nothing.  It was in the base contract.

12   The only thing in the hurricane claim estimate-wise

13   would be the sheetrock removal.

14         Q.   You stated you have knowledge of No. 14.

15   Why was PVGC no longer working at the Civic Senior

16   Tower up until recently?  What was the end of that

17   relationship?

18              MR. BELL:  Object to the form.

19              THE WITNESS:  It was a mutual -- not

20         mutual.  It was a discussion we've had with

21         the owner that to get the jobs completed in

22         the timeframe they wanted by the end of the

23         year, the owner wanted to bring on another

24         contractor to do Senior and we agreed.  We

25         said that's fine.  We'll do Civic, they will

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                           96

```
 1          do Senior so we can both get them done by the
 2          end of the year, so the resources aren't
 3          split between the two buildings.  But there
 4          was no termination.
 5   BY MR. TAYLOR:
 6          Q.   There was a million dollar claim made by
 7   PVGC to the insurance carrier for the Hurricane
 8   Irma damage.
 9          A.   That was post hurricane cleanup work,
10   anything related to the hurricane expenses that we
11   incurred.
12          Q.   And what I see or -- strike that.
13               What has been provided to me from the
14   insurer was a denial of the claim as an additional
15   insured's status.  Has PVGC been compensated for
16   the work it performed post-hurricane that is part
17   of its claim?
18          A.   No.
19          Q.   Is a claim made currently to the owner
20   for payment of that work?
21          A.   No.
22          Q.   How is PVGC going to pay for that work?
23          A.   I'm not involved in the insurance claims
24   and the legal side of it and what's going where.
25   That's not me.
```

1          Q.    Would that be Pete Vicari to your right?

2          A.    Yeah.

3               MR. BELL:  Can we go off the record?

4               (Off-the-record discussion.)

5     BY MR. TAYLOR:

6          Q.    Mr. Vicari, A.T.O. Golden was obviously

7     working on this project as a subcontractor with

8     PVGC, and as you know submitted payment

9     applications 1 through 6 to PVGC that ultimately

10    were submitted to the owner and paid as far as

11    A.T.O. Golden's path 1 through 6.

12               Can we agree to that?

13         A.    Yes.

14         Q.    As we heard from Ms. Baudoin, payment

15    application No. 6 was the last payment application

16    of A.T.O. Golden to be submitted to the owner

17    actually signed by A.T.O. Golden and paid.  It was

18    paid on September 26, 2016.  Why was it that PVGC

19    was not tendering the payment that they received

20    from the owner to A.T.O. for work under that

21    payment application?

22         A.    After they submit the pay app and it was

23    sent off I had George do an analysis of that pay

24    app because I felt suspicious of the percentages so

25    I wanted him to perform his own spread sheet

```
 1   because he had just came on board and get an
 2   outside opinion of where things were at.  But I had
 3   an idea where things were at before that because I
 4   watched the progress of the job and I knew exactly
 5   where things were on certain items.  We were pretty
 6   much at a standstill because of Coastal leaving,
 7   but there was only so much you can do in certain
 8   areas and certain parts of the building.
 9        Q.   Mr. Ayala did not finish his analysis
10   until sometime in September of 2017, correct?
11        A.   There were a few iterations.  He was
12   going through the process of trying to update it to
13   make sure he was accurate.
14        Q.   And PVGC did not inform the owner of
15   that analysis until January when they submitted
16   December's payment application, correct?
17        A.   If that's when it was.
18        Q.   Let me show you what has been previously
19   marked as Exhibit 102.  You are copied on e-mail
20   correspondence between A.T.O. Golden and Ms.
21   Baudoin on October 2nd, 2017 where A.T.O. is asking
22   to be paid for their August payment application
23   that had gotten paid in December.  On October 2nd
24   Ms. Baudoin responds to Ms. Logunova, A.T.O., as to
25   why A.T.O. has not been paid.  She writes, I was
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                      99

```
1    not able to get the payments processed last week
2    and should have them out no later than tomorrow.
3    Will send you an e-mail when the payment is
4    submitted for wire, and you are copied on this
5    e-mail.  Why was Ms. Baudoin informing Ms. Logunova
6    that they would be paid the following day if PVGC
7    had no intention of paying?
8         A.   She also goes on to state, We still have
9    not received backup to include change orders which
10   could hold up payment if they didn't provide the
11   backup.
12        Q.   But that backup is not for change orders
13   on the payment application already submitted to the
14   owner and paid?
15        A.   It is intertwined with it, the change
16   orders that are part of that pay app.
17        Q.   No.  Ms. Logunova is referring to August
18   pay app already submitted to PVGC, submitted,
19   approved, submitted to the owner, approved and
20   paid.  Ms. Baudoin responds that A.T.O. will be
21   paid tomorrow and then suggests there are change
22   order issues, clearly there were in October that
23   you guys were arguing about, but what does that
24   have to do with August's payment that PVGC already
25   received?
```

```
 1              MR. BELL:  Object to the form.

 2              THE WITNESS:  Well, the August pay app

 3         was still under review with the percentages

 4         they were billing for.

 5    BY MR. TAYLOR:

 6         Q.   Under review by you?

 7         A.   Yes.

 8         Q.   Why didn't you inform A.T.O. Golden at

 9    this time that they were not going to get paid for

10    the August payment application while you were

11    reviewing their work in place?

12         A.   There was conversation in the field with

13    them that their pay app was under review because we

14    felt their percentages were high and we need to

15    review.

16         Q.   Well, this says, I was not able to get

17    payments processed last week and should have them

18    out no later than tomorrow.  It doesn't say I'm not

19    paying you because your payment app is under

20    review.

21         A.   Well, that's what Joey is saying but

22    obviously we were still reviewing.  She must not

23    have known at the time we had an issue with it, we

24    were reviewing it, that we most likely would not be

25    paying because we had an issue we still had to
```

 1   review.

 2        Q.   You've seen e-mails from Mr. Ayala to

 3   Ms. Baudoin the same day where he's saying, I'm

 4   still reviewing A.T.O.'s payment application.  She

 5   knew what Mr. Ayala was doing.  I don't understand

 6   why the statement that they will get paid the next

 7   day if there was no intention to pay.  Was it

 8   PVGC's intention to just drag them along, have them

 9   keep working and not pay them?

10             MR. BELL:  Object to the form.

11             THE WITNESS:  No.  But the August pay

12        app, there were lots of issues with how they

13        were billing.  And it is easily provable with

14        percentages.

15   BY MR. TAYLOR:

16        Q.   You will agree with me PVGC certified

17   the August pay application with A.T.O beforehand?

18        A.   Their pay app was late coming in, so in

19   an effort to get everything turned in we turned it

20   in.  But we have an obligation to the owner that if

21   we find something after the fact we can review if

22   there's an issue with it.

23        Q.   Do you know what that obligation to the

24   owner is per your contract?

25        A.   In what way?

```
 1        Q.    What obligation does PVGC have to the

 2   owner when PVGC gets paid and decides not to pay

 3   its subcontractor?

 4        A.    If we feel there was an overbilling or

 5   an issue we can bring it up and say we found a

 6   problem and we want to revisit it.

 7        Q.    And you think you have no obligation to

 8   the owner regarding payment received for work

 9   yourself?

10        A.    We do, and we would inform the owner we

11   are reviewing a pay app and if that was an issue we

12   would either return the money or pay A.T.O.

13        Q.    Is that all you understand your

14   obligation to be?

15             MR. BELL:  Object to the form.

16        Q.    There are contractual obligations which

17   I will --

18        A.    I don't know.

19             MR. BELL:  Is your question what are all

20        your contractual obligations to the owner

21        under the contract?

22             MR. TAYLOR:  I thought my question was

23        very clear.

24   BY MR. TAYLOR:

25        Q.    What is PVGC's obligation to the owner
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                           103

```
 1    if it does not pay its sub?
 2          A.   I don't know all of them.
 3          Q.   What is PVGC's obligation to the owner
 4    for the money it received for work performed by its
 5    subcontractor if it chooses not to pay that
 6    subcontractor?
 7          A.   We give the money back if there's an
 8    issue.
 9          Q.   And how long do you have to give the
10    money back?
11          A.   I don't know the exact timeframe.
12          Q.   You would agree with me whatever the
13    timeframe is in the prime contract between PVGC and
14    the owner, PVGC must comply and return that money
15    within that timeframe if it is not paying its
16    subcontractor?
17          A.   Whatever the contract states.  I hope
18    you get to, before this e-mail, the e-mail
19    correspondence.  If not we need to go through it.
20               (Plaintiff's Exhibit 120 was marked for
21          identification.)
22    BY MR. TAYLOR:
23          Q.   Mr. Vicari, I've handed you Exhibit 120.
24    Have you ever seen Exhibit 120?
25          A.   Yes.
```

 1          Q.    Exhibit 120 is a notice of default to

 2   Pete Vicari General Contractor on behalf of A.T.O.

 3   Golden for non-payment of the August payment

 4   application.

 5          A.    And September.

 6          Q.    Correct.  When you received this -- it

 7   is actually not a default for September.  It is a

 8   default for August.

 9                When you received Exhibit 120 what did

10   you do?

11          A.    What do you mean, what did I do?

12          Q.    What actions did you take?

13          A.    We turned it over to our attorney.

14          Q.    Did PVGC make any attempts to make

15   payment to A.T.O. Golden for its August payment

16   application at this time?

17          A.    Not at that time.  This is referencing

18   September 2.

19          Q.    Did PVGC make any attempt -- strike

20   that.  Did PVGC return the money it received for

21   A.T.O. Golden's work under the August payment

22   application to the owner at this time?

23          A.    I don't know when that exactly was.  I

24   said I wasn't involved in the pay apps once she did

25   everything.

1          Q.    The credit back was given under payment

2     application No. 11 for the December pay through

3     period.

4          A.    Whatever steps Joey went through.

5          Q.    Whatever Ms. Baudoin testified to,

6     correct?

7          A.    She was involved with pay apps.

8          Q.    Let me show you --

9          A.    Hold on, back to this.  You are

10    referencing September pay app, unpaid for the

11    September pay application totaling $59,000, which

12    prior to this on September 23rd A.T.O. sent an

13    e-mail withdrawing September pay app.  So it was

14    withdrawn by A.T.O. so that should have never been

15    brought up.  They withdrew it on the 23rd and

16    demobilized on the 25th.

17         Q.    We'll get to the chain of default

18    letters.

19         A.    I'm just clarifying the September pay

20    app on here was not due like you state on this

21    exhibit.

22              (Plaintiff's Exhibit 121 was marked for

23         identification.)

24    BY MR. TAYLOR:

25         Q.    Let me hand you exhibit 121.

```
 1   Mr. Vicari, Exhibit 121 is an e-mail chain from

 2   yourself to Pete Vicari, Barbara Vicari, Joey

 3   Baudoin and Bridgette Saddler.  Do you recall

 4   drafting this e-mail correspondence on October 13,

 5   2017, one day after the issuance of the default

 6   letter from A.T.O. to PVGC?

 7        A.   Yeah.

 8        Q.   And it appears now at this point in time

 9   you write, It has been said that A.T.O. is

10   subcontracting Mick's company Zpacez for all labor

11   on the job.  I think this was a problem when he was

12   employed with us.  See rule from Florida Housing

13   and you cite a rule.  You follow that rule up with,

14   We need confirmation from A.T.O that they are

15   subbing everything to Mick so they can be a

16   violation in the contract with us and A.T.O.  This

17   could get someone in trouble just bringing it up

18   now to nip it in the bud.

19             Why was it that you waited until after

20   A.T.O. issues a default to PVGC to start making

21   issues that you believe have arisen with Zpacez

22   providing labor on the job?

23        A.   That's when I was made aware that they

24   were out there.

25        Q.   Are you aware that PVGC has made direct
```

1    payment to Zpacez previously when they were on this

2    job?

3         A.   At the very beginning it was Level Z and

4    then we found out it was doing business as Zpacez

5    and that's when we told Mick he couldn't do that,

6    and that's when A.T.O. came on board.

7         Q.   This communication to Mick about not

8    having Zpacez on the job, was it that Zpacez

9    couldn't be in direct contact with PVGC or was it

10   that Zpacez couldn't be on the job at all?

11        A.   There couldn't be a conflict of

12   ownership.

13        Q.   My question is, was there conversation

14   with Mick that Zpacez could not --

15        A.   I did not have the conversation with

16   Mick.

17        Q.   Who had the conversation?

18        A.   That was on site with my dad in the very

19   beginning, the whole issue of Mick's involvement of

20   owning these companies.

21        Q.   So that communication was between Pete

22   Vicari -- is it senior?  Is it different middle

23   names?

24        A.   Different middle names.

25        Q.   The elder Pete Vicari and Mick, was it

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
                    July 25, 2018                         108

```
 1   your understanding it was just the two of them
 2   discussing this?
 3        A.   They were on site.  I wasn't there when
 4   this was going on.
 5        Q.   Have you ever seen any e-mail
 6   communications between Pete Vicari and Mick
 7   directing Mick that Zpacez cannot have any
 8   employees on the job?
 9        A.   Very early on I want to say there was
10   something sent to him that said that they couldn't
11   have -- Zpacez couldn't be on the job because you
12   own the company.  It has been so long on that.
13        Q.   Other than a vague recollection, you
14   have no specific recollection?
15        A.   No, no specific.
16             (Plaintiff's Exhibit 122 was marked for
17        identification.)
18   BY MR. TAYLOR:
19        Q.   Mr. Vicari, Exhibit 122 is a letter
20   dated October 17, 2017 written on behalf of A.T.O.
21   Golden to Pete Vicari General Contractor, a notice
22   of termination of the subcontract agreement.  Have
23   you seen Exhibit 122 prior to today?
24        A.   I think so.
25        Q.   Did you receive it on or about
```

1    October 17, 2017?

2         A.    I don't remember.

3         Q.    When you did receive this notice of

4    termination, did you take any specific action?

5         A.    I didn't because it was e-mailed to my

6    dad and to the office and Bridgette checks that

7    e-mail address, so obviously they took it and I'm

8    sure sent it to our attorney.

9         Q.    So you had no more further involvement

10   after this?

11        A.    Right.

12        Q.    I asked you -- strike that.

13             (Plaintiff's Exhibits 123 and 124 were

14        marked for identification.)

15   BY MR. TAYLOR:

16        Q.    Exhibit 123 is Pete Vicari General

17   Contractor's answer to A.T.O. Golden's Amended

18   Complaint and Counterclaims.

19             Mr. Vicari, I've also handed you what

20   has been marked as Exhibit 124, A.T.O. Golden's

21   Amended Complaint.  If you could on Exhibit 124

22   turn to paragraph 13.  Could you read paragraph 13

23   into the record?

24        A.    Shortly thereafter Vicari approved

25   A.T.O.'s completed work on payment application No.

1   6, submitted A.T.O.'s payment application No. 6 to

2   CTS, LLLP, and received such payment from CTS,

3   LLLP.

4        Q.   If you look at your answer to the

5   Amended Complaint, which is Exhibit 123, turn to

6   page two, there's a paragraph 13 that says, Denied.

7   Do you see that?

8        A.   Okay.

9        Q.   Now, would you agree with me that the

10  allegations in paragraph 13 are, in fact, true,

11  that A.T.O. submitted a payment application for

12  August of 2017 which is payment application 6, PVGC

13  submitted to the owner and the owner paid PVGC?

14       A.   I didn't do pay apps so whatever Joey

15  said is what happened.

16       Q.   If Joey said that happened, then that

17  happened?

18       A.   That's what...

19       Q.   Turn to paragraph 29.  Read that into

20  the record.

21       A.   Shortly thereafter, Vicari approved

22  A.T.O's completed work on the payment application

23  No. 6, submitted A.T.O.'s payment application No. 6

24  to CTS, LLLP and received such payment from CTS,

25  LLLP.

1          Q.    And in the answer by Pete Vicari General

2    Contractor in Exhibit 123, paragraph 29 is denied.

3    Do you see that?

4          A.    Yes.

5          Q.    Would you agree with me if Joey

6    testified under oath that PVGC did submit A.T.O.

7    Golden's payment app No. 6 to the owner and that

8    the owner did pay PVGC for that requisition, then

9    in fact you would agree with that?

10         A.    If that's what Joey did.

11         Q.    Okay.  I'm done with Exhibit 124.  We

12   can just focus on 123 now.  Can you turn to page 12

13   of 14?  If you look at paragraph 36 for me, no need

14   to read it into the record, just review it.  Have

15   you had an opportunity to review paragraph 36?

16         A.    Yeah.

17         Q.    It states in part that A.T.O. breached

18   the subcontract by failing to meet the approved

19   construction schedule.  Is it still a claim here

20   today that A.T.O. Golden failed to meet the

21   approved construction schedule?

22         A.    At this time, no, not based off of

23   hurricane problems.  The other parts of the

24   paragraph is different.

25         Q.    And I'm just trying to get down to the

1    real issues in the case and maybe I can ask this

2    better generally as far as the allegations are

3    defined between Pete Vicari General Contractor and

4    A.T.O.  Is Pete Vicari General Contractor claiming

5    A.T.O. delayed the job?

6         A.   No.

7         Q.   Is PVGC claiming that A.T.O. performed

8    defective work?

9         A.   Back up to the first question, delaying

10   the job.  At the time they left it could have been

11   an issue.  They did delay for a week or two because

12   there was nothing going on until Serinca came in

13   and picked up the pace and then there was no delay.

14        Q.   I don't want to break out your delay

15   expert's report in the Coastal litigation --

16        A.   We're not going there.  That's why delay

17   is not an issue no more.

18        Q.   He's had to deal with the entire project

19   and he doesn't have A.T.O. anywhere on there before

20   hurricane or after?

21        A.   Correct.

22        Q.   So delays, at least in this case, are

23   not an issue?

24        A.   Fair to say.

25        Q.   As to any allegations that A.T.O.

1   performed defective construction, are there any

2   allegations of that that exist in this lawsuit?

3          A.   At the time it might have been minor.

4   But being that the hurricane now changed the whole

5   complexion of the building and the job, everything

6   ended up getting tore out anyway, there's really no

7   way of quantifying and putting a value to it.  And

8   yeah, there were issues with the framing that they

9   installed on the first and top floor, it wasn't

10  built plumb and straight and per the plans but it

11  ended up being redone anyway because of the

12  hurricane.  But at the end it was put to bed with

13  A.T.O. on that.

14         Q.   At the end of the day in this lawsuit

15  we're not litigating delays or construction

16  defects?

17         A.   That's fair to say.

18         Q.   Now, you are obviously aware of Pete

19  Vicari General Contractor has countersued A.T.O. in

20  this lawsuit?

21         A.   Correct.

22         Q.   That's the pleading in front of you.

23  Now, on page 13 of 14 of the exhibit in front of

24  you, 123, paragraph 40, that deals with damages.

25  Please take a minute to review paragraph 40.

```
 1        A.    Okay.
 2        Q.    Paragraph 40 is seeking damages for
 3   various things.  First it says it is seeking
 4   special damages in the form of delay damages.  Can
 5   we agree since delays are not an issue you are not
 6   seeking delay damages anymore?
 7        A.    Fair to say.
 8        Q.    Then it says extended and excessive
 9   overhead.  If you are not seeking delays I'm
10   assuming you are not seeking extended and excessive
11   overhead?
12        A.    The rest of it, that's above me.  If
13   he's going to go after that, I don't know, that's
14   above me when it gets to that sort of thing.
15        Q.    Who would I speak with with regard to
16   damages being sought in the Counterclaim?
17        A.    That would be between my dad and the
18   attorneys for anything above the job-related stuff,
19   lawyers and stuff.  He is going to make a final
20   decision on those items.
21        Q.    Whose signature is that?
22        A.    That's my dad's.
23        Q.    If your father Pete Vicari is going to
24   be speaking on damages, I want to see if I can
25   streamline our conversation.  You had mentioned
```

1   that you had knowledge as a corporate

2   representative of items 18 and 19 in the notice,

3   which also led me to 20 because it was the damages

4   that would be based upon 18 and 19.  So do you want

5   to add anything to your testimony as to section 18,

6   PVGC's allegations that A.T.O. misrepresented the

7   scope of its completed work in its payment

8   application, improperly allowed a subcontractor to

9   perform work on the project and failed to meet the

10  approved construction schedule and A.T.O abandoned

11  subcontracts without justification.  Other than

12  generally what is already stated in your

13  Interrogatories --

14       A.   Well, the misrepresentation of the scope

15  of work on the payment application is something I

16  can really talk about and tell you more specifics

17  on.

18       Q.   Sure.  Would that be based upon George

19  Ayala's analysis of what was overbilled on the job

20  ultimately that came to the preparation of the

21  A.T.O. payment application by Ms. Baudoin?

22       A.   No.  I do my own analysis and tell you

23  exactly how to get to a lot of these numbers, which

24  is why I brought Baudoin and Ayala to the building

25  to explain, so people can understand it better, a

1  better analysis than what George did.

2      Q.   George did an analysis?

3      A.   Correct.

4      Q.   He prepared spread sheets, correct?

5      A.   Correct.

6      Q.   Ms. Baudoin said she prepared the A.T.O.

7  payment application off of George's spread sheets?

8      A.   Correct.

9      Q.   What analysis can you provide?

10      A.   I can go back and look at the photos of

11  the project at the time of August timeframe, daily

12  reports, daily logs, just knowing where the job was

13  at at the time.

14      Q.   So you are saying you did a forensic

15  review of photographs and daily logs and that you

16  from this forensic review have formed an opinion as

17  to percentage of completed work performed by

18  A.T.O.?

19          MR. BELL:  Object to form.

20          THE WITNESS:  I can back up George's

21      analysis just by my own.

22  BY MR. TAYLOR:

23      Q.   Tell me what you did so I don't put

24  words in your mouth.

25      A.   To be specific at Civic Tower Senior,

```
1    the month of August they billed studio apartments,

2    installing kitchen cabinets, and that would be the

3    nine and four stack at Civic Tower Senior.  Now,

4    Civic Tower Senior in August we didn't have no

5    panels on the outside of that studio building.  The

6    only thing outside that building where that orange

7    wrapping is is the ventilation shaft.  Right next

8    to that is the kitchen.  There's no panels there to

9    put kitchen cabinets in.  And this is the only

10   studio tower, this and right next to it are the

11   only units that are studio apartments in this

12   building.  The stack right next to it, stack four,

13   here are the daily logs for Civic Tower Senior for

14   the month of August.  Tell me where stack four and

15   nine says A.T.O. installed cabinets in these units.

16   They didn't.  They can't.  Stack nine is wide open.

17            Another reason they can't get into these

18   units is because with that panel missing they had

19   to put a temporary wall up in that unit.  Nobody

20   would go in that unit and walk off that building.

21   As soon as you walk into that unit they put a

22   temporary wall up next to the -- you were able to

23   go in the unit and there was the bathroom.  They

24   closed off the bedroom and living room and put a

25   temporary wall.  They closed off the kitchen.  The
```

1    only thing you was able to access in this unit is

2    the bathroom.  If their logs showed they were

3    working in bathrooms in the nine stack and it

4    showed they were doing demo in the three stack, the

5    four stack, I get all the stack numbers confused,

6    so right there tells me there's no finish work able

7    to be done in these two stacks, whether they be

8    kitchen cabinets, interior doors, interior

9    hardware, flooring, tubs -- well, they were working

10   in some of the bathrooms but they couldn't do no

11   finish work in the studio apartments.  So I was

12   able to take this and take this and say on their

13   pay app, How are you installing finish materials in

14   a building that's wide open?

15        Q.   You have a photograph in your hand that

16   appears to have a handwritten date on it.  Is that

17   handwritten or printed?

18        A.   I wrote the date when you printed it,

19   normally it prints with a date on the picture and

20   the way it printed it didn't print like it normally

21   would.  Normally it actually prints the date and

22   time.

23        Q.   Who took this photo?

24        A.   We have 24/7 surveillance on this

25   property.

1        Q.    When you say surveillance, is the

2   purpose of the photos to secure the premises or is

3   the camera set up to monitor progress of the work?

4        A.    We've got probably eight to 10 cameras

5   total I think between both sites.  There's a camera

6   looking up.  It is pretty much to monitor the

7   progress of the panels and do a time lapse video

8   when the job is over with of the panels coming down

9   and new panels going up and we have some shooting

10  at the ground at the bottom level to watch people

11  going in and out of the buildings.

12       Q.    Now, if what you are saying is that this

13  is impossible and open and obvious for that entire

14  stack of condo units, I believe -- were you present

15  for Ms. Bialski's deposition?

16       A.    No.

17       Q.    She spends three to five hours according

18  to her at these inspections verifying quantities

19  and payment applications.  She said she at a

20  minimum spot checks each line item.  Are you

21  telling me there's not a single unit in that stack

22  that could have had the kitchen cabinets installed?

23  Is that a yes?

24       A.    They can't put cabinets in this

25  building.

     1          Q.    So is that a yes?

     2          A.    Right.  What Ms. Bialski does, I'm not

     3     there for her walk-throughs.

     4          Q.    So what I'm getting at is either Ms.

     5     Bialski is not doing her job or that picture has

     6     the wrong date on it.  Is that what you are saying?

     7          A.    I can't speak for her but my photos are

     8     date and time stamped, saved on a server.

     9          Q.    Who has access to these photos?

    10          A.    Our IT guy.

    11          Q.    Only PVGC employees?

    12          A.    Yes.

    13          Q.    Can you manipulate the time date stamp

    14     on these photos?

    15          A.    No.

    16          Q.    No?

    17          A.    I don't know.  If you look at the

    18     server, he showed me it takes a photo every five,

    19     10, 15 minutes, it is in chronological order.  And

    20     it wouldn't be a lie because you can do a time

    21     lapse up to today and it is going to show work

    22     going up and down.  Same with Civic Towers, same

    23     thing.  This is September 4.  They are actually

    24     telling me they are doing work in those units.

    25     Can't do work in those units.

1          Q.    How many people have to approve the PVGC

2    payment application before it gets paid?

3          A.    The project manager on site is the one

4    doing it at the time.

5          Q.    Doesn't Monica Bialski have to approve

6    it?

7          A.    On her end, the owner's side, I guess.

8          Q.    Doesn't someone from the owner have to

9    approve it?

10         A.    I don't know what they do.

11         Q.    Somehow it is your contention that

12   everybody that reviews and approves these pay apps

13   have gotten it wrong?

14         A.    Well, I guess we had an issue with the

15   project manager on site that was obviously we're

16   finding out had other interests in mind back when

17   this was going on, when we were fighting the

18   Coastal issue with shop drawings and trying to get

19   the panels back in production on this project so my

20   focus was more on getting the panels up and make

21   sure kitchen cabinets are getting installed in

22   units.  I relied on the project manager for that

23   which obviously he had other interest in somebody

24   else to make things more than they seem.

25         Q.    Other than looking at those photographs

1    what else did you review?

2         A.    Photos and the daily logs.

3         Q.    And the daily logs at Pro Corp?

4         A.    Yes.

5         Q.    Did you review the daily logs that were

6    handwritten by the owner and A.T.O. and PVGC?

7         A.    This is our daily log Pro Corp.

8         Q.    That's not a handwritten log --

9         A.    No.  It is all computerized, no

10   handwritten anymore.  They go in the computer and

11   every project manager and superintendent has their

12   own log and information and input.

13        Q.    Who prepared the logs you are reviewing?

14        A.     It has created by Hilda, which at the

15   time was our secretary at the office.  She was

16   inputting the information the guys would give her

17   because the guys are busy doing other things.

18        Q.    Hilda is located where?

19        A.    I guess here in Miami.

20        Q.    So Hilda is on site in a trailer?

21        A.    Yeah.

22        Q.    And who would give Hilda the information

23   to put in the Pro Corp logs?

24        A.     At the time the subs was supposed to

25   give -- I know there are logs at A.T.O. because

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              123

1    they produced them at the last deposition with

2    Amalia.  She had these handwritten logs that Luis

3    had or Milos would turn in to us and that's what we

4    would input in the system because it was a sub's

5    responsibility to turn in their daily reports the

6    next morning by nine, 10:00 so we can have it

7    inputted for the prior day.

8         Q.   So your Pro Corp logs should be a mirror

9    image of A.T.O.'s daily reports?

10        A.   If they gave them to us, yes.

11        Q.   And if there's a discrepancy between the

12   Pro Corp daily log and the A.T.O. daily report then

13   obviously we rely on the A.T.O. daily report

14   because that's the work they were performing?

15        A.   Yeah.  If they didn't turn one in the

16   project manager would kind of know what work they

17   were doing, so they would just do a brief synopsis.

18   But on this type month being it was this detailed

19   from A.T.O. obviously we got a report from A.T.O.

20        Q.   Which month was that?

21        A.   August.

22        Q.   How many people did A.T.O. have on the

23   job in August?

24        A.   It varied.  This is Civic Tower Senior,

25   I've got the chart number of workers.  But the way

1    A.T.O. gave it to us they said one stack they had

2    some framers in there and it was two guys.  On that

3    same day they were doing something else with one

4    guy.  So it is broken out by, I guess the work, the

5    trade they was doing.  This guy was doing that.

6    They list it exactly what they were doing that day.

7    So it is pretty -- this is something given

8    obviously by A.T.O. because our guys wouldn't have

9    been able to get this detailed.  And it goes on and

10   on.  Civic Tower Senior, I refer to that because of

11   the four stack and nine stack.  The first two are

12   one bedrooms.  Let me back up, explain how the

13   building is set up so everyone understands.

14             Civic Tower Senior had five phases.  At

15   the time it was set up it was a five-phase job.

16   First phase was one bedroom units from top to

17   bottom, 17 units with 18 floors.  Top floor could

18   be a community room.  Phase two had one bedroom and

19   a studio.  Phase two they only did the one bedroom

20   work and that was it because the corner unit had no

21   panels so they weren't able to access that room.

22   That was the time of the hurricane because after

23   the hurricane they started doing demo in stack four

24   and that's where it left off with A.T.O.  And the

25   same scenario with Civic, same way it worked out.

1    And if you do the math based on daily logs, photos,

2    you do it for the pay app, you go to the pay app

3    and you can look at it and say, Why are they doing

4    finishes in studios or one bedrooms if a high

5    percentage of those units are still occupied?

6         Q.   A.T.O. had 20 or 30 guys on the job per

7    day, correct?

8         A.   At Civic Tower Senior, say 829 -- it is

9    broken up by stacks, they may have.  It is hard to

10   tell.

11        Q.   A.T.O. was your largest work force out

12   there as a subcontractor?

13        A.   Yes, at the time in August.  Coastal

14   wasn't there.

15        Q.   A.T.O. at the time of September, 2017

16   had not been defaulted for any reason by PVGC,

17   correct?

18        A.   In September?  No.

19        Q.    In fact, there's been no default issue

20   to A.T.O. until after A.T.O. terminated the

21   subcontracts, correct?

22        A.   September 25th is when A.T.O. had U-Haul

23   trucks there.  That was two days after she said she

24   was withdrawing September pay app.  There was no

25   argument, no issues with A.T.O.

1        Q.   Just follow me for a little bit.  I'm

2   trying to get the record clear.  A.T.O. was not

3   defaulted by PVGC until after A.T.O. terminated the

4   subcontracts, correct?

5        A.   After they left the project.

6        Q.   After a notice of termination was sent

7   on October --

8        A.   Improper notice of termination.

9        Q.   I'm just trying to get the timeline.

10  There was no default sent?

11       A.   By us, PVGC?  No.

12       Q.   Correct me if I'm wrong, but having to

13  replace a subcontractor that is supplying a lot of

14  labor and manpower to a contractor is not a very

15  smart thing to do as far as being able to get a new

16  replacement contractor and excess of costs and

17  keeping up the project, correct?

18            MR. BELL:  Object to the form.

19            THE WITNESS:  Correct.

20  BY MR. TAYLOR:

21       Q.   Let's just talk Construction 101.  You

22  want to keep your subs --

23       A.   After what George Ayala did with Milos,

24  had a meeting of the minds to say let's get this

25  work out because we don't want to get rid of you

1    all.  You all are the subcontractor and why would

2    we want to start over with another one when we have

3    a Coastal issue?

4         Q.   How many construction projects had you

5    worked on before this one?

6         A.   A lot.

7         Q.   And A.T.O. was not done with their scope

8    of work under their subcontract or change orders in

9    September of 2017, correct?  They were in the

10   middle of it, correct?

11        A.   It was ongoing.

12        Q.   They had a decent amount of work left?

13        A.   Correct.

14        Q.   If you are in a contract quantities

15   dispute with your subcontractor that's probably

16   only 50 percent complete with its work, why didn't

17   you pay your subcontractor or give him a partial

18   subcontractor and tell him you are going to true up

19   on the next payment application quantities if in

20   fact you thought there was overbilling?

21        A.   That's what Amalia said in the

22   September 23rd e-mail.  That's in the document.

23        Q.   No, I'm asking you why didn't you pay

24   A.T.O. --

25        A.   At the time she didn't want payment.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    128

1     She said in the e-mail she was going to pull

2     September pay app and reconcile everything on the

3     following.  So why would I offer money to her when

4     she is stating she is pulling her pay app and she

5     wants to true up everything on the next one?  She

6     never asked for money.

7          Q.   I'm not talking about September.  You've

8     seen the e-mails?

9          A.   That was end of August -- no,

10    September 20, whatever it is.

11         Q.   You've seen the e-mails from Amalia

12    Lugonova asking for August payment which you

13    already received from the owner.  My question is,

14    if you already received payment from the owner and

15    the owner already accepted these quantities, but

16    you feel the pay apps of your sub may be wrong or

17    miscalculated why wouldn't you pay the money you

18    already received and tell them to increase their

19    manpower and true up on the pay apps going forward?

20         A.   It is harder to get money back than it

21    is to...

22         Q.   You had over a million dollars of work

23    on each of those contracts.  You don't think you

24    were able to true up as you went forward?

25         A.   It wasn't a good feeling with them

1    toward the end the way they were acting.  After

2    Mick had left at the end of August things started

3    obviously changing and obviously something was

4    going on and A.T.O was starting to scramble.

5    Nothing was coming in right.  There are issues

6    across the board with A.T.O.  Why would I pay

7    somebody when we have issues with backup of

8    information.  So why would I give them money

9    knowing I have issues if they can't provide backup

10   on certain items?

11        Q.   Because they hadn't been paid for months

12   if you had paid them they could have stayed out

13   there and they could have trued up as you went

14   forward.

15        A.   She said that's what she was going to do

16   on the next one.

17        Q.   She still wanted to be paid for August,

18   correct?

19        A.   No.

20        Q.   That's what Joey said, I'll pay you

21   tomorrow, and that was October 2nd.  I'm just

22   trying to understand because this seems like you

23   wanted to get rid of A.T.O.  That's why you kept

24   the money --

25        A.   Why would I want to get rid of A.T.O.?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    130

1    Everything was fine, hunky-dorey through September.

2    We were having meetings, Amalia is on site, we

3    said, Let's work this out.  Milos sat in the office

4    with George, they went through it.  Obviously,

5    there was an issue.  They revised the September pay

6    app before it was actually due, then they pulled

7    the September pay app because there were issues.

8    They were having problems in the month of September

9    with getting everything trued up, and then she said

10   I'm going to withdraw and we'll have to figure out.

11   Bridgette said, Let's get these change orders

12   figured out.  Amalia said okay.  So at that point

13   we're not thinking we're getting ready to have a

14   sub walk off the job.  It was a thinking that we're

15   going to work this out and they are going to keep

16   working.  Not September 23rd she said that,

17   September 25th there is a U-Haul truck there

18   already picking up.  Two days later after she says

19   they are going to true things up there's a U-Haul

20   truck picking things up.  And then the 29th or very

21   beginning of October they sent a termination thing.

22   They terminate with the two day clause.  There are

23   problems across the board with all of this.  We

24   were not the ones provoking this of getting them

25   off the site.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    131

1          Q.    How many other subcontractors have

2    brought claims against PVGC for this project for

3    non-payment?

4          A.    Just Coastal.

5          Q.    There's another lawsuit, I believe, that

6    was recently filed, as well?

7          A.    H & A thing, claim?  I don't know if I

8    can talk about it.  That's intertwined with

9    Coastal's stuff.  They have money involved there

10   that's not us, so it is an issue intertwined with

11   Coastal.

12         Q.    Just so I can wrap up our time together

13   and move on to Pete, Sr., did we discuss your

14   review of the project documents and photographs and

15   how you came to the opinion of the overbilling by

16   A.T.O.?

17         A.    I guess the main thing is that it just

18   continued.  It would be pretty simple to prove of

19   them trying to put things in when there's missing

20   windows and walls and if it really goes that far it

21   is not that hard because I can pull photos every 15

22   minutes and show everything on this job, so...

23         Q.    Do you have any knowledge about the

24   improperly allowed sub-subcontractor to perform on

25   the project?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              132

1          A.    All I know it was brought up toward the

2     end that there was obviously something going on.

3          Q.    And that was in your e-mail about

4     Zpacez?

5          A.    Zpacez was on the project.

6          Q.    When did you guys move forward to retain

7     Serinca to perform A.T.O.'s scope of work?

8          A.    I guess after A.T.O. left, I started

9     communicating with Serinca saying I guess I have to

10    figure out something to get you started back up.

11         Q.    Can you tell me why you have such large

12    change orders on these A.T.O. subcontracts?

13         A.    Because in the beginning I didn't know

14    if they were going to be the one to get all this

15    big work at one time.  I installed the demo, see if

16    you guys can actually perform.

17         Q.    So you were pleased with the performance

18    of the demo and that led to additional change

19    orders?

20         A.    Yeah, and it was based on bad

21    information I was getting from the former project

22    manager about all of this.

23         Q.    Why didn't you to separate subcontractor

24    agreements for the additional work?

25         A.    Didn't feel there was a need.  They were

1   already on the job subcontracted.

2        Q.   Did you create these large change orders

3   in order for PVGC to be able to increase its profit

4   under the prime contract with the owner?

5        A.   Say that again.

6        Q.   A lot of times in public jobs like this

7   these cost plus agreements, there's a higher profit

8   margin if you sub the work out through change

9   orders than entering into a lump sum subcontracts.

10        A.   I wasn't able to do that.  It was all

11   stipulated.  It was cost plus 14 percent I get no

12   money out of it.  It was the cost of the work.  I

13   get 14 percent, the sub gets whatever the cost is.

14   There's no way for me to inflate anything if the

15   sub gets the change order.

16            MR. TAYLOR:  I guess I'll go to Pete now

17        and we'll go through contracts and

18        Interrogatories.

19            (A brief recess was taken, after which

20        the following proceedings were had:)

21   Thereupon--

22                PETER G. VICARI

23   was duly administered the following oath:  Do you

24   swear or affirm that the testimony you are about to

25   give in this cause will be the truth, the whole

```
 1   truth and nothing but the truth?

 2             THE WITNESS:  Yes.

 3                   - - - - -

 4             DIRECT EXAMINATION

 5   BY MR. TAYLOR:

 6        Q.   Can you state your name for the record?

 7        A.   Peter G. Vicari.

 8        Q.   Mr. Vicari, my name is Tim Taylor.  We

 9   have met before but just so the record is clear, I

10   represent A.T.O. Golden Construction Corp.  I have

11   noticed the corporate representative of Pete Vicari

12   General Contractor, LLC in the case A.T.O Golden

13   vs. Allied World Insurance and Pete Vicari General

14   Contractor.  Are you here designated as one of the

15   corporate representatives today?

16        A.   Yes.

17        Q.   Have you ever had your deposition taken

18   before?

19        A.   Yes.

20        Q.   Approximately how many times?

21        A.   A dozen, half a dozen.

22        Q.   So you are very familiar with this

23   process through no fault of your own, I'm sure.

24   Let me just put on the record you know the rules of

25   the deposition.  Basically tell me what I'm doing
```

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                            135

1    wrong when I ask you a bad question, ask me to

2    rephrase it when you don't understand what I'm

3    questioning.  Answer with words.  Take as many

4    breaks as you want, just answer the question

5    pending.

6         A.   Okay.

7         Q.   Mr. Vicari, what I have not done with

8    anybody in prior depositions is have them tell me

9    about Pete Vicari General Contractor, and I assume

10   you would be the gentleman to give me the

11   historical background of the company.  Can you do

12   that for me, please?

13        A.   Somewhere around '80 my dad retired.  He

14   was the sole proprietor.  I formed the corporation

15   and have continued with that since then.

16        Q.   So has Pete Vicari General Contractor,

17   LLC been in business since the '80s?

18        A.   Yes.

19        Q.   Is this a Florida corporation or a

20   Louisiana corporation?

21        A.   Louisiana.

22        Q.   And over the years since 1980 what kind

23   of construction would Pete Vicari General

24   Contractor perform?

25        A.   Strictly commercial, a lot of

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                         136

1    municipality work, apartments, no residential.

2         Q.    Highrise construction, as well?

3         A.    Three floors top.

4         Q.    The project at issue in this case are

5    two towers, one 17 stories, one 18 stories.  Would

6    this be the tallest construction in the corporate

7    history?

8         A.    Not new -- new construction, yes, I have

9    not done that high, but we were renovating here.

10        Q.    And I know you are renovating this

11   project, but you agree you are stripping it down,

12   taking off the exterior, putting up new clatting.

13   It is pretty close to a complete rebuild, correct?

14        A.    No, it is not.

15        Q.    Other than the structure what are you

16   not replacing?

17        A.    Well, the structure would be a major

18   portion of the building because you have the

19   foundation, you come out the ground.  The skin is

20   just a small element of that.

21        Q.    So you are doing everything but the

22   structure?

23        A.    Right.

24        Q.    How long has Pete Vicari General

25   Contractor performed construction work in the state

1   of Florida?

2        A.    Since the year before Andrew.  When was

3   Hurricane Andrew?

4        Q.    Same kind of apartments and commercial

5   structures?

6        A.    Yes.

7        Q.    Who is the qualifier of the company?

8        A.    Now my son, PJ.

9        Q.    Who was the qualifier of the company?

10       A.    Raymond Shane.

11       Q.    How do you spell his last name?

12       A.    S-H-A-N-E.

13       Q.    Mr. Vicari, what position do you hold

14   with Pete Vicari General Contractor?

15       A.    I was president until such time we went

16   to LLC and I don't remember.

17       Q.    What was the name of the corporation

18   before it became an LLC?

19       A.    Same thing, just an Inc. on the end.

20       Q.    Are you a managing member?

21       A.    Yes.

22       Q.    Are there any other managing members?

23       A.    I think my wife may be, maybe.  I'm not

24   sure.

25       Q.    What are your duties and

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                       138

1   responsibilities with Pete Vicari General

2   Contractor, LLC?

3        A.   I'm pretty much, I do everything.  I

4   oversee everybody in the office and everybody in

5   the field.

6        Q.   Do you hold any professional licenses?

7        A.   Yes.

8        Q.   Describe those for me, please.

9        A.   General contractor; couple of years ago

10  I gave up my real estate license, I had that a

11  couple of years, and I just gave up my

12  certification for mold remediation and building

13  inspector.

14       Q.   What states do you hold a general

15  contractor's license in?

16       A.   Many but I don't remember them all.

17       Q.   Give me a couple.

18       A.   Louisiana.  I think we still have

19  Mississippi.  At one point I was licensed in 12

20  states.

21       Q.   Are you licensed in Florida?

22       A.   The company is now.

23       Q.   Are you licensed?

24       A.   No.

25       Q.   Is Pete Vicari, Jr. for lack of a better

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              139

1    word, is he the qualifier for Pete Vicari General

2    Contractor, LLC?

3          A.   Yes.

4          Q.   Briefly can you give me your educational

5    background?

6          A.   Graduated from West Jefferson High

7    School, then I went to work for my dad.

8          Q.   What year did you graduate West

9    Jefferson High School?

10         A.   '74.

11         Q.   Any post-high school degrees?

12         A.   No.

13         Q.   I don't know if you heard me ask this

14   question, nothing personal, have you ever been

15   convicted of a crime?

16         A.   No.

17         Q.   As it pertains to the project, and when

18   I say the project I'm going to name Civic Towers

19   and Senior Civic Towers, can you describe for me

20   your role in the project?

21         A.   Kind of like a senior project manager

22   because, you know, new players coming into our

23   company, I wanted to be assured that things were

24   going to try to run smooth, and I spent a lot of

25   time here.

1            Q.    When you say kind of like a senior

2     project manager, what do you mean as far as the

3     level of involvement day-to-day on site are you

4     referring to?

5            A.    I would say a lot.  I used to come in on

6     Mondays, leave on Fridays.

7            Q.    Every week?

8            A.    Pretty much every week.

9            Q.    So when Robert Mick was on the project

10    site, you were on the project site?

11           A.    A lot of times, yeah.

12           Q.    And when you were on the project site

13    what kind of job tasks were you performing?

14           A.    Overview.

15           Q.    When you say overview, describe that in

16    a little more detail.

17           A.    Trying to pay attention if the subs are

18    on schedule and just helping my team with whatever

19    issues they had.  I didn't want my team to be

20    waiting on answers.  How is that?

21           Q.    When you say your subs, keep them on

22    schedule, you are basically monitoring the progress

23    of their work?

24           A.    Yes.

25           Q.    So the only way to monitor a

1    subcontractor's progress is to verify how much work

2    they performed to date based on the project

3    schedule.

4         A.   I said I was overview and I was relying

5    on people that worked for me.

6         Q.   When you were on the project site did

7    you ever walk the site?

8         A.   Yes.

9         Q.   So you didn't just spend all your time

10   in the trailer?

11        A.   No.

12        Q.   And when you walked the site was that

13   part of your daily routine?

14        A.   Yes.

15        Q.   And I assume when you are walking the

16   site you are reviewing the work for quality control

17   issues, as well?

18        A.   Yes.

19        Q.   So you are out there, you are walking

20   the site, you are looking at quality control,

21   whether things are on schedule.  Is there anything

22   else you are doing when you are walking the site?

23        A.   That's pretty much it.

24        Q.   Monica Bialski, are you familiar?

25        A.   Yes.

1        Q.   She was the CBRE inspector for the

2   lender?

3        A.   Yeah.

4        Q.   Did you ever walk the site with her?

5        A.   Yes.

6        Q.   So when Ms. Bialski is walking the site

7   and reviewing the work in place and comparing it to

8   PVGC's payment application you were there to answer

9   any questions she may have about quantity?

10       A.   Yes.  Mick would take her and we would

11   just follow wherever Mick would take us.  She would

12   be in the building, look at maybe a few things and

13   she was gone.

14       Q.   She said those inspections lasted three

15   to five hours?

16       A.   That's not true.

17       Q.   What is your recollection of how many

18   hours?

19       A.   If she was there two hours, it was a

20   lot.

21       Q.   When you weren't walking the project

22   site were you in the trailer?

23       A.   Yeah.

24       Q.   While you were in the trailer what are

25   some of the duties that you perform in there?

1          A.   Discussing the project, how we're going

2     to pay, moving forward, people having problems with

3     material not being delivered, just any issue that

4     may come up.

5          Q.   How would you describe the hierarchy of

6     the individuals on site working for your company?

7          A.   Now or then?

8          Q.   Let's start in February or March of

9     2017.  There's you, correct?

10         A.   Yes.

11         Q.   You are the top guy?

12         A.   Right.

13         Q.   So everybody is below you.  Who would be

14    underneath you?  And give me the layers of

15    individuals.

16         A.   Robert Mick, Chris Little, Ted Brown and

17    then we had Hilda, Alvarez I think her last name

18    is.

19         Q.   What involvement did you have in the

20    payment application process with the subcontractors

21    as well as the owner?

22         A.   I kind of relied on my people to do the

23    right thing, as Mick was the guy producing the

24    survey or matrix of what work was done and

25    submitting it to Joey.  Joey would then put

 1    together a pencil draft, be ready for Monica's

 2    visit.  Mick would get all the subs' invoices

 3    approved, what needs to be approved and send it on

 4    to Joey.

 5         Q.   You just described to me what Mick's

 6    involvement was.  I want to know what your

 7    involvement was.

 8         A.   In those?  None.

 9         Q.   So as the top guy out there you weren't

10    involved in the payment application submittal

11    process?

12         A.   No, sir.

13         Q.   How about with the change order approval

14    process?

15         A.   Change orders were if a sub would

16    present a change to Mick whether it was --

17    depending on what it was, doors, whatever the item

18    is.  He would bounce the pricing off my son and I

19    and we would comment whether we felt it was too

20    high.  Or if it was not per the contract they would

21    have to re-price it per the contract.

22         Q.   And if you agreed with the price, you

23    would enter into a formal change order?

24         A.   Yes.

25         Q.   Mr. Vicari, I'm going to show you what

1    was previously marked as deposition Exhibit 112.

2    It is the notice of taking deposition duces tecum

3    of the corporate representative of Pete Vicari

4    General Contractor.

5        A.   Yes.

6        Q.   The areas of inquiry are from pages two

7    to four and are enumerated 1 through 21.  Which

8    areas of inquiry are you here to discuss?

9        A.   Either one.  I mean...

10       Q.   Let me ask you this way:  Are you the

11   corporate representative with the most knowledge of

12   the subcontracts entered into with A.T.O. and PVGC

13   on the Civic Tower and Senior Civic Tower project?

14       A.   Should be.

15       Q.   And are you the corporate representative

16   who would also therefore have the most knowledge of

17   the prime contracts with PVGC and the owner which

18   are incorporated in the subcontracts?

19       A.   Yes.

20       Q.   Would you be the individual from PVGC

21   with the most knowledge of the hurricane claim made

22   on behalf of PVGC?

23       A.   Yes.

24       Q.   Are you the individual with the most

25   knowledge regarding Robert Mick's, let's call it

 1   departure from PVGC?

 2        A.   Yes.

 3        Q.   How about with regard to PVGC's request

 4   to A.T.O. for an affidavit or other documentary

 5   proof that Robert Mick was no longer an owner of

 6   A.T.O. or Zpacez?

 7        A.   Yes.

 8        Q.   How about the damages that PVGC is

 9   seeking in this lawsuit against A.T.O.?

10        A.   Me, to the extent that I defer to my

11   attorneys, also.

12        Q.   That will be our last one.  So we can

13   clarify that answer at the end of the deposition.

14   You had said something in one of your answers I

15   wanted to follow up and it was about why you were

16   on site daily, and you said new dog on the block or

17   new guy in town, something like that.  I know you

18   stated previously that you had been doing work in

19   Florida since right around Hurricane Andrew.  When

20   was the last time prior to this project that Pete

21   Vicari General Contractor was conducting business

22   in the south Florida area?

23        A.   There was another hurricane and it was

24   in the Panhandle.  I don't remember.

25        Q.   Probably been quite sometime, many years

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                        147

```
 1   since you guys were working in the south Florida

 2   area?

 3        A.   Yes.

 4             MR. TAYLOR:  I have to re-mark this

 5        because I need this clean on this transcript.

 6             (Plaintiff's Exhibit 125 and 126 was

 7        marked for identification.)

 8   BY MR. TAYLOR:

 9        Q.   Mr. Vicari, I'm handing you what has

10   been marked Exhibit 125, which is a subcontract

11   between Pete Vicari General Contractor and A.T.O.

12   for the Civic Tower, and 126 is a subcontract

13   between Pete Vicari General Contractor and A.T.O.

14   on the Civic Tower Senior project.  Can you confirm

15   those are the subcontracts between A.T.O. and Pete

16   Vicari General Contractor?

17        A.   Yes.

18        Q.   Is that your signature on both of these

19   subcontract agreements?

20        A.   Yes.

21        Q.   And I believe each subcontract is

22   identified as pages one through eight, then there's

23   an attachment of the general conditions of the

24   construction contract between owner and contractor.

25   It is the AIA 201 document and that is, at least
```

1    the cover page is initialed.

2              Are those your initials?

3         A.    Yes.

4         Q.    And there appears to be a schedule,

5    Exhibit B.  Is that your initials?

6         A.    Yes.

7         Q.    And Exhibit C appears to be a drawing

8    index.  Is that your initials?

9         A.    Yes.

10         Q.    And then D is insurance requirements?

11         A.    Yes.

12         Q.    Does that complete the subcontract?

13         A.    Yeah.

14         Q.    I assume the other subcontract is

15    exactly the same except for the other tower?

16         A.    Yeah.

17         Q.    Okay.  So would you agree with me that

18    these subcontract agreements are basically mirror

19    images, just one for each tower, and the scope is

20    obviously a little different and the price, but the

21    terms are the same?

22         A.    Yeah.

23         Q.    All right.  Mr. Vicari, with your prime

24    contracts with the owner on these towers, was it

25    your understanding that you would enter into lump

1    sum agreements with your subcontractors and then

2    any change order work was supposed to be done on a

3    cost plus basis?

4          A.    That's right.

5          Q.    So those are conditions of your prime

6    contract, correct?

7          A.    Yes, sir.

8          Q.    And that's identified in the AIA A-102

9    prime contract.  You only have the 201s attached

10   which are incorporated in the sub-agreements, but I

11   rather not mark it AIA A-102, which talks about

12   your subcontract agreements, but I can mark them if

13   you would like.

14         A.    What is the question?

15         Q.    The question is, I'm just trying to get

16   an understanding of how Pete Vicari was supposed to

17   sub out this work to its subcontractors.  And from

18   my reading of the A-102, Pete Vicari General

19   Contractor must give hard bid for its subcontracts

20   followed by change order work on a cost plus basis?

21         A.    That's correct.

22         Q.    Now, if you'll turn to page 3 of 8 on

23   Exhibit 125, Article 4 (c) says, In case of a

24   conflict between the provision of the contract

25   between the owner and the contract and the

1    provisions of the subcontract, the provisions of

2    the subcontract shall prevail in any matter between

3    the contractor and subcontractor.  Do you see that?

4         A.   Correct.

5         Q.   So is it your understanding if there is

6    a conflict of any of the terms of the subcontract

7    with the terms of the owner's contract that the

8    subcontract will be controlling on the issue?

9         A.   Correct.

10        Q.   Would you agree with me that price is a

11   term?

12        A.   Could be.

13        Q.   Would you agree with me that change

14   orders to a subcontract are a modification of the

15   subcontract?

16        A.   Change orders are a part of the contract

17   and it is spelled out how to be handled in the

18   General Conditions and the contract.

19        Q.   I will hand you what has been previously

20   marked as Exhibit 3.  This is one of the contracts

21   that your counsel has marked as an exhibit.  You

22   referenced a change order provision in the General

23   Conditions of the prime contract that is

24   controlling of the formation of the change order

25   for the subcontract just a minute ago.  Can you

 1    identify that provision for me?

 2         A.   It will take me some time to read

 3    through all of this.

 4         Q.   Let me ask you, would you turn to page

 5    four of that document?  There is a 5.1.4,

 6    Limitations, if any, on a subcontractor's overhead

 7    and profit for changes in the cost of its portion

 8    of the work to subcontractor overhead and profit

 9    combined and on additional work shall not exceed 14

10    percent of the additional work to be performed by

11    the subcontractor.  Do you see that?

12         A.   Yes.

13         Q.   You will agree with me that provision is

14    in the A-102 contract between PVGC and owner,

15    correct?

16         A.   Yes.

17         Q.   That document is not incorporated into

18    the subcontract agreement?

19         A.   I think it is.

20         Q.   Well, if you look at Article 1, on the

21    front page of the subcontract agreement,

22    Sub-Section D says, In particular AIA document

23    A-201-207, General Conditions of the contract for

24    construction between the owner and contractor

25    attached here and incorporated here by Exhibit A,

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                           152

1    which is what was initialed for the page for the

2    201 General Conditions, do you know of any portion

3    of the subcontract agreement that incorporates the

4    terms and conditions of the AIA A-102 document?

5         A.   You would have to refer -- we gave the

6    General Conditions to the sub and it would tie back

7    to that contract.

8         Q.   What do you mean?

9         A.   Just what I said.

10        Q.   I don't understand.  What ties back?

11        A.   If you look in the General Conditions it

12   tells you subcontractors, gives you all the payment

13   terms, gives you everything.

14        Q.   The General Conditions don't have a

15   provision specifying 14 percent overhead and

16   profit.  That's in the A-102.  If you know of a

17   provision in the General Conditions that limits the

18   subcontract change orders to 14 percent, I would

19   like to know your knowledge and understanding of

20   that.

21        A.   It would take me some time.  I just

22   happened to flip right here to the subcontractor's

23   definition.  There are conditions that tie the

24   General Conditions back to the original contract

25   that was given to Mick and Amalia.  It actually

1    says on the front page, it refers to the General

2    Conditions.

3         Q.   Yes, I think we're in agreement that the

4    General Conditions A-201 are incorporated into

5    these subcontracts.  And would you agree that PVGC

6    agrees to be bound by the General Conditions,

7    A-201?

8         A.   Both, 102 and 201.

9         Q.   Well, my question is as it is 201 which

10   is on the front of the subcontract agreement, you

11   would agree with me that that document, the AIA

12   A-201 is incorporated into your subcontractor

13   agreement and Pete Vicari General Contractor agreed

14   to be bound by those terms?

15        A.   And vice versa.  The contract document

16   is between the owner and the contractor.  What is

17   required by one in such general contract document

18   is deemed to be required by all of them, and this

19   applies to the subcontractor.

20        Q.   Now, if you can turn to page 4 of 8 of

21   the subcontract agreement, Article 10, Section A

22   describes payments to the subcontractor for the

23   work.  You'll agree with me this is the base

24   subcontract amount of $704,604.50?

25        A.   Yes.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          154

1          Q.    And payment was conditioned upon payment

2     by the owner to PVGC for the work performed by

3     A.T.O. under this subcontract?

4          A.    Yes.

5          Q.    After PVGC received payment from the

6     owner for A.T.O.'s scope of work is it your

7     understanding that PVGC was then required to pay

8     A.T.O. for its work?

9          A.    Provided everything was in order.

10          Q.    If you could go back to the General

11     Conditions that we agree are incorporated in the

12     subcontract, can you turn to page 33?   In

13     particular, I'm looking at on the Progress

14     Payments, Section 9.6.2, take a minute to read that

15     provision for me, please.

16          A.    Okay.

17          Q.    Based upon Section 9.6.2 of the General

18     Conditions, is it your understanding that PVGC has

19     seven days to pay A.T.O. Golden for its work once

20     it has been paid by the owner?

21          A.    And every other provision has been met,

22     correct.

23          Q.    If Pete Vicari General Contractor gets

24     paid by the owner for A.T.O.'s work and does not

25     pay A.T.O. within seven days, what is your

1    understanding what PVGC must do with the money it

2    has been paid by the owner?

3         A.    I'll tell you what happened.  We told

4    the owner that there was a discrepancy and they

5    were overbilled and made him aware that when we

6    finish the evaluation we would let him know the

7    outcome.

8         Q.    If you could turn to page 13 on that

9    contract, AIA A-102.  Do you believe that AIA 102

10   is also incorporated in the subcontract agreement?

11        A.    Yes.

12        Q.    Page 13, if you look at Section 12.1.12,

13   please take a minute to review that provision.

14        A.    Okay.

15        Q.    According to this provision, you would

16   agree with me that if PVGC had received payment for

17   A.T.O.'s work and did not pay A.T.O. within seven

18   days, they had 30 days to return any part of the

19   money that belonged to A.T.O.'s scope of work to

20   the owner?

21        A.    That's correct.

22        Q.    Now, are you aware that PVGC was paid

23   for A.T.O.'s August payment applications on

24   September 26, 2017?

25        A.    I was aware of it because my project

1    manager falsified the pay request.

2          Q.    Are you aware that PVGC did not return

3    that money to the owner until February of 2018?

4          A.    I was in discussion with the owner when

5    I had a suspicion what was going on, and this is

6    what he told me:  Let's finish the evaluation, let

7    George and the guys in the field finish their

8    evaluation and we'll clean it up.  They didn't ask

9    for the money back.  They said, Figure it out

10   first.

11         Q.    But it is your understanding that you

12   are to follow these contract provisions

13   incorporated in the subcontract, correct?

14         A.    I did immediately call the owner.

15         Q.    This provision says you have to return

16   the money.

17         A.    I didn't know what to return at the

18   time.

19         Q.    You had the face value of A.T.O.'s

20   payment application that was paid in full, correct?

21         A.    George's assessment was not complete at

22   the time.

23         Q.    But doesn't this provision require you

24   to return the money until your assessment is

25   complete?

    1        A.   Again, I'm not going to argue with you.

    2   I talked to the owner, I said, What do you want me

    3   to do?  He said, Just sit on it, let's get the

    4   evaluation done.

    5        Q.   Who did you speak with from the owner?

    6        A.   Ryan Fusel and Nick Boehm, something

    7   like that.

    8        Q.   You said you spoke to both of them.  Was

    9   this on a conference call?

   10        A.   I think so, yeah.

   11        Q.   Do you remember when you had this

   12   conference call?

   13        A.   I don't remember the exact date.  They

   14   were up to speed on everything we did.

   15        Q.   Did you ever memorialize this in writing

   16   to them?

   17        A.   No.

   18        Q.   There's no written agreement to deviate

   19   from the terms of this contract?

   20        A.   No.

   21        Q.   Can you turn to page 6 of 8 of the

   22   subcontract agreement?  We can look at Exhibit 125.

   23   I think you have the prime there, I want to go back

   24   to the sub-agreement.  Under Article 14 you would

   25   agree with me that PVGC has the right to object to

1    any workmen employed by A.T.O. Golden?

2         A.    Yes.

3         Q.    And this deals with labor forces as you

4    can see from the second sentence?

5         A.    That's correct.

6         Q.    Now, did PVGC ever notify A.T.O. in

7    writing that it objected to its labor force being

8    supplied by Zpacez?

9         A.    Yeah, I did.  Not just labor forces but

10   the subcontractors.

11        Q.    Who were the subcontractors?

12        A.    Well, you have to understand what really

13   happened.  When I first hired Mick early on, he was

14   the last resume, last person I interviewed.  And at

15   the end of the interview he started to tell me

16   about all the stuff he self-performs.  And I said,

17   Mr. Rob Mick, let me stop you right there.  Right

18   now today you have a decision to make.  Do you want

19   to be a project manager or do you want to be a

20   subcontractor?  He said, I want to be a project

21   manager.  I don't allow people to work for me and

22   subcontract and get their hands into something.

23   That's unethical, and probably illegal.  In this

24   case it was because of the tax credit program.  So

25   when it came up that we found out later that he had

1  his hand in Zpacez, I immediately told him,

2  Remember our conversation?  It is over with.

3           "Well, I'll just get rid of it.  I don't

4  have anything to do with it."  It was always this

5  and that.  I said, It ends today.  I want

6  affidavits.  You are out of here or out of there,

7  one of them, take your pick.  I'm done with you.

8  They decided to do affidavits and sell Zpacez and

9  Zpacez bought A.T.O. and all of that mess.  And

10 later I found out he's still involved with A.T.O.

11 Unfortunately, he's inclined to lie.

12      Q.   Just so I can take this chronologically,

13 in the beginning if I heard you correctly, it

14 sounded like PVGC had hired Zpacez for something.

15 Can you elaborate on that?

16      A.   No, I did not.

17      Q.   Why do I have a wire transfer in these

18 documents from PVGC to Zpacez?

19      A.   Because Mick did that without my

20 knowledge.  When we found that out that's when I

21 shut it down.  I rely on people to do their job.  I

22 trust people until they get caught with their hand

23 in the cookie jar.

24      Q.   Help me understand how payments are made

25 by PVGC because it is my understanding the guys in

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                          160

1    the field review pay apps, then it goes to the home

2    office, get office accounting staff reviews it,

3    makes sure it complies with PVGC's internal

4    formatting and everything else.  And then once

5    everything is agreed and signed off by you or PJ it

6    is paid, correct?

7         A.   It probably slipped through the cracks,

8    but then when it came to light, we shut it down.

9         Q.   So I just want to make sure it is clear,

10   Robert Mick did not pay Zpacez, correct?

11        A.   Robert Mick approved it and Robert Mick

12   is the one that brought Zpacez to the table because

13   as a project manager their job is to put subs

14   together for the job.

15        Q.   I don't know that that's an issue.  I

16   think everybody can agree Robert Mick brought

17   Zpacez to the job.  I'm just trying to figure out

18   how PVGC paid Zpacez without knowing Zpacez was out

19   there working.

20        A.   At first we didn't know who was Zpacez,

21   but when we found out the connection we shut it

22   down.

23        Q.   Do you recall receiving insurance for

24   Zpacez from Robert Mick?

25        A.   I think my office might have.

1      Q.   So once you realized that Zpacez has a

2   connection to Mr. Mick it is your position you told

3   Mr. Mick, Look, you are either no longer going to

4   work with PVGC or Zpacez is no longer going to be

5   in contract with PVGC?

6      A.   You state it real lightly.  I was

7   furious.

8      Q.   I can't state it any other way because I

9   wasn't there.

10     A.   But I was furious when I found out that

11  he, for lack of a better word, back-doored me.

12     Q.   You stated that you were on the project

13  Monday through Friday for weeks on end, correct?

14     A.   A lot of the weeks, yeah.  There might

15  have been one week I might miss or be there for two

16  days, whatever.

17     Q.   And you walked the job site and walked

18  the towers a lot, correct?

19     A.   Yeah.

20     Q.   Now, Zpacez employees appear to have

21  been continuously on this job from Day One.

22          Can you agree to that?

23     A.   I did not know that.

24     Q.   When you are walking a job you do see

25  people working, correct?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                        162

1          A.    I see A.T.O. people working.

2          Q.    Did they change their shirts?

3          A.    They had A.T.O.

4          Q.    Thirty people plus had A.T.O. shirts?

5          A.    I think almost all of them had A.T.O. on

6    them.

7          Q.    Did you ever get to know anybody from

8    Zpacez?

9          A.    Luis Torres, he was one of the previous

10   owners of A.T.O.

11         Q.    Yeah, but I mean Zpacez.

12         A.    Zpacez is Mick.

13         Q.    All I'm asking, did you get to know any

14   of the employees of Zpacez that were working on the

15   job?

16         A.    There is no Zpacez.  I didn't know

17   anybody was getting paid by Zpacez.

18         Q.    Prior to the first payment to Zpacez did

19   you know any of the first people out there that

20   were working, whether Zpacez or --

21         A.    No.  That's just common labor they had.

22         Q.    The objection that you had and you said

23   you were very upset about, did you put that in

24   writing to Mr. Mick?

25         A.    At first I don't think I did but I might

1    have put it in an e-mail or letter or something.

2         Q.   Did you contact your lawyer?

3         A.   I think so.

4         Q.   When I say did you contact your lawyer I

5    know you have several law firms that you employ.

6    I'm not asking for communications.  I'm just asking

7    if you can identify what law firm you contacted

8    regarding this situation.

9         A.   I don't remember.  There are two firms

10   handling all this stuff for me.

11        Q.   Very simply, I know you stated you

12   executed those contracts, the 125 and 126, on

13   behalf of Pete Vicari General Contractor.

14   Therefore, the question is, did Pete Vicari General

15   Contractor agree to be bound by the terms and

16   conditions of those subcontract agreements?

17        A.   Yeah.

18        Q.   I'll try to take this chronologically.

19   After you employed Mr. Mick and you had this

20   dust-up, for lack of better words because I can't

21   really describe what happened because I wasn't

22   there, ultimately you moved forward with Mr. Mick

23   as your project manager, correct?

24        A.   Yes.

25        Q.   And there did come a point in time,

1    however, when Mr. Mick's employment with Pete

2    Vicari General Contractor ceased, correct?

3         A.   Yes.

4         Q.   Were you present in a conversation with

5    Mr. Mick regarding the end of that relationship?

6         A.   I was and two other individuals.

7         Q.   I deposed Mr. Brown who gave me his

8    version of the events.  Would you like to give me

9    yours?

10        A.   Yes.

11        Q.   All right.  What happened?

12        A.   When Coastal prefab and maintenance

13   walked off the site they had in their project the

14   demolition of the existing walls of both buildings.

15   A.T.O. was working on a price to demo that.

16        Q.   Exterior?

17        A.   Exterior.  It was an absolutely

18   ridiculous price.  I told Amalia she will not be

19   getting that project because they spent a lot of

20   time preparing, getting that price together.  They

21   had subcontractors they brought in, they were

22   working together.  When she gave me the price, like

23   I said, i knew it was not worth that and I told her

24   you will not be getting this job.  Unless you

25   revisit that you are not getting it.

```
 1              I think we were talking in their trailer
 2    and I walked around to my trailer and Hilda and Ted
 3    were in the office.  I sat down in front of Ted.
 4    Five, 10 minutes later Mick comes storming in the
 5    office, and Ted's back was to the door so I could
 6    see Mick coming in the door.  He walked up, Ted is
 7    there, I'm right here and Hilda is here, and he
 8    stands there and says, I got to tell you, I got
 9    another offer that's going to pay twice as much and
10    I'm giving you my notice and I'm going, and he just
11    walks out.  I said, Okay.  So later that evening I
12    said, Are you giving me a week to get somebody in
13    here?  "Yeah, I'll do that."  Obviously he was
14    furious because Amalia just told him he wasn't
15    getting the demo.  And the end result is I got the
16    demo done for almost $700,000 less.  So that's what
17    hit him furious and came in and all of a sudden
18    just gave me his notice.
19              Now, it took him four days to realize he
20    had quit and he started texting me saying he didn't
21    quit.  I said, Mick, you told me you quit.  I went
22    on In Deed.  Do you know what In Deed is?  It is
23    where you put resumes up, and it is In Deed.  I
24    started looking for people that had their resumes
25    here.  Within the next day -- I mean, it is a
```

1    $30 million plus job.  I have to move.  I had

2    people lined up for interviews.  And the next week

3    we found somebody we seriously considered hiring,

4    which was George.

5          Q.   It is my understanding that George was

6    hired prior to Mick's last day.  Is that accurate?

7          A.   When -- yeah, he was hired because Mick

8    was supposed to stay and work with him for a week

9    and he didn't.

10         Q.   I have received a copy of a letter from

11   Coastal dated May 31st, 2013 from John Parish to

12   you.  In this letter Mr. Parish writes that you

13   have informed him that you were going to terminate

14   Robert Mick from the job and he was to speak

15   directly from you going forward.  Do you recall

16   telling Mr. Parish that?

17         A.   That was another situation.  And I hope

18   you don't have -- don't give Mr. Parish much credit

19   because he used to be one of your peers and he's

20   now suspended.  Okay?  He's another liar.  But I

21   will tell you that he's referring to another

22   situation that I had to get in the middle between,

23   you know what a third-party provider is?  That's

24   like the City on your project.  The owner of that

25   and Mick got into it and it was no sooner that that

1  happened that John Parish called me and the owner

2  was on another phone call saying, You either fire

3  Mick or Jesse is quitting, the owner of the

4  third-party.  So all this is happening at the same

5  time, and I managed to calm it down.  I kind of

6  like -- a contractor, a general contractor or

7  senior project manager, we're like firefighters.

8  We put out fires.  And I've always tried to work

9  with people, bring people down.  When you are all

10  upset I try to bring them down, calm them down,

11  what is the real problem?  Let's see what it is.

12  So that's what happened.  And there was not after

13  that a plan to build to fire Mick.  Mick came in

14  and gave me his resignation.

15         Q.   What was the third-party entity's name?

16         A.   JEM, J-E-M.

17         Q.   Well, it is an entity so it is a

18  company.

19         A.   I don't know what it stands for.

20         Q.   What were they doing out there?

21         A.   They were acting like the City,

22  inspections.

23         Q.   Threshold inspector?

24         A.   Yes.

25         Q.   So according to you, this incident came

1    to pass, everybody cooled off and level heads

2    prevailed?

3         A.    That's correct.

4         Q.    And JEM stayed on the job and Robert

5    Mick stayed on the job?

6         A.    That's correct.

7         Q.    Going back to Mick's termination, why

8    did you have Ted Brown author a witness statement?

9         A.    Because he kept telling me all the stuff

10   he knew and I said, Put it in writing because I

11   knew sometime this day would come.  I said, Put it

12   in writing, both of them, and Hilda.

13        Q.    Why did you know this day would come?

14        A.    Because after Mick quit I started

15   hearing about all the stuff he did at his other

16   employment, and I just figured it would come.  And

17   they put it in their own words.  I had nothing to

18   do with it.

19        Q.    Now we're moving forward after Robert

20   Mick's termination.  Tell me about the Hurricane

21   Irma transition or what occurred and then the

22   hurricane claim just from the timeline.  It appears

23   the work was going pretty steady leading up to

24   Hurricane Irma with the exception of your issues

25   with Coastal.  Then Hurricane Irma hit in September

1    and September appeared to be a lot of pre-hurricane

2    work followed by post-hurricane work and now

3    contract work.  Would that be accurate?

4           A.    You said a lot there.

5           Q.    How would you describe the progression

6    of the work with the exception of Coastal's

7    subcontract on the project leading up to Hurricane

8    Irma?

9           A.    Leading up to?

10          Q.    Yes.

11          A.    There was a point in time, I want to say

12   it was 45 or 60 days after Coastal had walked that

13   we had a replacement contractor on site and started

14   the project moving forward, got panels on site.  We

15   actually had one of the sections in, I think the

16   Civic building, we rushed to try to put it up

17   because it was open.  We tried to accelerate it,

18   which we did.

19          Q.    But generally the project was moving and

20   progressing?

21          A.    It was slow rolled, what we call it.

22          Q.    And then in September it appears that

23   most of the work out on the job was

24   hurricane-related; is that accurate?

25          A.    At what point?

1        Q.   Well, the hurricane hit, I think

2   September 12th?

3        A.   Right.

4        Q.   So a construction job with two towers,

5   you probably had hurricane prep work for the week

6   before that, correct?  You just left the building

7   open?

8        A.   No.  We did some.

9        Q.   So hurricane prep work, regardless of

10  which job it is, standard operating procedure,

11  everybody has the responsibility.  Hurricane comes

12  as we know.  It destroyed a good portion of the

13  work at the building so it temporarily gets

14  condemned, correct?  People are forced to stay away

15  and then come in and get their belongings out one

16  at a time and then you submit a hurricane claim and

17  get post-hurricane work, correct?

18        A.   Okay.

19        Q.   I'm just trying to get a feel for this.

20             At some point PVGC submits a hurricane

21  insurance claim, correct?

22        A.   You are jumping ahead.

23        Q.   When was a hurricane insurance claim

24  made?

25        A.   Three or four months ago.

1         Q.   What occurred on the project as far as

2    progression of work from the date Hurricane Irma

3    hit and let's say January, 2018, those four months?

4         A.   We helped to assist the tenants for the

5    first two, three weeks get personal items out,

6    cleaned up the site.  They had a lot of tree debris

7    and stuff.  Then the owner had Balfour, one of the

8    big restoration companies, came in and removed the

9    balance of the homeowners' personal items that had

10   left everything.  They had an option.  They either

11   got paid money and leave everything or they had to

12   take out everything.  But Balfour took it out.  We

13   weren't allowed back in the building.  So it was A

14   and B.  A is you don't want nothing, Balfour throws

15   it away; B, you want it, they put it in a POD and

16   put it in storage.  Once Balfour got out of there

17   months went by before the insurance company would

18   allow us to start demoing again on the exterior,

19   which then progressed the job forward.  Once that

20   got done around January, February maybe, they

21   allowed us to start demoing Senior and then around,

22   let's say April, May, the demo inside of Civic.

23        Q.   So I have your testimony clear, so from

24   the date Hurricane Irma hit until January of '18

25   there was no interior demo work going on?

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                              172

1         A.    There was some.  Some areas that was not

2    affected by the hurricane, we went ahead and did

3    our contract work.

4         Q.    How much work are we talking?

5         A.    I don't remember specifically but, like,

6    Senior, the west side of the building, maybe two

7    floors opened up.  And then there was one area on

8    the east side.  Civic, there was a lot of areas

9    that got water but didn't get to the extent that

10   prohibited us from doing our contract.

11        Q.    Who made the determination when work

12   could be performed?

13        A.    The owners.

14        Q.    And who did the owner have representing

15   them making that determination?

16        A.    After the storm?

17        Q.    Yes, sir.

18        A.    Bob Duke and Ryan Fusel.

19        Q.    Did you ever have any interaction with

20   James Bennet?

21        A.    He was a site representative of the

22   owner.

23        Q.    When you say that do you know what his

24   job tasks were?

25        A.    Pretty much the owner's eyes.

1        Q.    Did you communicate with him often?

2        A.    Daily.

3        Q.    Would he come to you with any issues

4   that he sought with progression of the work or

5   quality control, anything like that?

6        A.    He would.

7        Q.    When was it that PVGC made a hurricane

8   claim?

9              MR. BELL:  I'll object to the form

10        because I don't know who the claim is being

11        made to.  I mean...

12        Q.    Well, let's start broadly.  I subpoenaed

13   a lot of documents and it is my understanding that

14   there was a claim made as an additional insured on

15   behalf of PVGC for work performed related to the

16   Hurricane Irma.  Now, the status of that I'm sure I

17   will find out later.  But was that the only claim

18   you made as an additional insured or did you make

19   another claim?

20        A.    Only one.

21        Q.    I have various payment applications that

22   make up part of this claim.  Tell me how it is that

23   you prepared the claim to the insurance company.

24        A.    My people did it, all the costs

25   associated that we sustained after the hurricane.

1          Q.    So right after the hurricane you guys

2    are keeping track of work being performed as a

3    result of damage caused by the hurricane and you

4    are keeping that itemized in separate payment

5    applications?

6          A.    Yes.

7          Q.    Is that about a million dollars?

8          A.    Somewhere around there.

9          Q.    I noticed you had a private jet charged

10   on there a couple of times.  Is that true?

11         A.    Yes.

12         Q.    Was the way that you made the claim --

13   strike that.  I'm just going to make this a

14   composite exhibit.  I'll review this later.  I have

15   payment applications 1 through 4.  Do you have any

16   other payment applications as part of this

17   hurricane claim?

18         A.    No.  I think that's all of them.  This

19   is the one with the private jet on it?

20         Q.    Yes.

21         A.    The one I was the last person to leave

22   Miami because there were no commercial jets?

23         Q.    You also brought the jet back?

24         A.    I was the first person back in Miami

25   before anybody was allowed.

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    175

1          Q.    You also charged overhead and profit on

2    the use of that jet?

3          A.    That's correct.

4          Q.    And you charged a couple of percentage

5    points for bond and couple of points for insurance?

6          A.    Because that's what is allowed by the

7    insurance company.

8          Q.    What is the status of this claim?

9          A.    That's a good question because a lot of

10   things happened today that I'm not even up to speed

11   on.

12         Q.    Serinca Construction is part of this

13   claim; would you agree with me?

14         A.    Yes.

15         Q.    What work did Serinca Construction

16   perform that is part of this hurricane claim?

17         A.    Cleanup, there is a lot of cleanup of

18   debris, moving, picking up all the mattresses and

19   refrigerators, anything that came out the building.

20         Q.    Other than debris removal, was there any

21   other scope?  I believe there is a schedule of

22   values but it is unclear to me.  There are six or

23   seven line items for Serinca.  I can't tell what

24   work they did looking at that.

25         A.    Well, in the back they should have

1    invoices there that specifically says.

2         Q.   They are not that kind to me those

3    insurance companies.

4         A.   You got this from the insurance company?

5         Q.   Yes, I did.

6         A.   Well, you are missing the top sheet.

7    There's a sheet that put all this together and

8    there's a link to the right.  You press on it and

9    all the backups are there.

10        Q.   They don't give me electronic things,

11   they just give me PDFs.

12        A.   No, it is attached to this.  It takes

13   all of these and consolidates them.

14        Q.   An Excel spread sheet?

15        A.   Yes.

16        Q.   I've seen that.  I didn't get it from

17   the insurance company, though.  You are right, it

18   is pretty thick, a folder.  I didn't know that was

19   ultimately part of the insurance claim, but you are

20   telling me, I think we're on the same page, I can

21   go back and look at that and that will give me a

22   breakdown of what Serinca did?

23        A.   Yes.

24        Q.   Let's talk about damages in this case.

25   What damages are Pete Vicari General Contractor

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                          177

```
 1    seeking from A.T.O in this lawsuit?
 2         A.    Full extent of the law.
 3         Q.    Do you have -- strike that.
 4               Let's start with what is the dollar
 5    figure of your claim against A.T.O. Golden?
 6         A.    I'm going to leave that to my attorneys.
 7         Q.    Unfortunately, that can't be.  I
 8    requested the corporate representative that can
 9    tell me that answer.
10         A.    You said full number?  I don't know that
11    number today.
12         Q.    Tell me any numbers you are currently
13    claiming from A.T.O. Golden in this lawsuit.
14         A.    One is attorney's fees.
15         Q.    That is not a damage but it is noted.
16    Other than putting attorney's fees aside, are you
17    seeking any monetary recovery from A.T.O. Golden in
18    this lawsuit?
19         A.    I don't think so but to the full extent
20    of the law, we will.
21               (Plaintiff's Exhibits 127 and  128 were
22         marked for identification.)
23    BY MR. TAYLOR:
24         Q.    Exhibit 28 is the back charge summary
25    with backup.  Can you tell me what this is?
```

1          A.    It is stated what it is.

2          Q.    Are you the corporate representative

3    that can speak with knowledge regarding the back

4    charge summary sheet?

5          A.    Yes.

6          Q.    Mr. Vicari, I have handed you what I

7    have marked as deposition Exhibit 128.  It is

8    entitled Back Charge Summary Sheet to A.T.O. Golden

9    Construction Corp.  Have you seen this composite

10   exhibit before?

11         A.    I've seen it, yeah.  I'm familiar with

12   it.

13         Q.    There appears to be five back charges

14   totaling $12,644.45.  If you would please, tell me

15   what those five back charges are for.

16         A.    Well, one of them is we found out Mick

17   was buying stuff for A.T.O. on a company credit

18   card.

19         Q.    Is that the top one?  Can we start at

20   the top and go 1 through 5 and knock this out?

21         A.    Back charges for tools purchased by PVGC

22   for A.T.O.

23         Q.    Your contention is Mick used a PVGC

24   credit card to purchase things that were taken by

25   A.T.O.?

1          A.    Yeah.   The invoice is there, Robert

2     Mick, Home Depot.

3          Q.    Next item is back charge for materials

4     paid by PVGC that were to be supplied by A.T.O. to

5     complete its scope of work?

6          A.    That's correct.

7          Q.    Who purchased those materials?

8          A.    That was either Mick or putting it on

9     our account.

10          Q.    Is it possible for you to tell by the

11     backup who on behalf of PVGC purchased those

12     materials?

13          A.    I would have to look.   Looks like it was

14     Mick.

15          Q.    Can you tell me what documents you are

16     reviewing that gives you that impression?

17          A.    Because I don't have anything from

18     anybody else.   Mick is the only one that had the

19     access to the company information.

20          Q.    I see a name Brown on --

21          A.    Which one?

22          Q.    This says Brown, I assume that's Ted

23     Brown?

24          A.    Yeah.

25          Q.    So did Mr. Brown have the ability to

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                    180

1   purchase materials on PVGC's supplier accounts?

2        A.   If Mick gives him direction to.  Mick is

3   ultimately responsible.  Ted and Chris couldn't buy

4   nothing without his authority.

5        Q.   How about back charges for rental and

6   storage container paid for PVGC that was used for

7   A.T.O. storage materials?  Do you know what that is

8   regarding?

9        A.   That's their containers that they

10   charged to me.  When Mick hired -- I'm sorry, when

11   he ordered the containers he ordered one for them.

12   We have them, also.  That's what our offices are

13   in.

14        Q.   This was used as an office?

15        A.   Either/or; we have one as an office, one

16   as a storage.

17        Q.   Was PVGC using this storage container,

18   as well?

19        A.   They had their own.  We had ours.

20        Q.   Did you know what the last issue is,

21   cost for work described in A.T.O. change order

22   request No. 162 for work being deducted.  It has

23   been determined these costs are for work already

24   described in previous A.T.O. change order request

25   167?

1          A.    Yes.

2          Q.    Tell me about it.

3          A.    Obviously, it was for work that they had

4    already done and they were double-billing us, looks

5    like from reading this.  This is something my

6    office did.

7          Q.    So apparently, there was an improved

8    change order request and then another approved

9    change order request and you are removing a charge

10   from one of the approved change order requests?

11         A.    Right.  It was a duplicate.

12         Q.    Did you ever provide these documents to

13   A.T.O. Golden to get their position on the matter?

14         A.    Yes, we probably did.

15         Q.    When did you provide?

16         A.    Bridgette or Joey would have copied them

17   on everything.

18         Q.    It appears that this document was

19   generated after A.T.O. Golden was no longer on the

20   job.  And I say that because the second page has a

21   summary date of October 20, 2017.  Do you see that?

22         A.    Yes.

23         Q.    Did you direct somebody to create a list

24   of back charges to prepare this package to send to

25   A.T.O.?

1          A.    I directed my people to get a handle on

2     where we stand with A.T.O., whether they are due

3     money or they overbilled.  I needed to know where

4     we really stand.

5          Q.    And this was one of the documents that

6     they generated?

7          A.    Yes.

8          Q.    Do you know who prepared it?

9          A.    This change order would probably be

10    Bridgette.

11         Q.    Bridgette Saddler?

12         A.    Bridgette Saddler.

13               (Plaintiff's Exhibits 129 and 130 were

14          marked for identification.)

15    BY MR. TAYLOR:

16         Q.    Mr. Vicari, can you identify Exhibit 129

17    for the record?

18         A.    Yes.  Looks like the contract between

19    the owner and I.

20         Q.    So Exhibit 129 is a contract between

21    Civic Towers, LLP and Pete Vicari General

22    Contractor for the Civic Towers project?

23         A.    Yes.

24         Q.    And Exhibit 130?

25         A.    Looks like Senior building, the contract

1    for Senior.

2              MR. TAYLOR:  And just so the record is

3         clear, Exhibit 130 is the prime contract

4         between PVGC and the Civic Senior Towers.

5              Let's take five minutes.

6              (A brief recess was taken, after which

7         the following proceedings were had:)

8              MR. TAYLOR:  Mr. Vicari, I appreciate

9         your time today.  I have no further

10        questions.

11             I'll be taking the transcript.

12             MR. BELL:  And we will read.

13             (The deposition was concluded at 5:10

14        p.m.)

15             (Reading and signing not waived.)

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7        _____

8                    JOEY BAUDOIN

9

10       _____

11                    PJ VICARI

12

13       _____

14                  PETER G. VICARI

15

16

17

18

19  _____

20  Notary Public

21  My Commission Expires:

22

23

24

25

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                    185

```
1                  CERTIFICATE OF OATH

2

3   STATE OF FLORIDA      :

4   COUNTY OF MIAMI-DADE :

5

6

7

8         I, the undersigned authority, certify

9      that JOEY BAUDOIN, PJ VICARI and PETER G.

10     VICARI personally appeared before me and were

11     duly sworn.

12

13

14         WITNESS my hand and official seal this

15     8th day of August, 2018.

16

17

18     _____

19     MARIANNE TERTAN, FPR

20     Notary Public - State of Florida

21     My Commission No. GG021074

22     Expires September 14, 2020

23

24

25
```

1        REPORTER'S DEPOSITION CERTIFICATE

2

3        I, MARIANNE TERTAN, Shorthand Reporter,

4   certify that I was authorized to and did

5   stenographically report the depositions of

6   JOEY BAUDOIN, PJ VICARI and PETER G. VICARI;

7   that a review of the transcript was

8   requested; and that the transcript is a true

9   and complete record of my stenographic notes.

10       I further certify that I am not a

11  relative, employee, attorney or counsel of

12  any of the parties, nor am I a relative or

13  employee of any of the parties' attorney or

14  counsel connected with the action, nor am I

15  financially interested in the action.

16

17       DATED this 8th day of August, 2018.

18

19       _____

20       MARIANNE TERTAN, FPR

21

22

23

24

25

C/R - Pete Vicari General Contractor, LLC (Joey Baudoin)
July 25, 2018                                      187

1    August 8, 2018

2

3    Joey Baudoin
     PJ Vicari
4    Peter G. Vicari
     c/o Keith L. Bell, Esq.
5    Clark Partington
     106 East College Avenue   Suite 600
6    Tallahassee, FL  32301

7    RE:  A.T.O. Golden vs. Allied World Insurance
     Deposition Taken 7/25/18
8    U.S. Legal Support Job No. 1771599

9

10   Dear Mr. Bell:

11   The transcript of the above-referenced proceeding
     has been prepared and is being provided to your
12   office for review by the witnesses.

13   We respectfully request that the witness complete
     their review within 30 days or by time of trial,
14   whichever comes first, and return the errata sheet
     to our office.

15

16
     Sincerely,
17

18   Marianne Tertan, FPR
     U.S. Legal Support, Inc.
19   One SE Third Avenue   Suite 1250
     Miami, FL  33131
20   (305)373-8404

21

22   cc:  Timothy S. Taylor, Esq.

23

24

25

| | | | |
|---|---|---|---|
| **$** | **$413,174.52** 76:24 | 35:23 36:16, 22 39:3 40:5, 12 | 105:2 |
| | **$42** 80:2 | | **112** 6:11,15, 19 65:9,14 |
| **$100,000** 93:21 | **$44,267.57** 31:12 36:21 | **$96,134.42** 49:10 | 145:1 |
| **$104,000** 40:19 41:21 42:5 | **$442,675.74** 30:19 31:11 35:9 36:17,21 | **(** | **113** 23:17,18 |
| | | | **114** 44:12,17, 23 45:17 |
| **$104,771.45** 31:9 41:3 | **$463,659.11** 27:3 | **(c)** 149:23 | 47:11 |
| **$12,098** 80:12 | **$492,705.25** 31:13 32:1,8 | | **115** 50:11,12 |
| **$12,644.45** 178:14 | 34:5,12 36:19,24 37:6 | **0** | **116** 50:17,18 |
| | | | **117** 60:4,7 |
| **$130,004.17** 52:7 | **$498,277.67** 48:22 | **005757** 40:20 | **118** 75:10,14, 15,23 76:18 |
| **$14,170.88** 84:4 | **$5** 37:25 38:1,2 | **03** 68:15 | 92:17 |
| | | **05** 68:25 69:2 | **119** 75:10,14, 18 85:4 |
| **$144,449.08** 52:14 | **$54,745.03** 31:16 | | |
| **$147,122.01** 89:24 | **$547,447.19** 36:11,13 | **1** | **12** 65:17 66:6 76:11,12 |
| | | **1** 7:3 11:16 20:5,9 48:6 | 111:12 138:19 |
| **$152,800** 52:23 | **$59,000** 105:11 | 52:22 65:22 76:7,14 85:6 | **12.1.12** 155:12 |
| **$167,790** 41:18 | **$655,438.74** 27:22 28:3,24 | 97:9,11 145:7 151:20 174:15 | **120** 103:20, 23,24 104:1,9 |
| **$197,455.97** 79:6 | **$696,510.50** 85:7 | 178:20 | **121** 105:22,25 |
| | | **1/19** 51:3 | 106:1 |
| **$20,983.34** 29:4 | **$700,000** 165:16 | **10** 31:21,22 36:20 60:14 | **122** 108:16, 19,23 |
| **$20,983.37** 27:6 29:7 | **$704,604.50** 153:24 | 66:5 119:4 120:19 153:21 | **123** 109:13,16 110:5 111:2, |
| | | 165:4 | 12 113:24 |
| **$250,000** 41:22 | **$79,000** 38:18,20 39:6 | **100** 44:3 65:25 | **124** 109:13, 20,21 111:11 |
| **$261,522.92** 21:25 22:9 | **$79,303.61** 23:2 | **101** 126:21 | **125** 147:6,10 149:23 157:22 |
| **$261m,522.92** 21:19 | **$84,375** 41:17 | **102** 85:22 98:19 153:8 | 163:12 |
| | | 155:9 | **126** 147:6,12 |
| **$27,000** 52:22 | **$9,340.80** 91:24 | **104** 85:22 | 163:12 |
| **$280,663.97** 18:23 | **$9,340.88** 83:22 84:5 | **105** 85:23 | **127** 177:21 |
| | | **10:00** 123:6 | **128** 177:21 178:7 |
| **$298,440.72** 51:9 | **$94,000** 34:11 38:21 39:5,8, | **11** 24:6,8,12, 15 25:23 | **129** 182:13, 16,20 |
| **$3,528** 80:3 | 18,20 41:5 | 40:13 44:12, 25 47:13,24 | **12th** 170:2 |
| **$30** 166:1 | **$94,297.08** 31:3,10,14 | 50:4,15,21 52:14 53:2 | **13** 66:6 69:3 106:4 109:22 |
| **$32,370.96** 91:1 | 32:25 34:21 | 66:6 93:4 | 110:6,10 113:23 155:8, |

12
**130** 182:13,24
 183:3
**134,750.16**
 52:1
**14** 66:7 88:15
 89:5,11,13,22
 95:14 111:13
 113:23
 133:11,13
 151:9 152:15,
 18 157:24
**15** 65:17 66:9
 120:19 131:21
**154** 79:24
**16** 47:24 66:9
**162** 180:22
**167** 180:25
**17** 22:12
 66:13 71:20,
 21 72:13
 108:20 109:1
 124:17 136:5
**18** 66:15
 71:22 115:2,
 4,5 124:17
 136:5 171:24
**19** 47:14 51:4
 66:15 115:2,4
**1900** 67:1
**1946** 68:12
**1980** 135:22
**1A** 16:16

___

**2**

**2** 45:1,5
 52:22 65:22
 76:17 77:11
 89:24 104:18
**2/16/18** 51:14
**20** 38:22
 39:10 66:16
 115:3 125:6
 128:10 181:21
**2003** 69:14

**2004** 11:24
**201** 147:25
 152:2 153:8,9
**2013** 166:11
**2016** 71:10
 97:18
**2017** 21:22
 22:3,5,9
 46:14,21
 48:14 49:1
 50:23 52:10
 56:12 60:14
 76:12,21 79:2
 80:15 85:12
 90:3 91:4
 98:10,21
 106:5 108:20
 109:1 110:12
 125:15 127:9
 143:9 155:24
 181:21
**2018** 8:19
 10:5 47:15,24
 51:4 156:3
 171:3
**201s** 149:9
**21** 7:3 66:16,
 18 145:7
**21st** 76:20
 85:12 90:3
**23rd** 105:12,
 15 127:22
 130:16
**24** 21:22
**24/7** 118:24
**25** 48:14
**255** 79:20
**25th** 105:16
 125:22 130:17
**26** 22:3,5,9
 49:1 97:18
 155:24
**28** 79:2 80:14
 91:4 177:24
**29** 110:19
 111:2
**29th** 130:20

**2nd** 98:21,23
 129:21

___

**3**

**3** 23:8 45:2,
 11 65:22
 78:24 79:25
 90:23 91:16
 149:22 150:20
**30** 125:6
 155:18
**31st** 50:23
 166:11
**33** 68:14
 154:12
**36** 111:13,15

___

**4**

**4** 23:9 47:2,5
 65:23 74:15
 80:10 91:22
 92:9 120:23
 149:23 153:20
 174:15
**40** 42:20
 113:24,25
 114:2
**400** 33:5
**45** 169:12

___

**5**

**5** 7:16 8:24
 23:9 30:3
 65:17,23
 83:21 92:18
 178:20
**5.1.4** 151:5
**50** 127:16
**5:10** 183:13

___

**6**

**6** 22:13,16,22
 23:1,9 30:2

31:17,18
32:6,11
33:12,25
34:2,15 35:5,
 14,17 36:6,
 12,19 37:1
38:18 39:19
46:3 48:6,10
49:6,9,16,19
52:9 65:17,23
97:9,11,15
110:1,12,23
111:7 157:21
**60** 169:12

___

**7**

**7** 8:10 21:14,
 18 22:8,17,23
 23:5,12,15
 24:4 30:2
 31:25 36:15
 37:7,16 39:8
 40:3,6 48:12,
 13,18,22 49:4
 50:10 53:15
 65:17,23
**74** 139:10

___

**8**

**8** 65:24
 149:22 153:20
 157:21
**80** 135:13
**80s** 135:17
**829** 125:8

___

**9**

**9** 66:3
**9.6.2** 154:14,
 17
**9/26/17** 22:4

**A**

**A-102**  149:8,
11,18 151:14
152:4,16
155:9
**A-201**  153:4,
7,12
**A-201-207**
151:23
**A-Y-A-L-A**
25:17
**A.t.o**  8:9
59:15 78:1
82:2 101:17
106:14 115:10
129:4 134:12
177:1
**A.t.o's**
110:22
**A.T.O.**  4:23
5:1 6:15 8:11
22:12,15,21,
25 23:23,24
24:1,3,16,17
25:1,21,24
26:5,21
27:11,12,25
32:9,12,16
33:18 34:17
35:4,22,24
36:18 37:2,3,
8,17,18,19
38:10,12,14,
15,16 39:1,5,
10,23,24
40:5,10,19
41:10,12,13,
24 42:13,14,
17 43:4,15,25
45:16,19,20,
23 46:15
49:5,8,15,18,
21,22,25
51:18,21
52:15 53:4,7
55:23 56:6,22

57:2 59:7,10,
21 60:11,15
61:11,14 62:9
74:2,11,18
75:4,16,19,25
76:5 81:7,15
83:17,20
84:11,14 85:6
86:1 87:11,
15,18 89:4
90:18,25
91:23 93:6,8,
9,14 97:6,11,
16,17,20
98:20,21,24,
25 99:20
100:8 102:12
104:2,15,21
105:12,14
106:6,9,16,20
107:6 108:20
109:17,20
110:11 111:6,
17,20 112:4,
5,7,19,25
113:13,19
115:6,21
116:6,18
117:15 122:6,
25 123:12,13,
19,22 124:1,
8,24 125:6,
11,15,20,22,
25 126:2,3
127:7,24
129:6,23,25
131:16 132:8,
12 134:10
145:12 146:4,
6,9 147:11,
13,15 154:3,
8,19,25
155:17 158:1,
6 159:9,10
162:1,3,4,5,
10 164:15
177:5,13,17
178:8,17,22,
25 179:4

180:7,21,24
181:13,19,25
182:2
**A.t.o.'s**
11:11 26:9,13
29:10 30:2
31:18 32:5,11
33:3 37:21
42:16 46:2,
13,19 52:8
53:14 56:17
79:18 93:23
94:7 101:4
109:25 110:1,
23 123:9
132:7 154:6,
24 155:17,19,
23 156:19
**abandoned**
115:10
**ability**  81:25
179:25
**able**  66:12
87:6 99:1
100:16 117:22
118:1,6,12
124:9,21
126:15 128:24
133:3,10
**about**  4:7
16:24 19:17
57:10 58:10
61:16 63:14
64:12 65:25
66:2,7,9,10,
12,14,15
69:10,18,22
70:4 72:5,15
74:14 77:12
88:6 93:25
99:23 107:7
108:25 115:16
128:7 131:8,
23 132:3,22
133:24 135:9
142:9 144:13
146:3,8,15
149:11 158:16
162:23

168:15,20
174:7 176:24
180:5 181:2
**above**  4:3
114:12,14,18
**absolutely**
164:17
**accelerate**
169:17
**accept**  53:11
**accepted**
53:16 90:21
128:15
**accepting**
58:14
**access**  118:1
120:9 124:21
179:19
**accordance**
19:3 48:19
**according**
31:16 39:2
50:25 57:14
119:17 155:15
167:25
**account**  179:9
**accountant**
16:9
**accounting**
11:22 12:1
43:14,17,18
160:2
**accounts**  12:2
180:1
**accurate**
15:24 18:23
21:1 23:25
26:15 45:18
49:13 53:6
58:16 62:21
74:12 78:7
79:11 86:6
98:13 166:6
169:3,24
**acquired**  69:6
**across**  129:6
130:23

acting    129:1
  167:21
action    109:4
actions
  104:12
actual    16:5
  29:5 35:10,
  11,16 55:21
  86:25
actually
  30:22,25 33:5
  41:25 43:13
  49:21 56:5
  58:17 62:1
  68:1 74:24
  77:21 87:16,
  22 97:17
  104:7 118:21
  120:23 130:6
  132:16 152:25
  169:15
add    17:5,7,10
  25:9 30:10
  115:5
added    36:20
additional
  56:22 84:11
  96:14 132:18,
  24 151:9,10
  173:14,18
address    67:1
  109:7
adjusted    95:3
administered
  63:13 133:23
affected
  172:2
affidavit
  146:4
affidavits
  159:6,8
affirm    4:7
  63:14 133:24
after    8:11
  11:3 13:2,5,
  12,16 14:11
  40:23 41:12,
  13 44:19

46:13,23,24
63:9 66:18
69:15 70:21
93:11,22
94:10,21
97:22 101:21
106:5,19
109:10 112:20
114:13 124:22
125:20,23
126:3,5,6,23
129:1 130:18
132:8 133:19
154:5 163:19
167:12
168:14,19
169:12 172:16
173:25 174:1
181:19 183:6
again    8:24
37:5 49:24
50:3 53:5
79:13 80:17
84:15 85:16
88:10 90:5
91:6 92:2,22
133:5 157:1
171:18
against    71:14
131:2 146:9
177:5
ago    68:22
69:10 138:9
150:25 170:25
agree    13:9
14:12 28:9,11
32:11 34:23
36:1 38:13
43:21 45:12
48:5 56:12
75:21 82:2
83:3,15,18,24
92:12 97:12
101:16 103:12
110:9 111:5,9
114:5 136:11
148:17
150:10,13
151:13 153:5,

11,23 154:11
155:16 157:25
160:16 161:22
163:15 175:13
agreed    78:20
86:5 87:14
95:24 144:22
153:13 160:5
agreement
83:9,11 93:23
108:22
151:18,21
152:3 153:3,
10,13,21
155:10
157:18,22
agreements
132:24 133:7
147:19 148:18
149:1,12
163:16
agrees    153:6
ahead    50:7
170:22 172:2
AIA    17:15
147:25 149:8,
11 151:22
152:4 153:11
155:9
all    5:12,24
6:7 8:4 11:14
12:8,12 17:15
19:8 20:9
27:9 42:6
54:1,5 57:16
64:9,20,25
65:11,23 67:9
68:24 73:18
77:3 78:5,18,
22 81:18
85:15,16
86:1,12 89:21
90:11,13
94:16,17
102:13,19
103:2 106:10
107:10 122:9
127:1 130:23
132:1,22

133:10 138:16
141:9 148:23
151:3 152:12
153:18 158:16
159:9 162:5,
13 163:10
164:11 165:17
167:4,9
168:9,15
173:24 174:18
175:18 176:7,
9,13
allegations
110:10 112:2,
25 113:2
115:6
alleged    93:4
Allied    5:2
134:13
allow    158:21
171:18
allowed    115:8
131:24
171:13,21
174:25 175:6
almost    162:5
165:16
along    12:10
17:15,16 35:7
40:18,24 54:5
101:8
aloud    36:7
already    17:3
31:15 60:23
88:21 94:20
99:13,18,24
115:12
128:13,14,15,
18 130:18
133:1 180:23
181:4
also    5:19
9:10 12:11
17:11 19:14
23:8 24:11
45:13 46:8
47:19 52:19
54:6 56:21

64:15,20,24
65:2 66:18
90:12 99:8
109:19 115:3
145:16 146:11
155:10 174:23
175:1 180:12

**although**
71:25

**Alvarez**
143:17

**always** 61:4
159:4 167:8

**am** 59:3 70:9

**Amalia** 57:19,
20,21 123:2
127:21 128:11
130:2,12
152:25 164:18
165:14

**Amended**
109:17,21
110:5

**among** 22:12

**amount** 14:16
21:9,10,25
22:8 27:23
29:9,10,18
31:12,16 33:7
35:9 48:21
49:9 51:9
52:1,22,23
54:25 76:23
79:5 80:11
83:22 85:7
87:5 90:25
91:24 127:12
153:24

**analysis**
26:4,8 29:15
32:15,18,23
33:18 34:4,19
46:25 97:23
98:9,15
115:19,22
116:1,2,9,21

**and** 4:2,3,9,
13 5:2,21,25

6:1 7:3,22
8:12,19 9:6,
9,10,25 11:2,
25 12:3,5,8,
25 13:6 14:4,
10 15:3,11,
14,25 16:14
17:4,5,7,10,
15,17 18:22
19:1,9,15,16,
19,21 21:7,
18,21,24
22:2,15,16,
20,25 23:9,
15,23,24
25:2,4,10,16,
20,22 26:4
27:6,11,19
28:14,17,18
29:17 30:3,4,
7,18 31:11,23
32:24 33:18,
23 34:4,16
35:6,9 36:1,
7,15,19,21
37:1,4,18,25
38:1,12,15
39:9 40:10,25
41:9,11,17,
18,21 42:25
43:3,4,13,25
44:13 45:1,9,
10,21,24
46:18,20
47:4,5,21
48:16,21,25
49:8,22 50:7,
25 51:6,8,15
52:5,8,22,25
53:8,10,11,
16,17 54:9,
12,13 55:11,
14,17 56:18,
21 57:9,14,
17,20,24
58:2,11,20,23
59:20,21
60:8,9,10
62:5,16 63:2,

16 64:8,16
65:3,5,17,25
66:9 67:6,7,
14,23,25
68:1,10,20
69:1,9,18,22,
24 70:4,6,7,
15 71:1,6,8,
16 72:2,7,16,
18,19,21
73:3,5,6,11,
19 74:2,3,4,
6,10,11,19,25
75:5,7,10,14,
17,19 76:2,3,
10,14,20,23
77:1,3,4,11,
13,21,25
78:2,5,9,10,
16,18,20
79:2,5,6,9,
10,13,17
80:3,12,14,25
81:4,6,7,9,
10,13,14,15
82:6,9,10,11
84:4,23 85:6,
11 86:1,5,14,
22 87:1,4,6,
17,21 88:4,5,
15,22 89:5,
13,15,20,23,
25 90:3,5,9,
11,18,25
91:4,6,13,23
92:3,15,16,19
93:5,9,13,24
94:13,22,25
95:24 96:12,
24 97:8,10,
17,22 98:1,4,
8,14,20 99:2,
4,14,19,21
100:14,17
101:9,13
102:2,5,6,7,
10,11 103:9,
13,14 104:5
105:15 106:3,

8,13,16
107:3,5,6,25
108:6 109:6,
7,13,18
110:2,13,24
111:1,7,25
112:1,3,13,19
113:5,7,9,10
114:8,10,17,
19 115:2,4,9,
10,16,22,24
116:10,15
117:2,3,9,10,
14,20,23,24
118:3,12,19,
21 119:7,9,
11,13,19
120:8,19,21,
22 121:12,18,
20 122:2,3,6,
10,11,12,22
123:3,11,12
124:2,9,11,
18,20,24
125:1,3
126:14,16
127:1,7,18
128:2,4,14,
18,19 129:3,
4,13,21
130:9,10,15,
20 131:13,14,
20,22 132:3,
18,20 133:17
134:1,13
135:9,15,22
136:10 137:4,
16,25 138:4,
11,12 139:17,
19,24 140:12,
18 141:4,12,
15 142:7,10,
12 143:14,16,
24 144:3,18,
19,22 145:7,
12,13,15,17
146:15,16,23
147:6,11,12,
13,15,21,24,

25 148:4,7,
10,19,20
149:1,8,17,25
150:3,17,18
151:7,8,9,14,
24,25 152:4,
6,15,19,25
153:5,8,13,
15,16,18
154:1,21,24
155:4,5,17
156:5,7,8
157:6 158:3,
14,16,21,22,
23 159:5,8,9
160:4,5,11
161:17 162:22
163:12,15,19,
25 164:6,12,
23 165:2,5,7,
8,9,10,15,17,
20,23 166:2,
8,9,14,17,19,
25 167:1,5,8,
12,14 168:1,
4,10,12,16,21
169:1,2,13,
19,22 170:15,
16 171:3,7,8,
11,14,15,21
172:2,7,14,18
173:13 174:3
175:1,4,5,18
176:7,8,13,21
177:21 178:20
180:3,5
181:4,8,9,20
182:5,13,19,
21,24 183:2,
4,12,15
**and/or**  9:11
67:12
**Andrew**  137:2,
3 146:19
**another**  31:10
61:7,9 80:17
86:8 90:23
91:6,22 95:23
117:17 127:2

131:5 146:23
165:9 166:17,
20,21 167:2
173:19 181:8
**answer**  5:19,
24 6:8 64:15,
17,20 65:1,6
66:12,15,16
109:17 110:4
111:1 135:3,4
142:8 146:13
177:9
**answered**  14:1
**answers**  5:20
140:20 146:14
**anticipate**
28:16 65:2
**any**  5:13,19
6:6 7:7,18,25
8:7,15,22
9:16,19 14:18
15:5,21 16:1,
4 17:4 20:18
23:22,24
39:13 44:4,5,
7,8 45:19
46:6,13,19
47:4 53:7,12
54:6 55:9
56:18,22
61:12 62:13
63:4 64:10,15
66:19 67:13
69:15,25
70:14 71:12
73:3 81:19
82:25 85:1
95:1 104:14,
19 108:5,7
109:4 112:25
113:1 125:16
131:23 137:22
138:6 139:11
142:9 143:3
149:2 150:2,6
151:6 152:2
155:18 158:1
161:8 162:13,
19 172:19

173:3 174:15
175:20
177:12,17
**anybody**  13:20
135:8 162:7,
17 174:25
179:18
**anymore**  33:24
114:6 122:10
**anyone**  14:25
24:17
**anything**  11:3
12:15 43:1
47:4 57:11
66:11 67:10,
18 70:12 78:7
82:6 96:10
114:18 115:5
133:14 141:21
159:4 173:5
175:19 179:17
**anyway**  66:23
113:6,11
**anywhere**
112:19
**apartments**
117:1,11
118:11 136:1
137:4
**app**  14:4
30:2,3 37:16
39:6,7,19
40:23 42:16
54:3 57:9,14
58:5,8,9
66:22 74:21
79:21 97:22,
24 99:16,18
100:2,13,19
101:12,18
102:11
105:10,13,20
111:7 118:13
125:2,24
128:2,4
130:6,7
**apparently**
181:7

**appear**  83:23
91:24 161:20
**appeared**
169:1
**appears**  16:15
23:21 42:10
77:2,11 80:9
84:15 85:14
90:7,25 92:19
106:8 118:16
148:4,7
168:22 169:22
178:13 181:18
**application**
8:10 10:8,15
16:16,21,24
17:6,8,9,14,
18 18:5,9,12,
21 19:1,3,8,
10,22 20:5,9,
14 21:5,14,18
22:8,12,13,
16,17,22,23
23:1,4,7,12,
15 24:2,4,8,
11,15,16,21,
24 25:6,9,22
26:5,22 27:25
30:4 31:17,18
32:6,11 33:4,
12,25 34:2,15
35:5,14,17,24
36:6,10,12,
14,18 37:1
38:18 40:3,6,
9,13,24 41:1
44:12,25
45:1,2,5,10,
12,17 46:2,11
47:11,12,13,
23 48:10,11,
13,17,18,22
49:4,6,9,15,
18,20 50:1,4,
8,9,15,21
51:1,8,11,16,
19,21 52:6,9,
13 53:2,5,15
54:9,12,13,16

55:2,20,22,24
56:11,18
57:5,7 97:15,
21 98:16,22
99:13 100:10
101:4,17
104:4,16,22
105:2,11
109:25 110:1,
11,12,22,23
115:8,15,21
116:7 121:2
127:19 142:8
143:20 144:10
156:20
**applications**
7:14,20 8:5,
18 9:8,11,24
10:3 11:16
12:7,8,9 13:4
14:3,14,18,23
15:6,10,13,16
16:13 17:1,4
18:1,14
20:10,13,18,
20 23:8,23,25
27:13 30:5
42:22 45:1
46:7 48:2,6
52:5,21,25
97:9 119:19
155:23 173:21
174:5,15,16
**applied** 52:3,
17
**applies**
153:19
**appreciate**
58:11 183:8
**approach** 69:2
82:10
**appropriate**
78:16
**approval**
53:13,23
55:25 56:3
74:10,19,24
75:7 76:3
80:25 93:19

94:23 144:13
**approve** 53:24
55:17 56:19
78:13 121:1,
5,9
**approved** 27:9
29:17 47:3,5,
8 54:8,9,13
55:19 57:15,
18 58:4 76:4
78:16 80:7
99:19 109:24
110:21
111:18,21
115:10 144:3
160:11 181:8,
10
**approves**
54:18 55:14
121:12
**approving**
54:15 55:1,6,
9
**Approximately**
134:20
**apps** 14:4,9
54:2,4 104:24
105:7 110:14
121:12
128:16,19
160:1
**April** 171:22
**architect's**
18:5,8
**are** 4:7 5:4,
20 6:2 7:3,6,
20 11:18,25
16:8 17:8,19
18:11 19:17
24:9 25:13
28:1,16,17
29:14,23
31:15 34:3,7,
9,10,12,19
35:3,5,10,14,
21 36:24
37:6,7 38:10
39:1,22 40:22

41:7,12,20,21
42:1,4,5,23
43:2,14 44:25
52:8,25 54:2,
6,8,9 58:13,
20 59:1,4
63:14,23
64:8,12,22
65:14,18
67:7,16,23
68:5 70:25
71:1 72:20
75:15,18
77:4,16 78:3,
6,9 79:14
80:23 81:11,
22,24 83:10
85:19 87:6
88:18 89:14
93:25 98:19
99:4,16,21
102:11,16,19
105:9 106:14,
25 110:10
112:2,22
113:1,18
114:5,9,10
116:14
117:10,11,13
118:13
119:12,20
120:6,7,23,24
121:21
122:13,17,25
124:11 125:3,
5 127:1,14,18
129:5 130:15,
19,22 133:24
134:14,22
136:4,10,11,
15,21 137:20,
22,25 138:21,
23 140:3,17,
22 141:15,16,
19,20,21,22,
24 142:24
143:11 145:6,
7,8,10,15,18,
24 147:15

148:2,18,21
149:5,10
150:14,16
152:23 153:4
154:11 155:22
156:2,12
159:6,24
161:3,24
163:9 164:25
165:12 167:9
170:14,22
172:4 174:2,4
175:22 176:2,
6,9,17,19,25
177:12,16
178:2,15
179:15
180:12,23
181:9 182:2
**area** 146:22
147:2 172:7
**areas** 7:2,4,
8,11,18,25
8:7,15,22
65:14,17,18
98:8 145:6,8
172:1,8
**aren't** 96:2
**argue** 157:1
**arguendo**
33:13
**arguing** 99:23
**argument**
125:25
**arisen** 106:21
**around** 14:16
42:20 135:13
146:19 165:2
171:20,21
174:8
**arrive** 31:6
**arrives** 19:15
**Article**
149:23 151:20
153:21 157:24
**articles** 74:4
**as** 4:14 6:14
7:3,7,11 11:4

12:1,4,17
16:8 17:11
18:17 20:13,
25 23:7,16
26:10 27:23
31:22 32:14
33:18,19
34:4,8 35:6
36:1,24,25
37:3,8 38:19
39:6 40:4,15
44:11 45:6,13
47:10,19 49:1
50:10,16
53:1,4 55:2,4
56:3,11 58:16
59:25 60:17
61:5,14
64:24,25
65:13,19
67:6,24 71:11
74:4,8 77:7
85:15,16
96:14 97:7,8,
10,14 98:19,
24 107:4
109:20 112:2,
25 115:1,5
116:16 117:21
125:12 126:15
128:24 129:13
131:6 134:14
135:3,4 136:2
139:17 140:2
141:17
143:21,23
144:9 145:1
147:22
150:20,21
153:9 158:3
160:13 163:23
165:9 170:12
171:1 173:14,
18 174:2,16
178:7 180:14,
15,16,18
**aside** 57:22
177:16

**ask** 5:13,14
6:7 43:10
64:11,25 66:8
82:10 112:1
135:1 139:13
145:10 151:4
156:8
**asked** 14:1
53:23 57:6
68:7 109:12
128:6
**asking** 5:11
29:23 88:7,11
98:21 127:23
128:12 162:13
163:6
**aspect** 42:12
**assessment**
156:21,24
**assist** 171:4
**associated**
173:25
**assume** 5:20
18:16 29:14
32:16 37:2
45:8 64:16
135:9 141:15
148:14 179:22
**assumed** 61:23
**assuming**
33:13,14
34:16,19
114:10
**assumption**
53:6
**assured**
139:23
**at** 4:3 11:19
12:16,24
15:5,21 18:4,
11,25 19:1,6,
7 26:21 28:19
29:8 31:1,6,
7,24 33:3,4
36:14 40:17,
20 41:25 44:1
45:4,10 47:21
49:25 51:25

52:18 56:7
58:4,23 59:11
60:15,18 61:5
62:24 63:4
65:18 73:1
74:21 75:23
76:16,17
77:22,24
78:6,10 80:8,
19 85:4 86:7,
10 87:1,13
88:21 90:7,22
91:17,18 94:3
95:15 98:2,3,
6 100:8,23
104:16,17,22
106:8 107:3,
10 110:4
111:13,22
112:10,22
113:3,12,14
116:10,11,13,
25 117:3
119:10,18,19
120:4,17
121:4,25
122:3,14,15,
24,25 123:1
124:14 125:3,
8,13,15
127:25 129:2
130:12 132:15
136:4 138:19
141:20 142:12
146:13 147:25
151:20 154:13
155:12
156:17,21
157:22 158:14
160:20 162:25
167:4 168:15
169:25
170:13,16,20
175:24 176:21
178:19 183:13
**attached**
22:11 44:23
51:18 53:1
149:9 151:25

176:12
**attachment**
147:23
**attempt**
104:19
**attempts**
104:14
**attended** 70:5
**attention**
58:12 140:17
**attorney**
104:13 109:8
**attorney's**
177:14,16
**attorneys**
114:18 146:11
177:6
**audibly** 5:24
**August** 21:22
46:3,14 48:14
52:9 76:20
79:2 80:14
85:12 90:3
91:4 98:22
99:17 100:2,
10 101:11,17
104:3,8,15,21
110:12 116:11
117:1,4,14
123:21,23
125:13 128:9,
12 129:2,17
155:23
**August's**
99:24
**author** 168:8
**authority**
180:4
**Avenue** 67:1
**aware** 5:4
15:8,17 41:7
59:1 83:10
106:23,25
113:18 155:5,
22,25 156:2
**away** 170:14
171:15

Ayala  25:17
26:8 28:23
43:24 56:1,
13,18 72:2
98:9 101:2,5
115:24 126:23
Ayala's  25:19
26:4,14
115:19

---

B

---

B-O-E-H-M
19:12
back  26:1
27:15 28:6,24
29:6,9,19
30:23 33:4
34:21 35:23
37:14,19,20
38:1,3,5,8,
13,16,17,21
40:7,11,15
43:3 45:16
50:14 52:14,
16 70:20
73:10 74:25
75:4 78:2,11
82:6 89:1,11,
22 94:21
103:7,10
105:1,9 112:9
116:10,20
121:16,19
124:12 128:20
132:10 152:6,
10,24 154:10
156:9 157:23
165:5 168:7
171:13
174:23,24
175:25 176:21
177:24 178:3,
8,13,15,21
179:3 180:5
181:24
back-doored
161:11

background
135:11 139:5
backup  19:9
22:11,17
23:15 24:15
44:14,23
57:25 75:16,
20 79:13
81:10 82:10
86:12 88:3,5,
7,11,25 89:2,
4 90:11 92:2,
14 99:9,11,12
129:7,9
177:25 179:11
backups  176:9
bad  132:20
135:1
balance  27:21
28:25 29:7
30:14,16
34:21 39:9
52:5 171:9
Balfour
171:7,12,14,
16
Barbara
17:22,25
18:25 48:16
106:2
base  94:19
95:5,11
153:23
baseboards
45:9
based  11:4
25:19 26:3
28:22 30:13
32:19 36:1
42:16 43:20
88:19 111:22
115:4,18
125:1 132:20
141:2 154:17
basically
134:25 140:22
148:18

basis  67:4
149:3,20
bathroom
117:23 118:2
bathrooms
118:3,10
Baudoin  4:12,
20,21 6:14
7:6 9:3,15
11:14,18
16:11 23:21
42:25 44:22
53:14 58:11
63:7 65:17
97:14 98:21,
24 99:5,20
101:3 105:5
106:3 115:21,
24 116:6
bears  24:3
became  95:9
137:18
because  24:25
25:24 26:12
28:20 29:5
30:9,10,12,16
31:21 33:20
34:10 36:8
37:24 38:18
39:18 41:6,23
42:1 43:4,14,
18 58:2,3
62:2,7 67:21
69:11 78:12
81:3 89:21
91:14 93:14
97:24 98:1,3,
6 100:13,19,
25 108:11
109:5 112:11
113:11 115:3
117:18 120:20
122:17,25
123:4,14
124:8,10,20,
22 126:25
129:11,22
130:7 131:21
132:13 136:18

139:22 147:5
155:25 158:24
159:19,25
160:12 161:8
163:20,21
164:19 165:14
166:7,19
168:9,10,14
169:17 173:10
174:22 175:6,
9 179:17
181:20
bed  113:12
bedroom
117:24
124:16,18,19
bedrooms
124:12 125:4
been  4:13
7:11 9:6,10,
24 10:9,14
12:23 15:21
16:2 18:6
19:3 25:8,25
30:5 31:13
33:3 39:7
42:13 47:14
55:4 56:23
59:6 64:7
71:10,12,20
72:2 96:13,15
98:18,25
105:14 106:9
108:12 109:20
112:10 113:3
124:9 125:16,
19 129:11
135:17 139:14
146:18,25
147:10 150:19
154:20,21
155:2 161:15,
21 180:23
before  4:1,21
5:7 6:9 17:18
28:16 35:17
44:15 52:17
54:2,11 55:23
56:16,21 59:9

64:5 65:1,3,6
68:22 71:25
92:21 94:20
98:3 103:18
112:19 121:2
127:5 130:6
134:9,18
137:2,18
170:6 171:17
174:25 178:10
**beforehand**
101:17
**begin** 90:15
**beginning**
12:24 60:7
66:5 71:22
107:3,19
130:21 132:13
159:13
**behalf** 10:9
19:10 20:2
24:12 49:21
75:6 76:7
78:24 85:8
89:25 104:2
108:20 145:22
163:13 173:15
179:11
**behind** 77:1,
4,10 84:10
85:14
**being** 20:19
33:19 37:4
48:21 55:19
61:13 65:19
69:11 80:24
86:21 113:4,
11 114:16
123:18 126:15
143:3 158:7
173:10 174:2
180:22
**believe** 4:21
6:23 15:7
20:11 25:17
29:15 30:3
42:8 55:11,
16,20 56:8
57:17 60:1

84:6 106:21
119:14 131:5
147:21 155:9
175:21
**believed**
78:15
**believes** 87:5
**Bell** 10:19,23
11:6,15 34:25
37:23 38:1,2,
6 39:15
43:10,16
82:16 95:18
97:3 100:1
101:10
102:15,19
116:19 126:18
173:9 183:12
**belong** 17:14
**belonged**
155:19
**belongings**
170:15
**below** 18:6
27:5 28:13
60:23 68:3
143:13
**benefit** 81:5
**Bennet** 172:20
**besides** 67:20
**better** 112:2
115:25 116:1
138:25 161:11
163:20
**between** 39:9
40:9,10 57:8
59:20 74:2,11
75:16,19
81:13,15
85:6,25 86:13
89:14 90:17,
24 91:23 96:3
98:20 103:13
107:21 108:6
112:3 114:17
119:5 123:11
147:11,13,15,
24 149:24,25

150:2 151:14,
24 153:16
166:22
182:18,20
183:4
**Bialski** 10:1
13:15,19
14:6,21 15:5,
14 19:23
120:2,5 121:5
141:24 142:6
**Bialski's**
119:15
**bid** 149:19
**big** 132:15
171:8
**bill** 36:18
42:6 44:2
58:9
**billed** 11:4,
10 20:19
22:21 25:10
32:19 33:11
34:4,6 35:4,
15,17 37:10,
11,13,14,15
42:15,19
49:15 52:20
55:20 117:1
**billing** 16:9
18:14 20:25
21:4,8,19
35:20 39:7
42:2,9,23
58:15 100:4
101:13
**billings** 52:9
**bills** 41:16
**binder** 16:11
48:2
**bit** 21:3
42:10 66:3,14
126:1
**block** 146:16
**board** 98:1
107:6 129:6
130:23

**Bob** 172:18
**Boehm** 19:12
73:11 157:6
**Boehm's** 20:1
73:12
**bond** 175:5
**boring** 45:8
**both** 13:9
34:23 53:15
72:6 83:7
93:22 96:1
119:5 147:18
153:8 157:8
164:14 168:12
**bottom** 40:20
119:10 124:17
**bought** 159:9
**bounce** 144:18
**bound** 82:2
83:16 153:6,
14 163:15
**box** 28:8,13
**breach** 82:12
**breached**
111:17
**break** 6:7,9
44:16 65:2
112:14
**breakdown**
41:2 77:3
81:19 84:14
85:15 86:22
88:1,15 91:12
92:21 176:22
**breaks** 64:25
135:4
**Bridgette**
54:19 58:17,
20 75:2 79:22
84:13 88:23
106:3 109:6
130:11 181:16
182:10,11,12
**Bridgette's**
84:13,17
**brief** 44:19
123:17 133:19

Case 1:17-cv-24223-KMW Document 62-1 Entered on FLSD Docket 08/09/2018 Page 198 of 254

C. R. Peter Wickard, et al. Conduct an ESD Docket (Obey Baudouin)
July 25, 2018

11

183:6
**Briefly** 139:4
**bring** 55:18
95:23 102:5
167:9,10
**bringing**
106:17
**broadly**
173:12
**broken** 124:4
125:9
**brought** 9:15
13:23 60:9
66:19,22
87:25 105:15
115:24 131:2
132:1 160:12,
16 164:21
174:23
**Brown** 72:1,21
73:6 143:16
164:7 168:8
179:20,22,23,
25
**bud** 106:18
**build** 167:13
**building**
55:17 77:24
78:1,4 93:15,
17,18 94:25
98:8 113:5
115:24 117:5,
6,12,20
118:14 119:25
124:13 136:18
138:12 142:12
169:16 170:6,
13 171:13
172:6 175:19
182:25
**buildings**
68:19 95:6
96:3 119:11
164:14
**built** 113:10
**bunch** 69:20
**business**
69:12 107:4

135:17 146:21
**busy** 69:23
122:17
**but** 4:9 5:10
6:6 11:2 23:7
26:7 28:17
32:9,20
33:15,21
34:3,7,19
35:8,15
37:12,17
38:9,14 42:5,
19 47:5 51:12
57:21 63:16
66:3,7,8,10
67:22 68:15
70:1,12 71:15
72:1 73:20
74:22 78:10
81:2,22,24
83:8 87:24
88:19,23
89:22 92:13
93:15 96:3
98:2,7 99:12,
23 100:21
101:11,20
113:4,10,12
118:10 120:7
123:18,25
126:12 128:15
134:1,9
136:9,11,21
138:16 148:20
149:10,12
156:11,23
158:9 160:8,
21 161:10
162:11,25
166:20 169:19
171:12 172:5,
9 173:17
175:22 176:19
177:15,19
**buy** 180:3
**buying** 178:17
**by** 4:17 6:13
7:21 8:10
11:8,13 13:6

16:2,16 19:8
20:5 22:21
23:20,24
24:17 25:3
27:5,10 35:2
36:18 39:13
42:1 43:8,19
44:1,21 45:20
47:6 48:22,25
49:1,4,15,20,
22 50:20
53:16 54:14
60:6 63:19
74:11 75:12
78:16 80:7
82:18 83:7,16
84:19 89:25
91:25 93:1,5
94:25 95:4,22
96:1,5,6
97:5,17
100:5,6
101:15 102:24
103:4,22
105:14,24
108:18 109:15
111:1,18
115:21
116:17,21,22
122:6,14
123:6 124:4,8
125:9,16
126:3,11,20
131:15 134:5
147:8 149:20
151:10,25
153:6,14,17,
18 154:2,20,
24 155:2
158:1,8
159:25 160:5
162:17 163:15
169:2 171:17
172:2 174:3
175:6 177:23
178:21,24
179:4,10
182:15

---

### C

**cabinet** 42:20
**cabinets**
42:18 94:9,17
117:2,9,15
118:8 119:22,
24 121:21
**calculated**
30:8 31:22
**call** 28:15
73:3 86:10
145:25 156:14
157:9,12
167:2 169:21
**called** 15:11
59:1,24 167:1
**calling** 32:24
91:8,20
**calm** 167:5,10
**came** 13:13
25:8 36:12
52:6 56:6
68:13 82:7
88:5,24 98:1
107:6 112:12
115:20 131:15
158:25 160:8
165:17
167:13,25
171:8 175:19
**camera** 119:3,
5
**cameras** 119:4
**can** 4:18 5:17
6:1,9,18 7:10
12:16 13:9,18
15:12,18
16:18 19:23
21:3,13 24:23
29:8 32:10,22
34:23 36:8
47:11 48:5,9
55:23 58:14
62:15,20
63:20 64:22
66:8,15,16

73:18 82:10
87:5 89:10
92:12,21 96:1
97:3,12 98:7
101:21 102:5
106:15 111:12
112:1 114:4,
24 115:16,25
116:9,10,20
120:13,20
123:6 125:3
131:8,12,21
132:11,16
134:6 135:11
139:4,19
146:12 147:14
149:12 150:25
153:20 154:12
157:21,22
158:4 159:12,
15 160:16
161:22 163:7
176:20 177:8,
25 178:3,19
179:15 182:16

**can't**  26:13
33:17 34:8
58:8 61:7
117:16,17
119:24 120:7,
25 129:9
161:8 163:20
175:23 177:7

**cannot**  26:18
108:7

**capacity**  16:8

**card**  178:18,
24

**carrier**  96:7

**case**  9:6
29:3,21 33:24
66:8 83:7
112:1,22
134:12 136:4
149:23 158:24
176:24

**caught**  85:3
159:22

**cause**  4:4,8
63:15 71:15
133:25

**caused**  174:3

**CBRE**  13:15
19:23 142:1

**ceased**  164:2

**cents**  41:17,
18 80:12

**certain**  29:18
77:25 78:3,4
81:4,8,22,23
82:11 98:5,7,
8 129:10

**certificate**
18:6 70:4

**certificates**
32:1

**certification**
19:5 138:12

**certifications**
70:7

**certified**
19:8,21 47:12
49:22 70:8,10
71:7 101:16

**certifies**
19:1

**certify**  18:1
48:16 51:1

**certifying**
19:2

**cetera**  58:16

**CGC**  71:6,9,11

**chain**  60:7,10
105:17 106:1

**change**  9:12
21:5,6 27:5,
10,18,20,22,
23,24 28:2,3,
4,7 29:5,17,
18 41:11
46:9,10,13,
17,19,22
47:1,2,5,8
51:25 53:7,
12,22 54:6,7,
12,13,16,17,

19,20,23
55:7,8,14
56:4,23,25
57:18,19,22,
23,25 58:4
66:22 74:10,
17,19,20,23
75:3,6,7,15,
16,18,20,24
76:1,2,4,7,
14,15,17,18
77:2,4,7,10,
11,17,18
78:4,15,18,
21,22,24
79:13,15,18,
24,25 80:2,
10,11,18
81:8,9,13,14,
18,19,25
82:1,4,9,11,
15,19,21,23,
25 83:2,21
84:1,2,3,10,
21,22,25
85:5,16,20,25
86:1,4,6,8,
12,20 87:10,
12,13,17,22,
24 88:13,14,
18 89:2,7,10,
18,20,23,24
90:5,9,10,13,
16,17,23,24
91:2,7,9,16,
22,23 92:3,8,
13,17,18 93:9
99:9,12,15,21
127:8 130:11
132:12,18
133:2,8,15
144:13,15,16,
23 149:2,20
150:13,16,22,
24 152:18
162:2 180:21,
24 181:8,9,10
182:9

**changed**  80:5
113:4

**changes**  151:7

**changing**
62:12 129:3

**charge**  28:24
32:23 35:18
38:2 177:24
178:4,8 179:3
181:9

**charged**  174:9
175:1,4
180:10

**charges**  27:16
29:6,9 44:1
178:13,15,21
180:5 181:24

**charging**
34:3,12 35:6
38:10 41:21
43:5

**chart**  123:25

**cheaper**  87:21

**check**  20:23

**checking**  68:4

**checks**  109:6
119:20

**chooses**  103:5

**Chris**  72:21
73:5 143:16
180:3

**chronological**
120:19

**chronologicall
y**  159:12
163:18

**chute**  92:19

**cite**  106:13

**City**  166:24
167:21

**Civic**  7:22
8:19,20 9:9
10:10 12:5
16:13 21:15
24:9,12 40:20
44:14 48:2,12
49:19 50:1,5,

22 51:22
53:16 60:10
72:7 75:17,
19,24 85:5
95:15,25
116:25 117:3,
4,13 120:22
123:24
124:10,14,25
125:8 139:18,
19 145:13
147:12,14
169:16 171:22
172:8 182:21,
22 183:4
**claim**  9:13
95:2,12 96:6,
14,17,19
111:19 131:7
145:21 168:22
170:16,21,23
173:8,10,14,
17,19,22,23
174:12,17
175:8,13,16
176:19 177:5
**claimed**  62:9
**claiming**
39:23 43:3
112:4,7
177:13
**claims**  96:23
131:2
**clarify**  40:1
146:13
**clarifying**
105:19
**clatting**
136:12
**clause**  130:22
**clean**  147:5
156:8
**cleaned**  171:6
**cleaning**
68:18 94:8
**cleanup**  96:9
175:17

**clear**  4:22
5:11 23:5
32:10 40:2
51:24 102:23
126:2 134:9
160:9 171:23
183:3
**clearly**  33:23
99:22
**close**  136:13
**closed**
117:24,25
**Coastal**  71:17
98:6 112:15
121:18 125:13
127:3 131:4,
11 164:12
166:11 168:25
169:12
**Coastal's**
131:9 169:6
**coincides**
66:13
**collect**  17:1
20:12
**collected**
12:7,12 25:24
**college**
69:17,22,23
70:1
**colleges**
69:15
**column**  30:7
31:8 36:11,12
**combined**
151:9
**come**  16:1
28:18 32:4,5
37:3 58:12
60:22 61:19,
21 74:23 78:2
136:19 140:5
143:4 163:25
168:11,13,16
170:15 173:3
**comes**  62:23
165:4 170:11

**coming**  30:22
101:18 119:8
129:5 139:22
165:6
**comment**
144:19
**commercial**
71:1,2,5
135:25 137:4
174:22
**common**  162:21
**communicate**
72:25 173:1
**communicating**
132:9
**communication**
107:7,21
**communications**
108:6 163:6
**community**
124:18
**companies**
62:12 70:6
107:20 171:8
176:3
**company**  5:3
59:1,23,24
60:2,3,11,17,
22,25 61:1,2,
6,7,9,15,21,
23 62:1,3,4,
7,10,16 68:12
73:16 106:10
108:12 135:11
137:7,9
138:22 139:23
143:6 167:18
171:17 173:23
175:7 176:4,
17 178:17
179:19
**comparing**
142:7
**compensated**
96:15
**complaint**
71:14,17,19
109:18,21

110:5
**complaints**
15:5 71:12
**complete**  18:2
20:22 27:16,
19,21 28:5
29:1 30:8,18
31:11,21,23
41:23 42:15
46:16 52:4
53:13 86:22
87:5,6,11
127:16 136:13
148:12
156:21,25
179:5
**completed**
18:13 19:3
25:3,8,25
30:20,25
41:25 43:6
46:24 48:18
54:16,22 55:4
88:22 95:21
109:25 110:22
115:7 116:17
**completely**
57:16 94:14
**completing**
94:7
**completion**
52:3 66:14
94:2
**complexion**
113:5
**complies**
160:3
**comply**  82:14
91:14 103:14
**component**
29:16 35:13
**components**
29:15
**composite**
75:14,17 85:4
92:17 174:14
178:9

computer
122:10
computerized
122:9
concluded
183:13
condemned
94:10 170:14
conditioned
154:1
conditions
147:23 149:5
150:18,23
151:23 152:2,
4,6,11,14,17,
23,24 153:2,
4,6 154:11,18
163:16
condo 119:14
conducting
146:21
conference
157:9,12
confident
44:3
confirm
147:14
confirmation
106:14
conflict 61:8
62:5 83:12
107:11 149:24
150:6
confused
64:12 118:5
connection
160:21 161:2
consider
45:19 47:7
53:7 56:17
considered
47:1 92:21
166:3
consistently
53:25
consolidates
176:13

construction
4:23 5:1
16:1,5 41:7,
9,16 42:6
49:5 52:21
60:12 67:20
69:22 70:2
93:6,8
111:19,21
113:1,15
115:10 126:21
127:4 134:10
135:23 136:2,
6,8,25 147:24
151:24 170:4
175:12,15
178:9
Construction's
23:1
contact 14:24
73:2,8,20
107:9 163:2,4
contacted
14:21,25
163:7
contain 49:5
contained
19:2 24:4
82:3
container
180:6,17
containers
180:9,11
contended
80:20,21,22
contending
80:23
contention
121:11 178:23
contest 82:7
contested
80:21,22
86:11
continuation
17:11 27:15
65:11
continued
95:1 131:18

135:15
continuously
161:21
contract 19:4
20:24 21:1,2,
6,8,10 27:2,
18 29:1,22
30:17,21,24
36:16 48:19
52:1 54:24
59:9 62:6
74:5 81:6,7,
13,17,21
82:6,22,25
83:4,8,13,17,
18,19 86:14,
17,18,19,21,
24 87:25
89:9,12,13,14
90:14 91:14,
19 94:19,20,
24 95:5,11
101:24 102:21
103:13,17
106:16 127:14
133:4 144:20,
21 147:24
149:6,9,24,25
150:7,16,18,
23 151:14,23
152:7,24
153:15,17
155:9 156:12
157:19 161:5
169:3 172:3,
10 182:18,20,
25 183:3
contracted
27:17
contractor
4:25 5:2 6:17
7:1,13,21
8:3,4,11,18
9:8 10:10,14
11:19 13:7,10
16:12 20:4
21:25 23:22
27:11 39:14,
17 44:24 47:6

49:14 50:5
52:13,20
53:1,9,17
54:14 56:16,
22 60:17
62:14,25
63:24 65:13,
21 70:24,25
71:7 80:8
85:9,25 87:8
89:15 90:1,
18,24 92:7
95:24 104:2
108:21 111:2
112:3,4
113:19
126:14,16
134:12,14
135:9,16,24
136:25 137:14
138:2,9 139:2
145:4 146:21
147:11,13,16,
24 149:19
150:3 151:24
153:13,16
154:23
163:13,15
164:2 167:6
169:13 176:25
182:22
contractor's
18:15 36:2
49:11 70:18
109:17 138:15
contracts
74:2 84:24
128:23 133:17
145:17 148:24
150:20 163:12
contractual
102:16,20
control
141:16,20
173:5
controlling
150:8,24
controls
83:13

| | | | |
|---|---|---|---|
| **conversation** 100:12 107:13,15,17 114:25 159:2 164:4 | 41:3,14 42:7 45:7 46:4,9, 14,21 47:7,15 48:4,23 51:13,16 | **correctly** 68:6 159:13 **corresponded** 21:10 **correspondence** 98:20 103:19 | 44:22 70:20 138:9,11,17 174:10 175:4, 5 **course** 67:10 |
| **conversations** 61:13,16,17 62:24 63:2,4 | 52:10,11,19, 24 54:4 55:3, 5,8,10,15 56:1,4,14,15, | 106:4 **cost** 54:18 55:6,9 56:4 | **courses** 70:5 **court** 4:6 6:1 28:18 64:21 65:4 |
| **convicted** 72:2 139:15 **cookie** 159:23 | 19,20,25 57:1,3 58:21 59:2 67:5 | 86:14,20,23, 24 88:3,4,17 89:11 91:9 | **cover** 50:25 77:1 79:6 85:24 148:1 |
| **cooled** 168:1 **copied** 98:19 99:4 181:16 | 71:18 72:9,24 73:7,23 74:13 75:7,22 76:6, | 133:7,11,12, 13 149:3,20 151:7 180:21 | **cracks** 160:7 **crazy** 28:20 **create** 78:19 |
| **copy** 19:24 54:22 166:10 **corner** 124:20 | 13,22,25 77:6,8 78:16, 23 79:3,4,8 | **costs** 75:1 81:3 86:25 126:16 173:24 | 133:2 181:23 **created** 25:21 28:23 45:18 |
| **Corp** 4:23 5:2 122:3,7,23 123:8,12 | 80:8,16 82:4 83:7,16 86:2, 9,24 87:9,12, | 180:23 **could** 11:9 13:3 16:15 | 90:13 122:14 **credit** 25:12 35:3 38:20 |
| 134:10 178:9 **Corp.'s** 49:6 **corporate** | 19,20,23 88:20 89:15 90:6,19,20,21 | 24:7 26:22 61:3,10 62:10 67:22 87:21 | 39:8 40:11, 15,19 41:20 42:5 105:1 |
| 4:24 6:16 7:1,7,12 58:14 60:16 | 91:5,7,25 92:1,14,23,24 94:14 98:10, | 95:5 99:10 106:17 107:14 109:21,22 | 158:24 166:18 178:17,24 **credited** |
| 65:12,16,19 73:24 74:9 81:11 93:3 | 16 104:6 105:6 112:21 113:21 116:3, | 112:10 119:22 124:17 129:12,13 | 52:14,16 **crime** 72:3 139:15 |
| 115:1 134:11, 15 136:6 145:3,11,15 | 4,5,8 125:7, 17,21 126:4, 12,17,19 | 150:12 154:10 155:8 165:5 172:12 | **critical** 35:13 **Cross** 69:17 |
| 177:8 178:2 **corporation** 135:14,19,20 | 127:9,10,13 129:18 136:13 143:9 149:6, | **couldn't** 95:7 107:5,9,10,11 108:10,11 | **cross-check** 84:23 **crossed** 84:4 |
| 137:17 **correct** 16:9, 10,19 18:18, | 21 150:4,9 151:15 154:22 155:21 | 118:10 180:3 **counsel** 150:21 | **CTS** 110:2,24 **current** 18:22 25:7,14 31:2 |
| 19 22:10,14 23:2,10,12 24:7 26:5,8, | 156:13,20 158:5 160:6, 10 161:13,18, | **Counterclaim** 114:16 **Counterclaims** | 33:4 **currently** 11:18 63:23 |
| 9,15,17 29:20,22 31:19 32:10, | 25 163:23 164:2 168:3,6 170:6,14,17, | 109:18 **countersued** 113:19 | 96:19 177:12 **cut** 51:12 |
| 12,13 33:13, 14 34:7,13, 17,24 37:4,9 | 21 175:3 179:6 **corrected** | **country** 73:19 **couple** 5:9 17:19 29:14 | |
| 38:9 39:23 | 57:12 | | |

**D**

d/b/a 61:4
dad 76:9 79:1
80:13 91:3
107:18 109:6
114:17 135:13
139:7
dad's 114:22
daily 68:4,5
72:23 116:11,
12,15 117:13
122:2,3,5,7
123:5,9,12,13
125:1 141:13
146:16 173:2
damage 96:8
174:3 177:15
damaged 94:25
damages 39:13
113:24 114:2,
4,6,16,24
115:3 146:8
176:24,25
date 11:17
29:19 30:18
31:11,23 54:3
93:10,16
118:16,18,19,
21 120:6,8,13
141:2 157:13
171:2,24
181:21
dated 60:14
108:20 166:11
day 51:1
67:24 99:6
101:3,7 106:5
113:14 123:7
124:3,6 125:7
130:22 161:21
165:25 166:6
168:11,13
day-to-day
73:17,20
140:3

days 125:23
130:18
154:19,25
155:18 161:16
165:19 169:12
deadline
54:1,3 57:8,9
deal 73:4
112:18
deals 113:24
158:3
debris 171:6
175:18,20
December 11:2
50:23 98:23
105:2
December's
98:16
decent 127:12
decided 159:8
decides 102:2
decision
114:20 158:18
decreased
8:12
deduct 25:8
27:22 29:4
deducted 27:6
180:22
deduction
30:9
deductive
27:20 28:2,4
51:25
deducts 30:12
Deed 165:22,
23
deemed 153:18
default
104:1,7,8
105:17 106:5,
20 125:19
126:10
defaulted
125:16 126:3
defective
112:8 113:1

defects
113:16
defer 146:10
defined 112:3
definition
152:23
degrees 69:25
70:1 139:11
delay 112:11,
13,14,16
114:4,6
delayed 112:5
delaying
112:9
delays 112:22
113:15 114:5,
9
delivered
143:3
delta 36:19
demo 94:1,2
95:9 118:4
124:23
132:15,18
164:15
165:15,16
171:22,25
demobilized
105:16
demoed 94:14
demoing 94:3
171:18,21
demolition
45:6,13,14
95:1 164:14
demos 95:8
denial 96:14
denied 110:6
111:2
department
74:6
departure
14:12 146:1
depending
144:17
depends 65:24
66:3

depose 65:15
deposed 65:17
164:7
deposing 72:1
deposition
4:1 5:6 6:5,
15,16 9:4
11:13 55:11
64:4 65:12
93:3 119:15
123:1 134:17,
25 145:1,2
146:13 178:7
183:13
depositions
5:10 64:8,9
135:8
Depot 179:2
derive 35:25
derived 51:25
describe
13:18,19
138:8 139:19
140:15 143:5
163:21 169:5
described
12:18 15:20
20:8 88:17
144:5 180:21,
24
describes
61:14 153:22
describing
92:9
description
79:10
designated
134:14
Destrehan
67:1
destroyed
170:12
detail 140:16
detailed
123:18 124:9
determination
25:20 26:4,14

172:11,15
**determine**
75:1
**determined**
24:25 26:20
42:17 46:1
180:23
**deviate**
157:18
**did** 8:24,25
12:6 13:4,20
14:6 15:5
16:20 19:6
20:18 21:10,
24 22:15,20
23:22 24:11,
22 25:2,4
26:6 27:19,21
28:5 30:8,22
31:6 32:4
33:15 34:14
42:11 43:15
44:4 46:19
47:6,8,12,23
48:16 49:24
51:1,17 52:2
53:6,10,12,13
57:2 59:8
69:15,22
70:11,17 71:8
79:2,17 80:14
84:20 93:7,18
94:1,10 98:9,
14 104:9,11,
12,14,19,20,
24 107:15
108:25 109:3,
4 111:6,8,10
112:11 116:1,
2,14,23
122:1,5
123:22 124:19
126:23 131:13
132:6 133:2
139:8 141:6
142:4 143:19
155:17 156:2,
14 157:5,14,
15 158:6,9

159:16,19
160:10 161:23
162:2,7,13,
18,23,25
163:2,4,14,25
168:8,13,15
169:18 170:8
172:2,14,19
173:1,18,24
175:15,24
176:5,22
179:25 180:20
181:6,12,14,
15,23
**didn't** 10:6,
23 14:24
15:14 26:12
32:20,22
33:20,21,22,
23,25 34:1
35:15 37:18
38:2,5 39:8,
18 41:24
42:14,17,24
43:4 46:6,15
57:15,20,21
60:24 72:17,
18 77:22 81:9
87:25 93:13
99:10 100:8
109:5 110:14
117:4,16
118:20 123:15
127:16,23,25
132:13,23,25
140:19 141:9
156:8,17
160:20 162:16
165:20 166:9
172:9 176:16,
18
**difference**
37:15 38:21
86:13
**different**
21:11 70:7
77:3 88:18
107:22,24
111:24 148:20

**differently**
14:18
**digging** 68:17
**direct** 4:16
59:13,15
61:16 63:18
106:25 107:9
134:4 181:23
**directed**
182:1
**directing**
67:14 108:7
**direction**
180:2
**directly**
72:25 166:15
**disciplinary**
71:13
**discrepancy**
36:9 123:11
155:4
**discuss** 13:20
14:22 15:15
131:13 145:8
**discussed**
13:25
**discussing**
108:2 143:1
**discussion**
59:19 92:25
95:20 97:4
156:4
**dismissed**
71:16,19,22
**dispute**
127:15
**disputing**
92:23
**do** 4:6,10
5:15,17,22
6:3,7,9 7:4
9:19 10:2,6,
19 14:25 15:4
17:20,22
20:1,15 21:16
24:18,20
27:3,6,17,18
29:3 30:10

31:4,10 32:2
37:22 39:8,9
41:18,24
42:17,24 43:4
44:2,6,9
54:7,8 57:15
58:18 59:19
60:12,14
61:10,24
62:13,17
63:13,17
64:10,13,18
65:9 67:9,11,
13,20 68:2
69:5,25
70:10,14
71:4,23 75:21
77:5 78:3
81:24 82:12
84:6,12,16,23
86:13,15
87:21 88:1
89:7 91:9
92:4 93:13,20
95:4,6,24,25
96:1 97:23
98:7 99:24
101:23 102:10
103:9 104:10,
11 106:3
107:5 110:7,
14 111:3
115:4,22
118:10 119:7
120:20,25
121:10 123:17
125:1,2
126:15 129:15
131:23
133:10,23
135:11
137:11,13
138:3,6,14
140:2 143:22
150:3 151:11
152:2,8
155:1,9
157:2,3,11
158:18,19

Case 1:17-cr-24223-KMW Document 62-1 Entered on FLSD Docket 08/09/2018 Page 205 of 254
C. R. Peterwicki - eneral - cord - an - lour - (Obey - Baudrup)
July 25, 2018                                                    18

159:4,8,17,21
160:23 161:24
165:13,22
166:15 168:18
172:23 174:15
177:3 180:7
181:21 182:8
**document**
17:25 26:3
28:22 39:22
40:22 51:20
85:8,11 92:3,
15 127:22
147:25 151:5,
17,22 152:4
153:11,15,17
181:18
**documentary**
146:4
**documentation**
53:24 62:13
**documents**
9:5,16,19
10:19,21
12:13 17:17
19:4 43:24
44:4 48:19
55:13 58:13
59:25 66:19,
20 90:14
91:14 131:14
159:18 173:13
179:15 181:12
182:5
**does** 10:1
17:25 37:19
39:22 45:19,
23 49:4 54:20
59:4 70:23
75:25 89:18,
22 91:24
99:23 102:1
103:1 120:2
148:12 154:24
**doesn't** 33:22
38:16 58:6
83:22 100:18
112:19 121:5,
8 156:23

**dog** 146:16
**doing** 10:12
42:14 61:18
67:16 88:6
95:7 101:5
107:4 118:4
120:5,24
121:4 122:17
123:17 124:3,
5,6,23 125:3
134:25 136:21
141:22 146:18
167:20 172:10
**dollar** 96:6
177:4
**dollars** 29:17
38:22 39:10
128:22 174:7
**don't** 5:13
9:21,23 11:2
13:16,24,25
15:11 16:4
20:3 26:11
28:19 29:23
33:6,24 35:12
37:25 38:15
39:24 42:8,
12,19 43:12,
15,23 44:5,7,
8 45:25
46:22,23,25
50:7 55:20
57:20 58:19
66:5 69:8,12
70:21 79:22
80:6 81:16,
21,25 82:11
83:8,14 84:8,
18 89:17 92:6
93:10,15
101:5 102:18
103:2,11
104:23 109:2
112:14 114:13
116:23 120:17
121:10 126:25
128:23 131:7
135:2 137:16
138:16 139:13

146:24
152:10,14
157:13 158:21
159:3 160:15
162:25 163:9
166:18 167:19
171:14 172:5
173:10 176:10
177:10,19
179:17
**done** 25:11
26:10,19
30:14,24
38:4,8 40:8
43:1,13 56:11
57:13 58:10
68:17 70:12
74:25 80:24
88:2 96:1
111:11 118:7
127:7 135:7
136:9 143:24
149:2 157:4
159:7 165:16
171:20 181:4
**door** 165:5,6
**doors** 118:8
144:17
**double-billing**
181:4
**down** 6:2
64:22 93:12
111:25 119:8
120:22 136:11
159:21 160:8,
22 165:3
167:5,9,10
**dozen** 134:21
**draft** 144:1
**drafted** 9:25
**drafting**
106:4
**drag** 101:8
**drawing** 148:7
**drawings**
121:18
**drive** 28:20

**duces** 6:16
9:4 145:2
**due** 18:22
31:2 33:5
34:21 35:9,21
38:19 54:2
105:20 130:6
182:2
**Duke** 172:18
**duly** 4:13
63:13 133:23
**duplicate**
181:11
**during** 56:12,
24 93:2
**dust-up**
163:20
**duties** 11:25
12:3,17,18,21
67:7 137:25
142:25

---

**E**

**E&f** 45:5,13
**e-mail** 54:6
58:7 60:7,10
61:13 62:18
98:19 99:3,5
103:18 105:13
106:1,4 108:5
109:7 127:22
128:1 132:3
163:1
**e-mailed** 54:1
109:5
**e-mails** 101:2
128:8,11
**each** 25:5
40:16 65:5
77:12,18
119:20 128:23
147:21 148:19
**early** 108:9
158:13
**earned** 32:7,
15

easily  101:13
east  172:8
easy  79:21
educational
 139:4
effort  101:19
eight  119:4
 147:22
either  25:8
 27:17 63:3
 70:25 71:2
 79:22 102:12
 120:4 145:9
 161:3 167:2
 171:10 179:8
Either/or
 180:15
elaborate
 21:3 159:15
elder  107:25
electronic
 176:10
element
 136:20
elevator
 92:19
else  12:15
 13:21,23
 67:18 73:16
 74:22 78:8
 121:24 122:1
 124:3 141:22
 160:4 179:18
employ  13:13
 163:5
employed
 11:18 63:23
 106:12 158:1
 163:19
employees
 68:3 72:22
 108:8 120:11
 161:20 162:14
employment
 13:6 164:1
 168:16
encompasses

78:22
end  11:13
 71:20,21
 74:21 86:21
 95:16,22 96:2
 113:12,14
 121:7 128:9
 129:1,2 132:2
 137:19 146:13
 158:15 161:13
 164:5 165:15
ended  113:6,
 11
ends  65:25
 85:1 159:5
enough  57:5
enter  144:23
 148:25
entered
 145:12
entering
 133:9
entire  62:6
 94:3,13
 112:18 119:13
entitled
 178:8
entity  167:17
entity's
 167:15
enumerated
 145:7
error  82:9
errors  53:21
estate  138:10
estimate-wise
 95:12
estimated
 87:4
estimates
 67:10
estimating
 67:9 68:20
 70:2,4
estimator
 64:2 67:6
 68:10,21

69:7,9
evaluation
 155:6 156:6,8
 157:4
even  28:14
 33:6,9 175:10
evening
 165:11
events  164:8
eventually
 11:12
ever  5:6
 14:21 19:4
 64:4 71:12
 72:2 103:24
 108:5 134:17
 139:14 141:7
 142:4 157:15
 158:6 162:7
 172:19 181:12
every  10:16
 42:12 72:14,
 18 74:21
 120:18 122:11
 131:21 140:7,
 8 154:21
everybody
 121:12 138:4
 143:13 160:16
 168:1 170:11
everyone
 124:13
everything
 6:2 11:10
 20:25 58:6
 64:22 66:2
 68:17,23
 69:24 81:7
 84:24 88:23
 94:18 101:19
 104:25 106:15
 113:5 128:2,5
 130:1,9
 131:22 136:21
 138:3 152:13
 154:9 157:14
 160:4,5
 171:10,11,12

181:17
evidenced
 49:1
exact  69:8
 93:10 103:11
 157:13
exactly  13:25
 25:2 70:21
 98:4 104:23
 115:23 124:6
 148:15
EXAMINATION
 4:16 63:18
 134:4
examined  4:13
example  18:20
 42:18 57:12
 79:24
exceed  151:9
Excel  176:14
except  148:15
exception
 168:24 169:6
excess  126:16
excessive
 114:8,10
execute  54:21
 80:14
executed
 46:10 54:10,
 23 75:15,18
 86:5 87:10
 92:18 163:12
executing
 85:24
exhibit  6:11,
 14,19,22
 23:17,18
 44:12,17,23
 45:17 47:11,
 23 50:11,12,
 16,18 60:4,7
 65:9,14
 75:15,18,23
 76:18 77:2
 78:19 79:7
 85:4,14 90:10
 92:17 98:19

103:20,23,24
104:1,9
105:21,22,25
106:1 108:16,
19,23 109:16,
20,21 110:5
111:2,11
113:23 145:1
147:6,10
148:5,7
149:23
150:20,21
151:25 157:22
174:14 177:24
178:7,10
182:16,20,24
183:3
**Exhibits**
75:10,14
109:13 177:21
182:13
**exist** 9:20
10:1 113:2
**existing**
164:14
**expected**
87:11
**expenses**
96:10
**expert's**
112:15
**experts** 66:10
**expired** 70:13
**explain** 68:2
115:25 124:12
**extended**
114:8,10
**extent** 10:18
65:24 146:10
172:9 177:2,
19
**exterior**
136:12
164:16,17
171:18
**extra** 55:9
**eyes** 172:25

---

**F**

**face** 156:19
**fact** 21:24
43:2 89:6
101:21 110:10
111:9 125:19
127:20
**fail** 82:14
**failed** 111:20
115:9
**failing**
111:18
**fair** 112:24
113:17 114:7
**fairly** 73:15
**falsified**
43:24 156:1
**falsify** 44:4
**familiar**
15:13 134:22
141:24 178:11
**familiarize**
6:22
**family** 68:12
69:12
**far** 18:17
20:25 26:10
50:7 55:2,4
97:10 112:2
126:15 131:20
140:2 171:1
**fashion** 51:20
52:2
**father** 73:24
114:23
**fault** 11:7
134:23
**February**
47:24 51:13
72:13 93:24
143:8 156:3
171:20
**feel** 6:7
64:24 102:4
128:16 132:25

170:19
**feeling**
128:25
**fees** 177:14,
16
**felt** 97:24
100:14 144:19
**few** 70:11
81:24 98:11
142:12
**field** 25:1
43:24 68:16
69:3,24
100:12 138:5
156:7 160:1
**Fifteen** 8:16,
17
**fighting**
121:17
**figure** 21:11
31:6 35:25
51:25 73:18
77:20 78:2
130:10 132:10
156:9 160:17
177:5
**figured**
130:12 168:16
**file** 54:24
**filed** 70:19
131:6
**fill** 18:21
**filling** 68:5
**final** 10:8
21:8,9 75:3
92:17 114:19
**finalizing**
54:17
**financial**
16:9
**find** 31:20
60:3 61:7
62:7,16 82:9
101:21 173:17
**finding**
121:16

**fine** 95:15
130:1
**finish** 28:16
30:15,23
65:4,6 98:9
118:6,11,13
155:6 156:6,7
**finished**
94:22
**finishes**
125:4
**fire** 167:2,13
**firefighters**
167:7
**fires** 167:8
**firm** 163:7
**firms** 163:5,9
**first** 4:13
12:24 16:15,
16 23:6 26:24
42:22 47:12
57:16 72:12
73:11 75:23,
25 78:11
85:19 112:9
113:9 114:3
124:11,16
156:10 158:13
160:20
162:18,19,25
171:5 174:24
**firsthand**
16:4
**five** 75:15
76:11 119:17
120:18 124:14
142:15 165:4
178:13,15
183:5
**five-phase**
124:15
**flip** 79:6
152:22
**floor** 113:9
124:17
**flooring**
94:16 118:9

floors 94:9
124:17 136:3
172:7
Florida 4:2,3
70:3,16 71:6,
8,11 106:12
135:19 137:1
138:21
146:19,22
147:1
focus 56:10
111:12 121:20
folder 176:18
follow 31:2
36:8 81:24
87:25 106:13
126:1 142:11
146:15 156:12
followed
149:20 169:2
following
44:20 51:12
63:10,13
88:24 90:14
99:6 128:3
133:20,23
183:7
follows 4:14
90:9
followup
44:22 65:7
for 4:3,18
5:17 6:9,11
7:10,12 8:4
9:4,5 10:10,
12 11:11
12:22 13:19
14:1 16:9,18
17:3,5 18:20
19:14,15,18,
24 20:5,8,9,
25 21:2,9,19,
21 22:22
23:6,8,18,23
24:2,12,17
25:1,5,10,12,
25 27:16,20
28:3,4 29:9

32:1,14,24
33:22,23,25
34:1,4,6,9,20
35:4,5,6,17,
19,24 37:9,
15,20 38:2,4,
8,9,11,17,21
39:8 40:8
42:2,5,9,15,
17,19,23
43:5,6 44:2,
17 45:5,22,23
46:7,20
47:11,13
48:6,13 49:14
50:1,4,5,12,
18,22 51:22
52:9,20 53:9,
18,23 54:8,
18,21,24
55:17 56:22
57:6,12,20
59:7,13,16,22
60:4,11,22
61:3,15,21,24
62:2,12 63:7,
20 64:9,13
65:4 66:7,19,
21 67:9 68:7,
10,20 69:17
70:3,8,10,11
72:15 73:1
74:9,24 75:3,
4,7,8,11,14
76:3 77:1,17,
18,23,25
79:24 81:4,
10,18,19,22
82:3,10 84:4
85:5 86:19,25
87:6,7,12
88:3,7,11,25
89:2,24
92:16,19,21
93:5,6,12
94:12,23
96:7,15,20,22
97:20 98:22
99:4,12

100:4,9 102:8
103:4,20
104:3,7,8,15,
20 105:2,10,
22 106:10
108:16 109:14
110:11 111:8,
13 112:11
114:2,18
117:13
119:13,15
120:3,7
121:22 123:7
125:2,16
126:1 128:6,
12 129:11,17
131:2 132:24
133:3,14
134:6 135:12
138:8,12,25
139:1,7,19
141:5,16
142:1 143:6
144:1 146:4
147:7,12
148:15,19
149:19 150:25
151:1,7,23
152:1 153:22
154:2,6,8,15,
19,24 155:16,
23 156:9
158:21 159:14
160:14,23
161:11,13,15
163:6,10,20
165:16,24
166:2,8
167:19 170:5,
19 171:4
173:15 175:5,
23 177:22
178:15,17,21,
22 179:3,10
180:5,6,11,
21,22,23
181:3 182:14,
17,22 183:1

force 125:11
158:7
forced 170:14
forces 158:3,
9
forensic
116:14,16
forever 71:23
form 34:25
36:11 37:23
38:6 39:15
43:16 80:11
82:16 84:6
90:9 92:3
95:18 100:1
101:10 102:15
114:4 116:19
126:18 173:9
formal 76:4
144:23
formation
150:24
formatting
160:4
formed 116:16
135:14
former 132:21
forms 17:15
forward 33:5
128:19,24
129:14 132:6
143:2 163:22
166:15 168:19
169:14 171:19
found 61:5
71:16 82:7
102:5 107:4
158:25
159:10,20
160:21 161:10
166:3 178:16
foundation
136:19
four 30:18
75:18 117:3,
12,14 118:5
124:11,23
145:7 151:5

165:19 170:25
171:3
**framers** 124:2
**framing** 113:8
**frantic** 74:21
**free** 6:7
64:24
**Friday** 161:13
**Fridays** 140:6
**from** 8:2,3
12:12,13
14:3,12,25
16:1 17:15
19:22 23:16
28:23 29:12
30:5 32:4,5
33:10,11
34:14 35:14
36:5,12,17,25
38:3 40:10
41:17 44:13
45:11 46:16
50:21 54:7,14
56:3 58:17
59:13,15,16
60:16,20 61:8
62:13,23
65:20 68:17
71:17 73:8,18
74:9 75:2
81:12 82:22
84:14 96:13
97:14,20
101:2 106:1,
6,12,14
110:2,24
116:16 121:8
123:19 124:16
128:11,13,14
132:21 139:6
145:6,20
146:1 149:17
154:5 157:5,
19 158:4
159:18 160:24
161:21 162:7
166:10,11,14,
15 168:22
171:2,23

172:10 176:4,
16 177:1,13,
17 179:17
181:5,10
**front** 17:20
18:17 26:23
27:25 28:7
36:3 47:22
48:1 65:9
83:23 113:22,
23 151:21
153:1,10
165:3
**full** 20:6
21:25 25:16
48:7 51:16
65:2 78:13
156:20 177:2,
10,19
**funds** 22:2
**furious**
161:7,10
165:14,17
**further** 23:22
52:22 84:14
91:11 92:20
95:7 109:9
183:9
**Fusel** 73:11
157:6 172:18
**fuzzy** 43:14,
17
**FYI** 60:21

_____

**G**

_____

**G-702** 30:19
36:10
**gather** 73:18,
22 78:18
**gathering**
18:13
**gave** 37:20
38:3,7,17
43:25 52:5
93:15 123:10
124:1 138:10,
11 152:5

164:7,22
165:18 167:14
**GC** 70:15
**general** 5:2
6:17,25 7:12,
21 8:3,4,10,
17 9:7 10:9,
14 11:19
13:7,10 16:12
18:15 20:4
21:24 23:22
27:11 39:14,
17 44:24 47:6
49:10,14 50:5
52:13,19
53:1,9,17
54:14 56:16,
21 60:17
62:14,25
63:24 65:13,
20 70:15,17,
24,25 71:7
80:8 85:8,25
89:15 90:1,
18,24 92:7
104:2 108:21
109:16 111:1
112:3,4
113:19
134:12,13
135:9,16,23
136:24 137:14
138:1,9,14
139:1 145:4
146:21
147:11,13,16,
23 149:18
150:18,22
151:23 152:2,
6,11,14,17,24
153:1,4,6,13,
17 154:10,17,
23 163:13,14
164:2 167:6
176:25 182:21
**generally**
112:2 115:12
169:19

**generated**
181:19 182:6
**generating**
34:20
**generation**
68:13
**gentleman**
135:10
**George** 13:24
14:1,4 19:20
25:2,4,13,17,
19 42:21
43:24 44:3
56:1,6,8,13,
18 57:12
97:23 115:18
116:1,2
126:23 130:4
156:7 166:4,5
**George's**
25:10,16
26:19 30:1,6
45:25 52:3
116:7,20
156:21
**gestures** 6:1
64:21
**get** 13:1
21:25 26:2
33:22,23,25
34:1 35:15
50:7 55:24
57:3,4 60:9
62:3,7 81:2,
10 82:9 86:19
91:11 94:10
95:21 96:1
98:1 99:1
100:9,16
101:6,19
103:18 105:17
106:17 111:25
115:23 117:17
121:18 124:9
126:2,9,15,
24,25 128:20
129:23,25
130:11 132:10
133:11,13

149:15 157:3
158:22 159:3,
22 160:2
162:7,13
165:12 166:22
170:15,17,19
171:5 172:9
176:16 181:13
182:1
**get all** 11:15
118:5 132:14
144:2
**gets** 54:21
74:6 102:2
114:14 121:2
133:13,15
154:23 170:13
**getting** 14:2
29:8 58:4
61:24 68:7
78:3 89:1
113:6 120:4
121:20,21
130:9,13,24
132:21 162:17
164:19,20,24,
25 165:15
**gift** 43:3
**gist** 14:5
67:19
**give** 4:7
37:14,18,25
38:1,5,13,15
42:4 63:15
65:6 77:24
103:7,9
122:16,22,25
127:17 129:8
133:25 135:10
138:17 139:4
143:14 149:19
164:8 166:18
176:10,11,21
**given** 14:11
43:20 105:1
124:7 152:25
**gives** 29:7
31:9,14 82:13
152:12,13

179:16 180:2
**giving** 35:3
41:20 77:23
165:10,12
**go** 6:6 12:22
15:12 16:23
26:12,22,24
28:19 33:4
35:23 40:17
44:15 45:11
48:11 54:5
57:19,22 62:7
67:3 69:15
70:13 72:10
75:1 82:6
95:7 97:3
103:19 114:13
116:10
117:20,23
122:10 125:2
133:16,17
154:10 157:23
176:21 178:20
**goes** 17:19
21:1 40:24
76:4 99:8
124:9 131:20
160:1
**going** 5:20
6:6 10:20
11:13 23:14
28:6,16,17,
18,20 30:15
32:17 34:9
37:6 42:5
45:16 48:11
50:8 51:18
55:24 56:10
57:3,4 64:16
66:2,12 72:6
73:19 75:13
77:16 81:12
87:18 96:22,
24 98:12
100:9 108:4
112:12,16
114:13,19,23
119:9,11
120:21,22

121:17 127:18
128:1,19
129:4,15
130:10,15,19
132:2,14
139:18,24
143:1 144:25
156:5 157:1
161:3,4
165:9,10
166:13,15
168:7,23
171:25 174:13
177:6
**Golden** 4:23,
25 5:1 22:21,
25 24:3,16,17
25:21 27:11
33:19 37:9
38:10,12,14,
15,16 39:1
45:20 49:5,
15,18,21,22
51:19,21
52:15 53:4,7
59:10,22
60:12,15
61:14 74:2
75:17,19,25
76:5 85:6
90:18,25
91:23 97:6,
16,17 98:20
100:8 104:3,
15 108:21
111:20
134:10,12
154:19 158:1
177:5,13,17
178:8 181:13,
19
**Golden's** 6:15
22:13,15 49:8
84:11 97:11
104:21
109:17,20
111:7
**gone** 142:13

**good** 128:25
170:12 175:9
**Goodness**
70:19
**got** 13:8
35:5,6 36:15,
19,22 45:25
51:12 61:18
64:23 65:8
70:3,22 93:19
94:23 119:4
123:19,25
165:8,15
166:25 169:14
171:11,16,20
172:9 176:4
**gotten** 11:7
98:23 121:13
**graduate**
139:8
**graduated**
68:14 69:14
139:6
**ground** 119:10
136:19
**guess** 66:9,
15,16 73:15
76:11 83:5
121:7,14
122:19 124:4
131:17 132:8,
9 133:16
**guessing**
69:11
**guideline**
28:15
**guidelines**
64:8
**gut** 93:18
**gutted** 93:14,
17
**guy** 81:11
120:10 124:4,
5 143:11,23
144:9 146:17
**guys** 72:16,
19,20 99:23
122:16,17

Case 1:17-cr-24223-KMW Document 62-1 Entered on ELSD Docket 08/09/2018 Page 211 of 254
C. C. Peter Wilcox - General (Conducted by) Lucker (Joey) Baudoux

July 25, 2018                                                    24

124:2,8 125:6
132:6,16
147:1 156:7
159:25 174:1

---

**H**

---

**had**  5:6 6:21
11:23 14:10,
17,21 21:1,6,
9 23:11 25:1,
8,9,25 26:1
27:17 30:5,24
33:10,11,19
37:14,15
38:9,12,13
39:7 41:23
44:20 46:10
53:21,22
56:19,24
57:5,13,18,22
59:12,24
60:3,18 61:17
62:7,24 63:2,
5,10 64:4
69:20 71:20
72:16,19 73:3
78:2 88:1
91:15 94:15
95:5,20 97:23
98:1,2,23
99:7 100:23,
25 107:17
109:9 111:15
112:18 114:25
115:1 117:18
119:22
121:14,16,23
123:2,3
124:1,14,18,
20 125:6,16,
22 126:24
127:4,12
128:22 129:2,
12 133:20
134:17 138:10
140:19 143:17
146:14,18
155:16,18

156:5,19
157:11 158:25
159:14 162:3,
4,5,21,22
163:19
164:13,21
165:20,24
166:1,22
168:17
169:12,13,15
170:5 171:6,
7,9,10,11
174:9 179:18
180:19 181:3
183:7
**hadn't**  129:11
**half**  134:21
**hand**  5:25
41:20,21
43:2,5 64:21
75:13 105:25
118:15 150:19
159:1,22
**handed**  16:11
103:23 109:19
178:6
**handing**  147:9
**handle**  182:1
**handled**
150:17
**handling**
163:10
**hands**  158:22
**hands-on**
69:2,4
**handwriting**
77:12,14
79:15,19,23
80:4 84:2,12
**handwritten**
84:5 85:17,20
90:12 118:16,
17 122:6,8,10
123:2
**happened**  27:9
66:6 110:15,
16,17 152:22
155:3 158:13

163:21 164:11
167:1,12
175:10
**happening**
167:4
**happy**  11:6
**hard**  68:23
125:9 131:21
149:19
**harder**  128:20
**hardware**
118:9
**Harvey**  67:2
**has**  9:13
10:8,14 18:5
19:3 24:16
27:2,5 31:2
45:5,8,13
48:5 58:12
71:11 79:9
90:10,12
96:13,15
98:18,25
106:9,25
108:12 109:20
113:19 120:5,
9 122:11,14
135:16 136:24
147:9 150:19,
21 154:18,20,
21 155:2
157:25 161:1
170:11 180:22
181:20
**hate**  28:14
**have**  4:24
5:6,9 6:14,21
7:11 9:1,6,
10,15,23,24
10:21 11:1,2,
7,10,23 15:2,
5,21 16:2,4,
11 18:12,14,
22 19:4,7,24
20:19 26:7
29:3,16,17
31:13,25
32:16 33:2

35:12,24
37:1,19 40:16
41:2,16 42:13
43:1 44:5,7,
8,22 46:8
47:8,14 53:13
54:7,13
55:24,25
56:23 57:24
58:9,19 60:21
61:20 64:4,6
65:9,16
66:19,22
67:11,19 68:9
70:23 71:2,
10,20,25
72:1,2,18
73:18 74:8
81:23,25 82:5
83:18 84:20
85:16 86:21,
25 89:7 95:14
99:2,8,24
100:17,23
101:8,20
102:1,7
103:9,24
105:14 106:21
107:15 108:5,
7,11,14,22
111:14
112:10,19
113:3 116:16
117:4 118:15,
16,24 119:9,
22 121:1,5,8,
13 123:6,22
124:8 125:9
127:2 129:7,
9,12,13
130:10,13
131:1,9,23
132:9,11
134:9,10,17
135:7,8,15
136:8,18
138:18 139:14
142:9 143:19
144:21 145:16

Case 1:17-cv-24223-KMW Document 62-1 Entered on FLSD Docket 08/09/2018 Page 212 of
254
Peter Wicardo - General - Condor at ELSD, Lucie Caceu Baudean

July 25, 2018                                                                              25

147:4 149:9
152:5,14
156:15 157:23
158:12,18
159:4,17
160:25
161:15,20
163:1,5
166:1,10,13,
18 168:8
171:23
172:14,19
173:21
174:14,15
175:25 177:3
178:6,7,9
179:13,17,25
180:12,15
181:16 183:9
**haven't** 17:2
70:12 78:10
**having** 4:13
15:9 32:23
36:9 55:16
62:3,6 107:8
126:12 130:2,
8 143:2
**he** 10:25
26:20 38:2
42:9,22,23
43:25 60:2,18
61:6,10,25
62:3,4,8,9,10
68:7,22
73:14,16 79:2
80:14 82:11
91:4 95:6
98:1,11,13
106:11 107:5
112:19 114:19
116:4 120:18
121:23 135:13
139:1 144:18
156:6 157:3
158:13,15,16,
20,25 161:11
162:9 165:6,
7,10,13,14,
19,20 166:7,

9,14,19
168:9,10,15
172:21 173:3,
4,6 180:11
**He'll** 43:10
**he's** 54:17
101:3 112:18
114:13
159:10,11
166:19,20,21
**heads** 168:1
**heard** 71:25
97:14 139:13
159:13
**hearing**
168:15
**held** 68:9
**help** 12:25
29:25 58:18
159:24
**helped** 171:4
**helping**
140:18
**her** 13:3,23
14:1,22 18:6
19:24 28:20
57:17,23 58:5
119:18 120:3,
5,7 121:7
122:16 128:3,
4 142:4,10
143:17 164:23
**here** 7:6
13:14 27:23
28:18 41:17
67:22 91:10
92:20 105:20
111:19 117:13
122:19 134:14
136:9 139:25
145:8 151:25
152:22 159:6
165:7,13,25
**hierarchy**
143:5
**high** 68:14
69:14,15
100:14 125:4

136:9 139:6,9
144:20
**higher** 133:7
**Highrise**
136:2
**Hilda** 122:14,
18,20,22
143:17 165:2,
7 168:12
**him** 19:13
60:2 62:2,6
73:3,4,15
97:25 108:10
127:17,18
155:5,6 159:1
165:14,17,19
166:8,13
173:1 180:2
**hire** 93:7
**hired** 158:13
159:14 166:6,
7 180:10
**hiring** 166:3
**his** 13:24
20:3 26:8
30:6 74:5
97:25 98:9
137:11 159:1
164:7 165:18
167:14 168:15
172:23 180:4
**historical**
135:11
**history** 136:7
**hit** 68:25
69:1,19
165:17 168:25
170:1 171:3,
24
**hold** 58:6
69:25 70:14
71:4 99:10
105:9 137:13
138:6,14
**holding** 31:15
**hole** 68:17
**Holy** 69:17

**home** 12:19
19:22 160:1
179:2
**homeowners'**
171:9
**hope** 103:17
166:17
**hoping** 10:21
**hours** 91:13
92:15 119:17
142:15,18,19
**Housing**
106:12
**how** 6:5 7:14
9:21 11:23
13:4,12,16,19
14:9 15:8,10
16:23 25:18
26:3 31:6
32:22 36:21
51:24 53:20
68:2,9 72:10
73:22 75:24
88:6 95:9
96:22 101:12
103:9 115:23
118:13 121:1
123:22 124:12
127:4 131:1,
15 134:20
136:24 137:11
140:20 141:1
142:17 143:1,
5 144:13
146:3,8
149:16 150:17
159:24 160:18
169:5 172:4
173:22 180:5
**however** 164:1
**hunky-dorey**
130:1
**hurricane**
9:13 66:1
69:19 93:11,
12 94:11,20,
22 95:2,10,12
96:7,9,10

111:23 112:20
113:4,12
124:22,23
137:3 145:21
146:19,23
168:20,22,24,
25 169:7
170:1,5,9,11,
16,20,23
171:2,24
172:2 173:7,
16,25 174:1,
3,17 175:16
**hurricane-
related**
169:24

---

**I**

**I'LL** 5:11
9:23 65:5
129:20 133:16
155:3 159:3
163:18 165:13
173:9 174:14
183:11
**I'M** 5:20 6:5
10:12,20
11:6,12 13:10
15:17 19:6,12
22:5 23:14
26:2 29:8
30:3 31:1
37:22,24 39:4
40:1 42:25
43:1 44:3
50:8 52:18
56:10 58:10
64:15 65:25
66:2,11,21
67:13,15,22
68:13,14
69:10 70:8
72:6 75:13
79:19 81:16
88:22 89:20
91:16 96:23
100:18 101:3
105:19 109:7

111:11,25
114:9 120:2,4
126:1,9,12
127:23 128:7
129:21 130:10
134:23,25
135:2 137:23
138:3 139:18
144:25 147:9
149:15 154:13
157:1 159:7
160:17 162:13
163:6 165:7,
10 170:19
173:16 174:13
175:10 177:6
178:11 180:10
**I'VE** 12:23
48:1 68:17
103:23 109:19
123:25 167:8
176:16 178:11
**idea** 98:3
**identification**
6:12 23:19
44:18 50:13,
19 60:5 75:11
103:21 105:23
108:17 109:14
147:7 177:22
182:14
**identified**
7:3 27:12
74:8 147:22
149:8
**identify** 29:9
39:13 78:20
151:1 163:7
182:16
**identifying**
76:1 90:11
**if** 5:13,19
6:8 9:19 11:9
14:25 16:14
17:2 20:18
21:4,10 24:7
25:9 26:22
28:19 29:3,5,
21 30:10

31:1,7 32:16,
22 33:3,9,18
34:4,7 35:6,8
36:14 37:6,
17,25 38:2,
12,14 42:12
45:4,10 46:10
47:8,21 54:6
57:2,11,12
58:9,19 64:9,
12,15,25 73:2
74:24 75:1,2,
3,8,23 76:4,
17 78:5 81:9
82:9,11
83:11,15,17
84:16 86:10
87:15,21
89:4,10 91:20
94:25 98:17
99:6,10
101:7,20,21
102:4,11
103:1,5,7,15,
19 109:21
110:4,16
111:5,10,13
114:9,12,23,
24 118:2
119:12 120:17
123:10,11,15
125:1,4
126:12
127:14,19
128:14 129:9,
12 131:7,20
132:14,15
133:8,14
139:13 140:17
142:19
144:15,20,22
149:12,22
150:5 151:6,
20 152:11,16
153:20
154:10,23
155:8,12,16
159:13 163:7
178:14 180:2

**illegal**
158:23
**illustrate**
40:4
**image** 123:9
**images** 148:19
**imagine** 11:5
**immediately**
156:14 159:1
**impossible**
119:13
**impression**
78:1 179:16
**Improper**
126:8
**improperly**
90:14 115:8
131:24
**improved**
181:7
**in** 4:2,3,7
5:1,9 8:19
9:6 10:12
12:17,18,19,
21 13:14,22
16:8 17:13,24
18:2,25 19:3
20:5 21:18,24
22:8,21 24:25
26:8 27:14,23
28:2,12,13
29:17 30:7,18
31:15 32:15,
17,23 33:24
34:3,19 35:17
36:2,25 37:2,
21 38:18
39:12 40:25
41:2 42:1,20
43:24 45:20
46:7,16,25
47:4 48:1,7,
18 49:9,10,25
51:8,13,16,20
52:4,19,22
53:6,9,24
54:19 55:11
56:7,11,18

57:6 58:6,18
60:9,15,22
61:12,16,21
63:15 64:7
65:9,22 66:1,
4,11 67:1
68:4,13,14,15
69:3,4,18,20,
24 70:3,18
71:6,21 72:17
73:12,19,23
74:6,23 75:1
76:23 77:4,9
78:10 79:5,15
80:11 81:5,17
82:4,6,11
83:2,6,7,10,
12,17,22
84:20,24 85:6
87:12,16 88:5
89:6,14,16,
18,19 90:25
91:24 92:3,17
93:7,19
94:20,24
95:11,12,21
96:23 98:7,
10,23 99:22
100:11,12
101:18,19,20,
25 103:13
104:24 106:8,
16,17,18
107:9,18
110:10 111:1,
2,9,17 112:1,
12,15,22
113:2,14,19,
22,23 114:4,
16 115:2,7,12
116:24 117:4,
9,11,15,19,
20,23 118:1,
3,4,7,10,11,
13,15 119:11,
21,24 120:19,
24,25 121:16,
19,21,23
122:10,19,20,

23 123:3,4,5,
15,23 124:2,
23 125:4,13,
18,19 127:8,
9,14,19,21,22
128:1 129:5
130:3,8
131:19 132:3,
13 133:3,6,25
134:12 135:8,
17 136:4,6,25
138:4,15,19,
21 139:20
140:5,15
141:10 142:7,
12,22,24,25
143:8,19
144:8,10
145:18 146:9,
14,17,18,22,
24 147:1
149:8,10,23
150:2,17,22
151:7,14,22
152:11,16,17
153:3,17
154:9,11,12
155:10 156:4,
7,13,20
157:15 158:6,
23 159:1,13,
17,23,25
161:5 162:23
163:1,25
164:4,13,21
165:1,3,4,6,
12,17,22,23
166:12,22
167:13
168:10,12,17,
25 169:11,15,
22 170:15
171:8,13,15,
16 174:4,24
175:25 176:24
177:1,13,17
180:13,21,24
**in-depth** 74:5

**Inc** 137:19
**incident**
167:25
**inclined**
159:11
**include** 22:20
23:22 45:23
53:12 99:9
**included** 21:4
40:25 46:9,11
47:4,9 89:19
**includes**
22:12
**including**
53:22
**incorporate**
78:21
**incorporated**
25:4 49:10
145:18 149:10
151:17,25
153:4,12
154:11 155:10
156:13
**incorporates**
152:3
**incorrect**
53:19,20
**increase**
128:18 133:3
**increased**
54:24
**incurred**
39:13 56:23
86:25 96:11
**independent**
26:7
**index** 148:8
**individual**
75:5 145:20,
24
**individuals**
62:24 143:6,
15 164:6
**inflate**
133:14

**inform** 98:14
100:8 102:10
**information**
46:15 47:22
55:18 57:25
58:3,14,18
60:16 122:12,
16,22 129:8
132:21 179:19
**informed** 16:2
166:13
**informing**
99:5
**initial** 84:6,
9,17,18
85:22,23 92:5
**initialed**
148:1 152:1
**initialing**
77:13 84:16
85:20 92:4
**initials**
84:19 148:2,
5,8
**input** 18:14
122:12 123:4
**inputted**
123:7
**inputting**
122:16
**inquiry** 7:3,
4,11,18,25
8:7,15,22
65:15,18
145:6,8
**inside** 171:22
**insist** 58:7
**inspected**
26:13
**inspection**
19:24
**inspections**
119:18 142:14
167:22
**inspector**
138:13 142:1
167:23

installed
113:9 117:15
119:22 121:21
132:15
installing
117:2 118:13
instead 5:25
35:16 64:21
Institute
70:3
insufficient
92:14
insurance 5:3
9:13 58:16
66:1,4 95:2
96:7,23
134:13 148:10
160:23
170:21,23
171:17 173:23
175:5,7
176:3,4,17,19
insured
173:14,18
insured's
96:15
insurer 96:14
intention
99:7 101:7,8
interaction
172:19
interest 61:8
62:5 121:23
interests
67:19 121:16
interior
45:6,9,13
93:22 94:1,2,
3,13 95:8,9
118:8 171:25
internal
160:3
interpretation
14:23 74:1
interpreting
81:12

Interrogatorie
s 115:13
133:18
intertwined
99:15 131:8,
10
interview
158:15
interviewed
158:14
interviews
166:2
into 12:8
17:10 18:14
22:22 25:5
55:7 68:19
69:1 78:21
91:11 109:23
110:19 111:14
117:17,21
133:9 139:22
144:23 145:12
148:25 151:17
153:4,12
158:22 166:25
invoice 40:18
84:11 92:4
179:1
invoices
12:10 17:5,15
144:2 176:1
involved
58:13 61:8,
12,25 62:4,8
66:1,11 96:23
104:24 105:7
131:9 144:10
159:10
involvement
59:12 107:19
109:9 140:3
143:19 144:6,
7
Irma 9:13
94:11 96:8
168:21,24,25
169:8 171:2,
24 173:16

is 4:22 5:11
6:5,8 8:9,23
9:3 11:4,21
12:21 13:7
15:13 16:23
17:11,22
18:9,17,18,23
19:11,19,22
20:1,3,4
21:14,18,21
22:11,19
23:5,12,25
24:16 25:13,
16,18 27:6,
15,16,22,23,
24 28:4,15,
18,20 29:15
30:2,19 31:7,
8,9,11,21,22
32:7 33:5,24
34:23 35:9,20
36:8,12,16,21
37:16 38:4,
19,20,21,22,
24 39:8,10,
12,17 40:10,
11,17,19,25
41:1,6,13,25
42:8 43:12,
13,17,20,23
45:17 46:19
47:2,17 48:12
51:6,8,12,24
52:12 54:3,
15,17 55:1,6,
9,24 58:20,23
59:24 60:7,
10,14,20 61:8
62:7,18 64:1,
17,25 65:11,
13 66:7,25
68:7,8,12,22
69:1,11 70:22
71:6,24
73:15,18,22
74:11,15
77:2,7,9,11,
12,13,17
78:6,7 79:10,

20,21,23
80:3,5,10,25
81:12 82:7,
19,21,23,25
83:3,6,17,21
84:2,9,11,12,
18 85:6,7,22,
23 86:6,8,16,
18,19,20,22,
23 88:5,16,
17,24 89:14,
19,24,25
90:5,23 91:1,
6,22 92:2,5,
7,9,22 93:4
94:5 96:16,
19,22 98:21
99:3,12,15,17
100:19,21
101:13,24
102:13,19,25
103:3,13,15
104:1,7,17
106:1,9
107:13,22
108:19 109:16
110:5,12,15
111:2,19,24
112:4,7,17
114:2,3,19,
21,23 115:12,
15,24 117:7,
8,9,16,18
118:1,16
119:1,2,6,8,
12,13,23
120:1,4,5,6,
19,21,23
121:3,11
122:7,9,18,20
123:24 124:4,
7,13 125:8,9,
22 126:13,14
128:4,10,13,
20,21 130:2,
17 131:10,17,
21 133:13
134:8,9
135:8,19

136:13,14,19
137:7 138:22,
25 139:1
140:20 141:1,
21 142:6,17
143:13,18
144:18 145:2
146:8 147:10,
12,18,21,25
148:1,5,8,10,
14,19 149:14,
15 150:5,10,
17,20,23
151:5,13,17,
19 152:1
153:9,10,12,
16,18,23
154:6,18,25
155:10 156:5,
11,24 159:2,
25 160:5,6,9,
12,13 161:2,4
162:12,16
163:14 165:6,
7,15,22,23,25
166:5,6,23
167:3,4,11,17
169:24 170:10
171:14
173:10,13,22
174:7,10,19
175:6,8,12,
16,17,21,22
176:12,18
177:4,14,15,
24,25 178:1,
7,16,19,23
179:1,3,10,18
180:2,7,20
181:5 182:20
183:2,3

**isn't** 40:9
45:18

**issuance**
106:5

**issue** 15:9
33:24 82:7
100:23,25
101:22 102:5,

11 103:8
107:19
112:11,17,23
114:5 121:14,
18 125:19
127:3 130:5
131:10 136:4
143:3 150:8
160:15 180:20

**issued** 40:15

**issues** 16:1
73:1,3,21
88:6 99:22
101:12
106:20,21
112:1 113:8
125:25 129:5,
7,9 130:7
140:19 141:17
168:24 173:3

**it** 8:23 9:7
12:21 13:8,
13,22 14:5
15:24 16:23
18:2,3,9
19:13,14,22,
23 20:21
21:10,11
22:16,19
23:21 24:25
25:8,18 27:2,
5,6,23 28:12,
13,15,17,20,
22 29:21
30:3,8,9,10,
11 31:2,10,21
32:20,22
33:13,14,15,
20,21,22,23,
24 35:6,7
36:25 37:17,
18,20 38:3,4,
24 39:7,17,19
40:10,14,15,
19,24,25 41:1
42:2,8,16,19
43:17,20
45:8,18 46:11
47:9,14,16

49:13 50:6
51:12,14,24
52:12 53:6,14
54:23 55:12,
24 56:8 57:7,
14 58:2,5,6,
8,9,12,19
60:10,20,21
61:3,8,18,20
62:1,21
64:12,23
65:8,25 66:2,
7,9,10,13,14
67:21 68:22,
24 69:5,8,11
70:13,19,22
71:3,16,22,25
72:12,14,16,
20 73:4,15,22
74:4,15,18,21
75:2,3,9
77:11,17,22
78:11 79:9,21
80:2,5,7,9
81:1,10,21
82:7 83:1,3,
6,8,15,16,17
84:18 85:14
86:10 87:14,
21,24 88:6,
10,24,25
89:1,2,10,17,
20,22,25
90:7,10,25
91:4,8,18,21
92:9,18,20,21
93:11,15
95:11,19,20
96:16,24
97:17,18,22
98:12,17
99:15 100:18,
23,24 101:7,
13,19,22
102:5,6
103:1,4,5,15,
19 104:6,7,
13,20 105:13,
15 106:8,9,

17,18,19
107:3,4,8,9,
22,25 108:1,
12,25 109:5,
7,8 111:14,
17,19 112:10
113:3,7,9,10,
12 114:3,8,
12,14 115:3,
25 117:10,12
118:3,16,18,
19,20,21
119:6 120:6,
10,18,19,20,
21 121:2,4,6,
9,11,13
122:9,14
123:4,6,18,24
124:1,2,4,6,
7,9,15,20,24,
25 125:2,3,8,
9 127:10,11
128:10,20,25
130:4,6,14
131:8,10,17,
18,20 132:1,
20 133:10,11,
12 135:2
136:11,13,14
137:18 139:17
141:23 142:7,
19 143:25
144:3,16,17,
19,20,21
145:2,25
146:15,23
147:25 148:24
149:11 150:5,
17 151:2,19
152:6,11,21,
25 153:1,9
154:6,18,20
155:1,25
156:8,9,11
157:3 158:7,
24,25 159:2,
3,4,5,13,21,
25 160:1,2,3,
5,7,8,9,11,21

161:2,6,8
163:1 164:17,
23,25 165:19,
22,23,25
166:5,25
167:5,11,17,
19 168:10,11,
16,17,18,22
169:12,16,17,
21,22 170:10,
12,13 171:12,
13,15,16
173:7,13,22,
24 174:19
175:22 176:8,
12,16,17
177:15 178:1,
7,11,12
179:8,10,13
180:22 181:2,
3,11,18 182:8

**item**  17:13
25:12 27:15
28:24 31:25
39:7 40:16
79:20 119:20
144:17 179:3

**itemized**  28:2
174:4

**items**  17:6,8,
10 22:20 25:5
30:13 45:5
66:13 81:9
98:5 114:20
115:2 129:10
171:5,9
175:23

**iterations**
98:11

**its**  48:6
55:23 82:14
96:17 102:3
103:1,4,15
104:15 115:7
127:16 133:3
149:17,19
151:7 154:8,
19 158:7
179:5

**Ivan**  69:19

---

**J**

---

**J-E-M**  167:16
**James**  172:20
**January**  10:25
11:2,16,24
47:14 51:4
93:19,24
98:15 171:3,
20,24

**jar**  159:23
**Jefferson**
139:6,9
**JEM**  167:16
168:4
**Jesse**  167:3
**jet**  174:9,19,
23 175:2
**jets**  174:22
**job**  13:22
17:2 19:23
20:23 27:18
29:2 30:16,
20,22,23 37:9
56:14 59:22
62:16 67:13,
17 68:1,8
81:1 86:20
88:22 98:4
106:11,22
107:2,8,10
108:8,11
112:5,10
113:5 115:19
116:12 119:8
120:5 123:23
124:15 125:6
130:14 131:22
133:1 140:13
159:21
160:13,14,17
161:17,21,24
162:15 164:24
166:1,14
168:4,5
169:23 170:4,

10 171:19
172:24 181:20
**job-related**
114:18
**jobs**  67:9,11,
23 95:21
133:6
**Joey**  4:12,20
65:23 66:6,9
79:22 100:21
105:4 106:2
110:14,16
111:5,10
129:20 143:25
144:4 181:16
**John**  63:22
166:11 167:1
**Jr**  138:25
**July**  8:19
9:24 10:3,5,
13
**jumping**
170:22
**June**  10:12,25
71:21
**Junior**  69:21
**just**  4:22 6:1
11:15 12:18
15:20 20:8
23:5 26:2
28:6,15 29:21
36:4 37:20
38:3,15 40:1
43:14 48:1
50:7,9 54:19
58:10 61:18
65:24 67:12,
15,24 68:23
69:23 70:15,
19 77:12
79:20 88:16
89:2,11 91:16
92:13,20 95:7
98:1 101:8
105:19 106:17
108:1 111:12,
14,25 116:12,
21 123:17

126:1,9,21
129:21 131:4,
12,17 134:9,
24 135:4
136:20 137:19
138:11 140:18
141:9 142:11
143:3 144:5
148:19 149:15
150:25 152:9,
21 157:3
158:9 159:3,
12 160:9,17
162:21 163:6
165:10,14,18
168:16,22
170:6,19
174:13 176:11
183:2
**justification**
115:11

---

**K**

---

**Katrina**  68:25
70:21
**keep**  67:21
69:12 87:23
88:22 91:8,20
101:9 126:22
130:15 140:21
**keeping**
126:17 174:2,
4
**Keith**  38:1,2
**kept**  129:23
168:9
**kicking**  28:19
**kid**  68:14
**kind**  66:13
69:10 123:16
135:22 137:4
139:21 140:1,
13 143:22
167:5 176:2
**kitchen**
117:2,8,9,25
118:8 119:22

121:21
**knew** 14:9
  61:2,9 62:9,
  10 91:15 98:4
  101:5 164:23
  168:10,11
**knock** 178:20
**know** 5:9 9:19
  10:2 14:2,25
  15:4,11 20:1,
  3 24:20 26:11
  28:15 33:6
  42:12,19
  43:12,15,23
  46:12,22,23,
  25 54:20
  57:20 59:8
  60:24 62:13
  64:7,9 65:2,
  24 66:2,5,6,
  7,9,14,15
  69:5,8 70:21
  79:22 81:16,
  20,21,22,24
  84:6,8,12,16,
  18 86:13
  89:17 92:4
  97:8 101:23
  102:18 103:2,
  11 104:23
  114:13 120:17
  121:10 122:25
  123:16 131:7
  132:1,13
  134:24 136:10
  139:13,22
  144:6 146:17
  152:2,16,19
  155:6 156:17
  160:15,20
  161:23 162:7,
  13,16,19
  163:5,11
  165:22 166:23
  167:19 168:13
  170:12 172:23
  173:10 176:18
  177:10 180:7,
  20 182:3,8

**knowing**
  116:12 129:9
  160:18
**knowledge** 7:2
  9:2 16:5 26:7
  44:5,8 62:22
  65:16,20 93:4
  95:14 115:1
  131:23
  145:11,16,21,
  25 152:19
  159:20 178:3
**known** 17:11
  47:19 100:23

_____

L

**labor** 59:7,9
  81:18 86:22
  88:15 91:13
  92:15 106:10,
  22 126:14
  158:3,7,9
  162:21
**laborer** 68:15
**lack** 138:25
  161:11 163:20
**language**
  37:24 39:21
  74:5 81:20
**lapse** 119:7
  120:21
**large** 4:3
  132:11 133:2
**largest**
  125:11
**last** 9:4
  10:11 27:15
  31:7 47:10
  49:19 50:8
  53:4 97:15
  99:1 100:17
  123:1 137:11
  143:17
  146:12,20
  158:14 166:6
  174:21 180:20

**lasted** 13:20
  142:14
**late** 53:25
  101:18
**later** 86:11
  99:2 100:18
  130:18 158:25
  159:10 165:4,
  11 173:17
  174:14
**law** 163:5,7
  177:2,20
**lawsuit** 5:1
  67:21 113:2,
  14,20 131:5
  146:9 177:1,
  13,18
**lawyer** 163:2,
  4
**lawyers**
  114:19
**layers** 143:14
**leading**
  168:23 169:7,
  9
**learn** 70:4
**learned** 68:23
  69:24
**learning**
  68:20
**least** 33:4
  112:22 147:25
**leave** 140:6
  171:11 174:21
  177:6
**leaving** 56:7
  98:6
**led** 115:3
  132:18
**left** 13:3,6,
  12 18:22
  27:18 29:1,12
  30:16,20
  33:10 38:19,
  20 39:6
  41:12,13 56:8
  71:21 94:8
  112:10 124:24

126:5 127:12
  129:2 132:8
  170:6 171:10
**legal** 96:24
**lender** 142:2
**less** 29:6
  31:9,25 32:7,
  15 89:6,10
  165:16
**let** 8:23
  29:24 30:1
  31:10,20 42:4
  44:11 64:9
  65:6 70:12
  73:4 81:1
  98:18 105:8,
  25 124:12
  134:24 145:10
  151:4 155:6
  156:6 158:17
**let's** 29:16
  32:10 35:23
  44:15 65:5
  66:24 72:5
  85:4 126:21,
  24 130:3,11
  143:8 145:25
  156:6 157:3
  167:11 171:3,
  22 173:12
  176:24 177:4
  183:5
**letter** 106:6
  108:19 163:1
  166:10,12
**letters**
  105:18
**level** 59:24,
  25 61:3,4,5
  62:5 107:3
  119:10 140:3
  168:1
**levels** 70:23
**liar** 166:20
**license**
  70:15,18,24
  71:2,3,4,6,9,
  11,15 138:10,

15
**licensed**
138:19,21,23
**licenses**
70:14 138:6
**lie** 120:20
159:11
**lien** 54:5
**lies** 87:7
**light** 88:24
160:8
**lightly** 161:6
**like** 41:1
42:20 51:14
61:19 65:15
69:11,12
78:12 84:13
85:22 105:20
118:20 129:22
133:6 139:21
140:1 146:17
149:13 152:19
157:7 159:14
164:8,22
166:24 167:6,
7,21 172:5
173:5 179:13
181:5 182:18,
25
**likely** 100:24
**Limitations**
151:6
**limited** 16:8
**limits** 152:17
**line** 17:6,8,
10,13 22:20
25:12 28:23
30:18 31:25
32:7 37:7
40:16 45:5
58:10 65:3
75:1 79:20
81:5 119:20
175:23
**lined** 166:2
**link** 176:8
**linked** 61:13

**list** 40:17,18
124:6 181:23
**litigating**
113:15
**litigation**
5:4,12 72:8
112:15
**little** 21:3
42:10 65:25
66:3,14 72:21
73:6 126:1
140:16 143:16
148:20
**living** 117:24
**LLC** 5:1 6:18
134:12 135:17
137:16,18
138:2 139:2
**LLLP** 110:2,3,
24,25
**LLP** 182:21
**located** 12:19
66:25 122:18
**log** 122:7,8,
12 123:12
**logs** 116:12,
15 117:13
118:2 122:2,
3,5,13,23,25
123:2,8 125:1
**Logunova**
98:24 99:5,17
**long** 6:5
11:23 13:12,
16,19 68:9
103:9 108:12
136:24
**longer** 62:15
95:15 146:5
161:3,4
181:19
**look** 6:24
31:1,7 33:3
36:14 40:16
45:4,10 47:21
75:23 76:17
85:4 110:4
111:13 116:10

120:17 125:3
142:12 151:20
152:11 155:12
157:22 161:3
176:21 179:13
**looking** 26:21
31:24 52:18
65:18 78:6,10
119:6 121:25
141:20 154:13
165:24 175:24
**looks** 41:1
51:14 84:13
179:13 181:4
182:18,25
**loose** 85:1
**loss** 87:19
**lot** 17:16
25:1 30:11,12
42:11 66:10
70:1,5,6 81:3
115:23 126:13
127:6 133:6
135:25 139:24
140:5,11
142:20
161:14,18
164:19 169:1,
4 171:6 172:8
173:13 175:9,
17
**lots** 101:12
**Louisiana**
12:19 67:2
70:15,18,23
135:20,21
138:18
**Lugonova**
128:12
**Luis** 123:2
162:9
**lump** 76:14
77:7 79:10
80:17 82:3
86:8,14,16,18
87:4 88:16,19
90:5,11 91:6,
18 133:9

148:25
**lunch** 63:9

---

**M**

**ma'am** 63:17
**made** 20:23
71:14,17
79:15 96:6,19
106:23,25
145:21 155:5
159:24 170:24
172:11 173:7,
11,14,18
174:12
**main** 73:2
131:17
**mainly** 69:3
73:20 78:9
**maintain** 68:6
**maintenance**
164:12
**major** 136:17
**make** 5:10
11:15 20:24
22:16 23:5
40:2 67:16
68:6 77:22
78:14 81:5,6
84:24 85:1,2
87:22 89:10
98:13 104:14,
19 114:19
121:20,24
158:18 160:9
173:18,22
174:13
**makes** 160:3
**making** 59:12
68:5,8 88:8
89:5,6 106:20
172:15
**managed** 167:5
**management**
69:23 70:5,9
**manager** 15:3
17:2 19:14,17
20:21 25:14,

15 54:15
55:1,16,18,
19,25 56:6,14
64:3 67:7
68:10,20,22
69:6 121:3,
15,22 122:11
123:16 132:22
139:21 140:2
156:1 158:19,
21 160:13
163:23 167:7
**managers**
67:12,25
**managers'**
67:15
**managing**
137:20,22
**manipulate**
120:13
**manpower**
126:14 128:19
**many** 9:21
64:24 89:21
121:1 123:22
127:4 131:1
134:20 135:3
138:16 142:17
146:25
**March** 60:14
143:8
**margin** 133:8
**Marianne** 4:1
**mark** 23:14
44:11 50:8,16
149:11,12
**marked** 6:11,
14 23:18
44:17 50:12,
18 60:4 65:13
75:11 98:19
103:20 105:22
108:16
109:14,20
145:1 147:7,
10 150:20,21
177:22 178:7
182:14

**markup** 86:23
87:1
**massive** 78:21
**match** 21:9
**matched** 20:24
21:7
**material**
12:10 81:18
86:22 88:15
143:3
**materials**
118:13 179:3,
7,12 180:1,7
**math** 38:22
39:9 57:16
125:1
**mathematical**
53:21
**matrix** 143:24
**matter** 24:18
150:2 181:13
**mattresses**
175:18
**may** 5:9 9:5,
16,24 11:3
15:2 65:2
71:25 76:12
78:3 125:9
128:16 137:23
142:9 143:4
166:11 171:22
**maybe** 66:4
72:14,15
112:1 137:23
142:12 171:20
172:6
**me** 5:14,17
6:9 8:23
13:19 14:13,
24 15:11
16:18,23,25
18:10 21:4
24:23 28:1,9,
11,19 29:9,
24,25 30:1
31:10,20
35:25 36:1
38:1,3 40:14

42:4 44:11
45:12 47:11
52:5 54:22
56:12 57:9
61:19 64:9,
11,13 68:2
73:14 74:14,
25 75:24
76:19 77:23,
24 82:2 83:3
90:2 96:13,25
98:18 101:16
103:12 105:8,
25 110:9
111:5,13
114:12,14
115:3 116:23
117:14 118:6
119:21
120:18,24
124:12 126:1,
12 132:11
133:14
134:24,25
135:1,8,10,12
138:8,17
139:4,13,19
141:5 143:14
144:5 145:10
146:10 148:17
150:10,13
151:1,2,4,13
152:21
153:11,23
154:15 155:16
156:6 157:2,
25 158:15,17,
21 159:24
161:11 163:10
164:7,8,22
165:12,18,20,
21 167:1,14
168:9,20
173:22
175:13,22
176:2,10,11,
20,21 177:9,
12,25 178:14
179:15 180:10

181:2
**mean** 33:22
36:23 59:5
65:24 66:8
80:22 93:11
104:11 140:2
145:9 152:8
162:11 165:25
173:11
**meaning** 63:4
83:19 94:16
**means** 40:4
**meant** 61:23
**meet** 12:25
13:2,14 15:12
57:19 83:8
111:18,20
115:9
**meeting**
13:18,20
14:6,15,19
57:19 126:24
**meetings**
130:2
**member** 137:20
**members**
137:22
**memorialize**
157:15
**mentioned**
114:25
**merely** 43:1
**mess** 159:9
**met** 4:21 13:3
81:9 134:9
154:21
**Miami** 13:14
15:12 122:19
174:22,24
**Mick** 13:3,5,
12 19:19 56:5
59:21,24
60:1,8,16,18,
25 61:1,2,6,
9,17,24
62:15,16 63:5
72:21 73:2,5
74:24 77:25

106:15 107:5, 7,14,16,25 108:6,7 129:2 140:9 142:10, 11 143:16,23 144:2,16 146:5 152:25 158:13,17 159:19 160:10,11,16, 24 161:2,3 162:12,24 163:19,22 164:5 165:4, 6,21 166:7, 14,25 167:3, 13 168:5,14 178:16,23 179:2,8,14,18 180:2,10

**Mick's** 14:12 60:22,24 61:21 62:1 106:10 107:19 144:5 145:25 164:1 166:6 168:7,20

**middle** 107:22,24 127:10 166:22

**might** 11:5 42:13 51:14 56:23 113:3 160:25 161:14,15 162:25

**million** 29:16 96:6 128:22 166:1 174:7

**Milos** 123:3 126:23 130:3

**mind** 121:16

**minds** 126:24

**mine** 85:10

**minimum** 14:13 119:20

**minor** 113:3

**minus** 31:3,9, 12 35:10 52:7

**minute** 113:25 150:25 154:14 155:13

**minutes** 120:19 131:22 165:4 183:5

**mirror** 123:8 148:18

**miscalculated** 128:17

**misrepresentat ion** 115:14

**misrepresented** 115:6

**miss** 161:15

**missing** 117:18 131:19 176:6

**Mississippi** 138:19

**modification** 83:4,6 150:14

**mold** 95:1 138:12

**moment** 6:18 12:16

**Monday** 60:23 61:22 161:13

**Mondays** 140:6

**monetary** 177:17

**money** 25:25 26:1 32:24 33:7,19 34:8, 10,12 35:18 37:2,19,20,25 38:4,5,7,11, 13,14,15,17 39:16,25 40:7 87:16 89:7 102:12 103:4, 7,10,14 104:20 128:3, 6,17,20 129:8,24 131:9 133:12

155:1,19 156:3,9,16,24 171:11 182:3

**Monica** 13:2, 14,23 14:21 15:12 19:15 121:5 141:24

**Monica's** 144:1

**monies** 39:22

**monitor** 119:3,6 140:25

**monitoring** 140:22

**month** 10:5,6, 16 17:5 46:3, 8 51:13 53:9 56:8 72:15,16 74:21 93:12 117:1,14 123:18,20 130:8

**months** 13:17 45:20 46:20 129:11 170:25 171:3,17

**more** 25:24 28:14 30:23 42:10 72:17 87:15 89:7 92:4 109:9 112:17 115:16 121:20,24 140:16

**morning** 123:6

**most** 7:2 9:2 65:16,20 75:8 100:24 145:11,16,21, 24 169:23

**mouth** 116:24

**mouthful** 13:7

**move** 131:13 132:6 166:1

**moved** 163:22

**moving** 50:14 68:8,19 74:18

88:22 143:2 168:19 169:14,19 175:18

**Mr** 4:17 6:13 10:19,20,23 11:1,6,8,15 13:12 20:1 23:14,20 26:4,8,14 28:23 34:25 35:2 37:23 38:6 39:15 43:10,16,19 44:11,21 50:14,20 59:20,21 60:6,8 62:16 63:7,19,23 66:24 72:1,2 75:12,13,21 82:16,18 91:1 93:1,2 95:18 96:5 97:3,5,6 98:9 100:1,5 101:2,5,10,15 102:15,19,22, 24 103:22,23 105:24 106:1 108:18,19 109:15,19 116:19,22 126:18,20 133:16 134:5, 8 135:7 137:13 144:25 147:4,8,9 148:23 158:17 161:2,3 162:24 163:19,22 164:1,5,7 166:12,16,18 173:9 177:23 178:6 179:25 182:15,16 183:2,8,12

**Ms** 4:21 6:14 7:6 9:3,15

10:1 11:14,18
13:18 14:6
15:5,14 16:11
18:4,25 19:23
23:21 42:25
44:22 53:14
58:11,23
59:20 60:8,20
63:7 65:17
84:20 97:14
98:20,24
99:5,17,20
101:3 105:5
115:21 116:6
119:15 120:2,
4 142:6
**much** 14:5
68:13 71:3
93:13 95:9
98:6,7 119:6
138:3 140:8
141:1,23
165:9 166:18
172:4,25
**municipality**
136:1
**must** 74:22
100:22 103:14
149:19 155:1
**mutual** 95:19,
20
**my** 4:22 5:13,
19,21 11:7
13:4 14:2
20:22 28:6,
13,16 38:3
43:23 46:18
53:6 57:9
58:10,12 61:9
64:10 65:3,4
68:16,24
71:14 73:2,20
76:9 79:1
80:13 82:21
85:22,23 91:3
92:22 102:22
107:13,18
109:5 114:17,
22 115:22

116:21 120:7
121:19 128:13
134:8 135:13
137:8,23
138:10,11
139:7 140:18,
19 143:22
144:18 146:10
149:18 153:9
155:25
159:19,25
160:25 165:2,
10 166:5
173:13,24
177:6 181:5
182:1

---

**N**

**name** 4:18,22
13:24 24:3
25:16 60:23
63:20 134:6,8
137:11,17
139:18 143:17
167:15 179:20
**names** 107:23,
24
**necessarily**
35:1 82:5
**necessary**
12:13,22
64:25
**need** 6:6
10:19,20
54:3,4,5
61:6,7 72:17
81:10 89:11
100:14 103:19
106:14 111:13
132:25 147:5
**needed** 10:23
12:14 15:15
57:11 58:1
81:2 86:11
88:25 182:3
**needs** 62:16
84:25 144:3

**negative** 29:7
31:14 39:19
**neglect** 28:13
**negotiated**
87:17
**negotiation**
74:10
**net** 27:5
**never** 18:8,9
26:13 32:9,12
34:10,11
37:17,21
38:4,9,11
73:14 88:1
105:14 128:6
**new** 36:16
60:3,17,23
61:2 62:3,7,
16 69:1,18
119:9 126:15
136:8,12
139:22
146:16,17
**newer** 73:15
**next** 44:11,15
57:7 71:24
101:6 117:7,
10,12,22
123:6 127:19
128:5 129:16
165:25 166:2
179:3
**Nick** 19:11,12
73:11,12,20,
22 157:6
**nine** 117:3,
15,16 118:3
123:6 124:11
**nip** 106:18
**no** 5:8 7:16
8:10 9:18
10:6,11
14:20,24
15:23 16:7
18:8 20:5
21:14 22:4,8,
13,16,17,22,
23 23:5,8,9,

12,15 24:1,4,
8,12,15
25:11,23
26:7,10,16,
17,18 28:25
30:23 31:25
32:11,21
33:5,16,21
35:19 36:15,
19 37:7,10
39:4,12,18
40:3,6 41:6
44:10,12
45:5,11 46:3
47:5,9,13,20,
24 48:10,12,
13,18,22
49:4,6,9,16,
19 50:4,10,
15,21 52:9,14
53:2,13,15
59:11,12,16,
18,23 62:2,15
63:6 64:6
65:22,23
66:2,6,21
70:25 71:15
72:4 74:15
76:7,14,17
77:11 78:2,24
79:16 80:5,10
83:21 84:8,17
85:6 89:24
90:23 91:22
92:6,9,11,18
93:4 95:5,7,
14,15 96:4,
18,21 97:15
99:2,7,17
100:18 101:7,
11 102:7
105:2 108:14,
15 109:9,25
110:1,23
111:7,13,22
112:6,13,17
113:6 115:22
117:4,8
118:6,10

119:16
120:15,16
122:9 124:20
125:18,19,24,
25 126:10,11
127:23 128:9
129:19
133:11,14
134:23 136:1,
14 138:24
139:12,16
141:11 144:12
146:5 157:17,
18,20 159:16
161:3,4
162:16,21
166:25 170:8
171:25
174:18,22
176:12 180:22
181:19 183:9
**nobody** 73:16
84:18 117:19
**non-payment**
104:3 131:3
**none** 24:1
144:8
**nor** 24:17
88:2
**normal** 69:13
**normally**
118:19,20,21
**Norman** 70:6
**not** 6:5 9:5,
10,13 10:8
12:16 15:17,
18 19:13
20:22 21:10,
12 23:6,22
24:17 25:25
26:17,19
27:16,19,21
28:5,6 30:15
33:15 34:7,
17,18 35:1,3,
19 38:8,24,25
39:7,16,21,22
40:4,8,21
41:5 42:14,25

43:13,14,17
44:4,9 45:19,
23 46:18,19
47:4,5,6,8,9
53:7,10,12,
13,16,22
54:7,8 57:2,
4,18 58:4
59:8 60:19
61:10,16,24
62:1,8,11,20
63:6 64:6,10
65:5,22,25
66:2,3,7,8,
11,21 67:13,
23 70:1 71:25
74:25 75:1
78:3 80:5,25
81:11,16
82:5,8 84:17
86:23 87:7
88:23,25
89:1,5 90:14
91:24 92:9,
13,22 94:22,
24 95:19
96:23,25
97:19 98:9,
14,25 99:1,9,
12 100:9,16,
18,22,24
101:9 102:2
103:1,5,15,19
104:7,17
105:20 107:7,
14,15 111:22
112:16,17,23
113:15 114:5,
9,10 119:21
120:2,5 122:8
125:16 126:2,
14 127:7
128:7 130:13,
16,24 131:10,
21 135:7
136:8,9,14,16
137:23 142:16
143:3 144:20
149:11 151:9,

17 154:24
155:17 156:2,
21 157:1
158:9 159:16
160:10 161:23
163:6 164:18,
23,24,25
167:12 172:1
175:10 176:2
177:15 183:15
**Notary** 4:2
**notation** 84:5
**notations**
77:13 78:6,14
79:14,17
85:17,20
90:12
**note** 11:15
**noted** 177:15
**nothing** 4:9
63:16 95:11
112:12 129:5
134:1 139:14
168:17 171:14
180:4
**notice** 6:15,
25 9:4 65:13
104:1 108:21
109:3 115:2
126:6,8 145:2
165:10,18
**noticed** 4:24
88:5 134:11
174:9
**notify** 158:6
**November** 22:3
**now** 10:13
16:14,20
17:18 19:19
20:4 23:4
26:2 32:10
37:24 38:19,
20 41:12 43:6
48:1,5,9,12
50:21 51:18
52:12 59:3,4
68:14 77:10
80:2 82:17

88:10 106:8,
18 110:9
111:12 113:4,
18,23 117:3
119:12 133:16
137:8 138:22
143:7 149:22
153:20 155:22
158:6,18
161:20 165:19
166:20 168:19
169:2 173:16
**nowhere** 58:9
**number** 32:4,
14,17 34:8,20
35:12 37:1,3,
8 65:22
123:25
177:10,11
**numbers** 20:23
31:24 35:25
36:2,4,5,7
115:23 118:5
177:12
**numerous**
53:21

---

## O

**oath** 63:13
111:6 133:23
**object** 37:23
38:6 39:15
43:16 82:16
95:18 100:1
101:10 102:15
116:19 126:18
157:25 173:9
**objected**
158:7
**objection**
34:25 43:10
162:22
**obligation**
101:20,23
102:1,7,14,25
103:3

obligations
 82:15 102:16,
 20
obtain  61:10
 62:10 70:17
 71:8
obtained  60:1
obtaining
 58:18 61:2
obtains  58:17
obvious
 119:13
obviously
 33:17 80:24
 91:15 97:6
 100:22 109:7
 113:18
 121:15,23
 123:13,19
 124:8 129:3
 130:4 132:2
 148:20 165:13
 181:3
occupied
 125:5
occur  57:2
occurred
 168:21 171:1
October
 45:21,24
 46:8,20 53:10
 56:12,18
 98:21,23
 99:22 106:4
 108:20 109:1
 126:7 129:21
 130:21 181:21
odds  65:25
of  4:3,25
 5:1,4,10,12,
 13,19,25
 6:15,16,17
 7:2,4,7,8,9,
 11,18,22,25
 8:3,4,7,15,22
 9:19 10:9,12
 11:13 12:8,
 16,17,21,24

13:6,13,15
 14:2,5,6,13,
 23 15:8,17,25
 16:5,6,12
 17:12,15,16,
 19 18:6,15,22
 19:10,13,23
 20:2,9,13,14
 21:15 22:8,
 17,22,25
 23:16 24:12
 25:1,5,7,20
 26:8 27:2,9,
 21,22,25
 28:24,25
 29:4,7,9,10,
 14,18 30:12,
 19 31:8,12,
 16,21 32:1,19
 33:7 34:20,21
 35:16,19
 36:17,20
 37:15,16
 40:6,11,19,21
 41:7,21 42:3,
 11,16,21
 44:13,22,24
 45:11,17,20
 46:3,6,8,13,
 19,20 47:22
 48:1,2 49:9,
 11,21,25
 50:22 51:9,25
 52:1,5,9,22,
 23 53:10
 54:2,22 55:25
 56:4,12,22
 57:16 58:3,
 10,13 59:1
 60:1 61:2,8,
 9,11,12,18
 62:4,5,6,9,
 11,13,22,23
 64:7,10,21
 65:3,9,12,15,
 18 66:3,5,10,
 13,17,21
 67:10,24 68:9
 69:3,11,12,

20,22 70:2,5,
 6,20,23 71:1,
 12,20,21,22
 72:2,8,13
 73:17 74:1,
 10,21 75:6
 76:1,8,16,23
 77:3,17,22
 78:5,12,25
 79:5,10,17
 80:11 81:1,3,
 20 82:19,21
 83:9,10,22
 84:5,6 85:7,
 8,15 86:16
 88:8,9 89:25
 90:9 91:1,17,
 18,24 92:3
 93:4,22,23
 94:2,13 95:9,
 10,14,16,22
 96:2,14,17,
 20,24 97:16,
 23,24 98:2,4,
 6,8,10,12,14
 99:7,16
 101:12 103:2
 104:1,2,3
 105:17 106:5
 107:11,19
 108:1,20,22
 109:3 110:12
 111:13,22,23
 113:2,5,7,11,
 14,18,22,23
 114:4,12,14
 115:2,7,14,
 15,19,20,23
 116:7,10,11,
 15,17 117:1,
 5,14 118:10
 119:2,3,7,8,
 11,14 123:9,
 16,25 124:10,
 22 125:5,15
 126:6,8,13,
 16,24,25
 127:8,9,10,12
 128:9,16,22,

23 129:2,7,
 23,25 130:8,
 21,23,24
 131:14,15,18
 132:7,18,22
 133:6,12
 134:11,14,23,
 24 135:11,23,
 25 136:18,20
 137:1,4,7,9,
 17 138:9,11,
 25 139:15,21,
 24 140:1,3,
 11,13,23
 141:13
 142:17,25
 143:5,8,14,
 22,24 145:2,
 3,6,8,11,16,
 21,22 146:5,
 13,14 147:18,
 23 149:5,16,
 18,22,23,24
 150:1,6,7,14,
 16,20,23,24
 151:3,5,7,8,
 10,21,23
 152:2,3,4,16,
 19 153:10,18,
 20,24 154:6,
 17 155:18,19,
 25 156:3,19
 157:8,19,21
 158:15,24
 159:3,6,7,9
 161:11,14
 162:5,9,10,
 14,19 163:13,
 16,20 164:5,
 8,14,19
 165:3,17
 166:10,19,24
 167:3,5
 168:12,24
 169:1,6,15,23
 170:9,12
 171:2,6,7,9,
 16,22,24
 172:6,8,21

173:4,13,15,
16,22 174:2,
3,10,16,18
175:2,4,5,8,
9,12,16,17,21
176:13,19,22
177:2,5,20
178:16 179:5,
11 181:10,21,
24 182:5
**off** 29:2
31:22 32:19
33:10 42:16
51:12 57:17,
23 58:5 94:8
97:3,23
111:22 116:7
117:20,24,25
124:24
130:14,25
136:12 144:18
160:5 164:13
168:1
**off-the-record**
92:25 97:4
**offer** 70:7
128:3 165:9
**offered** 70:6
**offhand** 35:12
42:19 93:16
**office** 12:19
13:1 18:2
19:22 54:19
66:25 68:19,
20 69:1,4
72:18 109:6
122:15 130:3
138:4 160:2,
25 165:3,5
180:14,15
181:6
**offices**
180:12
**offset** 34:9
39:19
**often** 72:10
173:1

**Oh** 10:6 28:10
**okay** 9:1
28:14,21
34:13 38:19
80:1 83:8,15
91:17 110:8
111:11 114:1
130:12 135:6
148:17 154:16
155:14 165:11
166:20 170:18
**on** 5:9 6:24
7:2,7,18 8:19
9:4,9 10:9,15
11:4 14:3
15:3,20 16:2,
13,17 17:10,
20 18:9,17,
20,21 19:10
20:2 21:3
22:2,9 24:9,
12 25:2,9
26:2 27:12,
14,25 30:12,
13,18,22
31:18,24 32:6
33:9 34:13
35:4,24 36:2,
8,10 37:7,9
40:13,16
41:20,21
42:11 43:2,4,
20 44:14,23
46:11 47:22,
24 48:2,12,25
49:20 50:3,25
52:21 53:13,
15,23 54:9,16
55:2,6,13,20
56:6,10,14
57:4,7,25
58:8,15 59:9,
14,16,22
61:13 62:6,15
64:7 65:14,17
67:3,13,23
68:1 72:22
73:19 75:2,5,
17,19,24

76:7,10,20
77:12,23
78:4,13,14,24
79:2,12,15,
19,21 80:11,
14 81:3,19
82:6,10 83:23
84:1,2,11,18
85:7,8,11,15,
17,20 86:11,
12 87:7,13,
19,22 88:7,8,
11,12,24
89:23,25 91:4
93:22 95:5,23
97:7,18 98:1,
5,19,21,23
99:4,8,13
104:2 105:9,
12,15,16,20
106:4,11,22
107:1,6,8,10,
18 108:3,4,8,
9,11,12,20,25
109:21,25
110:22 111:12
112:12,19
113:9,13,23
114:20,24
115:9,15,17,
19 117:5
118:12,16,19,
24 120:6,8,14
121:3,7,15,
17,19,20,22
122:20
123:13,18,22
124:2,9,10
125:1,6 126:7
127:5,19
128:2,5,19,23
129:4,10,16
130:2 131:13,
22,24 132:2,
5,12,20 133:1
134:24 137:19
140:3,5,6,9,
10,12,18,20,
21 141:2,5,6,

21 143:6,22
144:3,17
145:13,22
146:16 147:5,
14,18 148:24
149:2,20,22
150:8 151:6,
9,20 153:1,10
154:13 155:8,
23 156:5
157:3,9,14
158:13
159:15,21
161:12,13,21
162:5,14
163:12 164:15
165:22 166:24
167:2 168:4,5
169:7,13,14,
23 171:1,18,
25 172:7
173:14
174:10,19
175:1,11
176:8,20
178:17 179:8,
11,20 180:1
181:13,17,19
182:1
**once** 12:11
18:2 30:14
42:16,21
49:24 50:3
53:5 59:25
72:14,16,17
79:13 80:17
82:8 84:15
85:16 92:2
104:24 154:19
160:4 161:1
171:16,19
**one** 9:3 10:7,
11 13:16
17:22 21:5
28:14,19
31:20 33:1
40:18 41:20
42:21 43:2
44:6 47:10

52:3 53:4
54:18 77:9,12
79:19 89:17
91:17,18
106:5 121:3
123:15 124:1,
3,12,16,18,19
125:4 127:2,5
128:5 129:16
132:14,15
134:14 136:5
138:19 145:9
146:12,14
147:22 148:19
150:20 153:17
159:7 160:12
161:15,21
162:9 166:19
169:15 170:15
171:7 172:7
173:20
174:19,21
177:14
178:16,19
179:18,21
180:11,15
181:10 182:5
**ones** 46:23
78:3 130:24
**ongoing**
127:11
**only** 23:6
24:2 29:18
33:2 73:10
95:12 98:7
117:6,9,11
118:1 120:11
124:19 127:16
140:25 149:9
173:17,20
179:18
**open** 16:15
38:20 39:6
117:16 118:14
119:13 169:17
170:7
**opened** 172:7
**operating**
170:10

**operation**
73:17
**opinion** 98:2
116:16 131:15
**opportunity**
6:21 57:13
111:15
**option** 171:10
**or** 4:6 5:15,
25 13:16
16:5,14 19:12
20:22 21:12
25:9 26:19
27:18 30:10
31:10 38:22,
24 42:14
43:13 44:6,7
46:8 62:14
63:3,14 64:11
66:22 67:13
68:4,6 71:1,
2,12 72:15
73:3 74:22,25
79:22 80:21
81:21 82:22
83:2 87:7
93:12 95:2
96:12 102:4,
12 107:9
108:25
112:11,20
113:15 118:17
119:2 120:5
123:3 125:4,6
127:8,17
128:16 130:20
133:24 135:19
143:7,8,24
144:20 146:4,
6,16 158:19
159:6 160:5
161:4,15
162:20 163:1
167:3,6
168:21 169:12
170:25 171:11
173:4,18
175:22 179:8
181:16 182:3

**oral** 62:23
**orange** 117:6
**order** 27:18,
20,23,24
28:2,3,4,7
37:2 46:9,11,
16,17,19,22
47:2,5,9
53:7,24 54:7,
23 55:7,8,14
56:23,25 57:6
74:11 75:3,
16,20 76:1,2,
4,7,14,15,17,
18 77:2,5,7,
10,11,17,18
78:15,19,21,
22,24 79:14,
15,18,24,25
80:2,10,11,18
81:8,13,14,19
82:9,11,20,
22,23,25
83:21,22
84:2,3,10,25
85:5,16,21,25
86:1,4,6,8
87:12,17,22,
24 88:13,14
89:7,18,20,
23,24 90:6,9,
16,17,23,24
91:2,7,9,16,
22,23 92:3,9,
13,17,18
99:22 120:19
133:3,15
144:13,23
149:2,20
150:22,24
154:9 180:21,
24 181:8,9,10
182:9
**ordered**
180:11
**orders** 9:12
21:5,7 27:6,
10 29:6,17,18
41:11 46:13

47:1 53:12,22
54:7,12,13,
17,19,21 56:4
57:18,20,23
58:1,4 66:22
74:10,17,19,
20,23 75:6,7,
15,18,24 78:4
81:9,18 82:1,
4,15 84:21,22
85:5 86:12,20
87:10,13
88:18 89:3
90:10,13 93:9
99:9,12,16
127:8 130:11
132:12,19
133:2,9
144:15
150:14,16
152:18
**Ordinarily**
28:12
**original** 27:2
84:3 94:24
152:24
**originally**
59:23
**Orleans** 69:1,
18
**other** 7:25
8:7,15,22 9:3
15:19,22
17:16 22:12
24:2 26:19
41:21 43:5
44:6 52:2
61:13 65:5
67:19 72:14
73:19 94:18
108:13 111:23
115:11
121:16,23,25
122:17 131:1
136:15 137:22
146:4 148:14,
15 154:21
161:8 164:6
168:15 174:16

175:20,21
177:16
**others** 16:2
**otherwise**
44:7 95:2
**our** 11:13
12:8 18:2
25:14 54:19
62:6 81:4,5
83:17 94:20
95:5 104:13
109:8 114:25
120:10 122:7,
15 124:8
131:12 139:22
146:12 159:2
172:3,10
179:9 180:12
**ours** 180:19
**out** 13:13
17:1 18:21
21:11 24:25
27:22 29:19,
22,25 32:24
36:7 43:2,14
54:1 61:5
68:5,18 70:7
74:7 77:20,21
78:2 80:3
81:20 85:2
94:8 99:2
100:18 106:24
107:4 112:14
113:6 119:11
121:16 124:4,
25 125:11
126:25 129:12
130:3,10,12,
15 132:10
133:8,12
136:19 141:19
144:9 149:17
150:17 156:9
158:25 159:6,
10,20 160:17,
18,21 161:10
162:19 165:11
167:8,20
169:23 170:15

171:5,12,16
173:17 175:19
178:16,20
**outcome** 155:7
**outside** 98:2
117:5,6
**over** 28:18
57:19,22
61:17 65:5
68:19 79:6
93:21 104:13
119:8 127:2
128:22 135:22
159:2
**overall** 30:17
35:8,9
**overbilled**
25:1 30:9,12
37:4 38:23,24
39:5 43:25
115:19 155:5
182:3
**overbilling**
26:9 32:17
34:9 39:5
102:4 127:20
131:15
**overhead**
89:23 114:9,
11 151:6,8
152:15 175:1
**overpaid**
33:19 37:4
39:11
**oversee**
67:11,12,23,
25 68:2 73:5,
21 138:4
**overseeing**
67:16
**overview**
140:14,15
141:4
**owe** 32:25
34:11 37:3
38:14,16
**owed** 18:18
39:6,16,23,24

**owes** 39:2
40:5
**own** 38:3
49:24 97:25
108:12 115:22
116:21 122:12
134:23 168:17
180:19
**owned** 60:18,
19 61:6 62:5
**owner** 7:22
8:3,18 9:9,
12,25 10:4,
10,15 11:10
12:9,12 14:14
16:13 17:10,
17,19 18:12
19:10,11
20:2,5,15
21:15,19
22:7,18,23
23:11,16,25
24:8,12 25:23
26:1 33:11
37:13,15,18,
20 38:13,16,
17 40:7,10,
12,23 41:22
42:4,15 43:3,
5 44:2,13
47:13,21,23
48:5,25 49:5,
11,20 50:10,
22 51:2,11,15
52:14,16,20
53:18 57:10
58:1 60:1
62:4 66:1
68:7 73:9,21
74:3 81:3,14
82:8 89:15,20
95:4,21,23
96:19 97:10,
16,20 98:14
99:14,19
101:20,24
102:2,8,10,
20,25 103:3,
14 104:22

110:13 111:7,
8 121:8 122:6
128:13,14,15
133:4 143:21
145:17 146:5
147:24 148:24
149:25
151:14,24
153:16 154:2,
6,20,24
155:2,4,20
156:3,4,14
157:2,5
166:24 167:1,
3 171:7
172:14,22
182:19
**owner's** 121:7
150:7 172:25
**owners** 16:17
162:10 172:13
**ownership**
62:11 107:12
**owning** 107:20

---

### P

**p.m.** 183:14
**pace** 112:13
**package**
181:24
**page** 6:24 9:5
17:20 18:17
26:24 27:15,
25 28:7 31:8
36:3 47:22
50:25 65:14
77:1 79:6
83:23 84:10
85:24 110:6
111:12 113:23
148:1 149:22
151:4,21
152:1 153:1,
20 154:12
155:8,12
157:21 176:20
181:20

pages  84:1
145:6 147:22
paid  12:11
20:5 21:25
23:6,8,11
25:6 30:5,13
31:13 32:9,
12,16 33:3,
13,14,22,23,
25 34:1,4,17
35:5,6,15
37:2,9,17
38:11,12 39:7
48:6,25 49:14
51:11,15
55:24 56:22
57:3,4 81:2
89:7 97:10,
17,18 98:22,
23,25 99:6,
14,20,21
100:9 101:6
102:2 110:13
121:2 129:11,
12,17 154:20,
24 155:2,22
156:20 160:6,
18 162:17
171:11 179:4
180:6
panel  117:18
panels  117:5,
8 119:7,8,9
121:19,20
124:21 169:14
Panhandle
146:24
paperwork
68:6
paragraph
109:22 110:6,
10,19 111:2,
13,15,24
113:24,25
114:2
paragraphs
81:23
Parish
166:11,12,16,

18 167:1
part  20:13
22:17 45:17
61:11 62:9,11
66:5,16,21
75:8 95:10
96:16 99:16
111:17 141:13
150:16 155:18
173:22 174:16
175:12,16
176:19
partial
127:17
particular
9:7 40:16
66:11,12 77:9
151:22 154:13
parties  83:7
parts  65:22
98:8 111:23
party  87:5
pass  168:1
passed  35:7
path  97:11
pay  7:14
10:3,15 12:6,
7,9 13:4
14:2,3,4,9
15:13,15
16:25 17:4,6,
8,14 18:9
21:5,21 25:5,
9 30:2,3,4,5
31:18 32:6,
20,22 33:11,
15,25 34:1,14
36:5,10,12
37:16,18,19
38:9,15,18
39:6,7,18,19
40:6,9,13,23,
24,25 42:16,
22 46:11
47:23 48:13
50:22 52:4,6
54:2,3,4,9,16
55:20,22

56:17 57:5,7,
9,14 58:5,8,9
66:22 74:20,
22 78:20
79:21 82:3
96:22 97:22,
23 99:16,18
100:2,13
101:7,9,11,
17,18 102:2,
11,12 103:1,5
104:24 105:2,
7,10,11,13,19
110:14 111:8
118:13 121:12
125:2,24
127:17,23
128:2,4,16,
17,19 129:6,
20 130:5,7
140:17 143:2
154:7,19,25
155:17 156:1
160:1,10
165:9
payable  12:2
paying  33:5
34:7 56:17
88:3 99:7
100:19,25
103:15
payment  7:20
8:4,9,18 9:8,
11,24 10:8
11:16 12:12
14:13,17,23
15:6,10
16:12,16,20,
24 17:9,18
18:1,5,6,12,
13,20,22
19:1,8,22
20:5,9,10,13,
14,18,20
21:14,18
22:7,8,11,13,
16,17,21,23
23:1,4,7,12,
15,23,24

24:2,4,6,8,
11,15,16,20,
24 25:21,22
26:5,21
27:13,25
31:2,16 32:1,
11 33:3,5
35:4,8,14,17,
24 36:14,18,
25 39:12 40:3
44:12,13,24,
25 45:1,4,10,
12,17 46:2,7
47:10,12,13,
23 48:2,6,9,
11,12,17,18,
22 49:4,6,9,
15,18,19
50:1,4,8,9,
14,21 51:1,8,
11,15,19,21
52:8,13,21,25
53:2,5,15,18
54:11,12
55:2,23 56:11
59:13,15
82:14 93:5
96:20 97:8,
14,15,19,21
98:16,22
99:3,10,13,24
100:10,19
101:4 102:8
104:3,15,21
105:1 107:1
109:25 110:1,
2,11,12,22,
23,24 111:7
115:7,15,21
116:7 119:19
121:2 127:19,
25 128:12,14
142:8 143:20
144:10 152:12
154:1,5
155:16,23
156:20 162:18
173:21 174:4,
15,16

Case 1:17-cr-24223-KMW Document 62-1 Entered an FLSD Docket 08/09/2018 Page 229 of
Case 1:17-cr-24223-KMW Document 62-1 Entered on FLSD Docket 08/09/2018 Page 229 of
254
Peter Wilson - General - Cross - (By Baudolph)
July 25, 2018                                                    42

payments  8:2
  35:10,11,16,
  21 66:4 99:1
  100:17 153:22
  154:14 159:24
PDFS  176:11
peers  166:19
pencil  144:1
pending  6:8
  65:1 135:5
Pensacola
  69:19,21
people  115:25
  119:10 121:1
  123:22 141:5
  143:2,22
  158:21
  159:21,22
  161:25 162:1,
  4,19 165:24
  166:2 167:9
  170:14 173:24
  182:1
per  42:20
  81:7,16 82:5
  86:21 89:11,
  13 101:24
  113:10 125:6
  144:20,21
percent
  31:21,22
  36:20 42:20
  44:3 65:25
  88:15 89:5,
  13,22 127:16
  133:11,13
  151:10
  152:15,18
percentage
  30:7,8 52:4
  88:8 89:9
  116:17 125:5
  175:4
percentages
  25:5 30:6
  97:24 100:3,
  14 101:14

perform  12:18
  33:17 93:8
  97:25 115:9
  131:24 132:7,
  16 135:24
  142:25 175:16
performance
  12:17,21 93:5
  132:17
performed
  27:11 29:18
  41:10 45:20
  46:7 48:17
  77:4 92:8,10,
  12,23 93:21
  94:21 96:16
  103:4 112:7
  113:1 116:17
  136:25 141:2
  151:10 154:2
  172:12 173:15
  174:2
performing
  41:9 74:19
  86:25 87:8,16
  88:9,13
  123:14 140:13
period  21:21
  30:11 31:8
  48:13 50:23
  56:13,24
  105:3
person  69:13
  158:14
  174:21,24
personal
  44:5,8 139:14
  171:5,9
perspective
  40:11
pertain  12:4
pertains
  139:17
Pete  4:25 5:2
  6:17,25 7:12,
  21 8:2,4,10,
  17 9:7,11
  10:9,14 11:19

13:6,10 15:3,
  11 16:12 17:9
  18:15 20:4
  21:24 23:21
  27:10 39:13,
  16,23,25 40:5
  44:24 47:6
  49:10,13
  50:5,9 52:13,
  19 53:1,8,10,
  16 54:14
  56:16,21
  60:2,8,17
  61:5,17
  62:14,24
  63:3,24
  65:12,20
  73:23 80:7
  85:8,25 89:25
  90:18,24
  91:23 92:7,22
  97:1 104:2
  106:2 107:21,
  25 108:6,21
  109:16 111:1
  112:3,4
  113:18 114:23
  131:13 133:16
  134:11,13
  135:9,16,23
  136:24 137:14
  138:1,25
  139:1 145:3
  146:20
  147:11,13,15
  149:16,18
  153:13 154:23
  163:13,14
  164:1 176:25
  182:21
Peter  47:18,
  20 51:7 63:22
  133:22 134:7
phase  124:16,
  18,19
phases  124:14
phone  167:2
photo  118:23
  120:18

photograph
  118:15
photographs
  116:15 121:25
  131:14
photos  116:10
  119:2 120:7,
  9,14 122:2
  125:1 131:21
physical  16:5
physically
  67:13
pick  33:10,11
  159:7
picked  112:13
picking
  130:18,20
  175:18
picture
  118:19 120:5
PJ  47:19
  54:17 55:6,9
  56:3,24
  57:18,22
  59:20 60:8
  63:3,12 137:8
  160:5
place  100:11
  142:7
placed  48:1
plain  36:24
  37:24
plaintiff's
  6:11 23:18
  44:17 50:12,
  18 60:4 75:10
  103:20 105:22
  108:16 109:13
  147:6 177:21
  182:13
plan  95:10
  167:13
plans  113:10
players
  139:22
pleading
  113:22

**please**  4:18 5:17,24 6:7, 18,24 7:10 21:13 24:7 54:8 63:20 64:9,10,20,24 113:25 135:12 138:8 154:15 155:13 178:14

**pleased** 132:17

**plenty** 57:5

**plumb** 113:10

**plus** 70:9 86:14,20,23, 24 87:1 88:15,17 91:9 133:7,11 149:3,20 162:4 166:1

**POD** 171:15

**point** 18:25 19:1,6,7 36:7 42:1 43:12,23 49:25 60:15 61:5 106:8 130:12 138:19 163:25 169:11,25 170:20

**pointing** 43:1

**points** 175:5

**portion** 136:18 151:7 152:2 170:12

**position** 11:21,23 20:1 52:12 58:23 64:1 68:9 70:9 92:8 137:13 161:2 181:13

**possession** 37:21

**possible** 179:10

**post** 96:9

**post-a.t.o.** 10:24

**post-high** 139:11

**post-hurricane** 96:16 169:2 170:17

**pre-hurricane** 169:1

**prefab** 164:12

**premise** 62:6

**premises** 119:2

**prep** 170:5,9

**preparation** 25:20 115:20

**prepare** 16:20 18:16 24:11 49:24 76:1 181:24

**prepared** 8:10 10:9 12:6 14:9,17 15:8, 10 23:23 24:20,23 26:3,5,22 28:1 40:3,4 45:22 51:19, 20,21 53:5,8 116:4,6 122:13 173:23 182:8

**preparing** 16:24 17:25 20:14 164:20

**present** 11:17 13:21 63:4 119:14 144:16 164:4

**presented** 7:11 65:19

**president** 137:15

**press** 176:8

**pretty** 14:5 68:13 71:3 98:5 119:6 124:7 131:18

**prevail** 150:2

**prevailed** 168:2

**prevention** 70:10

**previous** 30:4,5 32:1 33:1 34:14 36:10 52:4 68:15 162:9 180:24

**previously** 9:6,10,14 14:18,22 23:7 25:6,10 27:12 31:13 34:6 55:12 98:18 107:1 145:1 146:18 150:19

**price** 77:25 78:7,10,11 80:8 83:2 86:19 87:7,12 144:22 148:20 150:10 164:15,18,20, 22

**pricing** 76:2 77:18,23 79:10 82:3 144:18

**prime** 74:2 83:13 89:14 103:13 133:4 145:17 148:23 149:5,9 150:23 157:23 183:3

**print** 19:15, 23 118:20

**printed** 60:23 118:17,18,20

**prints** 118:19,21

**prior** 5:10 14:14 23:8 27:12 41:6 52:8 56:7 69:2 74:19 80:24 85:24 90:10,17 93:24 105:12 108:23 123:7 135:8 146:20 162:18 166:6

**private** 174:9,19

**Pro** 122:3,7, 23 123:8,12

**probable** 71:15

**probably** 14:13,16 119:4 127:15 146:25 158:23 160:7 170:5 181:14 182:9

**problem** 102:6 106:11 167:11

**problems** 14:22 88:5 111:23 130:8, 23 143:2

**procedure** 170:10

**proceedings** 44:20 63:10 71:13 133:20 183:7

**process** 10:12 14:2 17:24 20:8,14 68:2 74:14 75:25 84:22 98:12 134:23 143:20 144:11,14

**processed** 99:1 100:17

**produce** 7:1 11:6

**produced** 9:6, 10,14,21,22

10:4 11:11
33:9 123:1

**producing**
143:23

**production**
121:19

**professional**
4:2 70:14
138:6

**profit** 87:1,
22,23 88:8,12
89:5,23
133:3,7
151:7,8
152:16 175:1

**program**
158:24

**progress**
15:25 16:6
81:1 98:4
119:3,7
140:22 141:1
154:13

**progressed**
171:19

**progressing**
169:20

**progression**
169:5 171:2
173:4

**prohibited**
172:10

**project** 7:23
8:3 10:16
12:5,22,23,25
13:14 15:2,
20,21 16:14
17:2 19:14,
16,17 20:21
21:15 24:9
25:14,15
26:12 29:13
44:14 48:12
54:15 55:1,
10,13,16,18,
19,25 56:5,13
58:15 59:9,
14,17 64:2

67:7,11,15,
24,25 68:10,
19,22 69:6
70:5,9 72:5,
6,10,12
73:11,13,17
81:20 82:6
85:1 94:10
97:7 112:18
115:9 116:11
121:3,15,19,
22 122:11
123:16 126:5,
17 131:2,14,
25 132:5,21
136:4,11
139:17,18,20,
21 140:2,9,
10,12 141:2,6
142:21 143:1
145:13 146:20
147:14 155:25
158:19,20
160:13 161:12
163:23
164:13,19
166:24 167:7
169:7,14,19
171:1 182:22

**projects**
73:19 127:4

**proof** 23:16
44:7,9,13
146:5

**property**
118:25

**proposed**
46:9,13

**proposing**
77:22

**proprietor**
135:14

**provable**
101:13

**prove** 131:18

**provide** 46:15
58:1,3 61:3
88:3 89:2

99:10 116:9
129:9 181:12,
15

**provided**
10:11 24:1
89:4 91:12
96:13 154:9

**provider**
166:23

**providing**
59:7,8 60:16
81:6 88:4
106:22

**provision**
83:10,12
89:16,18
149:24 150:22
151:1,13
152:15,17
154:15,21
155:13,15
156:15,23

**provisions**
81:13,15
150:1 156:12

**provoking**
130:24

**public** 4:2
133:6

**pull** 128:1
131:21

**pulled** 130:6

**pulling** 128:4

**punching**
68:18

**purchase**
178:24 180:1

**purchased**
178:21 179:7,
11

**purpose** 40:6
77:17 119:2

**purposes** 16:9
34:20 35:19

**put** 7:14 12:8
17:13 28:13
30:4,7 54:8,
23 57:7 58:8

73:14 74:6
89:10 113:12
116:23 117:9,
19,21,24
119:24 122:23
131:19 134:24
143:25 160:13
162:23 163:1
165:23 167:8
168:10,11,17
169:16
171:15,16
176:7

**putting** 14:3
78:10 113:7
136:12 177:16
179:8

**PVGC** 13:6,8,
9,13 14:12,21
15:1 16:16
19:8,18 20:14
21:18 22:8,23
23:4,6,11,14,
24 24:6,12
34:21 37:3
40:9,10
46:12,19
47:12 48:2,6,
22 49:4,20
50:22 51:1
58:14,24
59:13,16
68:11 72:22
73:1 74:3,9,
11 75:6,17,19
76:3,4,8,18
77:1 78:16,
20,25 80:11
81:12,13,15
82:1,13 85:6
91:25 93:7
95:15 96:7,
15,22 97:8,9,
18 98:14
99:6,18,24
101:16 102:1,
2 103:13,14
104:14,19,20
106:6,20,25

107:9 110:12,
13 111:6,8
112:7 120:11
121:1 122:6
125:16 126:3,
11 131:2
133:3 145:12,
17,20,22
146:1,8
151:14 153:5
154:2,5,7,18
155:1,16,22
156:2 157:25
158:6 159:14,
18,25 160:18
161:4,5
170:20 173:7,
15 178:21,23
179:4,11
180:6,17
183:4
**PVGC's** 13:22
15:6 21:14
22:17 24:4,8
25:14,22
101:8 102:25
103:3 115:6
142:8 146:3
160:3 180:1

---

**Q**

---

**qualifier**
137:7,9 139:1
**quality**
141:16,20
173:5
**quantifying**
113:7
**quantities**
8:12 11:4
43:3,5 55:3,
14 90:11
119:18
127:14,19
128:15
**quantity**
42:7,8 78:9

142:9
**question**
5:14,15,16,21
6:8 28:6,16
46:18 47:10
64:11,13,16,
17 65:1,4,7
71:24,25
85:19 92:16,
22 102:19,22
107:13 112:9
128:13 135:1,
4 139:14
149:14,15
153:9 163:14
175:9
**questioning**
58:11 65:3
75:4 81:4
135:3
**questions**
5:12,14,19,
21,24 14:1
43:11 44:23
64:10,15,20
73:3 142:9
183:10
**quit** 165:20,
21 168:14
**quite** 146:25
**quitting**
167:3

---

**R**

---

**ranks** 68:16
**rate** 87:2
**rather** 149:11
**Raymond**
137:10
**re-mark** 147:4
**re-price**
144:21
**read** 19:4
89:21 109:22
110:19 111:14
151:2 154:14
183:12

**reading**
149:18 181:5
183:15
**ready** 130:13
144:1
**real** 112:1
138:10 161:6
167:11
**realize** 10:23
165:19
**realized**
161:1
**really** 16:4
33:2 69:3
70:21 73:10,
14 74:5 113:6
115:16 131:20
158:12 163:21
182:4
**reason** 57:21
62:2,12 75:9
117:17 125:16
**rebuild**
136:13
**recall** 13:16
15:18 20:15
45:25 59:19
60:15 62:20
106:3 160:23
166:15
**recap** 33:8
35:20
**receipt** 50:10
**receivable**
12:2
**receive** 19:21
20:17 22:15
33:20,21
54:11 108:25
109:3
**received** 8:2
12:12 17:5
28:23 29:6
32:23 33:6,19
34:10,11
35:16 40:8
53:23 55:21
97:19 99:9,25

102:1 103:4
104:6,9,20
110:2,24
128:13,14,18
154:5 155:16
166:10
**receiving**
35:18 160:23
**recently** 59:6
95:16 131:6
**recess** 44:19
63:9 133:19
183:6
**recollection**
108:13,14
142:17
**reconcile**
128:2
**reconciliation**
18:17,21
26:25 28:8
31:1,25 32:6
33:18 36:2,
15,25 37:7
39:2 45:16,
19,22 49:25
**record** 4:19,
22 5:11 7:10
15:21 23:5
26:3 32:10
36:8 40:1
51:24 63:21
75:14 97:3
109:23 110:20
111:14 126:2
134:6,9,24
182:17 183:2
**recovery**
177:17
**redone** 113:11
**reduced**
30:17,21,24
**reducing** 43:2
**refer** 72:6
124:10 152:5
**reference**
40:20 46:6
79:21 89:22

**referenced**
67:25 150:22
**references**
40:25 79:20
89:20
**referencing**
104:17 105:10
**referred**
59:25 61:4
**referring**
13:10 17:9
25:13 40:22
58:21 72:20
89:14 91:16
99:17 140:4
166:21
**refers** 89:17
153:1
**reflect** 39:22
**refrigerators**
175:19
**refused** 58:6
**refusing** 58:2
**regard** 93:7
114:15 146:3
**regarding**
9:12 15:6
59:21 62:22
63:5 73:1
74:1 102:8
145:25 163:8
164:5 178:3
180:8
**regardless**
170:9
**regular** 67:3
**reigns** 73:17
**related** 5:12
16:1 96:10
173:15
**relates** 74:4
**relationship**
95:17 164:5
**relevant** 11:3
**relied** 121:22
143:22

**rely** 123:13
159:21
**relying** 141:4
**remainder**
29:19
**remediation**
138:12
**remember** 9:21
13:24,25 80:6
84:19 93:10,
16 109:2
137:16 138:16
146:24
157:11,13
159:2 163:9
172:5
**reminding**
54:2
**removal** 94:23
95:13 175:20
**removed**
94:15,16
171:8
**removing**
181:9
**renovating**
136:9,10
**rental** 180:5
**rep** 65:16
81:11
**Repeat** 37:5
**rephrase** 5:15
64:11 82:17
135:2
**replace** 60:18
126:13
**replacement**
60:11 61:15
126:16 169:13
**replacing**
59:21 136:16
**report** 52:3
112:15
123:12,13,19
**reporter** 4:2,
6 6:1 28:18
64:22

**reporter's**
65:4
**reports** 68:5
116:12 123:5,
9
**represent**
4:23 9:23
134:10
**representative**
4:25 6:17
7:1,7,12
19:12 65:12,
19 73:25 74:9
93:3 115:2
134:11 145:3,
11,15 172:21
177:8 178:2
**representative**
**s** 134:15
**representing**
172:14
**request** 6:25
9:5,17 14:6
55:7 66:19,20
75:20 76:1
77:10,19
79:18 81:10
84:2,3,10
92:3 146:3
156:1 180:22,
24 181:8,9
**requested**
14:8 46:16
48:21 58:2
177:8
**requesting**
57:25 84:14
**requests**
46:9,20,22
53:8 74:11
75:7,16 77:5,
17 78:15,19,
22 79:14,15
81:8 85:17,21
86:2,5 90:17
181:10
**require**
156:23

**required**
81:19 84:25
153:17,18
154:7
**requirements**
148:10
**requires**
67:10 88:14
92:20
**requisition**
39:12 111:8
**residential**
71:1,3 136:1
**resignation**
167:14
**resources**
96:2
**respond** 28:17
65:3
**responds**
98:24 99:20
**responsibiliti**
**es** 12:1,4
67:8,15 138:1
**responsibility**
123:5 170:11
**responsible**
180:3
**responsive**
5:20 9:16
64:17 66:20
**rest** 114:12
**restate** 5:14
64:11
**restoration**
171:8
**result** 37:16
165:15 174:3
**resume** 158:14
**resumes**
165:23,24
**retain** 132:6
**retainage**
31:9,12,15,22
32:8,15 36:20
41:6 52:17

retired  68:22
  69:9 135:13
return  26:1
  40:7 102:12
  103:14 104:20
  155:18 156:2,
  15,17,24
returned
  18:10
revealed
  55:12
review  6:18
  8:23 17:3
  19:15 20:19,
  22 58:13 78:5
  79:17 86:4
  92:21 100:3,
  6,13,15,20
  101:1,21
  111:14,15
  113:25
  116:15,16
  122:1,5
  131:14 155:13
  160:1 174:14
reviewed
  42:21 57:24
  86:1 90:16
reviewing
  42:22 84:21
  100:11,22,24
  101:4 102:11
  122:13 141:16
  142:7 179:16
reviews
  121:12 160:2
revise  21:12
  57:14
revised  21:8
  130:5
revisit  102:6
  164:25
rid  126:25
  129:23,25
  159:3
ridiculous
  164:18

right  10:13
  11:1,14 13:11
  17:21 18:24
  23:13 26:2
  27:1,8 32:10,
  20 34:1,16,
  21,22 35:13
  36:23 41:2,4
  43:7,22 45:3,
  15 46:12 56:2
  65:11 66:18
  72:13 82:5,13
  85:18 86:3
  87:3 97:1
  109:11 117:7,
  10,12 118:6
  120:2 129:5
  136:23
  143:12,23
  146:19 148:23
  149:4 152:22
  157:25 158:17
  164:11 165:7
  170:3 174:1
  176:8,17
  181:11
risk  87:7,18
Rob  158:17
Robert  13:2,5
  14:12 19:19
  56:5 60:16
  62:14 63:5
  72:21 73:2,5
  74:24 140:9
  143:16 145:25
  146:5 160:10,
  11,16,24
  166:14 168:4,
  19 179:1
role  20:18
  73:12 84:20
  139:20
rolled  169:21
room  117:24
  124:18,21
rooms  68:18
roundabout
  69:10 71:20

routine
  141:13
rule  28:14,15
  106:12,13
rules  64:8
  134:24
run  68:12
  69:12 139:24
rushed  169:16
Ryan  73:11,21
  157:6 172:18

_____

S

_____

S-H-A-N-E
  137:12
Saddler  58:20
  59:20 60:8,21
  84:20 106:3
  182:11,12
Saddler's
  58:23
said  15:11
  39:24 42:23
  43:25 57:12
  60:24 69:11,
  14 78:10,12
  84:23 88:1
  95:25 104:24
  106:9 108:10
  110:15,16
  116:6 119:19
  124:1 125:23
  127:21 128:1
  129:15,20
  130:3,9,11,
  12,16 141:4
  142:14
  146:14,16
  152:9 156:9
  157:2,3,8
  158:16,20
  159:5 162:22
  164:23
  165:11,12,21
  168:10,11
  169:4 177:10

sake  65:4
same  20:9
  39:21 42:7,8,
  12 44:1,2
  52:2 64:9
  92:16 101:3
  120:22 124:3,
  25 137:4,19
  148:15,21
  167:4 176:20
Sarasota  70:3
sat  5:9 130:3
  165:3
saved  120:8
saw  70:19
  72:19
say  8:24
  13:5,9,19
  15:24 17:7
  19:16 29:16
  36:7 45:18
  49:13 59:4
  62:21 67:22
  68:23,24
  72:6,13,19
  78:2 88:10
  93:17 100:18
  102:5 108:9
  112:24 113:17
  114:7 118:12
  119:1 125:3,8
  126:24 133:5
  139:18 140:1,
  5,15,21 163:4
  169:11 171:3,
  22 172:23
  181:20
saying  6:2
  32:24 34:11
  37:22 39:1,4
  64:22 73:23
  81:16 88:2
  89:1 100:21
  101:3 116:14
  119:12 120:6
  132:9 165:20
  167:2
says  10:1
  30:7,11 36:25

40:18 47:16
54:6 58:7
60:20,21
61:20 79:19
80:3 83:11
100:16 110:6
114:3,8
117:15 130:18
149:23 151:22
153:1 156:15
165:8 176:1
179:22
**scenario**
124:25
**schedule**
17:12 18:15
22:22 40:21
45:11 49:11
111:19,21
115:10
140:18,22
141:3,21
148:4 175:21
**schedules**
68:6
**school** 68:14
69:14,16
139:7,9,11
**scope** 76:1
78:6,9 83:2
85:15 88:8
94:7 115:7,14
127:7 132:7
148:19 154:6
155:19 175:21
179:5
**scramble**
129:4
**scratched**
80:3
**scratching**
77:21
**second** 13:1
158:4 181:20
**secondhand**
63:3
**secretary**
11:22 12:1

58:25 85:1
122:15
**section** 81:8,
17 115:5
153:21
154:14,17
155:12
**sections**
169:15
**secure** 119:2
**see** 7:4 11:12
17:20,22 18:8
21:16 24:18
27:3,6,14
28:10 30:11
31:4 32:2
40:19 41:18
60:12 77:5
79:7 91:9
96:12 106:12
110:7 111:3
114:24 132:15
150:3 151:11
158:4 161:24
162:1 165:6
167:11 179:20
181:21
**seeing** 84:19
91:12
**seeking** 9:7,
11 114:2,3,6,
9,10 146:9
177:1,17
**seem** 121:24
**seems** 129:22
**seen** 72:16
101:2 103:24
108:5,23
128:8,11
176:16 178:9,
11
**self-performs**
158:16
**sell** 159:8
**seminars** 70:2
**send** 17:1,14
19:9,11,13,
14,16 53:25

76:3 99:3
144:3 181:24
**sending** 14:4
18:11
**sends** 54:22
**senior** 7:22
8:19 9:9
10:10 12:4
16:13,14,17
21:15 24:9,13
44:14 51:22
53:15 60:11
64:2 67:6
68:10,21
69:6,9 72:7
75:17,24
93:20 95:15,
24 96:1
107:22 116:25
117:3,4,13
123:24
124:10,14
125:8 139:19,
21 140:1
145:13 147:14
167:7 171:21
172:6 182:25
183:1,4
**sense** 77:23
**sent** 17:3
20:21 21:4
53:25 74:23,
25 75:2,3
81:1 97:23
105:12 108:10
109:8 126:6,
10 130:21
**sentence**
158:4
**separate**
40:22 132:23
174:4
**September**
22:5,9 45:21,
24 46:8,20
49:1 53:10
56:10,17
97:18 98:10
104:5,7,18

105:10,11,12,
13,19 120:23
125:15,18,22,
24 127:9,22
128:2,7,10
130:1,5,7,8,
16,17 155:24
168:25 169:1,
22 170:2
**series** 5:12
**Serinca** 41:7,
9,16 42:1,6,
11 43:8 44:1,
25 45:11
52:20 93:5,7,
15,21 94:6
112:12 132:7,
9 175:12,15,
23 176:22
**Serinca's**
45:4 52:21,25
**seriously**
166:3
**server** 120:8,
18
**set** 57:18,22
58:15 87:1
119:3 124:13,
15
**seven** 8:1
21:13,14
69:10 154:19,
25 155:17
175:23
**several** 40:17
54:1 163:5
**shaft** 117:7
**shall** 150:2
151:9
**Shane** 137:10
**she** 13:3,25
14:2,8,10,24,
25 15:2,7,9,
15 18:3 19:15
54:20,22 58:6
60:24 61:23
65:23 84:22,
23,25 85:2

88:24 98:25
99:8 100:22
101:4 104:24
105:7 116:6
119:17,19
122:15 123:2
125:23 127:25
128:1,4,5
129:15,17
130:9,16,18
142:1,9,11,
13,14,19
164:18,22

**she's** 18:2
19:2 58:25

**sheet** 17:11
25:2,4,11,20
26:19 30:2,6
32:7 46:1
49:2 50:16
52:18 97:25
176:6,7,14
178:4,8

**sheetrock**
94:15,17,23
95:13

**sheets** 17:16
40:17 116:4,7

**shirts** 162:2,
4

**shooting**
119:9

**shop** 121:18

**short** 94:12

**shortly** 13:2,
5 109:24
110:21

**should** 28:2,
12 60:21
61:20 73:25
99:2 100:17
105:14 123:8
145:14 175:25

**Shouldn't**
35:15

**show** 40:14
54:24 57:20,
21 98:18

105:8 120:21
131:22 144:25

**showed** 118:2,
4 120:18

**showing** 60:1
89:5 91:13

**shows** 25:11
33:9 35:21

**shut** 93:12
159:21 160:8,
21

**side** 66:1
68:21 96:24
121:7 172:6,8

**sign** 46:12,19
53:11 56:24
75:6,9 79:2
82:8

**signature**
18:6,9,10
47:17 51:6
80:10 83:23
85:7 114:21
147:18

**signatures**
17:19

**signed** 18:4,
7,8 19:7
23:23 24:17
27:10 46:10,
23 47:5 49:21
76:7,10,18,20
78:24 82:1
83:7 85:11
87:17 88:19
89:25 90:3
91:1,4,25
92:13 97:17
160:5

**signing** 90:17
183:15

**signs** 18:3

**similar** 51:20

**simple** 131:18

**simply** 163:11

**since** 11:24
68:12 70:12
114:5 135:15,

17,22 137:2
146:19 147:1

**single** 42:12
119:21

**sir** 64:14
144:12 149:7
172:17

**sit** 157:3

**site** 12:22,23
13:14 15:3,
20,21 16:2
17:2 26:13
27:19 29:2
30:20 42:11
56:6 67:24
72:11,23 73:1
107:18 108:3
121:3,15
122:20 130:2,
25 140:3,10,
12 141:6,7,
12,16,20,22
142:4,6,22
143:6 146:16
161:17 164:13
169:13,14
171:6 172:21

**sites** 119:5

**sitting** 64:7

**situated** 13:1

**situation**
62:23 163:8
166:17,22

**six** 7:19
14:13 32:7
69:10 175:22

**skin** 136:19

**skip** 48:9

**slipped** 160:7

**slow** 169:21

**small** 136:20

**smart** 126:15

**smooth** 139:24

**so** 4:22 5:15
6:1,7,23
10:18 13:3,12
18:11,20
19:7,23 20:11

21:8 22:7
23:5,11 24:7
25:19,25 26:3
27:24 28:11,
22 29:19
30:16,17,21,
23,24 32:14,
22 33:2,17
34:13 36:8
37:17 38:10,
22 39:12,19
41:2,20,25
42:16 45:8,9
46:6,25 48:9
49:13 50:7
51:24 54:11
55:1,23
56:10,16
57:2,10 58:3,
6,14 59:12
61:20 62:21
64:11,21
66:1,11,22
68:1,22
69:21,23
70:12 73:16
77:16 78:1,5
83:14 86:4,24
87:15 89:21
90:16,21
96:1,2 97:24
98:7 101:18
105:13,14
106:15 107:21
108:12,24
109:7,9
110:14 112:22
115:4,25
116:14,23
118:6,11
120:1,4
121:19 122:20
123:6,8,17
124:4,7,13,21
128:3 129:8
130:12
131:10,12,22
132:17 134:9,
22 135:16

136:21 140:9,
25 141:9,19
142:6 143:13
144:9 146:12
148:17 149:5
150:5 157:10
158:24 159:12
160:9 161:1
163:3 165:5,
11,16 167:4,
12,17,25
170:4,9,13
171:13,23
174:1 177:19
179:25 181:7
182:20 183:2
**sole** 135:14
**some** 7:9 14:1
19:6 28:22
39:10 42:3,13
49:25 55:12
61:5 64:7
66:10 75:8
77:22 78:12
81:20 84:6
94:1 118:10
119:9 124:2
142:25 151:2
152:21 170:8,
20 172:1
**somebody**
41:23 62:8
121:23 129:7
165:12 166:3
181:23
**Somehow**
121:11
**someone** 13:23
14:8 15:7,13
62:9 106:17
121:8
**something**
42:20 57:12
60:22 61:21
82:8 101:21
108:10 115:15
124:3,7 129:3
132:2,10
146:14,17

157:6 158:22
159:14 163:1
181:5
**sometime**
98:10 146:25
168:11
**somewhere**
33:8 135:13
174:8
**son** 137:8
144:18
**soon** 117:21
**sooner** 166:25
**sorry** 22:5
30:3 180:10
**sort** 67:24
114:14
**sought** 114:16
173:4
**sounded**
159:14
**south** 146:22
147:1
**speak** 114:15
120:7 157:5
166:14 178:3
**speaking**
37:24 39:21
73:25 114:24
**special** 114:4
**specific**
82:24 87:1
108:14,15
109:4 116:25
**specifically**
15:15,17
172:5 176:1
**specifics**
115:16
**specifying**
152:15
**speculating**
89:21
**speed** 157:14
175:10
**spell** 137:11

**spelled** 25:18
150:17
**spelling**
19:13
**spend** 141:9
**spending**
87:15
**spends** 119:17
**spent** 139:24
164:19
**split** 96:3
**spoke** 157:8
**spoken** 15:2
**spot** 119:20
**spread** 17:16
25:2,3,10,20
26:19 30:2,6
40:17 46:1
97:25 116:4,7
176:14
**Sr** 131:13
**stack** 117:3,
12,14,16
118:3,4,5
119:14,21
124:1,11,23
**stacks** 118:7
125:9
**staff** 160:2
**stamp** 120:13
**stamped** 120:8
**stand** 182:2,4
**standard**
71:24 170:10
**standing** 25:7
**stands** 165:8
167:19
**standstill**
98:6
**start** 28:18
66:24 91:12
106:20 127:2
143:8 171:18,
21 173:12
177:4 178:19
**started** 42:22
72:12,14

73:11 78:11
88:4 124:23
129:2 132:8,
10 158:15
165:20,24
168:14 169:13
**starting** 6:24
65:14 91:13
129:4
**state** 4:3,18
7:10 63:20
99:8 105:20
134:6 136:25
161:6,8
**stated** 20:12
93:2 95:14
115:12 146:18
161:12 163:11
178:1
**statement**
101:6 168:8
**states** 81:17
83:18 89:9,19
92:20 103:17
111:17
138:14,20
**stating** 62:15
128:4
**status** 96:15
173:16 175:8
**stay** 166:8
170:14
**stayed** 129:12
168:4,5
**steady** 168:23
**steps** 105:4
**still** 35:21
38:22 39:10
42:5 57:5,13,
24,25 66:8
95:6 99:8
100:3,22,25
101:4 111:19
125:5 129:17
138:18 159:10
**stipulated**
133:11

stop  80:25
    88:23  158:17
stopped  69:23
storage
    171:16  180:6,
    7,16,17
stored  30:18
    31:11,23
stories  136:5
storm  70:10
    172:16
storming
    165:4
straight
    113:10
streamline
    114:25
Strictly
    135:25
strike  10:18
    14:10  15:4
    26:23  33:6
    48:10  96:12
    104:19  109:12
    174:13  177:3
stripping
    136:11
structure
    136:15,17,22
structures
    137:5
studio  42:21
    117:1,5,10,11
    118:11  124:19
studios  125:4
studs  94:18
stuff  42:23
    43:20  61:19
    66:10  114:18,
    19  131:9
    158:16  163:10
    168:9,15
    171:7  178:17
sub  82:10,22
    103:1  128:16
    130:14  133:8,
    13,15  144:15

149:17  152:6
sub's  54:23
    55:21  123:4
sub-agreement
    157:24
sub-agreements
    149:10
Sub-section
    151:22
sub-
subcontractor
    131:24
subbing
    106:15
subcontract
    8:12  41:11
    74:1  76:5
    83:9,11,12,
    13,19,20
    89:16,19
    93:6,9,14,23
    108:22  111:18
    127:8  147:10,
    12,19,21
    148:12,14,18
    149:12  150:1,
    2,6,8,14,15,
    25  151:18,21
    152:3,18
    153:10,21,24
    154:3,12
    155:10  156:13
    157:22  158:22
    163:16  169:7
subcontracted
    133:1
subcontracting
    106:10
subcontractor
    17:4  18:13
    19:9  20:13,
    17,20  81:14
    97:7  102:3
    103:5,6,16
    115:8  125:12
    126:13  127:1,
    15,17,18
    132:23  150:3

151:8,11
    153:12,19,22
    158:20
subcontractor'
s  141:1  151:6
    152:22
subcontractors
    12:11,13
    16:25  131:1
    143:20  149:1,
    17  152:12
    158:10,11
    164:21
subcontractors
'  12:7
subcontracts
    8:11  115:11
    125:21  126:4
    132:12  133:9
    145:12,18
    147:15  149:19
    153:5
subject  71:12
    72:7
submit  12:14
    16:25  55:23
    57:6,14  74:20
    97:22  111:6
    170:16
submits
    170:20
submittal
    144:10
submitted
    7:21  8:19
    9:8,12,25
    10:4  12:9
    14:14  16:16
    35:20  44:1
    49:20  53:8,17
    97:8,10,16
    98:15  99:4,
    13,18,19
    110:1,11,13,
    23
submitting
    10:15  143:25

subpoenaed
    173:12
subs  14:3
    17:16  54:1,21
    57:8  58:18
    67:14  122:24
    126:22
    140:17,21
    160:13
subs'  57:8
    144:2
subsequent
    23:24  24:3
    84:1
subtracted
    36:17
such  58:16
    61:14  110:2,
    24  132:11
    137:15  153:17
sudden  165:17
suggesting
    42:25
suggests
    99:21
sum  27:2
    29:22  62:21
    76:14  77:7
    79:10  80:17
    82:3  86:5,8,
    14,16,18  87:4
    88:16,20
    90:5,11  91:6,
    19  133:9
    149:1
summary  27:24
    28:3,7  52:18
    177:24  178:4,
    8  181:21
superintendent
    55:13,21
    122:11
superintendent
s  12:25  55:17
    67:12,14  68:1
supervisory
    70:8

**supplied**
158:8 179:4

**supplier**
180:1

**supplying**
126:13

**supposed**
39:13 122:24
149:2,16
166:8

**sure** 5:10 6:5
19:6,13
20:23,24 23:6
40:2 67:16,22
68:5,7,8
81:5,6 84:24
85:1,2 98:13
109:8 115:18
121:21 134:23
137:24 160:3,
9 173:16

**surveillance**
118:24 119:1

**survey** 143:24

**suspended**
166:20

**suspicion**
156:5

**suspicious**
97:24

**sustained**
173:25

**swear** 4:6
63:14 133:24

**Swift** 70:9

**sworn** 4:13

**synopsis**
123:17

**system** 123:4

━━━━━━━━━━
**T**
━━━━━━━━━━

**tab** 16:15
21:13

**table** 28:19
160:12

**tailend** 56:7
61:18

**take** 6:2,6,9,
18,24 17:4
29:5 34:14
35:8 38:3
44:15 57:23
58:5 64:22,24
87:18 104:12
109:4 113:25
118:12 135:3
142:10,11
151:2 152:21
154:14 155:13
159:7,12
163:18 171:12
183:5

**taken** 4:1 5:6
27:22 44:19
63:9 64:4
74:7 133:19
134:17 178:24
183:6

**takes** 120:18
176:12

**taking** 6:16
89:1 92:7
136:12 145:2
183:11

**talk** 65:5
72:5 115:16
126:21 131:8
176:24

**talked** 157:2

**talking** 19:17
93:25 128:7
165:1 172:4

**talks** 149:11

**tallest** 136:6

**target** 74:18

**tasks** 140:13
172:24

**tax** 158:24

**Taylor** 4:17,
22 6:13 10:20
11:1,8 23:14,
20 35:2 43:19
44:11,21

50:14,20 60:6
63:7,19 75:12
82:18 93:1
96:5 97:5
100:5 101:15
102:22,24
103:22 105:24
108:18 109:15
116:22 126:20
133:16 134:5,
8 147:4,8
177:23 182:15
183:2,8

**team** 140:18,
19

**technically**
93:13

**tecum** 6:16
9:4 145:2

**Ted** 72:21
73:6 143:16
165:2,3,6
168:8 179:22
180:3

**Ted's** 165:5

**tell** 15:14
16:23 24:23
29:24 30:1
35:25 74:14
75:24 78:1
115:16,22
116:23 117:14
125:10 127:18
128:18 132:11
134:25 135:8
155:3 158:15
165:8 166:21
168:20 173:22
175:23 177:9,
12,25 178:14
179:10,15
181:2

**telling** 28:1
38:25 42:4
119:21 120:24
166:16 168:9
176:20

**tells** 118:6
152:12

**temporarily**
170:13

**temporary**
117:19,22,25

**tenants** 171:4

**tendering**
97:19

**term** 150:11

**term-wise**
82:22

**terminate**
130:22 166:13

**terminated**
8:11 125:20
126:3

**termination**
93:23 96:4
108:22 109:4
126:6,8
130:21 168:7,
20

**terms** 83:9
148:21 150:6,
7 152:4,13
153:14 157:19
163:15

**Tertan** 4:1

**testified**
4:14 23:7
50:9 105:5
111:6

**testify** 7:2,7

**testimony** 4:7
7:8 63:14
115:5 133:24
171:23

**texting**
165:20

**than** 15:19
26:19 61:13
89:6 94:18
99:2 100:18
108:13 115:11
116:1 121:24,
25 128:20
133:9 136:15
175:20 177:16

| | | | |
|---|---|---|---|
| **thank**  63:7 | 41:10,18,24 | 84:7,8,12,19, | 10,20,21,22 |
| 66:18 | 42:13,14,15, | 22,25 85:2 | 125:23 126:13 |
| **that**  5:10,13, | 17,25 43:2,6, | 86:6,11,19 | 128:9 129:21 |
| 14,17,21 6:7, | 9,25 44:3 | 87:5,7,10,17, | 130:12,14,16 |
| 9,25 8:12,23 | 45:5,9,12,17, | 18,23,25 | 131:5,17,20, |
| 9:5,10,13,16, | 18,22 46:8, | 88:1,3,25 | 21 132:2,3,18 |
| 23,24,25 | 12,24 47:17, | 89:6,11,13, | 133:5,10,24 |
| 10:3,4,5,7, | 18 48:5,10, | 17,19 90:3,12 | 135:12,15 |
| 11,18 11:3,6, | 17,25 49:13, | 91:17 92:5,8, | 136:9,20 |
| 10,23 12:13, | 21 50:3,4,16, | 9,12,13,16, | 138:10 139:23 |
| 16 13:9,13 | 22 51:6,19, | 18,23 93:3,7, | 140:15,20 |
| 14:8,10,11, | 21,24 52:2,5, | 24 94:4,19 | 141:5,12 |
| 16,18 15:4,6, | 12,17,19 | 95:16,21 | 142:25 143:3 |
| 24 16:18,23 | 53:5,6,8,10, | 96:9,10,12, | 146:5,8,10, |
| 17:5,22,24 | 12,14,22,23 | 16,20,22 | 12,13,17,18, |
| 18:11,18,23, | 54:5,6,7,18, | 97:1,9,12,18, | 20 147:18,25 |
| 25 19:1,2,5, | 24,25 55:7, | 19,20,23 | 148:5,8,12, |
| 13 20:8,9,12, | 13,21 56:8, | 98:3,15,23 | 17,25 150:3, |
| 15,24,25 | 13,23,24 | 99:6,12,16, | 7,10,13,21,23 |
| 21:3,6,7,16, | 57:2,4,11,15, | 20,22,23,24 | 151:1,5,11, |
| 21 22:11 | 17 58:3,5,7, | 100:9,13,24 | 13,17 152:3, |
| 23:6,12,21,25 | 13,14,15,18 | 101:6,20,23 | 7,17,20,23,25 |
| 24:1,3,16,17, | 59:4,6,11,23 | 102:11,13 | 153:3,5,11 |
| 18 25:1,3,4, | 60:2,12,15, | 103:5,14,15 | 154:7,11,14, |
| 11,12,13,25 | 18,19,24,25 | 104:17,20,23 | 18 155:4,5,8, |
| 26:10,19,22, | 61:1,2,5,10, | 105:14 106:9, | 9,13,16,19,22 |
| 23 27:3,7,10, | 11,23,24 | 13,14,19,21, | 156:2,3,11,20 |
| 12,14,16,17, | 62:1,3,5,10, | 23,25 107:5, | 157:7,25 |
| 21,22 28:1, | 11,15,16,20 | 8,10,14,18,21 | 158:7,25 |
| 12,13,23,25 | 63:2,3,14 | 108:7,10,12 | 159:5,9,15, |
| 29:1,3,6,7, | 64:13 66:11, | 109:6,12 | 19,20 160:12, |
| 16,21 30:7,8, | 23 67:10,11, | 110:6,7,9,11, | 15 161:1,10, |
| 14,16,20 | 20,23 68:2,7, | 16,19 111:3, | 12,22,23 |
| 31:4,6,7,8, | 21,25 69:5,9, | 6,7,8,9,17,20 | 162:14,19,22, |
| 13,20 32:2,4, | 12,20 70:7,20 | 112:7,25 | 23 163:5 |
| 5,9,11,17,19 | 71:6,11,17 | 113:2,4,8,13, | 164:5,15,19, |
| 33:6,7,8,19, | 73:1,21,23 | 24 114:13,14, | 20,23,25 |
| 21,22,25 | 74:12,14 | 17,21 115:1, | 165:11,13,24 |
| 34:8,16,23 | 75:1,6,21 | 4,6,18,20 | 166:5,6,12, |
| 35:4,12,14, | 76:3,4,10,20, | 116:15 117:2, | 13,16,17,21, |
| 18,20,21,23, | 23 77:4,5,13 | 5,6,8,11,18, | 22,24,25 |
| 25 36:16,17 | 78:9,11,21 | 19,20,21 | 167:1,13 |
| 37:1,2,5,8,25 | 79:2,5,10,14, | 118:15,16 | 169:3,12,22, |
| 38:4,5,7,8, | 20,21,23 | 119:12,13,21, | 24 170:6 |
| 10,11,25 | 80:3,6,8,14 | 22,23 120:1, | 171:9,19 |
| 39:1,4,10,22, | 81:8,12,17,23 | 5,6 121:11, | 172:1,9,15,23 |
| 23,24 40:2,3, | 82:7,8,10,11, | 12,15,22 | 173:4,5,7,13, |
| 4,7,8,17,22 | 12,17 83:6, | 122:5 123:2, | 16,17,21,22, |
| | 11,13,24 | 20 124:2,5,6, | 25 174:4,7, |

10,12,13
175:2,10,16,
19,24 176:1,
2,7,16,18,21
177:3,6,7,8,
9,10,15
178:3,19,24
179:4,8,16,18
180:6,7,9
181:3,18,20,
21 182:5

**that's** 6:1
7:16 9:1 14:4
25:18 26:17
28:6,8 29:8
30:19 31:20
32:16 34:6,13
35:13 36:21
37:7,10,11,13
38:19 39:16
40:21,22 41:5
46:18 47:16,
20 54:22 60:2
66:8 67:3,10,
14,19 71:3
72:7 74:5
76:6 82:12
84:4,17 85:10
86:10 87:12,
16 90:7 91:8,
20 95:25
96:25 98:17
100:21 106:23
107:5,6
110:18 111:10
112:16
113:17,22
114:12,13,22
118:14 122:8
123:3,14
124:24
127:15,21,22
129:15,20,23
131:8,10
141:23 142:16
149:4,8,21
152:16 155:21
158:5,23
159:20 160:15

162:21 165:9,
16 166:23
167:12 168:3,
6 174:18
175:3,6,9
179:6,22
180:9,12

**their** 13:1
16:25 18:14
19:23 20:24
21:5,6,8,9
22:21 23:6
25:7 28:25
30:4,17,21,24
35:8,9,10,11
37:9,19 40:13
42:21 45:11
46:6 54:24
55:17 57:8,
14,16 59:13
67:16 74:20
87:23 88:11,
12 98:22
100:11,13,14
101:18 118:2,
12 122:11
123:5 127:7,8
128:18 140:23
156:7 158:22
159:21,22
160:13 162:2
164:13 165:1,
24 168:17
170:15 180:9,
19 181:13

**them** 7:9 9:22
10:12,21,24
11:7 12:8,25
14:3 17:1,3,
6,7,10,13
19:14 21:11
25:3 32:23,24
34:3,7,12
35:6,18 36:7
38:5,7,25
39:19 40:15
41:17 46:16
53:24 54:2,4,
5,8,20,21,22

56:7 57:6
61:4 62:12
67:12,16 68:4
71:23 74:18,
22 77:24
81:2,16,25
84:23 85:17
87:11,18 88:3
89:7 90:21
96:1 99:2
100:13,17
101:8,9 103:2
108:1 123:1,
10 128:18,25
129:8,12
130:24 131:19
135:8 138:16
140:21 149:12
153:18 157:8,
16 159:7
162:5,6
167:10 168:12
172:15 174:18
176:13 178:16
180:11,12
181:16

**then** 15:24
18:16 19:9
21:10 25:11
36:17,19 38:1
39:7 43:4
44:1 47:9
69:18 72:16
75:1 76:2,3
78:20 84:23
93:13 99:21
107:4 110:16
111:8 112:13
114:8 123:12
130:6,9,20
135:15 139:7
143:7,17,25
147:22 148:10
149:1 154:7
160:1,4,8
168:21,25
169:22
170:15,16
171:7,19,21

172:7 181:8

**there** 13:24
14:8,13 17:19
24:9 25:11
27:24 28:1,12
29:14,15
30:14,23
35:20 38:19
40:17 42:13,
18 43:15 54:6
56:6,9 57:11
59:9,19,23
62:18 64:25
65:14 66:7
70:7 71:1,14,
15 72:13,14,
15,17,18
73:10,16 74:6
75:2,9 77:12
81:7,17,22,24
83:15,22
84:2,15,18
85:2 92:2
94:19 95:1
96:3,6 98:7,
11 99:21,22
100:12 101:7,
12 102:4,16
106:24
107:11,13
108:3,9
112:12,13,16,
19 113:1,8
117:8,23
118:6 120:3
122:25 124:2
125:12,14,23,
24 126:10
127:20 129:5,
13 130:5,7,
17,22 131:9
132:2,25
137:22
141:19,21
142:8,19,25
144:9 146:23
148:4 150:5
151:5 152:23
155:4 157:23

Peter Wi Cortmgeneral Excerpt Court Order Baudouin

July 25, 2018                                                            55

158:17 159:6
160:19 161:9,
14,15 162:16,
19 163:9,22,
25 165:7,8
167:12,20
169:4,11
171:16,25
172:1,7,8
173:14 174:8,
10,22 175:17,
20,21,22
176:1,9
178:13 179:1
181:7

**there's** 9:5
28:7 30:11
33:8 38:20
40:19 58:7
66:10,18
79:13 81:17,
18 83:11 84:5
89:16,18
101:22 103:7
110:6 113:6
117:8 118:6
119:5,21
123:11 125:19
130:19 131:5,
19 133:7,14
143:9 147:22
157:18 176:7,
8

**thereafter**
109:24 110:21

**therefore**
22:16 32:24
90:21 145:16
163:14

**Thereupon--**
4:11 63:11
133:21

**these** 9:19
58:8 61:12
66:21 68:3
77:16 78:5,
12,14,18 81:3
82:1 85:16
86:12 87:10

89:2,21
90:13,16
91:11 107:20
115:23
117:15,17
118:7 119:18
120:9,14
121:12 123:2
128:15 130:11
132:12 133:2,
7 147:18
148:18,24
153:5 156:12
159:17 176:13
180:23 181:12

**they** 7:3,14
11:3 12:4
15:8 17:2,14
19:21 20:24,
25 21:1,4,7
23:8 25:6,9
27:17,18,21
28:5 29:1,6,
12,16,17
30:5,9,10,12,
13,15,16,20,
22,25 31:13
32:19,25
33:2,6,20,21,
22,23,25
34:1,4,6,10,
11,17,18,20
35:4,6,15,16
37:10,11,14
39:8 41:12
42:18,23,24
51:17 53:19,
20,21,22,24,
25 54:8,9
56:8 57:4,5,
13,15,24 58:2
59:6,8 61:2
63:5 67:16
68:5 71:21,23
73:14,18
74:18,20,23
77:21,23 78:9
81:6,9 82:2
85:2 87:5,6,

21,25 88:1,4,
6,8,9,12
89:5,6,9,10,
11 91:13,14,
15 94:1,3,5,
7,8 95:22,25
97:19,22
98:15 99:6,10
100:4,9
101:6,12
105:15
106:14,15,23
107:1 108:3,
10 109:7
112:10,11
113:8 117:1,
16,17,18,21,
23,25 118:2,
4,7,9,10
119:24
120:23,24
121:10,24
122:10 123:1,
10,14,15,16,
17 124:1,3,5,
6,19,21,23
125:3,9 126:5
127:9,12
129:1,9,11,
12,13 130:4,
5,6,8,15,19,
21,22 131:9
132:14,25
140:19 141:2
144:20 155:4,
18 156:8,9
157:13 159:8,
22 162:2,3,21
164:13,19,20,
21 167:20,21
168:17 171:6,
10,11,15,20
175:24,25
176:2,10,11
180:9,19
181:3,4
182:2,3,6

**thick** 176:18

**thing** 9:3
53:4 80:25
81:22 95:12
114:14 117:6
118:1 120:23
126:15 130:21
131:7,17
137:19 143:23

**things** 22:12
42:11,13 69:2
70:11 73:19
81:4,23,24
82:11 88:24
89:21 98:2,3,
5 114:3
121:24 122:17
129:2 130:19,
20 131:19
139:23 141:21
142:12 175:10
176:10 178:24

**think** 8:23
9:1 11:1,12
12:16 33:24
34:23 39:24
60:2 68:25
72:1 83:14
102:7 106:11
108:24 119:5
128:23 137:23
138:18 143:17
151:19 153:3
157:10,23
160:16,25
162:5,25
163:3 165:1
169:15 170:1
174:18 176:20
177:19

**thinking**
130:13,14

**third** 68:13

**third-party**
166:23 167:4,
15

**Thirty** 162:4

**this** 4:8 6:5,
15 9:3,6,16,
25 10:5,6,15,

16 13:2 14:6,
11,14,19
16:15,20,24
17:6,8,14,18,
24,25 18:4,
11,20 19:3,7,
9,11 23:4
24:20,23 25:9
27:16 29:15,
24 30:2,11,17
31:8 33:9
35:19 36:8
39:6,12,22
40:9,18 41:1,
2,6,13 42:1
43:13 45:12
46:11 47:23
51:8,11,20
52:1,5 54:3
60:9,14,15,
20,24 61:1,3,
14,19 63:5,15
65:11 67:21
68:12 71:24
72:8 73:17
76:16 77:7,9,
20 79:12
80:17,19,24
81:20 83:6,21
84:15 85:7,11
86:8 88:16,
19,25 90:5,9,
23 91:2,6,18,
22,24 92:2,13
97:7 99:4
100:9,16
103:18 104:6,
16,17,22
105:9,12,20
106:4,8,11,16
107:1,7
108:2,4
109:3,10
111:22 112:1,
22 113:2,14,
20 116:16
117:9,10,11
118:1,12,23,
24 119:12,24

120:23
121:17,19
122:7 123:18,
24 124:5,7,9
126:24 127:5
129:22 130:3,
15,23,24
131:2,22
132:14,22
133:6,25
134:22 135:19
136:4,6,10
139:13 145:10
146:9,20
147:4,5
149:17 150:20
151:3 153:18,
23 154:3
155:15 156:5,
15,23 157:9,
11,15,19
158:3,23
159:4,12
161:21 163:8,
10,18,19
164:24 166:12
167:4,25
168:11,13
170:19 173:22
174:13,14,16,
18 175:8,12,
16 176:4,7,
12,24 177:1,
13,18,25
178:9,20
179:22
180:14,17
181:5,18,24
182:5,9

**those** 7:4,8,
20 10:19,21
12:18 15:19
17:1,20 20:19
22:2 25:5
34:16 36:11
39:9 58:4,17
63:2 66:12
70:6 72:22
78:14 79:14

85:19 86:4
87:13 94:14
114:20
120:24,25
121:25 125:5
128:23 138:8
142:14 144:8
147:15 148:2
149:5 153:14
163:12,16
171:3 176:2
178:15 179:7,
11

**though** 176:17

**thought** 33:1
102:22 127:20

**thousand**
38:22 39:10

**three** 72:22
118:4 119:17
136:3 142:14
170:25 171:5

**Threshold**
167:23

**through** 7:3
10:25 11:16
21:21 23:12
36:18 42:6
46:3 47:2
48:6,13 50:23
52:9 55:12
58:12 68:16,
23,24 69:17
70:6,8 77:16
81:1 84:4
97:9,11 98:12
103:19 105:2,
4 130:1,4
133:8,17
134:23 145:7
147:22 151:3
160:7 161:13
174:15 178:20

**throws** 171:14

**tie** 152:6,23

**tiers** 71:1

**ties** 152:10

**Tim** 4:22
134:8

**time** 6:6
12:24 13:1
15:6,22 18:4,
11,25 28:20
42:1 44:1
49:25 56:13,
24 57:5,22
58:5,12 59:11
60:15,18 63:8
76:16 77:22,
24 80:19
86:7,11 87:13
88:21 90:7,22
91:17,18
94:4,12
100:9,23
104:16,17,22
106:8 111:22
112:10 113:3
116:11,13
118:22 119:7
120:8,13,20
121:4 122:15,
24 124:15,22
125:13,15
127:25 131:12
132:15 137:15
139:25 141:9
146:20 151:2
152:21
156:18,22
163:25 164:20
167:5 169:11
170:16 183:9

**timeframe**
14:11 93:24
95:22 103:11,
13,15 116:11

**timeline**
126:9 168:22

**times** 12:23
15:19 89:12
133:6 134:20
140:11 174:10

**title** 20:3
69:6 73:15

**titled** 60:10
**to** 4:7 5:10,
12,14,20 6:6,
7,15,18,21
7:2,6,21 8:18
9:8,12,16,23,
25 10:4,10,
11,15,18,20,
21 11:6,7,15
12:4,9,14,22,
23,25 13:1,
10,13,14
14:2,4,14,22
15:2,12,15,
20,21,24
16:1,8,13,15,
17 17:1,3,6,
7,9,17,19
18:10,12
19:10,11,13,
14,16,23,24
20:15,19,21,
23 21:9,11,
13,14 22:8,
11,17,18,23
23:5,14,25
24:3,8,12,15
25:8,13,22
26:1,2,12,22,
24 27:9,17,18
28:7,13,14,
16,17,18,20
29:1,9,15,18,
19,22 30:15,
18,21,23,24
31:2,11,16,23
32:9,12,14,
16,17 33:4,
10,11 34:9,
17,21,25
35:3,20,21,
23,25 36:22
37:1,2,6,14,
15,17,18,19,
20,23,25
38:6,9,13,16,
17 39:2,13,
15,16 40:1,2,
4,7,12,14,15,

16,23 41:6,
10,23 42:6,10
43:3,16,20
44:2,15,23
45:11,16,18
46:16 47:10,
13 48:11
49:5,11,13,20
50:8,9,10,14,
22,25 51:1,
18,20,25
52:6,14 53:1,
4,8,17,24
54:1,4,13,21,
24 55:7,9,18,
24 56:3,7,10,
19,24 57:3,4,
6,7,8,9,10,
11,13,14,19,
22,23,24
58:1,3,5,9,
12,21 59:13,
15,16,25
60:3,8,9,16,
18,21 61:4,7,
10,19,24
62:3,7,14,16,
17,21 63:14
64:11,16,17,
24 65:3,5,6,
15,24 66:2,
12,20 67:3,
13,16,21,24
68:2,15,17,
18,19,23
69:2,15,19,21
70:1,2,4,10
71:11,20,23
72:6,10,17,
18,20 73:15
74:4,23,25
75:2,4,13
76:3,4,5
77:2,3,20
78:1,2,20
79:21 80:5,25
81:1,5,6,10,
12,23,25
82:3,6,13,14,

16,25 83:4,
16,18,23
84:15,23,24,
25 85:1,14,24
86:5,10,21
87:6,11,14,
18,23 88:1,
22,24 89:7,
10,11,14,20,
22 90:7,14,
17,25 91:13,
15,16,20,25
92:2,19 93:8,
15,19,24
94:21 95:4,5,
6,18,21,23,24
96:7,10,13,
19,22 97:1,9,
10,12,16,20,
25 98:12,22,
24 99:1,8,9,
13,17,18,19,
24 100:1,9,
14,16,25
101:2,7,8,10,
19,20,23
102:1,2,6,7,
14,15,20,25
103:3,5,9,18,
19 104:1,13,
14,15,22
105:5,9,12,17
106:2,6,15,
18,20 107:1,7
108:9,10,21,
23 109:5,6,8,
17,22 110:1,
4,5,13,19,24
111:7,12,14,
15,18,20,25
112:9,14,18,
24,25 113:7,
12,17,25
114:7,13,14,
15,19,23,24
115:3,5,8,9,
20,23,24,25
116:17,19,25
117:8,10,12,

19,22 118:1,
7,12,16
119:2,3,4,6,
10,17,18
120:9,21
121:1,5,8,18,
24 122:23,24
123:3,5,10
124:1,9,10,
16,21 125:2,
9,20 126:2,9,
12,14,15,18,
22,24,25
127:2,18
128:1,3,5,18,
20,21,24
129:4,15,17,
22,23,25
130:10,13,15,
19 131:13,15,
18,19,24
132:6,7,9,10,
14,18,23
133:3,10,14,
16,24 135:1,
10 136:13
137:16 139:7,
17,18,23,24
140:4,5,17,
19,25 141:1,2
142:7,8,15
143:2,22,25
144:3,4,5,6,
16,21,25
145:7,8
146:3,4,10,
15,20 147:4
148:4,7
149:2,15,16,
17,22 150:14,
17 151:2,4,8,
10 152:5,6,7,
18,19,22,24,
25 153:1,6,
14,18,19,20,
22 154:2,7,
10,12,14,19
155:8,13,15,
18,19 156:3,

Case 1:17-cr-24223-KMW Document 62-1 Entered on FLSD Docket 08/09/2018 Page 245 of 254

C.R. - Peter Wilcox - General Errored Corp. (Joey Baudoin)

July 25, 2018

58

toilets  68:18
told  36:4
  57:17,21,23
  58:5 59:6
  60:2 61:6
  73:14 77:24
  95:4 107:5
  155:3 156:6
  159:1 161:2
  164:18,23
  165:14,21
tomorrow
  99:2,21
  100:18 129:21
too  41:13
  50:7 70:19
  144:19
took  25:3
  30:1,2,4,6
  36:5,16 69:2
  71:22 73:16
  109:7 118:23
  165:19 171:12
tools  178:21
top  113:9
  124:16,17
  136:3 143:11
  144:9 176:6
  178:19,20
tore  113:6
Torres  162:9
total  21:7
  27:14 30:18,
  19 31:11,22
  32:7,14 33:9
  36:5,12,18
  62:22 80:2
  119:5
totaling
  41:17 105:11
  178:14
totals  20:23
  34:14,16
  36:11 55:6
toward  71:21
  129:1 132:1
tower  7:22
  8:19,20 9:9

12,15,17,24
157:1,2,3,8,
14,16,18,21,
23,24,25
158:7,12,15,
18,19,20,21
159:4,8,11,
18,21 160:1,
8,9,12,13,17
161:2,3,4,20,
22 162:7,13,
18,24 163:15,
18 164:8,15
165:2,5,8,9,
12,19 166:1,
6,8,11,13,14,
19,21,22
167:5,8,10,
13,25 168:1,
7,17,23
169:1,7,9,11,
16,17 170:14,
19 171:4,11,
18,21 172:9
173:3,9,11,
15,23 174:13,
21 175:10,22
176:2,8,12
177:6,19
178:8,13,24
179:4,10,13,
19,25 180:2,
10 181:12,13,
23,24 182:1,3
today  4:24
  5:11 6:6 7:6
  9:16 10:22
  63:8 66:20
  108:23 111:20
  120:21 134:15
  158:18 159:5
  175:10 177:11
  183:9
together  7:15
  12:8 131:12
  144:1 160:14
  164:20,22
  176:7

10:10 16:13,
14,17 21:15
24:9,13 40:20
44:14,15
50:5,22 51:22
53:15,16 72:7
75:17,19,24
95:16 116:25
117:3,4,10,13
123:24
124:10,14
125:8 145:13
147:12,14
148:15,19
towers  12:5
  48:3,12 49:19
  50:1 60:10,11
  72:6 85:5
  93:22 94:14
  120:22 136:5
  139:18,19
  148:24 161:18
  170:4 182:21,
  22 183:4
town  146:17
track  69:12
  174:2
trade  124:5
trailer
  13:22,23
  122:20 141:10
  142:22,24
  165:1,2
transcript
  147:5 183:11
transfer
  23:16 47:22
  49:2 50:10,15
  159:17
transferred
  22:2,7 69:19,
  21
transition
  168:21
transmittal
  50:16
trash  92:19

treat  33:18
tree  171:6
tried  167:8
  169:17
trouble
  106:17
truck  130:17,
  20
trucks  125:23
true  110:10
  127:18 128:5,
  19,24 130:19
  142:16 174:10
trued  129:13
  130:9
trust  159:22
truth  4:8,9
  63:15,16
  133:25 134:1
try  65:5
  139:24 163:18
  167:10 169:16
trying  26:2
  31:2 40:1
  77:20 88:22
  98:12 111:25
  121:18 126:2,
  9 129:22
  131:19 140:17
  149:15 160:17
  170:19
tubs  94:17
  118:9
turn  21:13
  24:7 57:8,9
  109:22 110:5,
  19 111:12
  123:3,5,15
  149:22 151:4
  153:20 154:12
  155:8 157:21
turned  101:19
  104:13
turning  68:18
Twelve  8:8,9
twice  165:9
two  6:24

12:23 13:17
15:19 21:5,6
39:9 44:25
65:14 70:3
72:15 73:10
93:12 96:3
108:1 110:6
112:11 118:7
124:2,11,18,
19 125:23
130:18,22
136:5 142:19
145:6 161:15
163:9 164:6
170:4 171:5
172:6
**type** 123:18
**types** 54:19,
20

---

**U**

**U-HAUL** 125:22
130:17,19
**uh-hmms** 5:25
**uh-huhs** 5:25
**ultimately**
30:21 54:18
55:7,19 60:9
71:15 74:22
76:3 80:7,19
81:2 88:4
94:13 97:9
115:20 163:22
176:19 180:3
**unclear**
175:22
**uncompleted**
29:10,12
**under** 20:19
22:7,23 28:19
41:10 48:17,
21 49:8,15
52:12 76:2,17
77:25 79:24
82:15 88:13,
14 92:8 93:6,
8,13 97:20

100:3,6,13,19
102:21 104:21
105:1 111:6
127:8 133:4
154:3 157:24
**underneath**
28:8 143:14
**understand**
5:13,15,22
6:3 13:3
29:23 37:11,
22 64:10,12,
18 67:23
101:5 102:13
115:25 129:22
135:2 152:10
158:12 159:24
**understanding**
15:25 61:9
62:23 82:19,
21 86:16
108:1 148:25
149:16 150:5
152:19 154:7,
18 155:1
156:11 159:25
166:5 173:13
**understands**
124:13
**understood**
5:21 64:16
**undertake**
17:24
**unethical**
158:23
**Unfortunately**
159:11 177:7
**unilaterally**
82:14
**unit** 117:19,
20,21,23
118:1 119:21
124:20
**units** 42:21
77:3,4,25
79:9 85:15
94:8 117:11,
15,18 119:14

120:24,25
121:22
124:16,17
125:5
**university**
69:15
**Unless** 164:24
**unpaid** 105:10
**unsigned** 8:9
25:21
**until** 54:9
94:22 95:2,5,
6,16 98:10,15
106:19 112:12
125:20 126:3
137:15 156:3,
24 159:22
171:24
**up** 16:15 25:8
33:10,11 37:3
52:6 54:20
57:18,20,21
58:6,15 68:16
82:7 86:21
87:15,25
88:24 89:11
94:22 95:16
99:10 102:5
105:15
106:13,17
112:9,13
113:6,11
116:20
117:19,22
119:3,6,9
120:21,22
121:20
124:12,13,15
125:9 126:17
127:18 128:5,
19,24 129:13
130:9,18,19,
20 131:12
132:1,10
136:12
138:10,11
143:4 146:15
156:8 157:14
158:25 165:6,

23 166:2
168:23 169:7,
9,16 171:6
172:7 173:22
175:10,18
**up-to-date**
23:11
**update** 98:12
**upon** 25:19
26:4 28:22
34:9 36:1
37:8 65:15
88:19 115:4,
18 154:1,17
**upset** 162:23
167:10
**us** 21:6 25:10
37:14 46:15
54:7 57:7
58:3 61:24
68:21 106:12,
16 123:3,10
124:1 126:11
131:10 142:11
171:18,21
172:10 181:4
**use** 32:14,17
34:8 35:15
37:1,6 175:2
**used** 33:1
35:25 36:4,5
46:2 52:3
140:5 166:19
178:23 180:6,
14
**using** 35:14
36:24 37:8
52:8 180:17
**usually** 36:1
51:12 57:10

---

**V**

**vague** 108:13
**value** 22:25
36:16 78:13
86:19 113:7
156:19

values  8:13
  17:12 18:16
  22:22 40:21
  45:11 49:11
  175:22
varied  123:24
various  7:2
  79:9 114:3
  173:21
varying  70:23
ventilation
  117:7
verbatim
  81:21 89:17
verification
  81:2
verified  21:6
verify  16:18
  19:24 26:14,
  18 47:11
  141:1
verifying
  77:18 119:18
versa  153:15
version  164:8
versus  25:7
  29:10
very  12:24
  27:15 31:7
  56:7 102:23
  107:3,18
  108:9 126:14
  130:20 134:22
  162:23 163:11
Vicari  4:25
  5:2 6:17,25
  7:12,21 8:2,
  4,10,17 9:7,
  11 10:9,14
  11:19 13:7,10
  16:12 17:9,
  22,25 18:4,
  15,25 20:4
  21:24 23:21
  27:10 39:14,
  16,23,25 40:5
  44:24 47:6,
  18,20 48:16

49:10,14
50:5,9 51:7
52:13,19
53:1,9,10,17
54:14 56:16,
21,24 59:20,
21 60:8,9,17
62:14,25
63:3,12,22,
23,24 65:13,
20 66:24
73:24 75:13,
21 80:8 85:8,
25 89:25
90:18,24
91:1,23 92:7,
22 93:2 97:1,
6 103:23
104:2 106:1,2
107:22,25
108:6,19,21
109:16,19,24
110:21 111:1
112:3,4
113:19 114:23
133:22 134:7,
8,11,13
135:7,9,16,23
136:24
137:13,14
138:1,25
139:1 144:25
145:3 146:21
147:9,11,13,
16 148:23
149:16,18
153:13 154:23
163:13,14
164:2 176:25
178:6 182:16,
21 183:8
vice  153:15
video  119:7
violation
  106:16
visit  144:2
voluminous
  77:11

─────────────

**W**

W-9  60:23
W-9S  58:16
wait  42:23
waited  94:22
  106:19
waiting
  140:20
waived  183:15
waivers  17:17
  54:5
Wal-mart
  70:8,11
walk  117:20,
  21 130:14
  141:7 142:4
walk-throughs
  120:3
walked  29:1
  141:12 161:17
  164:13 165:2,
  6 169:12
walking
  141:15,19,22
  142:6,21
  161:24
walks  165:11
wall  117:19,
  22,25
walls  131:20
  164:14
want  5:10
  23:5 28:17
  40:2 65:3
  86:10 91:20
  102:6 108:9
  112:14 114:24
  115:4 126:22,
  25 127:2,25
  129:25 135:4
  140:19 144:6
  157:2,23
  158:18,19,20
  159:5 160:9
  169:11
  171:14,15

wanted  14:2
  15:7 29:19
  81:4 95:6,22,
  23 97:25
  129:17,23
  139:23 146:15
wants  10:25
  15:12 128:5
warrant  14:19
was  4:13 6:11
  9:7 10:4,11,
  12,21 11:11
  12:9,24 13:1,
  2,13,20,22,24
  14:11,13
  15:3,7,9
  19:19 20:9,
  22,23 21:1,11
  23:1,4,6,18
  24:25 25:3,11
  26:3,8,10,14,
  18,22 28:13,
  22,25 29:1,3,
  21 30:3,9,10,
  14,16,21,23
  32:9,11,16,19
  33:8 35:20
  37:2,9,20
  38:4,8,11,19
  39:4,5,6
  40:4,7,8,15
  41:9,10 42:9,
  12,14,16,19
  43:6,13
  44:17,19
  46:1,3,11
  47:2,5,9
  48:18,22,25
  49:8,14,18,21
  50:12,18
  51:19,24
  52:6,14,16,17
  53:14 54:24
  55:12,16,25
  56:5,6,8,9,13
  57:2,10,11,
  15,16,21
  59:9,19,24
  60:1,4,15,24

61:1,3,6,9,
10,11,17,24,
25 62:1,3,5,
8,9,10,11
63:3,6,9,13
65:23 66:6,9,
16 68:14,15,
21,25 69:3,5,
8,9,18,20
70:20 71:14,
15,16,17,19,
22 72:1,12,
13,14,15,17
73:2,12,16,
20,21 74:18,
21,24 75:2,3
76:10,14,23
77:20,25
78:11,15 79:5
80:2,5,7,17,
19,24 81:1,3,
8 83:15 84:4,
13,24,25
87:18,24
88:12,21,23,
25 89:2 91:18
92:9,12,13,23
93:11 94:14,
16,19,20,24,
25 95:1,3,7,
11,15,16,19,
20 96:4,6,9,
14 97:6,15,
17,18,19,22
98:7,11,13,
17,25 99:5
100:3,12,13,
16 101:5,7,18
102:4,11,22
103:20 104:23
105:1,7,13,
20,22 106:11,
19,23 107:3,
4,8,9,13,18,
21,25 108:1,
4,9,16 109:5
112:12,13
113:12 115:3,
19 116:12

117:23 118:1,
11 121:15,17,
20 122:15,24
123:4,18,20
124:2,5,15,
16,20,22
125:11,23,24
126:2,6,10
127:7,11,20
128:1,9
129:3,4,5,15,
21 130:1,5,6,
14 131:6
132:1,2,3,5,
20,21,25
133:10,11,12,
19,23 135:14
137:2,9,15,17
138:19 140:9
141:4,12
142:1,13,19
143:23,24
144:6,7,16,
17,19,20
145:1 146:5,
15,20,21,23
147:6 148:24
149:2,16
152:1,25
154:1,7,9
155:4,22,25
156:4,5,20,21
157:8 158:13,
24 159:4
160:18,20
161:6,10
162:9,17
164:6,15,17,
23 165:5,13
166:4,5,7,8,
14,17,25
167:2,12,15
168:23
169:11,12,17,
19,21,23
170:23
171:13,25
172:1,7,8,21
173:7,14,17

174:12,21,24,
25 175:20
176:18 178:17
179:8,13
180:6,14,17
181:3,7,11,
18,19 182:5
183:6,13
**wash** 38:4
**wasn't** 57:13
62:3,4,8 66:5
75:3,9 88:2
92:18 104:24
108:3 113:9
125:14 128:25
133:10 161:9
163:21 165:14
**watch** 119:10
**watched** 98:4
**water** 70:10
94:25 172:9
**way** 13:6
31:10 36:15
39:12 44:6
68:16,24
74:17 79:21
101:25 113:7
118:20 123:25
124:25 129:1
133:14 140:25
145:10 161:8
174:12
**we** 6:9 9:22
10:3 11:10
12:11,13
13:9,25 17:5
21:9 25:24,25
27:19 28:19
29:3 32:10
33:10,14
34:23 36:8
37:13,15
39:18 42:15
45:10 46:10,
12,16 48:5,9
53:22,23
57:6,17,24
58:1,19 59:25
60:21 61:4,6,

20 62:7 65:1
67:22 69:20,
23 70:11,12
74:22 75:23
78:3,5 81:2,
4,5,10,23
82:5,7,9,10
85:16 86:11
88:1,2,5
92:12 93:12,
13,14,19
94:21,22,23
95:4,5,6,24
96:1,10 97:3,
12,14 98:5
99:8 100:13,
14,22,23,24,
25 101:19,20,
21 102:4,5,6,
10,11 103:7,
19 104:13
106:14 107:4,
5 111:11
114:5 117:4
118:24 119:9
121:14,17
123:3,6,13,19
126:25 127:2
129:7 130:2,
23 131:13
134:8 136:9
137:15 138:18
142:10 143:17
144:19 146:12
152:5 154:11
155:3,5,6
157:14,22
158:25 159:20
160:8,20,21
165:1 166:3
167:8 169:13,
14,16,17,18,
21 170:8,12
171:4,12
172:2,4
173:25 177:20
178:16,19
180:12,15,19
181:14 182:2,

4 183:12

**we'll** 50:16
67:21 95:25
105:17 130:10
133:17 156:8

**we're** 36:9
38:25 39:21
40:2 48:11
88:25 89:1
112:16 113:15
121:15
130:13,14
143:1 153:3
167:7 168:19
176:20

**we've** 4:21
59:6 95:20
119:4

**week** 57:10,11
72:15,17,18
99:1 100:17
112:11 140:7,
8 161:15
165:12 166:2,
8 170:5

**weeks** 54:2
70:3 161:13,
14 171:5

**well** 10:20
31:20 35:3
41:13 45:6,13
53:1 56:3,11
60:20 66:3
77:8 85:16
88:16 89:4
91:11 93:11,
21 100:2,16,
21 115:14
118:9 121:14
131:6 136:2,
17 141:17
143:21 151:20
153:9 158:12
159:3 167:17
170:1 173:12
175:25 176:6
178:16 180:18

**went** 15:19
25:2 69:1,17

70:1,2 94:21
105:4 128:24
129:13 130:4
137:15 139:7
165:21 171:17
172:2

**were** 7:14
9:21 12:3
14:9 15:8,10
16:2 20:25
21:8 22:2
23:8 25:6
27:10,12,17
30:13,15
32:17 34:4,
17,18,20
42:18 44:20
46:23 53:8,
16,19,20,22,
25 55:11
57:4,18,24
58:2,4 59:6,
8,25 61:12
63:10 69:23
72:22 73:10
74:18,23
75:1,10
77:21,23
81:5,6 82:2
85:2 88:2,6,
8,9,12 89:5,6
90:13 91:13
93:3,12 94:3,
7,22 95:4
97:10 98:2,3,
5,11 99:22,23
100:4,9,10,
14,22,24
101:12,13
106:24 107:1
108:3 109:13
113:8 117:22
118:2,4,9
119:14 121:17
122:5 123:14,
17 124:3,6
127:9 128:24
129:1 130:2,
7,8,24

132:14,17,25
133:20 136:9
139:23
140:10,12,13
141:6 142:8,
22,24 144:15
146:15 147:1
155:5 157:14
158:11 161:12
162:14,20,23
164:4,21
165:1,3
166:13
167:20,21
172:24 174:22
177:21 178:24
179:4 181:4
182:13 183:7

**weren't** 30:22
53:25 63:4
88:2,7,11
124:21 142:21
144:9 171:13

**west** 139:6,8
172:6

**what** 11:4,21,
25 12:3
13:20,25 15:9
16:1 18:17
20:1,3,18
21:1,7,9,12
25:2,7,16
27:9 29:8,23
30:4,13,21,25
32:16,19 33:2
34:6 35:10,
16,25 36:4,5
37:10,11,13,
14,15,22
40:25 41:1
46:22,23,25
47:2,16 50:25
52:16 57:6,
15,21 58:23
59:4 61:8
64:1 65:18,24
66:5 67:7,11
68:7 70:17
71:4,8 73:12,

18 74:6 77:21
78:15,20
79:20 80:23
82:13,19,21,
23,25 83:18
84:20 86:10,
16,20 88:12,
16 89:18,19
90:7 91:8,20
93:16 95:4,16
96:12,13
98:18 99:23
100:21 101:5,
23,25 102:1,
19,25 103:3
104:9,11,12
109:19
110:15,18
111:10
115:12,19
116:1,9,23
119:12 120:2,
4,6 121:10
122:1 123:3,
16 124:6
126:23 127:21
129:15,20
134:25 135:2,
7,22 136:15
137:13,17,25
138:14 139:8
140:2,13
142:17,24
143:19,24
144:3,5,6,17,
25 147:9
149:14 150:19
152:1,8,9,10
153:16 154:25
155:1,3
156:5,6,17
157:2 158:12
163:7,21
164:11
165:16,22
166:23
167:11,12,15,
19,20 168:21
169:21,25

171:1 172:23
175:6,8,15,23
176:22,25
177:4,25
178:1,6,15
179:15 180:7,
12,20

**what's** 35:11
43:9 55:4
96:24

**whatever** 25:6
38:21 42:9
69:20 71:23
91:12 103:12,
17 105:4,5
110:14 128:10
133:13 140:18
144:17 161:16

**when** 9:22
13:5,9,19
17:7,25
19:15,16,21
20:17 29:1,12
30:1,8,20
33:4,10 42:22
45:23,25
47:12 54:22
56:6 57:17,22
59:4,19 60:2,
24 61:5,18,20
68:13,25
69:1,5,19
70:11,21,22
71:19,22
72:1,5,12,13,
19 73:10
74:20,22
77:16 78:11
79:6 82:1
87:24 88:4,
23,24 91:11
93:7,15,17,19
94:21 98:15,
17 99:3 102:2
104:6,9,23
106:11,23
107:1,5,6
108:3 109:3
114:14 118:18

119:1,8
121:16,17
125:22 127:2
128:3 129:7
131:19 132:6
135:1,2 137:2
139:17 140:1,
9,12,15,21
141:6,12,15,
22 142:6,21
146:19 155:5
156:4 157:11
158:13,25
159:20 160:8,
21 161:10,24
163:4 164:1,
12,22 166:7
167:9 170:23
172:11,23
173:7 180:10
181:15

**whenever** 69:9

**where** 9:1
11:12 27:24
30:11 32:4
33:10 36:9
40:11 55:12
66:24 67:3
88:5 90:10
94:8 96:24
98:2,3,5,21
101:3 116:12
117:6,14
122:18 124:24
165:23 182:2,
3

**wherever**
142:11

**whether** 10:2
20:22 26:8,
14,18 30:9
38:24 43:12,
13,15,23
78:6,7 87:6
118:7 141:21
144:16,19
162:20 182:2

**which** 12:9
14:1 17:11,14

21:4 30:15
31:8,9 32:7
33:9 34:9,17
35:5,9,14,21
36:21 37:8,16
44:19 46:3
52:6 55:25
58:1 59:24
61:3,14 63:9
65:15 72:20
78:19 86:20,
22 89:17 93:4
94:24 95:7
99:9 102:16
105:11 110:5,
12 115:3,23
121:23 122:14
123:20 128:12
133:19 145:7,
17 147:10
149:10,11
152:1 153:9
166:4 169:18
170:10 171:19
179:21 183:6

**while** 67:22
70:20 100:10
142:24

**who** 15:3,7,13
16:2 19:10,
11,19 24:20
25:13 54:14
58:20 59:24
61:17 72:25
73:8,25 76:7,
18 78:24
79:17 84:7,8
89:25 91:1
94:5 107:17
114:15 118:23
120:9 122:13,
22 137:7,9
143:13 145:16
157:5 158:11
160:20 164:7
172:11,14
173:10 179:7,
11 182:8

**whole** 4:8
62:2,11 63:15
77:24 78:1,4
81:21 107:19
113:4 133:25

**whose** 47:17
51:6 79:22
80:10 84:12,
18 85:7 92:4
114:21

**why** 15:14
21:11 24:23
29:3 37:19
38:1,10 53:14
77:23 80:5
95:1,15 97:18
98:25 99:5
100:8 101:6
106:19 112:16
115:24 125:3
127:1,16,23
128:3,17
129:6,8,23,25
132:11,23
146:15 159:17
168:7,13

**wide** 117:16
118:14

**wife** 137:23

**will** 4:8
56:12 63:15
64:13 82:2
95:25 99:3,20
101:6,16
102:17 133:25
146:12 150:8,
19 151:2,13
164:18,24
166:21 173:17
176:21 177:20
183:12

**windows**
131:20

**wire** 23:16
44:13 47:21
49:1 50:10,15
99:4 159:17

**wise** 66:4

| | | | |
|---|---|---|---|
| **with** 5:24 | 111:5,9,11 | **within** 17:6,8 | 70:11 74:24 |
| 6:22 7:1 9:15 | 112:18 113:8, | 19:2 24:5 | 76:2 77:3 |
| 12:10 13:2,3, | 12,24 114:15 | 57:10 103:15 | 79:10 80:24 |
| 14,18,23 | 117:18 118:19 | 154:25 155:17 | 82:3 85:15 |
| 14:13,22 | 119:8 120:22 | 165:25 | 87:1,6,7,8, |
| 15:9,12,13,16 | 121:14,18 | **without** 74:19 | 11,16,22 |
| 17:15,16 | 123:1 124:3, | 115:11 159:19 | 88:2,9,12,21 |
| 18:10 19:4,8 | 17,24,25 | 160:18 180:4 | 23 93:5,6,8, |
| 20:24 21:1,6, | 125:25 126:23 | **witness** 4:10 | 13,22 94:19, |
| 7,11 23:15 | 127:2,7,15,16 | 35:1 38:7 | 21 95:1,5,6 |
| 28:9,11 32:23 | 128:25 129:6, | 43:17 63:17 | 96:9,16,20,22 |
| 34:12 35:18 | 7 130:4,9,22, | 82:17 95:19 | 97:20 100:11 |
| 36:1 37:3 | 23 131:8,10 | 100:2 101:11 | 102:8 103:4 |
| 40:18,24 | 132:9,17 | 116:20 126:19 | 104:21 109:25 |
| 43:9,21 44:12 | 133:4 134:22 | 134:2 168:8 | 110:22 112:8 |
| 45:12 48:19 | 135:3,7,15 | **word** 81:22 | 115:7,9,15 |
| 50:10,15 | 137:14 138:1 | 139:1 161:11 | 116:17 118:6, |
| 54:5,23 56:12 | 140:18 142:4 | **words** 5:25 | 11 119:3 |
| 57:19 58:10, | 143:2,20 | 64:21 116:24 | 120:21,24,25 |
| 11,13 59:10, | 144:13,22 | 135:3 163:20 | 123:14,16 |
| 12 60:8 61:17 | 145:11,12,17, | 168:17 | 124:4,20 |
| 62:8,11,24 | 21,24 146:3 | **work** 11:11 | 125:11 126:25 |
| 63:3,5,24 | 148:17,23,24 | 15:25 16:6 | 127:8,12,16 |
| 64:20 65:16, | 149:1 150:7, | 19:2 20:19,22 | 128:22 130:3, |
| 20 66:13,20, | 10,13 151:13 | 25:1,3,7,10, | 15 132:7,15, |
| 24 68:4,21 | 153:11,23 | 11,25 26:10, | 24 133:8,12 |
| 72:25 73:4, | 155:1,16 | 13,18 27:16, | 136:1,25 |
| 20,25 74:2, | 156:4 157:1, | 19,21 28:5 | 139:7 140:23 |
| 17,18,20 | 5,25 158:3 | 29:10,11,12 | 141:1,16 |
| 75:16,19,21 | 159:2,4,7,10, | 30:10,19,23 | 142:7 143:24 |
| 77:2,12,20 | 22 160:3 | 31:8,21 35:4 | 146:18 149:2, |
| 79:9 81:5,7, | 161:4,5 | 37:9 38:4,8, | 17,20 151:8, |
| 9,23 82:2,14 | 163:22 164:1, | 10,11 39:8 | 9,10 153:23 |
| 83:3,12,17, | 4 166:8 167:9 | 40:8 41:10, | 154:2,6,8,19, |
| 18,20,24 | 168:18,24,25 | 24,25 42:3,6, | 24 155:17,19 |
| 84:5,23 | 169:6 170:4 | 7,13,15,17 | 158:21 161:4 |
| 85:15,17 | 172:19 173:1, | 43:4,6,13,15 | 166:8 167:8 |
| 87:11,17 | 3,4 174:19 | 44:2 45:20,23 | 168:23 169:2, |
| 90:15 91:14 | 175:13 177:4, | 46:7 47:4 | 3,6,23 170:5, |
| 92:14 93:4 | 25 178:3,11 | 48:17 49:8,14 | 9,13,17 |
| 95:20 97:7 | 182:2 | 52:21 53:9 | 171:2,25 |
| 99:15,24 | **withdraw** | 54:16 55:2, | 172:3,4,11 |
| 100:3,12,23 | 130:10 | 14,19 56:11, | 173:4,15 |
| 101:12,13,16, | **withdrawing** | 18,19,23 | 174:2 175:15, |
| 17,22 103:12 | 105:13 125:24 | 59:13,16 | 24 179:5 |
| 105:7 106:12, | **withdrawn** | 61:3,10,18,24 | 180:21,22,23 |
| 13,16,21 | 105:14 | 62:15,17 | 181:3 |
| 107:9,14,15, | **withdrew** | 66:4,14 67:3, | |
| 18 110:9 | 105:15 | 13 69:20 | |

**worked** 68:16
  73:1 74:17
  75:25 124:25
  127:5 141:5
**workers**
  123:25
**working**
  68:15,24
  95:15 97:7
  101:9 118:3,9
  130:16 143:6
  147:1 160:19
  161:25 162:1,
  14,20 164:15,
  22
**workmen** 158:1
**works** 60:22
  61:21
**World** 5:3
  134:13
**worth** 93:22
  164:23
**would** 8:17
  10:5 11:7
  12:18 14:12,
  18 15:24
  16:23 20:12,
  17 24:4 28:9,
  11 29:21
  30:10 32:15
  37:3 38:2,14
  45:8,9 46:8
  47:14,18
  49:13 50:3,4,
  6 52:18 53:6
  55:7 56:17
  57:24 58:15
  61:19 62:21
  65:15 68:24
  69:13 71:10
  72:10,13,25
  73:3,5,8,21,
  23,24 74:20,
  23,25 75:5,6
  78:14,18,19
  83:3,15,18,23
  84:22,23 85:2
  86:4,24 87:4,
  23 89:6 92:16

95:13 97:1
  99:6 100:24
  102:10,12
  103:12 110:9
  111:5,9
  114:15,17
  115:4,18
  117:2,20
  118:21
  122:16,22
  123:3,4,16,17
  127:1 128:3
  129:6,8,25
  131:18
  135:10,23
  136:5,17
  140:5 142:10,
  11 143:5,13,
  25 144:2,15,
  18,19,20,23
  145:16,20
  148:17,25
  149:13
  150:10,13
  151:4 152:5,
  6,18,21
  153:5,11
  155:6,15
  157:24 164:8
  168:11,13,16
  169:3,5
  171:17 173:3,
  6 175:13
  178:14 179:13
  181:16 182:9
**wouldn't**
  46:12 66:22
  75:9 78:12
  120:20 124:8
  128:17
**wound** 87:15
**wrap** 131:12
**wrapping**
  117:7
**write** 106:9
**writes** 98:25
  166:12
**writing** 77:21
  83:7 84:11

157:15 158:7
  162:24
  168:10,12
**written**
  108:20 157:18
**wrong** 34:24
  43:1,9 120:6
  121:13 126:12
  128:16 135:1
**wrote** 84:7
  118:18

─────────

**Y**

**yeah** 12:20
  24:10 29:25
  45:9 75:8
  83:5 97:2
  106:7 111:16
  113:8 122:21
  123:15 132:20
  140:11 142:3,
  23 148:13,16,
  22 157:10
  158:9 161:14,
  19 162:11
  163:17 165:13
  166:7 178:11
  179:1,24
**year** 9:25
  10:16 69:8,
  18,20,22
  70:17 71:8
  95:23 96:2
  137:2 139:8
**years** 68:21,
  24 69:3,10
  70:20 135:22
  138:9,11
  146:25
**yes** 4:10 5:5,
  18,23 6:4,10,
  20 7:5,9,17,
  24 8:6,14,21
  10:17 11:20
  16:3,22
  17:13,23
  19:19,25

20:7,16
  21:17,20,23
  22:1,6,19,24
  23:3 24:14,19
  25:24 26:6
  27:4 28:10
  29:14 31:5
  32:3 41:8,15,
  19,23 42:3
  45:8 46:5
  47:25 48:8,
  15,20,24
  49:3,7,12,17,
  23 50:2,6,24
  51:5,10,17,23
  52:16 53:3
  58:22 60:13
  62:19 63:1,
  17,25 64:14,
  19 65:10
  74:4,16 76:16
  77:15 78:17
  79:12 80:19
  83:20,25
  85:13 86:7,15
  87:24 90:4
  97:13 100:7
  103:25 111:4
  119:23 120:1,
  12 122:4
  123:10 125:13
  134:2,16,19
  135:18 136:8
  137:6,21
  138:7 139:3
  140:24 141:8,
  14,18,25
  142:5,10
  143:10 144:24
  145:5,19,23
  146:2,7
  147:3,17,20
  148:3,6,9,11
  149:7 151:12,
  16 153:3,25
  154:4 155:11
  158:2 163:24
  164:3,10
  167:24 169:10

172:17 174:6,
11,20 175:14
176:5,15,23
178:5 181:1,
14,22 182:7,
18,23

**yet**   10:7 18:7
34:11 35:5
57:18

**you**   4:6,7,18
5:4,6,9,11,
13,14,15,17,
19,21,22 6:2,
3,6,8,9,18,21
7:4,6,10,11
8:25 9:15,19,
23 10:2,19,23
11:4,7,9,18,
23 12:17,18,
22 13:5,13,
18,20 14:7,
12,17,25
15:4,12,14,
16,19,20,21
16:2,4,8,11,
14,18,20,23
17:7,8,20,22,
24 18:11,12,
14,16,21,22
19:4,7,9,16,
17 20:1,8,12,
15,17,18
21:3,13,16
22:15,20 23:7
24:7,9,11,18,
20,23 25:13,
20 26:4,7,12,
13,22 27:3,6
28:1,8,11,15,
17,22,23
29:5,7,8,19,
23,24 30:1
31:1,2,4,6,7,
10,14,15,25
32:2,14,15,
16,20,22
33:3,4,13,15,
17 34:3,7,8,
9,10,12,19

35:3,5,6,8,
14,15,17,21,
24,25 36:4,
15,16,17,19,
20,22,24
37:1,6,7,17,
18,19,20,22,
25 38:1,2,3,
9,10,12,14,
15,16,17
39:1,2,9,22
40:3,22 41:2,
7,16,18,20,21
42:1,4,5
43:1,2,12,14,
15,20,21,23,
25 44:2,5,6,
8,9 45:4,18
46:2,6,25
47:1,6,11,21
48:1 49:24
50:8 51:19,
21,25 52:8
53:5,6 54:7,
11,20 55:11
56:12 58:8,
11,13,20
59:1,4,8,12,
19 60:9,12,
14,21,24
61:6,7,12
62:13,24
63:2,4,7,13,
14,20,23
64:4,10,11,
12,13,15,16,
18,22 65:1,2,
6,9,18 66:8,
18,19,20
67:3,22,23,
24,25 68:2,3,
9 69:5,14,15,
25 70:14,17,
25 71:2,4,8,
25 72:1,2,10,
19,20,25 74:8
75:5,13,21
76:17,20
77:5,16 78:2,

6,14,15,18
79:6,7,14
80:23 81:11
82:2,8,9
83:3,10,15,24
84:6,12,16
85:11,24
86:1,4,5,10,
13,19,21
87:10,11,17
88:7,11,16,19
89:4,6,13
90:3,16,21
91:8,9,11,20
92:4 93:2,3,
17,18,24
95:14 97:8
98:7,18,19
99:3,4,23
100:6,8,10,19
101:16,23
102:7,13
103:9,12,18,
23,24 104:6,
9,10,11,12
105:8,9,20,25
106:3,9,13,
19,21,25
108:5,11,13,
23,25 109:3,
4,9,12,19,21,
22 110:4,7,9
111:3,5,9,12,
13,15 113:18,
22,24 114:5,
9,10,25
115:1,4,16,22
116:9,14,15,
23 117:21,22
118:1,13,15,
18 119:1,12,
14,20 120:6,
13,17,20
122:1,5,13
125:1,2,3
126:21,25
127:1,4,14,
17,18,20,23
128:12,14,16,

17,22,23,24
129:12,13,20,
22,23 131:15,
23 132:6,10,
11,16,17,23
133:2,8,23,24
134:6,14,17,
22,24 135:1,
2,4,10,11
136:10,11,15,
18,19,21
137:11,13,20
138:6,14,21,
23 139:4,8,
13,14,19,22
140:1,2,3,10,
12,13,15,21,
22 141:6,7,9,
12,15,16,19,
20,22,24
142:4,8,21,
22,24,25
143:5,9,11,
13,14,19
144:5,9,22,25
145:8,10,15,
20,24 146:14,
15,16,17,18
147:1,9,14
148:17,25
149:9,13
150:3,10,13,
19,21,25
151:4,11,13,
20 152:2,5,8,
11,12,13,16
153:5,10,20
154:10,12
155:3,8,9,12,
15,22 156:2,
11,15,19,23
157:1,2,5,8,
11,15,21,23,
24 158:3,12,
17,18,19
159:6,7,13,15
160:5,23
161:1,2,3,6,
12,17,22,24

162:7,13,19,
22,23 163:2,
4,5,7,11,19,
22 164:4,8,
24,25 165:8,
10,12,21,22,
23 166:12,13,
15,18,21,23
167:2,9,25
168:8,13
169:4,5
170:5,6,16,22
171:14,15
172:19,23
173:1,3,18,23
174:1,3,9,12,
15,23 175:1,
4,13 176:4,6,
8,17,19
177:3,10,12,
16,25 178:2,
6,9,14
179:10,15,16
180:7,20
181:9,12,15,
21,23 182:8,
16
**you'll** 11:12
27:14 30:11
36:1 40:16,18
45:12 91:12
149:22 153:23
**you're** 89:1
**you've** 64:7
101:2 128:7,
11
**your** 4:18
5:6,20 11:21,
25 12:3,17,21
15:25 16:8
31:24 32:15,
17,23 34:3,19
35:24 36:14,
16,25 37:7
39:2 40:3,11
45:19 46:25
49:24 51:18
52:12 54:9
58:12 62:22

63:8,20 64:1,
4,17 65:6
66:24 67:7,25
71:11 73:8,24
77:13 78:5
79:14 80:3
82:19 85:19
86:16 87:1
93:2 97:1
100:19 101:24
102:13,19,20
108:1 110:4
112:14 114:23
115:5,12
116:24 118:15
121:11 123:8
125:11 126:22
127:15,17
128:16 131:13
132:3 134:6,
17,23 137:25
139:4,20
140:21 141:9,
13 142:17
143:6 144:6
146:14 147:18
148:2,5,8,23,
25 149:1,5,12
150:5,21
152:19 153:12
154:6,18,25
156:11,24
159:7 161:2
163:2,4,23
166:19,24
168:24 171:23
177:5 178:23
183:9
**yours** 164:9
**yourself** 6:22
59:20 74:8
102:9 106:2

---

**Z**

---

**zero** 29:21
41:17,18
80:12

**Zpacez** 59:2,
13,15,16,22
60:11,18
61:4,15
62:14,15
106:10,21
107:1,4,8,10,
14 108:7,11
132:4,5 146:6
158:8 159:1,
8,9,14,18
160:10,12,17,
18,20,24
161:1,4,20
162:8,11,12,
14,16,17,18,
20