UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:17-cv-24223-Williams/Torres

A.T.O. GOLDEN CONSTRUCTION CORP.,

    Plaintiff/Counterclaim Defendant,

v.

ALLIED WORLD INSURANCE COMPANY,

    Defendant,

v.

PETE VICARI GENERAL CONTRACTOR LLC,

    Intervenor-Defendant/Counter-Claimant.

AMENDED PROPOSED VOIR DIRE

The Parties submit the following amended proposed voir dire questions to supplement the Standard Civil Voir Dire provided by the Court. The defendants added two additional questions (numbers 9 and 10).

| Party Requesting Instruction | QUESTION | READ (y/n) |
|---|---|---|
| All parties | 1. Have you ever worked in the construction, design or development field?<br><br>(a) If so, in what capacity?<br><br>(b) For how long? | |

| | | |
|---|---|---|
| PVGC and Allied World | 2. Ever worked in the capacity of construction lending?<br><br>(a) Do you have an understanding of how construction lender's draws work?<br><br>(b) If so, how, and what?<br><br>(c) Can you set aside that experience for the purpose of this case | |
| PVGC and Allied World | 3. Do you have any familiarity with how the payment process in construction projects work?<br><br>(a) If so, how do you have that familiarity?<br><br>(b) What do you understand about the process? | |
| Allied World | 4. Do you or anyone in your family have any experience with construction surety payment bonds?<br><br>(a) Do you know what they are?  If so, please explain? | |
| Allied World | 5. Do you have a general dislike for insurance or surety companies? | |
| All parties | 6. Have you ever worked for a surety or insurance company? | |
| Allied World | 7. Does anyone disagree with the statement that an insurance or surety company are entitled to the same protection under the law that any other company or individual is entitled to receive? | |
| ATO | 8. Do any of you have a bias against awarding damages in excess of $400,000? | |
| Allied World and PVGC | 9. Have you or anyone in your family lived in the Civic Tower, Civic Tower Senior or TM Alexander buildings located in the Alpattah neighborhood in Miami, FL?  If so, during what time period? | |
| Allied World and PVGC | 10. Have you heard any media coverage about the Civic Tower or Civic Tower Senior building? | |

RESPECTFULLY SUBMITTED:

JONATHAN P. COHEN, P.A.
Attorneys for Allied World Insurance Company
500 E. Broward Blvd, Suite 1710 Fort Lauderdale FL 33394
phone: 954-462-8850 / fax: 954-848-2987

By:    s/ *Kelsey K. Black*
      Jonathan P. Cohen, Esq. (Florida Bar No. 11526)
      jcohen@jcohenpa.com
      Kelsey K. Black, Esq. (Florida Bar No. 0994235)
      kblack@jcohenpa.com

JOINED BY:

| | |
|---|---|
| TAYLOR ESPINO VEGA &<br>  TOURON, P.A.<br>201 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134<br>Telephone: (305) 443-2043<br>Facsimile: (305) 443-2048<br>*Attorneys for Plaintiff, A.T.O. Golden*<br>  *Construction Corp.* | Keith L. Bell, Jr, Esq.<br>  kbell@clarkpartington.com<br>  btraina@clarkpartington.com<br>Trevor A. Thompson, Esq.<br>  tthompson@clarkpartington.com<br>CLARK PARTINGTON<br>106 E College Avenue, Suite 600<br>Tallahassee, FL  32301<br>*Attorneys for Intervenor-Defendant, Pete*<br>  *Vicari General Contractor LLC* |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of January 2019, a true and correct copy of the foregoing has been furnished electronically through the CM/ECF portal to:

| | |
|---|---|
| Timothy S. Taylor, Esq. | Keith L. Bell, Jr, Esq. |
| ttaylor@tevtlaw.com | kbell@clarkpartington.com |
| tcorwin@tevtlaw.com | btraina@clarkpartington.com |
| vperez@tevtlaw.com | Trevor A. Thompson, Esq. |
| tevtservice@gmail.com | tthompson@clarkpartington.com |
| vvancleaf@tevtlaw.com | CLARK PARTINGTON |
| Felix Rene Ojeda, Esq. | 106 E College Avenue, Suite 600 |
| fojeda@tevtlaw.com | Tallahassee, FL  32301 |
| | *Attorneys for Intervenor-Defendant, Pete Vicari General Contractor LLC* |
| TAYLOR ESPINO VEGA & TOURON, P.A. | |
| 201 Alhambra Circle, Suite 801 | |
| Coral Gables, FL 33134 | |
| Telephone: (305) 443-2043 | |
| Facsimile: (305) 443-2048 | |
| *Attorneys for Plaintiff, A.T.O. Golden Construction Corp.* | |

                                                                          /s/ Kelsey K. Black
                                                                          KELSEY K. BLACK, ESQ.